ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
AUG 1 9 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

__Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Co.___

__v. The United States of America____

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] _____Eric L. Siegel and Neil L. Henrichsen______

Firm Name: _____Henrichsen Siegel, P.L.L.C.____

03-1953C

Post Office Box: ____________

Street Address: ____ 1850 M Street, NW, Suite 250____

City-State-Zip: ____ Washington, D.C. 20036____

Telephone & Facsimile Numbers: ____202-293-7766 & 202-293-7778 (facsimile)__

E-mail address: ____NHenrichsen@HSLawyers.com____

Is the attorney of record admitted to the Court of Federal Claims Bar? ________

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [0] [0]

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

____________

____________

Government Agency Involved: [ ] [P] [S]

See attached Sheet for three digit code.

Amount Claimed: $ Non-monetary Declaratory Relief

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) ____________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2