IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. | ) | |
| and | ) | |
| INTERNATIONAL FIDELITY INSURANCE CO., | ) | No. 03-1953C (Senior Judge Margolis) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including December 19, 2003, within which to file and to serve its response to the complaint. Our response is currently due on October 20, 2003. We notified plaintiff's counsel, Eric L. Siegel, of our intent to request an enlargement of time and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

Counsel for the Postal Service has not yet had an opportunity to prepare a litigation report pursuant to 28 U.S.C. § 520. We currently anticipate that the requested 60 days will allow us sufficient time to review the litigation report, to complete the Government's response to the complaint, and to have the response reviewed by counsel's supervisor.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until December 19, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

CHRISTOPHER J. BURTON
United States Postal Service
Litigation Attorney

October 17, 2003