**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.<br><br>and<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 03-1953C<br>(Senior Judge Margolis) |

**PLAINTIFFS' MOTION TO CHANGE ATTORNEY OF RECORD**

**COME NOW**, Plaintiff Advanced Technology Systems Integrators Corp. ("ATSIC") and International Fidelity Insurance Company ("International"), by and through their undersigned counsel, pursuant to RCFC 83.1(c), and files this motion to change their attorney of record from Eric L. Siegel to Helen H. Albee. In accordance with said Rule, the consent to this change executed by Eric L. Siegel is endorsed upon this motion and attached hereto is the affidavit of appointment of Helen H. Albee. Mr. Siegel and Mr. Neil L. Henrichsen shall remain designated as "of counsel."

WHEREFORE, ATSIC and International respectfully requests this Court enter an order changing their attorney of record to Helen H. Albee and designate Eric L. Siegel as "of counsel."

Respectfully submitted this 9th day of January, 2004

HENRICHSEN SIEGEL, P.L.L.C.

s/Helen H. Albee

Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
Tel.: (904) 381-8183
Fax: (904) 381-8191

Of Counsel:
Neil L. Henrichsen
Eric L. Siegel
Henrichsen Siegel, P.L.L.C.
1850 M Street, N.W.
Suite 250
Washington, D.C. 20036
(202) 293-7766

Counsel for Plaintiffs

CONSENT TO MOTION TO CHANGE ATTORNEY OF RECORD

I, Eric L. Siegel, hereby consent to the Plaintiffs' Motion to Change Attorney of Record.

Eric L. Siegel
Henrichsen Siegel, P.L.L.C.
1850 M Street, N.W.
Suite 250
Washington, D.C. 20036
(202) 293-7766

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2004, a copy of the foregoing Plaintiffs' Motion to Change Attorney of Record was placed in the first-class U.S. Mail, postage prepaid, and addressed to the following:

Michael F. Bahler, Esq.
Commercial Litigation Branch, Civil Division
Department of Justice
Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

and

Christopher J. Burton, Esq.
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1136

s/Helen H. Albee
Helen H. Albee