# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.

and

INTERNATIONAL FIDELITY INSURANCE COMPANY

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-1953C
(Senior Judge Margolis)

## AFFIDAVIT OF APPOINTMENT IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE ATTORNEY OF RECORD

I, Helen H. Albee, being duly sworn, deposes and states:

1. I am competent to testify to the facts stated herein and have personal knowledge of such facts and by virtue of my review of the filings in this matter.

2. I have being appointed to be the attorney of record for plaintiffs, Advanced Technologies Systems Integrators Corp. and International Fidelity Insurance Company, in this action.

3. I was admitted to practice before this Court on March 25, 2003 and have been assigned a CM/ECF registration ID and password.

**FURTHER AFFIANT SAITH NOT.**

Helen H. Albee

Sworn and subscribed before me this
8th day of January, 2004.

Brenda Craig
NOTARY PUBLIC

My commission expires ___________

NOTARY PUBLIC STATE OF FLORIDA
BRENDA CRAIG
MY COMMISSION # CC 960043
EXPIRES: Aug 10, 2004
1-800-3-NOTARY FL Notary Service & Bonding, Inc.