# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: February 19, 2004)

**ORDER**

Plaintiffs' unopposed motion, filed February 10, 2004, for Leave to File Amended Complaint is **GRANTED.** Defendant shall file its response to the amended complaint within 10 days of entry of this Order.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims