# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, *

Plaintiffs, *

v. *

THE UNITED STATES, *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: March 11, 2004)

**ORDER**

A status conference by telephone is set for Tuesday, April 13, 2004, at 2:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims