# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, * | No. 03-1953C |
| Plaintiffs, * | (Filed: April 14, 2004) |
| v. * | |
| THE UNITED STATES, * | |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

A status conference by telephone was held in the above-captioned case on April 13, 2004.

**It is hereby ORDERED:**

1. The parties shall complete all discovery by March 1, 2005.

2. The next status conference shall be held by telephone on Wednesday, July 21, 2004, at 2:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims