# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
ADVANCED TECHNOLOGY SYSTEMS *
INTEGRATORS CORP. and *
INTERNATIONAL FIDELITY *
INSURANCE COMPANY, *
* No. 03-1953C
Plaintiffs, *
* (Filed: August 3, 2004)
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

A status conference by telephone was held in the above-captioned case on July 21, 2004.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, November 3, 2004, at 2:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims