IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. | ) | |
| and | ) | |
| INTERNATIONAL FIDELITY INSURANCE CO., | ) | No. 03-1953C (Senior Judge Margolis) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a Protective Order prohibiting the disclosure of secret, confidential and other proprietary information in accordance with the terms and conditions set forth in the proposed Protective Order. Plaintiffs do not oppose this motion.

The case concerns a contract to install the security systems at two Postal Service facilities in Miami, Florida. During the proceedings, sensitive information will be disclosed relating to present and future security measures at the two facilities. The release of any such information could potentially compromise security at the locations.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed Protective Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Smkin for Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, Jr.
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

Stephen D. Lobaugh
Attorney
United States Postal Service
475 L'Enfant Plaza SW
Washington DC 20260-1136

August 4, 2004

-