# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, *

Plaintiffs, *

v. *

THE UNITED STATES, *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: August 12, 2004)

**<u>O R D E R</u>**

Defendant's unopposed motion, filed August 4, 2004, requesting the Court to enter a Protective Order is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims