IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1953C<br>(Senior Judge Margolis) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a four-month enlargement of time within which to complete all discovery. Pursuant to the Court's order dated April 14, 2004, all discovery must be completed by March 1, 2005. The enlargement would bring the date for completing discovery to July 1, 2005. This is defendant's first request for an enlargement of time to complete discovery. By letter dated November 22, 2004, counsel for plaintiff indicated that plaintiff is not opposed to this motion.

The Government requests this enlargement to allow additional time to conduct discovery to obtain relevant documents and depose important witnesses. After this case was transferred to the undersigned counsel in September, 2004, defendant served its first set of interrogatories and requests for production on October 22, 2004. At this time, plaintiff is still not able to provide verified responses to the interrogatories nor is plaintiff able to produce all documents responsive to the

Government's requests. On January 4, 2005, the undersigned counsel and counsel for plaintiff discussed these issues, however a resolution of these issues has not yet been reached.

Even if plaintiff were to provide verified responses to the interrogatories and all documents responsive to the Government's requests immediately, the original discovery schedule would provide less than three months to conclude written discovery and depositions. The Government anticipates conducting additional written discovery that will depend on the responses and documents provided by plaintiff. The Government also anticipates deposing several individuals, although which individuals the Government deposes will also depend on the responses to interrogatories and documents provided by plaintiff. For these reasons, the Government believes that it will be extremely difficult, if not impossible, to resolve all discovery issues and complete all discovery in less than three months from the date of this motion.

The Government believes that a four month extension of the discovery deadline will provide sufficient time to complete all discovery. If the issues with respect to the Government's interrogatories and document requests are not resolved soon, the Government will seek to resolve the issues with the Court's assistance through a motion to compel. Upon resolution of these issues, the Government anticipates deposing witnesses starting in late February or early March. A discovery deadline of July 1, 2005 should provide sufficient time to complete the depositions and to obtain other relevant documents.

For these reasons, we respectfully request that the time period for discovery be enlarged by four months, to and including July 1, 2005.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, Jr.
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 307-0972
Attorneys for Defendant

January 7, 2005