# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, Plaintiffs, | No. 03-1953C |
| v. | (Filed: February 3, 2005) |
| THE UNITED STATES, Defendant. | |

**O R D E R**

A status conference by telephone was held in the above-captioned case on February 1, 2005.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Thursday, March 17, 2005, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims