# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | |
| Plaintiffs, | No. 03-1953C |
| v. | (Filed: March 10, 2005) |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

The status conference set for March 17, 2005, is rescheduled to Tuesday, March 29, 2005, at 11:00 a.m. in the above-entitled case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims