Appendix B

HENRICHSEN **SIEGEL**

1648 Osceola Street
Jacksonville, FL 32204

904.381.8183 *telephone*
904.381.8191 *facsimile*

RECEIVED
2004 NOV 29 A 9:23

~~Kratochvil, R~~
Dierberg, M

November 24, 2004

***via facsimile and first class mail***

Michael J. Dierberg, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**Re: Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Company v. The United States of America**
**Our File Number: 1.228.0004**

Dear Mr. Dierberg:

Enclosed please find Plaintiff Advanced Technology Systems Integrators Corp.'s Objections to the United States of America's Interrogatories and Requests for Production. As agreed, the specific responses to these discovery requests will be served on December 10, 2004.

Thank you for your professional courtesy and consideration in this matter. Have a great Thanksgiving holiday!

Sincerely,

Helen H. Albee

Enclosure as stated.

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
cb