Appendix D

K-2
Kirschbaum R
Dierberg M

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.

and

INTERNATIONAL FIDELITY INSURANCE COMPANY

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-1953C
(Senior Judge Margolis)

RECEIVED
2004 DEC 20 P 2:34

**PLAINTIFF ADVANCED TECHNOLOGIES SYSTEMS INTEGRATORS, INC.'S RESPONSE TO DEFENDANT UNITED STATES OF AMERICA'S REQUESTS FOR PRODUCTION DOCUMENTS**

Subject to the General and specific objections which were previously served, Plaintiff Advanced Technologies Systems Integrators Corp. ("ATSIC"), pursuant to Rules 26 and 34 of the Rules of the United States Court of Federal Claims, submits the following responses to Defendant The United States of America's First Requests for Production of Documents.

**RESPONSE TO REQUESTS FOR PRODUCTION**

1. All documents that demonstrate, reflect, refer, or relate to the Plaintiff's understanding that the Government would not seek termination for default for failure to complete the Project by the completion date.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession,

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
CB

custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

2. All documents that demonstrate, reflect, refer or relate to plaintiff's reliance on the alleged understanding that the Government would not seek termination for default for failure to complete the Project by the completion date.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

3. ATSIC's payroll from January 1, 2002 to July 31, 2002.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

4. All documents that relate to, or refer to, plaintiff's staffing for the Project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

5. Resumes and job applications of each project manager of the Project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

6. All documents that discuss, refer to, comment upon, or relate to the performance of any of ATSIC's project managers for the Project, with respect to this Project or any other ATSIC project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

7. If any of the project managers for the Project resigned from employment or were terminated by ATSIC, any documents relating to their resignation or termination.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

8. All construction logs.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

9. All invoices sent by suppliers for the Project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

10. All documents reflecting payment to suppliers and subcontractors, including but not limited to receipts of payment or copies of check paid to suppliers and subcontractors.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

11. Bank statements for ATSIC from January 1, 2002 to July 15, 2002.

**Response:** Upon the resolution of the General and specific objections raised to this Request, if required to, ATSIC will produce and permit the inspection and copying of any non-privileged,

non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

12. All correspondence with any bank or other financial institution, from January 1, 2000 to July 31, 2002, regarding any loan or extension of credit to ATSIC.

**Response:** Upon the resolution of the General and specific objections raised to this Request, if required to, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

13. All loan documents regarding loans or extensions of credit identified in Interrogatory No. 12.

**Response:** Upon the resolution of the General and specific objections raised to this Request, if required to, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

14. All financial statements, including but not limited to statements of cash flow, for ATSIC from January 1, 2000 to July 31, 2002.

**Response:** Upon the resolution of the General and specific objections raised to this Request, if required to, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or

defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

15. All documents that were used in support of ATSIC's request for project modifications.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

16. All documents that relate to a requested project modification.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

17. All agreements between ATSIC and subcontractors on the project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

18. The original construction schedule.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

19. All documents reflecting or relating to revisions to the construction schedule.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

20. All correspondence between ATSIC and any subcontractors on the Project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

21. All correspondence between ATSIC and Tri-State Life Safety & Electrical Systems, Inc., from January 1, 2002 to July 31, 2002.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession,

custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

22. All documents that were identified in response to any interrogatory or that were reviewed or used in answering an interrogatory.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

23. All documents that support any of ATSIC's claims or defenses.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

24. All documents that relate or refer to the Project, or any work to be performed for the Project.

**Response:** Subject to the General and specific objections to this Request for Production which were previously served upon the Government, ATSIC will produce and permit the inspection and copying of any non-privileged, non-protected documents in its possession, custody or control that are relevant to the claims or defenses of the parties to this lawsuit and responsive to this Request at a mutually convenient time and location.

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Date: December 10, 2004

Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
Tel.: (904) 381-8183
Fax: (904) 381-8191
Halbee@hslawyers.com
Attorneys for Plaintiffs

Of Counsel:

Neil L. Henrichsen
Henrichsen Siegel, P.L.L.C.
1850 M Street, NW
Suite 250
Washington, DC 20036

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of December, 2004, a copy of the foregoing Plaintiff's Response to First Request for Production of Documents was faxed at (202) 307-0972 and sent by U.S. Mail to the following:

Michael Dierberg, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530

Helen H. Albee