Appendix F

HENRICHSEN SIEGEL
1648 Osceola Street
Jacksonville, FL 32204
904.381.8183 *telephone*
904.381.8191 *facsimile*

January 26, 2005

***via first class mail***

Michael J. Dierberg, Esquire
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**Re: Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Company v. The United States of America**
**Our File Number: 1.228.0004**

Dear Mr. Dierberg:

Enclosed please find documents in my possession which are responsive to the Request for Documents propounded by the Government. The documents consist primarily of information regarding subcontractors and suppliers of Advanced Technologies for the Project as well as correspondence between USPS and Advanced Technologies concerning the negotiation of the mutual termination of the AMC Project and the contract modifications on the P & DC Project. As I receive additional responsive non-privileged documents, I will provide them to you.

Thank you for your attention in this matter.

Sincerely,

Helen H. Albee

Enclosures.

cc: Frank Whelan (w/o enc.)
Vincent Vento (w/o enc.)

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