IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-1953C
(Senior Judge Margolis)

**PLAINTIFF ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

COMES NOW, Plaintiff Advanced Technology Systems Integrators Corp. ("ATC"), by and through its undersigned counsel, pursuant to RCFC 6 and 6.1, and respectfully requests this Court for an enlargement of time to file its response to the Defendant's Motion to Compel. In accordance with RCFC 6.1(a), the undersigned states that she has consulted with counsel for the Government regarding the requested relief and there is no objection to a brief extension of time to file a response up to, and including, May 1, 2005. In support of this Motion, ATC states as follows.

The Government filed its Motion to Compel on March 23, 2005, requesting this Court enter an Order compelling the production of certain documents and verified responses to Interrogatories. ATC's response in opposition to this Motion is due April 11, 2005. Since the filing of the Government's Motion, ATC has served its Verified Amended Responses to Interrogatories upon the Government. Additionally, ATC has recently supplemented its

document production.

On March 29, 2005, the Court held a status conference with all parties during which the discovery issues raised by the Government were discussed. Following this status conference, the Court entered an Order scheduling its next status conference for May 26 and ordering that ATC will produce documents by May 13, 2005. ATC anticipates supplementing its document production further which may resolve the issues raised in the Motion to Compel. As a result, ATC respectfully requests an brief enlargement to allow it to resolve the issues raised in the Motion to Compel without the necessity of further involvement by the Court. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, based on the foregoing, Plaintiff Advanced Technology Systems Integrators Corp. respectfully requests this Honorable Court grant this Unopposed Motion for Enlargement of Time to File a Response to Defendant's Motion to Compel and enlarge the time for the filing of a response up to, and including, May 1, 2005.

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Date: April 11, 2005

s/Helen H. Albee
Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
(904) 381-8183
(904) 381-8191 (fax)
HAlbee@hslawyers.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on this 11 day of April 2005, a copy of the foregoing Plaintiff Advanced Technology Systems Integrators Corp.'s Unopposed Motion for Enlargement of Time to File Response to Defendant's Motion to Compel was faxed at (202) 307-0972 and sent by U.S. Mail to the following:

Michael Dierberg, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530

s/Helen H. Albee
Helen H. Albee