# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: May 26, 2005)

**ORDER**

A status conference by telephone was held in the above-captioned case on May 26, 2005.

**It is hereby ORDERED:**

1. The discovery deadline shall be extended to October 3, 2005.

2. The next status conference shall be held by telephone on Wednesday, October 5, 2005, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims