**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

COMES NOW, Plaintiff Advanced Technology Systems Integrators Corp. ("ATC") and International Fidelity Insurance Company ("IFIC"), by and through its undersigned counsel, pursuant to RCFC 6 and 6.1, and respectfully requests this Court for a brief enlargement of time to complete discovery. The enlargement of time is sought solely for the purposes of conducting depositions. In accordance with RCFC 6.1(a), the undersigned states that she has consulted with counsel for the Government regarding the requested relief and there is no objection to a brief enlargement of time to complete discovery up to, and including, October 21, 2005 for the sole purpose of conducting depositions. In support of this Motion, Plaintiff states as follows.

In accordance with the Court's Order dated May 26, 2005, discovery is to be completed by October 3, 2005. The Government's counsel and the undersigned had an agreed upon deposition schedule which would have achieved this discovery deadline. Despite counsels' best efforts to achieve the October 3, 2005 discovery deadline, several deponents have raised schedule conflicts and other deponents have been not been found at their last known addresses. Further,

the aftermath of Hurricane Katrina has affected the Government's contracting officer's availability for deposition prior to the current discovery deadline. As a result, Plaintiffs respectfully request a brief enlargement to allow Plaintiffs and Defendant to conduct the necessary depositions to complete discovery. This Unopposed Motion is made in good faith and not for the purpose of delay.

WHEREFORE, based on the foregoing, Plaintiffs Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Company respectfully request this Honorable Court grant this Unopposed Motion for Enlargement of Time to Complete Discovery and enlarge the time for the conducting of discovery depositions up to, and including, October 21, 2005.

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Date: September 6, 2005

s/Helen H. Albee
Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
(904) 381-8183
(904) 381-8191 (fax)
HAlbee@hslawyers.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of September, 2005, a copy of the foregoing Plaintiffs' Motion for Enlargement of Time to Complete Discovery was faxed at (202) 307-0972 and sent by U.S. Mail to the following:

Michael Dierberg, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530

s/Helen H. Albee
Helen H. Albee