**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.

and

INTERNATIONAL FIDELITY INSURANCE COMPANY

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-1953C
(Senior Judge Margolis)

**UNOPPOSED MOTION FOR EXPEDITED STATUS CONFERENCE**

COMES NOW International Fidelity Insurance Company ("International"), by and through its undersigned counsel, pursuant to RCFC 16, and files its Unopposed Motion for Expedited Status Conference, and states as follows:

1. This Court previously scheduled a Status Conference in this matter on October 5, 2005.

2. Advanced Technology Systems Integrators Corp. ("ATSIC") has now retained a new attorney, which will require some time for him to familiarize himself with this case.

3. The current discovery schedule requires discovery to be complete by October 21, 2005. There are approximately eight depositions scheduled between now and that date, including one deposition scheduled for Newark, New Jersey on September 29, 2005.

4. ATSIC's new attorney has also informed the remaining parties that he intends to file a Motion to Amend the First Amended Complaint.

5. Based on the foregoing, it appears to be prudent to extend the discovery cutoff to allow ATSIC's new attorney to familiarize himself with this case and the issues.

6. In order to know whether the parties have time to reschedule some of the pending depositions, it is important that the parties confer with the Court and determine as soon as possible, and prior to October 5, 2005, whether the discovery deadline will be extended.

7. The undersigned has contacted the other attorneys in this matter, and all parties are in favor of the Court granting this Motion.

WHEREFORE, Plaintiff International requests that this Honorable Court schedule a short telephonic status conference as soon as possible to discuss extending the discovery cutoff and such other and further matters as the Court may determine.

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Date: September 26, 2005

s/Helen H. Albee
Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
(904) 381-8183
(904) 381-8191 (fax)
HAlbee@hslawyers.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of September, 2005, a copy of the foregoing Plaintiffs' Motion for Enlargement of Time to Complete Discovery was faxed and sent by U.S. Mail to the following:

Michael Dierberg, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530

and

E. Scott Golden, Esquire
E. Scott Golden & Associates
644 Southeast Fourth Avenue
Fort Lauderdale, Florida 33301

s/Helen H. Albee
Helen H. Albee

HP2/I:\1.228.0004\Motions\MOT STAT CONF.wpd