**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.<br><br>and<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 03-1953C<br>(Senior Judge Margolis) |

**PLAINTIFF'S MOTION TO CHANGE ATTORNEY OF RECORD**

**COMES NOW**, Plaintiff Advanced Technology Systems Integrators Corp. ("ATSIC"), by and through its undersigned counsel, pursuant to RCFC 83.1(c), and files this motion to change its attorney of record from Helen H. Albee to E. Scott Golden. In accordance with said Rule, the consent to this change executed by Helen H.Albee is endorsed upon this Motion, and attached hereto is the Affidavit of Appointment of E. Scott Golden. Plaintiff also requests that attorney William T. Stroop be designated "of counsel" to ATSIC.

WHEREFORE, ATSIC respectfully requests that this Court enter an order changing its attorney of record to E. Scott Golden and designating William T. Stroop as "of counsel."

Respectfully submitted this 29th day of September, 2005.

E. SCOTT GOLDEN & ASSOCIATES
644 Southeast Fourth Avenue
Fort Lauderdale, Florida 33301
Tel.: 954-764-6766
Fax: 954-764-6789

s/E. Scott Golden
E. Scott Golden

Of Counsel:
William T. Stroop, Esquire
Stroop Construction Law Firm, P.A.
644 Southeast Fourth Avenue
Fort Lauderdale, Florida 33301
Tel.: 954-764-5005
Fax: 954-764-2008

Counsel for Plaintiff Advanced Technology Systems Integrators Corp.

CONSENT TO MOTION TO CHANGE ATTORNEY OF RECORD

I, Helen H. Albee, hereby consent to the Plaintiff Advanced Technology Systems Integrators Corp.'s Motion to Change Attorney of Record.

s/Helen H. Albee
Helen H. Albee
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204
Tel.: (904) 381-8183
Fax: (904) 381-8191

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2005, a copy of the foregoing Plaintiff's Motion to Change Attorney of Record was filed and electronically transmitted to the following:

Michael Dierberg, Esq.
Commercial Litigation Branch, Civil Division
Department of Justice
Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

Christopher J. Burton, Esq.
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1136

Helen H. Albee, Esq.
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

s/E. Scott Golden
E. Scott Golden

HP3\C:\Documents and Settings\HP_Owner\My Documents\lit\3082-1\Motion to change attorney2.wpd