IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.<br><br>and<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 03-1953C<br>(Senior Judge Margolis) |

**AFFIDAVIT OF APPOINTMENT IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE ATTORNEY OF RECORD**

I, E. Scott Golden, being duly sworn, deposes and states:

1. I am competent to testify to the facts stated herein and have personal knowledge of such facts and by virtue of my review of the filings in this matter.

2. I have been appointed to be the attorney of record for Plaintiff Advanced Technologies Systems Integrators Corp. in this action.

3. I was admitted to practice before this Court on September 21, 2005, and have been assigned a CM/ECF registration ID and password.

FURTHER AFFIANT SAITH NAUGHT.

s/E. Scott Golden
E. SCOTT GOLDEN

Sworn and subscribed before me this 29th day of September, 2005.

(SEAL)

William T. Stroop
Notary Public

My commission expires 6/14/2008.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2005, a copy of the foregoing Plaintiff's Motion to Change Attorney of Record was filed and electronically transmitted to the following:

Michael Dierberg, Esq.
Commercial Litigation Branch, Civil Division
Department of Justice
Classification Unit
Room 12116
1100 L Street, NW
Washington, DC 20530

Christopher J. Burton, Esq.
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-1136

Helen H. Albee, Esq.
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

s/E. Scott Golden
E. Scott Golden

HP3/C:\Documents and Settings\HP_Owner\My Documents\lit\3082-1\Affidavit to change attorney.doc