# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: October 6, 2005)

## O R D E R

A status conference by telephone was held in the above-captioned case on October 5, 2005.

**It is hereby ORDERED:**

1. The discovery deadline shall be extended to December 31, 2005.

2. The parties shall file motions for summary judgment and motions to dismiss by March 31, 2006.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims