# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, * | |
| Plaintiffs, * | No. 03-1953C |
| v. * | (Filed: October 21, 2005) |
| THE UNITED STATES, * | |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**<u>O R D E R</u>**

Plaintiffs' unopposed motion to file second amended complaint is **GRANTED**. Plaintiffs shall file the second amended complaint by October 26, 2005.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims