# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

Modification No. M 11: To Contract No.: 123125-00-B-3154

2. Project Name and Location:
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

3. Date Issued: 5/29/02 Page 1 of 1

4. Contractor:

Advanced Technology Systems Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:

Greg Warren

5. Issued By:

Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:

Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

Description of Modification: Settlement of issues through ATC proposed mod 8 and USPS issued mod 10&11

This mod combines; ATC proposed mod 3 (Changes to Gate 1), ATC proposed mod 4 (depth and type of conduits), ATC proposed mod 5 (120 volt circuits to PTZ cameras), USPS imposed Liquidated Damages through the new contract completion date of 6/30/02, and the USPS proposed credit for using Hirsch vs Casi-Rusco equipment, into a "NET ZERO" agreement.

This mod also establishes a new contract completion date of ~~6/30/02~~ 7/15/02. If ATC has not completed the project by 15 ~~06/12/02~~, Liquidated Damages of $100/day will be reinstated beginning on ~~7/1/02~~ 7/16/02 and continuing until building acceptance.

By signing this mod, both parties agree that all issues through mod 11 and 5/29/02 are mutually agreed to and Will not be made a part of any claim arising out of or related to either contract 123125-00-B-3153 or 123125-00-B-3154

TOTAL COST OF MOD $0.00

With extension of 293 calendar days for revised completion date of 6/30/02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
|---|---|---|
| 9. SIGNATURES: | | |
| CONTRACTOR Advanced Tech System Integr. Corp | | U. S. POSTAL SERVICE |
| [signature] 06/11/02 | | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: | Date: | Signature: [signature] Date: 6-20-02 |