IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 03-1953C
(Senior Judge Margolis)

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a four day enlargement of time within which to file its answer to plaintiffs’ second amended complaint. Defendant’s answer is currently due on November 14, 2005. With the four day enlargement, defendant’s answer will be due on November 18, 2005. This is defendant’s first request for an enlargement of time for this purpose. Counsel for plaintiff Advanced Technology Systems Integrators Corp. and counsel for plaintiff International Fidelity Insurance Co. have indicated that plaintiffs do not oppose this motion.

The requested enlargement is necessary because plaintiffs’ second amended complaint adds numerous factual allegations that were not present in the first amended complaint, nearly tripling the length of the complaint. In some cases, this will require defendant to search through the voluminous documents in order to properly respond to the factual allegations. Therefore, we respectfully request an enlargement of time of four days, to and

including November 18, 2005, within which to file our answer to plaintiffs' second amended complaint.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 307-0972

Attorneys for Defendant

November 10, 2005