# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: November 15, 2005)

**O R D E R**

Defendant's unopposed motion, filed November 10, 2005, for an enlargement of time to file its answer to plaintiffs' second amended complaint is **GRANTED**. Defendant shall file its answer by November 18, 2005.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims