IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a four day enlargement of time within which to file its answer to plaintiffs' second amended complaint. Defendant's answer is currently due on November 18, 2005. With the four day enlargement, defendant's answer will be due on November 22, 2005. This is defendant's second request for a four day enlargement of time for this purpose. Counsel for plaintiff Advanced Technology Systems Integrators Corp. and counsel for plaintiff International Fidelity Insurance Co. have indicated that plaintiffs do not oppose this motion.

The requested enlargement is necessary because, despite diligent efforts to obtain information necessary to respond to the second amended complaint, defendant was unable to obtain all necessary information in time to file its answer by November 18, 2002. Therefore, we respectfully request an enlargement of time of four days, to and including November 22, 2005, within which to file our answer to plaintiffs' second amended complaint.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 307-0972

Attorneys for Defendant

November 18, 2005