IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1953C<br>(Senior Judge Margolis) |

UNOPPOSED MOTION TO REVISE SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of this Court, Plaintiffs, Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Company, respectfully request that the Court revise the scheduling order dated October 6, 2005 to allow limited discovery following the parties' cross-motions for summary judgment. Plaintiffs' counsel and Defendant's counsel have consulted on the relief sought in this Motion and all parties indicated on December 15, 2005 that there is no opposition to this motion.

On October 5, 2005, this Court held a status conference to address issues raised by Plaintiff Advanced Technology Systems Integrators Corp.'s substitution of counsel and anticipated filing of an amended complaint. During that status conference, Plaintiffs requested an enlargement of the discovery period to

permit certain depositions following the Court's ruling on the anticipated motions for summary judgment. Plaintiffs asked that they be allowed to depose these witnesses following, rather than prior to, the motions for summary judgment in order to avoid the expense of those depositions which Plaintiffs believe would not be necessary either because of settlement or the Court's ruling on the motions for summary judgment. During the conference call, the Government opposed Plaintiffs' request for an enlargement of the discovery period.

Upon further review, both parties agree that it would be appropriate to postpone certain depositions until after a decision upon the motions for summary judgment. First, the parties agree that substantial expense may be avoided by postponing the depositions. The witnesses that the parties would agree to postpone are not necessary to the motions for summary judgment, and will be unnecessary altogether if the parties agree to settlement in light of the Court's decision on the cross-motions for summary judgment. Even if the parties do not agree to settle, postponing the depositions until after the summary judgment decision may help narrow the issues for the depositions.

Second, due to limited availability of witnesses and

counsel during the Thanksgiving through New Year's holidays, the parties have been unable to find mutually agreeable dates for depositions prior to January, 2006.

Therefore, in order to avoid the expense of certain discovery, which will likely be unnecessary to achieve a resolution of this case, the parties propose the following modifications to the Court's October 6, 2005 scheduling order:

(1) The parties shall complete all discovery by February 15, 2005, with the following exceptions:

a) Defendant's depositions of Frank Whelan, an employee of Plaintiff International Fidelity, and Steve Bodnar, an accountant formerly associated with ATSIC, shall be completed within four months following the Court's decision on the parties' cross-motions for summary judgment;

b) Plaintiffs' depositions of Jerry Goddard, contracting officer for the United States Postal Service, Joe Stuhl, principal of Stuhl Engineering, Joe Erickson, the 30(b)(6) representative of Hirsch Electronics, and the 30(b)(6) representative of Tri-State Life and Safety, shall be completed within four months following the Court's decision on the parties' cross-motions for summary judgment; and

c) Plaintiffs will be given a further opportunity to

review documents responsive to Plaintiffs' previous discovery requests within four months following the Court's decision on the parties' cross-motions for summary judgment;[1] and

d) within 30 days of the Court's decision on the motions for summary judgment, the parties shall propose an appropriate schedule for disclosures required by RCFC 26(a)(2) regarding expert witnesses, if any, and a schedule for depositions of any expert witnesses; and

e) No party is prohibited from scheduling depositions at an earlier time; however, there shall be no depositions taken during March 2006, to allow for proper briefing of the motions for summary judgment.

WHEREFORE, Plaintiffs Advanced Technology Systems Integrators Corp. and International Fidelity Insurance Company respectfully request this Honorable Court grant this Unopposed Motion to Revise the Scheduling Order as set forth above.

---

[1] Plaintiffs reviewed responsive documents in the summer of 2004. Because the reprocurement construction was not complete at that time, it is likely that there are further responsive documents that plaintiffs have not reviewed, stored in defendant's files in Atlanta, Georgia.

Respectfully Submitted,

/s/ Helen H. Albee

HELEN H. ALBEE
Henrichsen Siegel, PLLC
1648 Osceola St.
Jacksonville, FL 32204
Phone: (904) 381-8183
Fax: (904) 381-8191

Attorney for Plaintiff International Fidelity Ins. Co.

/s/ E. Scott Golden by Helen H. Albee with permission

E. SCOTT GOLDEN
E. Scott Golden & Associates
644 Southeast Fourth Avenue
Fort Lauderdale, FL 33301
Phone: (954) 764-6766 ext. 2
Fax: (954) 764-6789

Attorney for Plaintiff Advanced Technology Systems Integrators Corp.

December 15, 2005

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on 15th of December 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael.Dierberg@usdoj.gov Counsel for United States of America
esglaw@bellsouth.net Counsel for Advanced Technology Systems Integrators Corp.

s/ Helen H. Albee
Helen H. Albee
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204
(904) 381-8183
(904) 381-8191 Facsimile
Halbee@hslawyers.com