IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21 day enlargement of time within which the parties may file their cross motions for summary judgment. The parties' summary judgment motions are currently due on March 31, 2006. With the 21 day enlargement, the parties' summary judgment motions will be due on April 21, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff Advanced Technology Systems Integrators Corp. and counsel for plaintiff International Fidelity Insurance Co. have indicated that plaintiffs do not oppose this motion.

The requested enlargement is necessary for two reasons. First, counsel for defendant was assigned to a bid protest in the Court of Federal Claims which necessitated counsel to devote the vast majority of his time in late February and early March to the bid protest. The bid protest, combined with numerous other cases that defendant's counsel is assigned to, have prevented counsel

from devoting any significant time to the summary judgment motion in this case. Second, counsel for defendant's wife is due with their second child, and the due date has been moved forward from April 2, 2006 to March 21, 2006. Counsel for defendant is hoping to take approximately ten days leave following the birth of their second child to assist his wife and children. Because the due date was moved forward, counsel for defendant will not have much, if any time, from March 21, 2006 to March 31, 2006 to prepare the summary judgment motion. For these reasons, we respectfully request an enlargement of time of 21 days, through and including April 21, 2006, within which the parties may file their motions for summary judgment.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

March 20, 2006

Attorneys for Defendant