# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
ADVANCED TECHNOLOGY SYSTEMS *
INTEGRATORS CORP. and *
INTERNATIONAL FIDELITY *
INSURANCE COMPANY, *
* No. 03-1953C
Plaintiffs, *
* (Filed: March 28, 2006)
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed March 20, 2006, for an enlargement of time to April 21, 2006, within which the parties may file their cross motions for summary judgment is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims