IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1953C<br>(Senior Judge Margolis) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7 day enlargement of time within which the parties may file their cross motions for summary judgment. The parties' summary judgment motions are currently due on April 21, 2006. With the 7 day enlargement, the parties' summary judgment motions will be due on April 28, 2006. This is defendant's second request for an enlargement of time for this purpose. Counsel for plaintiff Advanced Technology Systems Integrators Corp. and counsel for plaintiff International Fidelity Insurance Co. have indicated that plaintiffs do not oppose this motion.

The requested enlargement is necessary because, following counsel for defendant's return from paternity leave on April 3, 2006, other pressing matters have made it difficult for defendant's counsel to devote adequate attention to the preparation of the summary judgment motion. For example, defendant's counsel prepared the Government's response to

plaintiff’s cross motion for summary judgment, reply to plaintiff’s response, and response to plaintiff’s proposed findings of controverted fact, filed April 10, 2006, in City Crescent Ltd. P’Ship. v. United States, Fed. Cl. No. 05-580. Following our filing of those documents in City Crescent, defendant’s counsel has made every effort to complete the preparation of the summary judgment motion in this case, but has been unable to do so because of the limited time available and other matters which have required the attention of defendant’s counsel. Defendant’s counsel has made significant progress in preparing the motion for summary judgment, however additional time is needed to complete the preparation of the motion and to provide adequate time for consideration by the assigned reviewer. For these reasons, we respectfully request an enlargement of time of 7 days, through and including April 28, 2006, within which the parties may file their motions for summary judgment.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

April 19, 2006

Attorneys for Defendant