IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 03-1953C
(Senior Judge Margolis)

JOINT STIPULATION REGARDING AUTHENTICITY

The parties hereby stipulate to the authenticity of documents provided in connection with the parties' cross-motions for summary judgment, proposed findings of uncontroverted fact, and all responses and replies thereto as follows:

(1) For purposes of the parties' cross-motions for summary judgment, proposed findings of uncontroverted fact, and all responses and replies thereto, the parties stipulate to the authenticity of all documents provided in connection with such motions, proposed findings, and responses and replies, except as provided in paragraph (2).

(2) A party may dispute the authenticity of any document provided by another party in writing within 14 days of receipt of the disputed document. The party disputing the authenticity of the document will not oppose the other party's request to obtain a reasonable continuance under RCFC 56(f) so as to properly authenticate the document through affidavit, deposition, or other appropriate means. A party's failure to dispute the authenticity of a document in writing as provided under this paragraph within 14 days of receipt of the document shall result in the

document being deemed authentic as provided under paragraph (1) for purposes of the parties' summary judgment motions, proposed findings of fact, and all responses and replies thereto.

Counsel for Defendant:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

Counsel for Plaintiff Advanced Technology Systems Integrators Corp.:

/s/ E. Scott Golden
E. SCOTT GOLDEN
E. Scott Golden & Associates
644 S.E. Fourth Ave.
Fort Lauderdale, FL 33301

Counsel for Plaintiff International Fidelity Insurance Co.:

/s/ Helen H. Albee

HELEN H. ALBEE
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32206

April 27, 2006