**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.<br><br>and<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 03-1953C<br>(Senior Judge Margolis) |

**PLAINTIFF ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EMBEDDED LEGAL ANALYSIS**

**PLAINTIFF'S APPENDIX OF EXHIBITS ATTACHED TO THE MOTION**

1. Motion Exhibit 1: USPS Contract No. 123125-00-B-3154 [the Contract (relevant portions)] (pg. 1).
2. Motion Exhibit 2: Formal Notice to Proceed (pg. 29).
3. Motion Exhibit 3: First Show Cause letter dated January 4, 2002 (pg. 30).
4. Motion Exhibit 4: Contract Modification No. Eight (8) (pg. 31).
5. Motion Exhibit 5: Email dated February 21, 2004, from Joseph F. Stuhl III (pg. 34).
6. Motion Exhibit 6: Email dated February 29, 2004, from Joseph Erickson (pg. 35).
7. Motion Exhibit 7: Email dated April 5, 2004, from Joseph F. Stuhl III (pg. 36).

Respectfully submitted on this 28th day of April, 2006.

E. SCOTT GOLDEN & ASSOCIATES
Attorneys for Plaintiff Advanced
Technology Systems Integrators Corp.
644 S.E. Fourth Avenue
Fort Lauderdale, FL 33301
Tel.: (954) 764-6766 ext. 2
Fax: (954) 764-6789
Email: esglaw@bellsouth.net

s/E. Scott Golden
E. Scott Golden

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the following persons as of this 28th day of April, 2006.

Michael J. Dierberg, Esquire
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L. Street NW, Room 12116
Washington, D.C. 20530

Helen H. Albee, Esquire
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

s/E. Scott Golden
E. Scott Golden