UNITED STATES POSTAL SERVICE.

# Offer and Award
## Fixed Price Construction

| | | | |
|---|---|---|---|
| Facility MIAMI, FL - P&DC | Project Security & Access Control System | | |
| 1. Contract Number 123125-00-B-3154 | 2. Solicitation Number 123125-00-A-0081 | 3. Project # H54096 | 4. Socio/Economic |
| 5. a. Issued by<br>ATLANTA FSO<br>4000 DEKALB TECH PKWY #300<br>ATLANTA GA 30340-2799 | 5. b. For Information call *(No Collect Calls)*<br>LESLIE MARTIN<br>(770)-454-0660 Fax: (770)-454-0679 | | |
| 6. a. Offeror/Contractor<br>ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS<br>9100 S DADELAND BLVD STE 907<br>MIAMI FL 33156 | b. Contact Name:<br>c. Telephone Number:<br>Fax Number<br>d. TIN:<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number | | |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

The contractor will perform all work called for under this contract, including furnishing all material, labor and equipment for the upgrade perimeter and building security at two Postal facilities - Miami, FL - AMF located at 5876 NW 18th Street, Bldg #2210 and at the Miami, FL - P&DC located at 2200 NW 72nd Ave, in accordance with this solicitation, attached specifications, drawings and any amendment added thereto.

TOTAL: $ 1,308,990 in words One Million Three Hundred Eight Thousand Nine Hundred Ninety

Performance Time in Calendar Days: 230

9. Optional Provisions/Clauses listed below are applicable to this contract:

*Section C: B-59 Construction Progress Chart*
*Section H: 3-2 Part of Small, Min, Woman Owned Bus*
*Section K: OA-5 Postaward Conf*
*Section H: 2-22 Value Engineering Incentive*
*Section K: OA-38 Prequalified Sources or Supplies and*

10. Billing Instructions (Submit Invoices to) THOMAS A BISTLINE
ATLANTA FSO
4000 DEKALB TECHNOLOGY PKWY #300
ATLANTA GA 30340-2799

| | | | |
|---|---|---|---|
| 11. Contractor Signature: Edwin Heidemann | Date: 4/8/00 | 12. US Postal Service Signature [signature] | Date: 9-8-00 |
| Name of Person Authorized to sign EDWIN HEIDEMANN | | Name of Contracting Officer: JERRY GODDARD | |



EXHIBIT 1

USPS Production of Documents 00182

1

UNITED STATES POSTAL SERVICE

# Solicitation
# Fixed Price Construction

1. Solicitation Number: 123125-00-A-0081

2. Solicitation Information:

a. Issue Date: Friday 07/28/2000
b. Return Date: Monday 08/28/2000
c. Return Time: 3:00 pm
d. Contact: LESLIE MARTIN
e. Telephone: (770) 454-0660

f. Return to address:

LESLIE L MARTIN
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

3. Issued by:

ATLANTA FSO
4000 DEKALB TECH PKWY #300
ATLANTA GA 30340-2799

4. Project Name and Location:

Security & Access Control System

MIAMI, FL - P&DC & Miami, FL - AMC

5. Sealed offers (in original and 1 signed copy) for furnishing the supplies or services described in this solicitation will be received at the place specified in 2f until the date and time (local time of the place specified) shown in block 2. All offers are subject to the provisions, representations, certifications, specifications and contract clauses which follow or which are incorporated by reference, whether or not all of such attached pages are returned with the offer.

6. Notes to offerors:

**Please use the Postal Service for your correspondence.**

Upgrade perimeter and building security at two Postal facilities - Miami, FL - AMF located at 5575 NW 18th Street, Bldg #2210 and at the Miami, FL - P&DC located at 2200 NW 72nd Ave. The work will include, but not limited to, cameras, viewing consoles, sliding gates, vehicle barrier controls, fencing, proximity card readers, turnstiles, gates, concrete work, and other work associated with postal facilities.

SEE ATTACHMENT "ADDITIONAL NOTES TO OFFERORS"

7. Acceptance: In compliance with this solicitation the undersigned offers and agrees, if this offer is accepted within ___ calendar days (60 calendar days unless a different period is inserted by the offeror) from the solicitation return date, to furnish any or all items upon which prices are offered at the same price set opposite each item, delivered at the designated point(s), within the time(s) specified in the solicitation.

Note: Offers must set forth full, accurate, and complete information as required by this solicitation (including attachments). The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

DEXCOV, June 1994, Notes to Offeror Page, FMSWIN 2.0

# ADDITIONAL NOTES TO OFFERORS

Cost estimate: $1.750.000 - $2.000.000
Construction time: Miami. FL – AMC – 150 days
Miami. FL – P&DC – 230 days

There will be a Preproposal Meeting August 16, 2000 at 10:00 am at the Miami, FL – P&DC located at 2200 NW 72nd Avenue, in the Plant Manager's Conference Room then proceedings to the Miami, FL – AMC. All interested parties are highly encouraged to attend this meeting.

The successful contractor will have 30 days from award to obtain security clearance in accordance with Provision 1-3 Contractor Screening Requirements (K.13). see Attachment 5

The subcontracting goal for this contract is a minimum of 10% for minority-owned businesses and minimum of 7% for women-owned businesses in accordance with solicitation Section H.20.

If you have technical questions concerning this project, please fax them to Mr. Jose Blanco at (305) 251-6417. If you have questions regarding the proposal procedures for this project, you may call Leslie Martin (770/454-0660) at the Atlanta Facilities Service Office.(NO COLLECT CALLS).

NOTE: There will NOT be a public opening of offers. No information about the proposals can be released until award is made at which time all offerors will be notified in writing. Award may be made with or without discussions.

Only offers returned via personal hand delivery and/or US Postal Service (First Class Mail, Express Mail and Priority Mail) will be considered in compliance with this solicitation. Any other carriers will be rejected. MODIFICATIONS TO PROPOSALS WILL BE ACCEPTED BY FAX TO 770/454-0679. No Proposal Guarantee (Bid Bond) is required but a letter from your bonding company and bank ARE required (see Offerors Submittal Information).A 100% Performance Bond and a 40% Payment Bond will be required of the successful offeror.

7

UNITED STATES
POSTAL SERVICE

Facilities Department

TABLE OF CONTENTS

PAGE

U.S. Postal Service Offer And Award ..... 1

Part 1-Schedule

Section A-Items And Prices

A.1 Acknowledgment Of Amendments (Clause OB-199) (August 1988) ..... 2

*A.2 Applicable If Contract Exceeds $25,000*
A.2 Required Bond Amounts (Clause OB-201) Alternate VII (August 1998) ..... 2

*A.3 Applicable If Listed In Block 9, Page 1*
A.3 Additional Services-Network Analysis System (Clause FB-259) (June 1989) ..... 2

*A.4 Applicable If Listed In Block 9, Page 1*
A.4 Additional Services-Construction Progress Chart (Clause FB-270) (June 1996) ..... 2

Section B-Specifications / Statement Of Work

B.1 Statement Of Work / Specifications (Clause OB-7) (June 1988) ..... 2
B.2 Attachments To Statement Of Work / Specifications (Clause OB-31) (June 1988) ..... 2
B.3 English Language Requirement Of On-Site Superintendent (Clause OB-35) (June 1988) ..... 2

Section C-Delivery / Performance

C.1 Notice Of Delay (Clause B-15) (January 1997) ..... 2
C.2 Suspensions And Delays (Clause B-16) (January 1997) ..... 2
C.3 Excusable Delays (Clause B-19) (January 1997) ..... 3
C.4 Notice to Proceed and Commencement, Prosecution and Completion of Work (Clause B-34) (January 1997) ..... 3
C.5 Construction Cost Breakdown (Clause B-40) (January 1997) ..... 3
C.6 Shop Drawings, Coordination Drawings, and Schedules (Clause B-56) (January 1997) ..... 3
C.7 Record "As Built" Drawings (Clause B-57) (January 1997) ..... 4
C.8 Spare Parts Data (Clause B-58) (January 1997) ..... 4

*C.9 Applicable If Listed In Block 9, Page 1*
C.9 Construction Progress Chart (Clause B-59) (January 1997) ..... 4
C.10 Warranty (Construction) (Clause B-61) (January 1997) ..... 4
C.11 Samples (Clause B-62) (January 1997) ..... 5
C.12 Liquidated Damages (Clause 2-10) (January 1997) ..... 5
C.13 Working Hours (Construction) (Clause FB-202) (June 1988) ..... 5
C.14 Superintendence Of Subcontractors (Construction) (Clause FB-237) (May 1994) ..... 5
C.15 Optional Materials Or Methods (Construction) (Clause FB-244) (June 1988) ..... 6

*C.16 Applicable If Contract Exceeds $100,000*
C.16 Exception To Completion And Liquidated Damages Schedules (Clause FB-245) (June 1988) ..... 6

*C.17 Applicable If Listed In Block 9, Page 1*
C.17 Network Analysis System Update (Clause FB-246) (June 1988) ..... 6

Section D-Packaging And Marking

D.1 Identification Of Contract Deliverables (Clause OB-19) (June 1988) ..... 6

Section E-Inspection And Acceptance

E.1 Inspection And Acceptance (Construction) (Clause B-33) (January 1997) ..... 6
E.2 Contracting Officer's Representative (COR) (Clause OB-21) Alternate IV (July 1997) ..... 7

Section F-Payment And Funding

F.1 Invoices (Clause B-20) (January 1997) ..... 7
F.2 Payment (Construction) (Clause B-48) (January 1997) ..... 7
F.3 Equitable Adjustments (Construction) (Clause FB-271) (August 1988) ..... 8
F.4 Prompt Payment For Construction Contracts (Clause FB-272) (May 1994) ..... 8

Part 2-Clauses And Attachments

Section G-Special Clauses

G.1 Performance At Occupied Postal Facilities (Clause B-27) (January 1997) ..... 12
G.2 Differing Site Conditions (Clause B-32) (January 1997) ..... 12
G.3 Specifications And Drawings (Clause B-35) (January 1997) ..... 12
G.4 Postal Service Partial Occupancy (Clause B-36) (January 1997) ..... 13
G.5 Changes (Construction) (Clause B-37) (January 1997) ..... 13
G.6 Accident Prevention (Clause B-38) (January 1997) ..... 13
G.7 Indemnification (Clause B-39) (January 1997) ..... 13

UNITED STATES POSTAL SERVICE

Facilities Department

G.8 Conditions Affecting The Work (Clause B-41) (January 1997) .......... 13
G.9 Performance Of Work By Supplier (Clause B-42) (January 1997) .......... 14
G.10 Superintendence by Supplier (Clause B-43) (January 1997) .......... 14
G.11 Use of Premises (Clause B-44) (January 1997) .......... 14
G.12 Other Contracts (Clause B-45) (January 1997) .......... 14
G.13 Permits And Responsibilities (Construction) (Clause B-47) (January 1997) .......... 14
G.14 Building Codes. Fees. And Charges (Clause B-49) (January 1997) .......... 14
G.15 Protection of Existing Vegetation, Structures, Utilities, And Improvements (Clause B-50) (January 1997) .......... 14
G.16 Heat (Clause B-51) (January 1997) .......... 14
G.17 Debris And Cleanup (Clause B-52) (January 1997) .......... 14
G.18 Survey Monuments And Bench Marks (Clause B-53) (January 1997) .......... 15
G.19 Standard References (Clause B-55) (January 1997) .......... 15
G.20 Materials And Workmanship (Clause B-63) (January 1997) .......... 15

*G.21 Applicable If USPS Property Is Furnished*
G.21 Postal Service-Property (Construction) (Clause FB-234) (June 1988) .......... 15
G.22 Definition Of Terms Used In Contract Documents (Construction) (Clause FB-235) (June 1988) .......... 16
G.23 Ground Breaking Ceremonies (Construction) (Clause FB-238) (June 1988) .......... 16

*G.24 Applicable If Listed In Block 9, Page 1*
G.24 Elevator Work-Qualifications (Construction) (Clause FB-239) (June 1988) .......... 16
G.25 Site Visits (Construction) (Clause FB-240) (June 1988) .......... 17

*G.26 Applicable If Listed In Block 9, Page 1*
G.26 Fuel Storage Tanks (Construction) (Clause FB-241) (June 1988) .......... 17

*G.27 Applicable If Listed In Block 9, Page 1*
G.27 Mechanization (Construction) (Clause FB-242) (June 1988) .......... 17
G.28 U.S.D.A. Quarantined Areas (Construction) (Clause FB-243) (June 1988) .......... 17

*G.29 Applicable If USPS Property Is Furnished*
G.29 Postal Service-Furnished Property (Clause FB-255) Alternate I (September 1995) .......... 17
G.30 Use Of Building Facilities (Clause FB-259) (June 1994) .......... 18
G.31 Builder's Risk Insurance (Clause FB-263) (March 1989) .......... 18
G.32 Subcontracts (Clause FB-312) (December 1995) .......... 18
G.33 Access To Site (Clause OB-44) (June 1988) .......... 18
G.34 Identification Of Contractor's Vehicles (Clause OB-45) (June 1988) .......... 18
G.35 Control Of Erosion, Sedimentation, And Pollution (Clause OB-49) (June 1988) .......... 18

## Section H-General Clauses

H.1 Definitions (Clause B-1) (January 1997) .......... 18
H.2 Assignment Of Claims (Clause B-8) (January 1997) .......... 18
H.3 Claims And Disputes (Clause B-9) (January 1997) .......... 19
H.4 Pricing Of Adjustments (Clause B-10) (January 1997) .......... 19
H.5 Termination For Convenience (Clause B-11) (January 1997) .......... 19
H.6 Termination For Default (Clause B-13) (January 1997) .......... 20
H.7 Examination Of Records (Clause B-14) (January 1997) .......... 21
H.8 Change-Order Accounting (Clause B-21) (January 1997) .......... 21
H.9 Advertising Of Contract Awards (Clause B-25) (January 1997) .......... 21
H.10 Order of Precedence (Clause B-29) (January 1997) .......... 21
H.11 Gratuities Or Gifts (Clause 1-5) (January 1997) .......... 21
H.12 Contingent Fees (Clause 1-6) (January 1997) .......... 21
H.13 Preference for Domestic Construction Materials (Clause 1-10) (January 1997) .......... 22
H.14 Prohibition Against Contracting with Former Officers or PCES Executive (Clause 1-11) (January 1997) .......... 22
H.15 Year 2000 Warranty, Commercially Available Items (Clause 1-12) (January 1997) .......... 22

*H.16 Applicable If USPS Furnished Property Is $50,000 Or More*
H.16 Postal Service Property-Fixed Price (Clause 2-11) (January 1997) .......... 22

UNITED STATES POSTAL SERVICE

Facilities Department

*H.17 Applicable If USPS Furnished Property Is Less Than $50,000*
H.17 Postal Service Property-Short Form (Clause 2-12) (January 1997) .......... 24
H.18 Postal Service Property Furnished "As Is" (Clause 2-14) (January 1997) .......... 24
*H.19 Applicable If Listed In Block 9, Page 1*
H.19 Value Engineering Incentive (Clause 2-22) (January 1997) .......... 24
*H.20 Is Applicable If Contract Exceeds $1,000,000*
H.20 Small, Minority, and Woman-owned Business Subcontracting Requirements (Clause 3-1) (February 1999) .......... 25
*H.21 Applicable If Listed In Block 9, Page 1*
H.21 Participation of Small, Minority, and Woman-owned Businesses (Clause 3-2) (February 1999) .......... 26
H.22 Price Reduction For Defective Cost Or Pricing Data (Clause 5-1) (January 1997) .......... 26
H.23 Subcontractor Cost Or Pricing Data (Clause 5-2) (January 1997) .......... 27
H.24 Bankruptcy (Clause 6-1) (January 1997) .......... 27
*H.25 Applicable If Contract Exceeds $25,000*
H.25 Additional Bond Security (Clause 7-2) (January 1997) .......... 27
*H.26 Applicable If Contract Exceeds $25,000*
H.26 Deposit Of Assets Instead Of Surety Bonds (Clause 7-3) (January 1997) .......... 27
H.27 Insurance (Clause 7-4) (January 1997) .......... 27
H.28 Federal, State, And Local Taxes (Clause 7-6) (January 1997) .......... 27
H.29 Authorization And Consent (Clause 8-2) (January 1997) .......... 28
H.30 Notice And Assistance Regarding Patent And Copyright Infringement (Clause 8-3) (January 1997) .......... 28
H.31 Patent Indemnity (Clause 8-4) (January 1997) .......... 28
H.32 Rights in Technical Data (Clause 8-6) (January 1997) .......... 29
H.33 Rights in Computer Software (Clause 8-9) (January 1997) .......... 30
H.34 Convict Labor (Clause 9-1) (January 1997) .......... 32
H.35 Contract Work Hours And Safety Standards Act-Overtime Compensation (Clause 9-2) (January 1997) .......... 32
H.36 Davis-Bacon Act (Clause 9-3) (January 1997) .......... 33
*H.37 Applicable If Listed In Block 9, Page 1*
H.37 Compliance By States With Labor Standards (Clause 9-4) (January 1997) .......... 35
H.38 Contract Work Hours And Safety Standards Act-Safety Standards (Clause 9-5) (January 1997) .......... 35
H.39 Equal Opportunity (Clause 9-7) (January 1997) .......... 35
H.40 Affirmative Action Compliance Requirements For Construction (Clause 9-8) (January 1997) .......... 36
H.41 Equal Opportunity Preaward Compliance of Subcontracts (Clause 9-9) (January 1997) .......... 38
H.42 Affirmative Action for Handicapped Workers (Clause 9-13) (January 1997) .......... 38
H.43 Affirmative Action For Disabled Veterans And Veterans Of The Vietnam Era (Clause 9-14) (January 1997) .......... 38
H.44 Handling Asbestos Insulation (Clause FB-273) (March 1989) .......... 39

## Section I-List Of Attachments

List Of Attachments .......... 40

# Part 3-Solicitation Provisions

## Section J-Instructions To Offerors

J.1 Type Of Contract (Provision 2-6) (January 1997) .......... 41
*J.2 Applicable If Listed In Block 9, Page 1*
J.2 Preproposal Conference (Provision 4-8) (January 1997) .......... 41
J.3 Information On "Equal" Products (Provision OA-1) (June 1988) .......... 41
*J.4 Applicable If Listed In Block 9, Page 1*
J.4 Submission Of Proposal (Provision OA-15) (September 1995) .......... 41
J.5 Submission Of Financial Statements (Provision OA-27) (October 1997)) .......... 41

## Section K-Solicitation Notices And Provisions

K.1 Submission Of Proposals (Provision A-2) (January 1997) .......... 41
K.2 Modification Or Withdrawal Of Proposals (Provision A-3) (January 1997) .......... 42
K.3 Late Submissions And Modifications Of Proposals (Provision A-4) (January 1997) .......... 42
K.4 Acknowledgment Of Solicitation Amendments (Provision A-5) (January 1997) .......... 42
K.5 Explanation To Prospective Offerors (Provision A-6) (January 1997) .......... 42
K.6 Restriction On Disclosure And Use Of Data (Provision A-7) (January 1997) .......... 42

USPS Production of Documents
00190



6

UNITED STATES POSTAL SERVICE

Facilities Department

K.7 Award Without Discussions (Provision A-9) (January 1997)....42
K.8 Postal-Furnished Property Or Services (Provision A-12) (January 1997)....42
K.9 Labor Information (Provision A-13) (January 1997)....42
K.10 Failure To Submit Proposal (Provision A-14) (January 1997)....42
K.11 Protests (Provision A-15) (January 1997)....43
*K.12 Applicable If Listed In Block 9, Page 1*
K.12 Telegraphic Proposals (Provision A-17) (January 1997)....43
K.13 Contractor Screening Requirements (Provision 1-3) (January 1997)....43
K.14 Prohibition Against Contracting With Former Officers or PCES Executives (Provision 1-6) (January 1997)....43
K.15 Brand Name Or Equal (Provision 2-8) (January 1997)....43
*K.16 Applicable If Contract Exceeds $1,000,000*
K.16 Notice of Small, Minority, and Woman-owned Business Subcontracting Requirements (Provision 3-1) (February 1999)....43
K.17 Preparation of Proposals (Construction) (Provision 4-9) (January 1997)....43
*K.18 Applicable If Contract Exceeds $25,000*
K.18 Performance Bond Requirements (Provision 7-1) (January 1997)....44
*K.19 Applicable If Contract Exceeds $25,000*
K.19 Payment Bond Requirements (Provision 7-2) (January 1997)....44
*K.20 Applicable If Contract Exceeds $25,000*
K.20 Deposit Of Assets Requirements (Provision 7-4) (January 1997)....44
*K.21 Applicable If Contract Exceeds $10,000*
K.21 Notice Of Requirement For Equal Opportunity Affirmative Action (Provision 9-5) (January 1997)....44
*K.22 Applicable If Listed In Block 9, Page 1*
K.22 Postaward Orientation Conference (Provision OA-5) Alternate I (March 1989)....44
K.23 Access To Postal Buildings (Provision OA-12) (March 1989)....44
K.24 Notice Of Preaward Survey (Provision OA-34) (June 1994)....45
*K.25 Applicable If Listed In Block 9, Page 1*
K.25 Prequalified Sources Or Services Suppliers And Approved Products (Provision OA-38) (June 1988)....45

## Section L-Representations And Certifications

L.1 Type Of Business Organization (Provision A-20) (January 1997)....46
L.2 Parent Company And Taxpayer Identification Number (Provision A-21) (January 1997)....46
L.3 Authorized Negotiators (Provision A-22) (January 1997)....47
L.4 Place Of Performance (Provision A-23) (January 1997)....47
L.5 Certificate Of Independent Price Determination (Provision 1-1) (January 1997)....47
L.6 Buy American Certificate-Construction Materials (Provision 1-5) (January 1997)....47
L.7 Representation Of Rights In Data (Provision 8-2) (January 1997)....47
L.8 Certification Of Nonsegregated Facilities (Provision 9-2) (January 1997)....48

## Section M-Evaluation And Award Factors

*Below Applicable If Listed In Block 9, Page 1*
M.1 Contract Award And Proposal Evaluation (Provision OA-16) (January 1997)....49
M.2 Contract Award (Provision A-8) (January 1997)....49



USPS Production of Documents
00191

(7)

UNITED STATES POSTAL SERVICE

# Offer and Award
## Fixed Price Construction

| | |
|---|---|
| Facility: MIAMI, FL - P&DC & Miami, FL - AMC | Project: Security & Access Control System |
| 1. Contract Number | 2. Solicitation Number: 123125-00-A-0081 / 3. Project #: H54096 / 4. Socio/Economic |
| 5. a. Issued by: ATLANTA FSO, 4000 DEKALB TECH PKWY #300, ATLANTA GA 30340-2799 | 5. b. For Information call *(No Collect Calls)*: LESLIE MARTIN (770)-454-0660 Fax: (770)-454-0679 |
| 6. a. Offeror Contractor | b. Contact Name:<br>c. Telephone Number:<br>Fax Number<br>d. TIN:<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number |

f. Remittance Name and or Address: (if different from above)

7. Delivery/Performance Requirements

See Section C

8. Items & Prices General Description of Requirement

The contractor will perform all work called for under this contract, including furnishing all material, labor and equipment for the upgrade perimeter and building security at two Postal facilities - Miami, FL - AMF located at 5876 NW 18th Street, Bldg #2210 and at the Miami, FL - P&DC located at 2200 NW 72nd Ave, in accordance with this solicitation, attached specifications, drawings and any amendment added thereto.

Miami, FL - P&DC $ ______________________

Miami, FL - AMC $ ______________________

TOTAL: $ ______________ in words ______________________

Performance Time in Calendar Days: 230 for P&DC 150 for AMC

9. Optional Provisions Clauses listed below are applicable to this contract:

| | | | |
|---|---|---|---|
| *Section C: B-59* | *Construction Progress Chart* | *Section H: 2-22* | *Value Engineering Incentive* |
| *Section H: 3-2* | *Part of Small, Min, Woman Owned Bus* | *Section K: OA-38* | *Prequalified Sources or Supplies and* |
| *Section K: OA-5* | *Postaward Conf* | | |

10. Billing Instructions (Submit Invoices to) THOMAS A BISTLINE
ATLANTA FSO
4000 DEKALB TECHNOLOGY PKWY #300
ATLANTA GA 30340-2799

| | | | |
|---|---|---|---|
| 11. Contractor Signature: | Date: | 12. US Postal Service Signature | Date: |
| Name of Person Authorized to sign | | Name of Contracting Officer: JERRY GODDARD | |

UNITED STATES POSTAL SERVICE

Facilities Department

# Part 1-Schedule

## Section A-Items And Prices

A.1 Acknowledgment Of Amendments
(Clause OB-199) (August 1988)

The offeror acknowledges receipt of amendments to the solicitation numbered and dated as follows:

| Amendment Number | Dated |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

*A.2 Applicable If Contract Exceeds $25,000*

A.2 Required Bond Amounts
(Clause OB-201) Alternate VII (August 1998)

Performance Bond:

100% of the total contract amount.

Payment Bond: (If Contract exceeds $25,000)

(a) 50% of the contract price when the contract price is not more than $1,000,000;

(b) 40% of the contract price when the contract price is more than $1,000,000 but not more than $5,000,000; or

(c) $2,500,000 when the contract price is more than $5,000,000.

Additional information on bond requirements is given in Section K in the following provisions: Performance Bond (Provision 7-1), Payment Bond (Provision 7-2).

*A.3 Applicable If Listed In Block 9, Page 1*

A.3 Additional Services-Network Analysis System
(Clause FB-269) (June 1989)

The Contractor must prepare the Network Analysis System (NAS) described in Division 1-General Requirements, with update in accordance with Clause FB-246, for the following:

Initial Cost of NAS __________

in words __________

Value of Updates __________

in words __________

All of which is included in the value of the contract price.

*A.4 Applicable If Listed In Block 9, Page 1*

**A.4 Additional Services-Construction Progress Chart**
**(Clause FB-270) (June 1996)**

The Contractor must prepare the Construction Progress Chart (CPC) described in and with update in accordance with Clause B-59, for the following:

Initial Cost of CPC __________

in words __________

Value of Updates __________

in words __________

All of which is included in the firm-fixed-price of the contract.

## Section B-Specifications / Statement Of Work

**B.1 Statement Of Work / Specifications**
**(Clause OB-7) (June 1988)**

The contractor must furnish the necessary personnel, material, equipment, services, and facilities (except as otherwise specified) to perform the statement of work / specifications incorporated by reference in Section I.

**B.2 Attachments To Statement Of Work / Specifications**
**(Clause OB-31) (June 1988)**

The attachments to the statement of work / specifications listed in Section I are hereby made part of this solicitation and any resultant contract.

**B.3 English Language Requirement Of On-Site Superintendent**
**(Clause OB-38) (June 1988)**

The Contractor's on-site superintendent must be able to speak, read, and write English to the extent necessary to permit reasonable communication with Postal Service personnel.

## Section C-Delivery / Performance

**C.1 Notice Of Delay**
**(Clause B-15) (January 1997 )**

Immediately upon becoming aware of any difficulties that might delay deliveries under this contract, the supplier will notify the contracting officer in writing of them. The notification must identify the difficulties, the reasons for them, and the estimated period of delay anticipated. Failure to give notice may preclude later consideration of any request for an extension of contract time.

**C.2 Suspensions And Delays**
**(Clause B-16) (January 1997)**

a. If the performance of all or any part of the work of this contract is suspended, delayed, or interrupted by:

(1) An order or act of the contracting officer in administering this contract; or

(2) By a failure of the contracting officer to act within the time specified in this contract — or within a reasonable time if not specified — an adjustment will be made for any increase in the cost of performance of this contract caused by the delay or

UNITED STATES POSTAL SERVICE.

Facilities Department

interruption (including the costs incurred during any suspension or interruption). An adjustment will also be made in the delivery or performance dates and any other contractual term or condition affected by the suspension, delay, or interruption. However, no adjustment may be made under this clause for any delay or interruption to the extent that performance would have been delayed or interrupted by any other cause, including the fault or negligence of the supplier, or for which an adjustment is provided or excluded under any other term or condition of this contract.

b. A claim under this clause will not be allowed:

(1) For any costs incurred more than 20 days before the supplier has notified the contracting officer in writing of the act or failure to act involved; and

(2) Unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the delay or interruption, but not later than the day of final payment under the contract.

C.3 Excusable Delays (Clause B-19) (January 1997)

a. Except with respect to defaults of subcontractors, the supplier will not be in default by reason of any failure in performing this contract in accordance with its terms (including any failure by the supplier to make progress in the prosecution of the work that endangers performance) if the failure arises out of causes beyond the control and without the fault or negligence of the supplier. Such causes may include, but are not restricted to, acts of God or of the public enemy, acts of the government in its sovereign capacity or of the Postal Service in its contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, and unusually severe weather, but in every case the failure to perform must be beyond the control and without the fault or negligence of the supplier.

b. If failure to perform is caused by the failure of a subcontractor to perform or make progress and arises out of causes beyond the control of both the supplier and subcontractor, and without the fault or negligence of either of them, the supplier will not be deemed to be in default, unless:

(1) The supplies or services to be furnished by the subcontractor are obtainable from other sources;

(2) The contracting officer orders the supplier in writing to procure the supplies or services from other sources; and

(3) The supplier fails to comply reasonably with the order.

c. Upon request of the supplier, the contracting officer shall ascertain the facts and extent of failure, and if the contracting officer determines that any failure to perform was occasioned by any of the said causes, the delivery schedule shall be revised accordingly, subject to the rights of the Postal Service under any termination clause included in this contract.

As used in this clause, the terms "subcontractor" and "subcontractors" mean subcontractor(s) at any tier.

C.4 **Notice to Proceed and Commencement, Prosecution and Completion of Work (Clause B-34) (January 1997)**

No work will be performed except pursuant to a Notice to Proceed issued by the Contracting Officer.

The supplier will be required to (a) commence work under this contract within 10 calendar days after the date the supplier receives the Notice to Proceed, (b) prosecute the work diligently, and (c) complete the entire work, ready for use not later than * calendar days from the date of receipt of the Notice to Proceed. The time stated for completion includes final cleanup of the premises. *see page 1

C.5 **Construction Cost Breakdown (Clause B-40) (January 1997)**

a. Cost breakdown with proposal:

If required by the contracting officer, the offeror must submit with its proposal a construction cost estimated breakdown on the attached form.

b. Cost breakdown after award:

If required by the contracting officer, the supplier must submit, within 30 calendar days after receiving the notice to proceed, a construction cost estimated breakdown on the sample forms, and instructions, provided in Section 01040, Division 1, General Requirements.

C.6 **Shop Drawings, Coordination Drawings, And Schedules (Clause B-56) (January 1997)**

a. The supplier will submit shop drawings, coordination drawings, and schedules for approval as required by the specifications or requested by the contracting officer, as follows:

(1) Shop drawings will include fabrication, erection, and setting drawings, schedule drawings, manufacturer's scale drawings, wiring and control diagrams, cuts or entire catalogs, pamphlets, descriptive literature, and performance and test data.

(2) Drawings and schedules, other than catalogs, pamphlets, and similar printed material, must be submitted in reproducible form with two prints made by a process approved by the contracting officer. Upon approval, the reproducible form will be returned to the supplier which must furnish the number of additional prints, not to exceed ten required by the Special Conditions of the specifications. The supplier must submit shop drawings in catalog, pamphlet, and similar printed form in a minimum of four copies plus as many additional copies as the supplier may desire or need or for use by subcontractors.

b. Before submitting shop drawings on the mechanical and electrical work, the supplier must obtain the contracting officer's approval of lists of mechanical and electrical equipment and materials as required by the specifications.

c. The supplier will check the drawings and schedules and coordinate them (by means of coordination drawings whenever required) with the work of all trades involved before submission, indicating approval on them. Drawings and schedules submitted without evidence of the supplier's approval may be returned for resubmission.

UNITED STATES POSTAL SERVICE

Facilities Department

d. Each shop drawing or coordination drawing must have a blank area of 5 by 5 inches, located adjacent to the title block. The title block must display:

(1) Number and title of drawing;

(2) Date of drawing or revision;

(3) Name of project building or facility;

(4) Name of supplier and (if appropriate) of subcontractor submitting drawing;

(5) Clear identity of contents and location on the work; and

(6) Project title and contract number.

e. Unless otherwise provided in this contract, or otherwise directed by the contracting officer, shop drawings, coordination drawings, and schedules must be submitted to the contracting officer, with a letter in triplicate, sufficiently in advance of construction requirements to permit at least 10 working days for checking and appropriate action.

f. Except as otherwise provided in paragraph g below, approval of drawings and schedules will be general and may not be construed as:

(1) Permitting any departure from the contract requirements;

(2) Relieving the supplier of responsibility for any errors, including details, dimensions, and materials; or

(3) Approving departures from full–size details furnished by the contracting officer.

g. If drawings or schedules show variations from the contract requirements because of standard shop practice or for other reasons, the supplier must describe the variations in the letter of transmittal. If acceptable, the contracting officer may approve any or all variations and issue an appropriate change order. If the supplier fails to describe these variations, it will not be relieved of the responsibility for executing the work in accordance with the contract, even though the drawings or schedules have been approved.

**C.7 Record "As Built" Drawings (Clause B-57) (January 1997)**

a. The supplier must, during the progress of the work, keep a master set of prints on the job site, on which is kept a careful and neat record of all deviations from the contract drawings prepared by the architect– engineer made during the course of the work.

b. Upon completion of the project, these "as built" prints must be certified as to their correctness by the signature of the supplier and turned over to the architect–engineer for use in preparing a permanent set of "as built" drawings.

**C.8 Spare-Parts Data (Clause B-58) (January 1997)**

a. The supplier must furnish spare–parts data for each different item of equipment furnished. The data must include a complete list of parts and supplies, with current unit prices and sources of supply; a list of parts and supplies that are either normally furnished at no extra cost with the purchase of the equipment, or specified to be furnished as part of the contract; and a list of additional items recommended by the manufacturer to ensure efficient operation for a period of 180 days at the particular installation.

b. The foregoing does not relieve the supplier of any responsibilities under the guarantees specified.

*__C.9 Applicable If Listed In Block 9, Page 1__*

**C.9 Construction Progress Chart (Clause B-59 ) (January 1997 )**

NOTE: Use For Projects Of Less Than $5 Million Contract Value. Otherwise Use Clause FB-246 "Network Analysis System Update".

a. Within 30 days after receiving notice to proceed, the supplier must prepare and submit to the contracting officer for approval six copies of a practical progress chart. The chart must show the principal categories of work, corresponding with those used in the breakdown on which progress payments are based, the order in which the supplier proposes to carry on the work, the date on which it will start each category of work, and the contemplated dates for completion. The chart must be in suitable scale to indicate graphically the total percentage of work scheduled to be in place at any time. At the end of each progress payment period, or at such intervals as directed by the contracting officer, the supplier must:

(1) Adjust the chart to reflect any changes in the contract work, completion time, or both, as approved by the contracting officer;

(2) Enter on the chart the total percentage of work actually in place; and

(3) Submit three copies of the adjusted chart to the contracting officer.

b. If in the opinion of the contracting officer the work actually in place falls behind that scheduled, the supplier must take such action as necessary to improve progress. The contracting officer may require the supplier to submit a revised chart demonstrating its program and proposed plan to make up lag in scheduled progress and to ensure completion of work within the contract time. If the contracting officer finds the proposed plan unacceptable, the supplier may be required to submit a new plan. If a satisfactory plan is not agreed upon, the contracting officer may require the supplier to increase the work force, the construction plan and equipment, or the number of work shifts, without additional cost to the Postal Service.

c. Failure of the supplier to comply with these requirements will be considered grounds for determination by the contracting officer that the supplier is failing to prosecute the work with such diligence as will ensure its completion within the time specified.

**C.10 Warranty (Construction) (Clause B-61 ) (January 1997)**

a. Unless otherwise provided in the specifications, the supplier warrants that all work is in accordance with contract requirements and free from defective or inferior materials, equipment, and workmanship for one year after the date of final acceptance under this contract.

b. If, within the warranty period, the contracting officer finds that warranted work needs to be repaired or changed because the materials, equipment, or workmanship were inferior, defective, or not in accordance with the contract terms, the supplier must promptly and without additional expense to the Postal Service:

(1) Place in a satisfactory condition all of the warranted work;

(2) Satisfactorily correct all damage to equipment, the site, the building, or its contents that is the result of such unsatisfactory work; and

(3) Satisfactorily correct any work, materials, or equipment disturbed in fulfilling the warranty.

c. Should the supplier fail to proceed promptly in accordance with the warranty, the Postal Service may have the work performed at the supplier's expense.

d. The supplier must obtain each transferable guarantee or warranty of equipment, materials, or installation furnished by any manufacturer, supplier, or installer in the ordinary course of the business or trade. The supplier must obtain and furnish to the Postal Service all information required to make any such guarantee or warranty legally binding and effective, and must submit both the information and the guarantee or warranty to the Postal Service in sufficient time to permit the Postal Service to meet any time limit requirements specified in the guarantee or warranty or, if no time limit is specified, before completion and acceptance of all work under this contract.

**C.11 Samples**
**(Clause B-62) (January 1997)**

a. After contract award, the supplier must furnish samples required by the specifications or by the contracting officer, for the contracting officer's approval. They must be delivered to the contracting officer or to the architect as specified or as directed. The supplier must prepay all shipping charges on samples. Materials or equipment for which samples are required may not be used in the work until the contracting officer approves in writing.

b. Each sample must be labeled to show:

(1) Name of project building or facility, project title, and contract number;

(2) Name of supplier and (if appropriate) subcontractor;

(3) Identification of material or equipment, with specification requirement;

(4) Place of origin; and

(5) Name of producer and brand (if any).

c. Samples of finish materials must have additional markings that will identify them under the finish schedules.

d. The supplier must mail under separate cover a letter in triplicate submitting each shipment of samples and containing the information required in paragraphs b and c above. The supplier must also enclose a copy of that letter with the shipment and send a copy to the Postal Service representative on the project. Approval of a sample is only for the characteristics or use named in the approval and may not be construed to change or modify any contract requirement. Substitutions are not permitted unless approved in writing by the contracting officer.

e. Approved samples not destroyed in testing will be sent to the Postal Service representative at the project. Approved samples of hardware in good condition will be marked for identification and may be used in the work. Materials and equipment incorporated in the work must match the approved samples. Samples not destroyed in testing and not approved will be returned at the supplier's expense if the supplier so requests at the time of submission.

f. Failure of any material to pass the specified tests will be sufficient cause for refusal to consider, under this contract, any further samples of the same brand or make of that material. The Postal Service reserves the right to disapprove any material or equipment that has previously proved unsatisfactory in service.

g. Samples of materials or equipment delivered on the site or in place may be taken by the Postal Service representative for testing. Failure of a sample to meet contract requirements will automatically void previous approvals of the item tested. The supplier must replace materials or equipment found not to have met contract requirements, or there will be a proper adjustment of the contract price as determined by the contracting officer.

h. Except as otherwise specified, if tests are called for in the specifications, the supplier must pay all costs of these tests. When tests are not specifically called for in the specifications but are required by the Postal Service, the Postal Service will pay all costs of the tests and related engineering services unless the tests indicate that the workmanship or materials used by the supplier are not in conformance with drawings, specifications, approved shop drawings, or the approved materials. In this event, the supplier must pay for the tests, remove all work and material failing to conform, and replace with work and materials in full conformity. All tests pertaining to physical or chemical properties of materials must be made in a laboratory approved by the contracting officer.

**C.12 Liquidated Damages**
**(Clause 2-10) (January 1997)**

a. If the supplier fails to complete the work, deliver the supplies, or perform the services within the time specified in this contract, or any extension, the supplier must, in place of actual damages, pay to the Postal Service $100.00 for liquidated damages as agreed for each calendar day of delay.

b. Alternatively, if completion, delivery, or performance is delayed beyond the contract dates, the Postal Service may terminate this contract in whole or in part under the Termination for Default clause, and the supplier will be liable for the agreed liquidated damages accruing until the time the Postal Service may reasonably obtain delivery or performance of similar facilities, supplies, or services. The liquidated damages will be in addition to excess costs of reprocurement.

c. The supplier will not be charged with liquidated damages when the delay in completion, delivery, or performance arises out of causes beyond the control and without the fault or negligence of the supplier.

**C.13 Working Hours (Construction)**
**(Clause FB-202) (June 1988)**

a. It is contemplated that all work will be performed during the customary working hours of the trades involved unless otherwise specified in this contract. Work performed by the Contractor at its own volition outside such customary working hours shall be at no additional expense to the Postal Service.

b. The Contractor must refer to the Contracting Officer any requests from occupants of buildings included in the Contractor's work area to change the hours of work.

**C.14 Superintendence Of Subcontractors (Construction)**
**(Clause FB-237) (January 1997)**

a. The Contractor is required to furnish the following, in addition to the superintendence required by Clause B-43 Superintendence By Supplier.

UNITED STATES POSTAL SERVICE

Facilities Department

1. If more than 50% but less than 70% of the value of the contract work is subcontracted, one Contractor's superintendents (on the Contractor's payroll) must be provided on site to be responsible for coordinating, directing, inspecting, and expediting the subcontract work.

2. If 70% or more of the value of the work is subcontracted, two Contractor's superintendent (on the Contractor's payroll) must be provided on site to be responsible for coordinating, directing, inspecting, and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the requirement stated in subparagraph (a) above, for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made.

**C.15 Optional Materials Or Methods (Construction) (Clause FB-244) (June 1988)**

Where the technical provisions permit the Contractor to select optional materials, items, systems or equipment, the selection of such options is subject to the following conditions:

a. Once an option has been selected and approved, it must be used for the entire contract.

b. The Contractor must coordinate its selection with the drawings and specifications and make all necessary adjustments without additional cost to the Postal Service.

*C.16 Applicable If Contract Exceeds $100,000*

**C.16 Exception To Completion And Liquidated Damages Schedules (Clause FB-245) (June 1988)**

In cases where the Contracting Officer determines that sodding and / or planting and / or specified maintenance thereof is not feasible during the construction period, such work will be excepted from the completion schedule and the Clause 2-10, Liquidated Damages, and must be accomplished during the first sodding and / or planting period and the specified maintenance period following the completion date.

*C.17 Applicable If Listed In Block 9, Page 1*

**C.17 Network Analysis System Update (Clause FB-246) (June 1988)**

When notice to proceed with changes in the work must be issued prior to settlement of price and/or time to avoid delay and additional expense, the Contractor will revise the schedule/network and/or duration time estimates of all activities affected by the modification on the next succeeding updating report after the date of notice to proceed. These revisions will be submitted for concurrence of the contracting office prior to inclusion in the schedule/network.

a. If the Contractor fails or refuses to submit or include acceptable revisions within 30 days after the date of notice to proceed, the Contracting Officer may furnish to the Contractor the suggested logic and/or duration time revisions to be entered into the schedule/network and used in all subsequent updating reports until such time that the revisions have been settled or until actual dates supersede the portion of the schedule represented by the revisions.

b. In the event the Contracting Officer has furnished the suggested logic and/or duration time revisions because of the Contractor's failure to furnish acceptable revisions on time and the Contractor has any objections to the revisions furnished by the Contracting Officer, the Contractor shall notify the Contracting Officer in writing of such objections, fully supported by its own counterplan. If the Contractor fails to submit in writing its objections to the revisions along with supporting data and counterplan within 20 days after the date such suggested revisions have been furnished by the Contracting Officer, it will be deemed that the Contractor has agreed with the Contracting Officer's suggested logic/duration time revisions, which revisions then will be the basis for equitable adjustment of the time of performance of the work.

c. Inclusion in the network and use of revised logic and/or duration time estimates for updating, whether furnished by the Contractor or by the Contracting Officer, will not be construed as extensions of time to the dates required in the contract. These revisions are for the purpose of keeping the schedule up to date to reflect the work to be accomplished and to include the best time estimates for work yet to be done.

## Section D-Packaging And Marking

**D.1 Identification Of Contract Deliverables (Clause OB-19) (January 1997)**

Unless otherwise specified, the cover page of each document prepared and submitted by the Contractor to the Postal Service under this contract must include the following information:

a. Name and business address of the Contractor.

b. Contract number.

c. Name, position, and office location of the Postal Service's Contracting Officer's representative.

d. Date of report.

## Section E-Inspection And Acceptance

**E.1 Inspection And Acceptance (Construction) (Clause B-33) (January 1997)**

a. Except as otherwise provided in this contract, inspection and testing by the Postal Service of materials and workmanship shall be made at reasonable times and at the site of the work, unless the contracting officer determines that it shall be made at the place of production, manufacture, or shipment of such material. The contracting officer's decision shall be conclusive as to whether the material involved conforms to the contract requirements. Such off–site inspection or test shall not relieve the supplier of responsibility for damage to or loss of the material prior to acceptance, nor in any way affect the continuing rights of the Postal Service after acceptance of the completed work under the terms of paragraph f of this section.



USPS Production of Documents 00197

13