UNITED STATES
POSTAL SERVICE

Facilities Department

b The supplier shall without charge, replace any material or correct any workmanship found by the Postal Service not to conform to the contract requirements, unless the Postal Service consents to accept such material or workmanship with an appropriate adjustment in contract price. The supplier shall promptly segregate and remove rejected material from the premises.

c. If the supplier does not promptly replace rejected material or correct rejected workmanship, the Postal Service may, by contract or otherwise, replace or correct it and charge the cost to the supplier.

d. The supplier must furnish (without charge) all facilities, labor, and materials needed to conduct inspections and tests as required by the contracting officer. The supplier will be charged any additional costs of inspection if material and workmanship are not ready at the time specified by the supplier for inspection.

e. The Postal Service may examine completed work by removing or tearing it out. The supplier must replace or correct any work found not to conform to contract requirements. If work is torn out and found to comply with contract requirements, the contracting officer must make an equitable adjustment for the services provided for the inspection and replacement of the work.

f. The Postal Service will inspect the work as soon as practicable after completion. Acceptance by an authorized Postal Service representative is conclusive except in the case of latent defects, fraud, gross mistakes amounting to fraud, or Postal Service rights under any warranty or guarantee.

E.2 Contracting Officer's Representative (COR)
(Clause OB-21) Alternate IV (July 1997)

A Contracting Officer's representative (COR) may be appointed by the Contracting Officer. The name, address, telephone number, and specific responsibilities and limitations of the COR will be provided to the Contractor in writing by the contract start date. The COR may be changed at any time by the Postal Service without prior notice to the Contractor, but notification of the change, including the name and address of the successor COR, will be promptly provided to the Contractor by the Contracting Officer in writing.

## Section F-Payment And Funding

F.1 Invoices
(Clause B-20) (January 1997)

a. The supplier's invoices must be submitted before payment can be made.

b. The supplier agrees that submission of an invoice to the Postal Service for payment is a certification that:

(1) Any services being billed for have been performed in accordance with the contract requirements; and

(2) Any supplies for which the Postal Service is being billed have been shipped or delivered in accordance with shipping instructions issued by the contracting officer in the quantities shown on the invoice, and that the supplies are in the quantity and of the quality designated in the contract.

c To ensure prompt payment, an invoice must be submitted for each destination and each shipment. Each invoice must contain:

(1) The supplier's name and address;

(2) The contract number;

(3) Any applicable task or delivery order number;

(4) A description of the supplies or services and the dates delivered or performed;

(5) The point of shipment or delivery;

(6) Any applicable unit prices and extensions;

(7) Shipping and payment terms; and

(8) Any additional information required by the contract.

**F.2 Payment (Construction)**
**(Clause B-48 ) (January 1997)**

a. The Postal Service will make progress payments monthly or at more frequent intervals as determined by the contracting officer. Bond costs may be included in the supplier's estimates without proration. Before the first progress payment becomes due, the supplier must prepare a breakdown of the contract price acceptable to the contracting officer. The values in the breakdown will be used for determining progress payments. The supplier's overhead and profit must be prorated through the life of the contract.

b. If the contract price is more than $50,000, material delivered that will be incorporated into the structure may be taken into consideration in computing progress payments. Before each payment is made, the supplier must furnish to the contracting officer proof of the quantity, value, and delivery of materials.

c. In making progress payments, the contracting officer will ordinarily retain five percent of the progress payments earned. However, if the contracting officer, at any time after 50 percent of the work has been completed, finds that satisfactory progress is being made, the contracting officer may authorize payment in full of all progress payment earned. Also, if the contracting officer considers the amount retained to be in excess of that adequate for the protection of the Postal Service, the contracting officer may release to the supplier all or a portion of the excess whenever the work is substantially complete. On completion and acceptance of each separate building, public work, or other division of the contract, on which the price is stated separately in the contract, payment may be made without retention.

d. All material and work covered by progress payments will be the sole property of the Postal Service. However, this paragraph d does not (1) relieve the supplier of responsibility for all material and work for which payment has been made or for restoration of any damaged work or (2) waive the right of the Postal Service to require fulfillment of all the contract terms.

e. Before receiving a progress payment or final payment under this contract, the supplier must certify to the contracting office that payment due subcontractors or suppliers under contractual arrangements with them has been made from the proceeds of prior payments or will be made in timely fashion from the payment then due the supplier.

e. Upon completion and acceptance of all work, the amount due the supplier under this contract must be paid upon the presentation of a properly executed invoice, after the supplier has furnished the Postal Service with a release of all claims against the Postal Service arising by virtue of this contract, other than claims in stated amounts that must be specifically excepted by the supplier from the operation of the release. If the supplier's claim to amounts payable under the contract

has been assigned as provided in the Assignment of Claims clause, a release may also be required of the assignee.

F.3 Equitable Adjustments (Construction) (Clause FB-271) (August 1988)

a. The Contractor's written statement of the monetary extent of any claim for equitable adjustment under this contract must be submitted in the form of a lump sum proposal (unless otherwise requested) with an itemized breakdown of all increases or decreases in the cost of the Contractor's and all subcontractors' work, in at least the following detail:

1. Material quantities and unit cost
2. Labor costs (identified with specific item of material to be placed or operation to be performed)
3. Construction Equipment
4. Workmen's Compensation and Public Liability Insurance
5. Overhead
6. Profit
7. Employment taxes under FICA and FUTA

b. The overhead, profit and commission percentages included in the proposal, must not exceed the maximums given at the end of this paragraph, and will be considered to include, but not be limited to, insurance other than that mentioned in this "Equitable Adjustments" clause, bond or bonds, use of small tools, incidental job burdens, and general office expense. No percentages for overhead, profit or commission will be allowed on employment taxes under FICA and FUTA. The percentages for overhead, profit and commission will be negotiated and may vary according to the nature, extent and complexity of the work involved. Not more than three percentages, not to exceed the maximum percentages shown below, will be allowed regardless of the number of tiers of subcontractors; that is, the markup on work subcontracted by a subcontractor will be limited to one overhead percentage and one profit percentage in addition to the prime Contractor's commission percentage. On proposals covering both increases and decreases in the amount of the contract, the overhead, profit, and where applicable, commission, will be computed on the net change only. On proposals for decreases in the amount of the contract, the overhead, profit, and where applicable, commission will be added to the decrease in direct cost.

| | Overhead | Profit | Commission |
|---|---|---|---|
| To Contractor on work performed by other than his own forces | 0% | 0% | 10% |
| To Contractor and / or the subcontractors for that portion of work performed with their respective forces | 10% | 10% | 0% |

c. The Contractor must submit with his proposal his request for time extension (if any).

d. In considering a proposal, the Postal Service will make check estimates in detail, utilizing unit prices where specified or agreed upon, with a view to arriving at an equitable adjustment.

e. After receipt of a proposal with a detailed breakdown, the Contracting Officer will act promptly thereon, provided, however, that when the necessity to proceed with a change does not allow sufficient time to check a proposal, or in the event of failure to reach agreement on a proposal, the Postal Service may order the Contractor to proceed on the basis of price to be determined at the earliest practicable date but not to be more than the increase or less than the decrease proposed.

f. The Contractor must submit all claims for equitable adjustment under the "Differing Site Conditions" clause, in accordance with, and subject to the requirements and limitations set forth in the "Differing Site Conditions" clause and in this "Equitable Adjustments" clause. All other claims for equitable adjustment submitted by the Contractor under this contract will be subject to the requirements and limitations set forth in this clause.

g. Upon written request by the Contracting Officer, the Contractor must submit a proposal, in accordance with the requirements and limitations set out in paragraphs (a) through (g) of this "Equitable Adjustments" clause, for work involving contemplated changes covered by the request, within the time limit indicated in the request or any extension of such time limit as may be subsequently granted. If, within a reasonable time after receipt of such a proposal, the Contracting Officer orders the Contractor to proceed with the performance of the work contemplated, the proposal submitted prior to the order will constitute the Contractor's statement of the monetary extent of claim for equitable adjustment.

**F.4 Prompt Payment For Construction Contracts (Clause FB-272) (May 1994)**

Notwithstanding any other payment terms in this contract, the Postal Service will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day the check is dated or an electronic funds transfer is made. All days referred to in this clause are calendar days, unless otherwise specified.

a. Invoice payments.

1. For purposes of this clause, there are several types of invoice payments which may occur under this contract as follows:

(a) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of the work or services performed, including payments for reaching milestones in any project:

(1) The due date for making payments shall be 14 days after receipt of the payment request by the designated billing office, except as may be modified in accordance with paragraph FB 272-2 (herein).

(2) The due date for payments retained by the Contracting Officer in accordance with clause FB 272-1, Progress Payments under Fixed-Price Construction Contracts, shall be 30 days after approval for release to the Contractor by the Contracting Officer.

UNITED STATES POSTAL SERVICE

Facilities Department

(b) Final payments based on the completion and acceptance of all work and presentation of release of all claims against the Postal Service arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Postal Service (e.g., each separate building, or other division of the contract for which the price is stated separately in the contract).

(1) The due date for making such payments shall be either the thirtieth day after receipt by the designated billing office of a proper invoice from the Contractor, or the thirtieth day after Postal Service acceptance of the work or services completed by the Contractor, whichever is later.

(2) On a final invoice where the payment amount is subject to contract settlement options (e.g., release of claims), acceptance shall be deemed to have occurred on the effective date of the contract settlement.

2. An invoice is the Contractor's bill or written request for payment under the contract for work or services performed under the contract. An invoice shall be prepared and submitted to the designated billing office. A proper invoice must include the items listed in subdivisions a.2.(a) through a.2.(i) of this clause. If the invoice does not comply with these requirements, the Contractor will be notified of the defect within seven days after the receipt of the invoice at the designated billing office. Untimely notification will be taken into account in the computation of any interest penalty owed the Contractor in the manner described in paragraph (a.4) of this clause:

(a) Name and address of the Contractor;

(b) Invoice date;

(c) Contract number or other such authorization for work or services performed (including order number and contract line item number):

(d) Description of the work or services performed;

(e) Delivery and payment terms (e.g., prompt payment discount terms);

(f) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment);

(g) Name (where practical), title, telephone number, and mailing address of the person(s) to be notified in the event of a defective invoice;

(h) For payment described in subdivision a.1.(a) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of clause FB 272-1, Progress payments Under Fixed-Price Construction Contracts; and

(i) Any other information or documentation required by the contract.

3. An interest penalty shall be paid automatically by the designated payment office, without request from the Contractor, if payment is not made by the due date and the following conditions are met, if applicable:

(a) A proper invoice was received by the designated billing office;

(b) A receiving report or other Postal Service documentation authorizing payment was processed and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount; and

(c) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, and the amount was not subject to further contract settlement actions between the Postal Service and the Contractor.

4. The interest penalty shall be at the rate established by the Secretary of the Treasury under Section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority. The interest penalty shall accrue daily on the invoice payment amount approved by the Postal Service and be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice payment amount and be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the period prescribed in subparagraph (a.2) of this clause, then the due date on the corrected invoice will be adjusted by subtracting the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating penalties, if requested by the Contractor.

(a) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in subdivision a.1.(b) of this clause, Postal Service acceptance or approval shall be deemed to have occurred constructively on the seventh day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. In the event that actual acceptance or approval occurs within the constructive acceptance or approval period, the determination of an interest penalty shall be based on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements also do not compel Postal Service officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to the Contractor fulfilling responsibilities.

(b) The following periods of time will not be included in the determination of an interest penalty:

(1) The periods taken to notify the Contractor of defects in invoices submitted to the Postal Service, but this period may not exceed seven days; and

(2) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(c) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the Disputes Clause, or for



USPS Production of Documents
00200

16

more than 1 year. Interest penalties of less than $1 need not be paid.

(d) Interest penalties are not required on payment delays due to disagreement between the Postal Service and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes and any interest that may be payable will be resolved in accordance with the Disputes Clause.

5. An interest penalty shall also be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

b. Contract Financing Payments. For purposes of this clause, if applicable, "contract financing payments" means a Postal Service disbursement of monies to a Contractor under a contract clause or other authorization prior to acceptance of supplies or services by the Postal Service, other than progress payments based on estimates of amount and value of work performed. Contract financing payments include advance payments and interim payments under cost-type contracts.

If this contract provides for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made by the thirtieth day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the date specified. For advance payments, loans or other arrangements that do not involve recurrent submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer. Contract financing payments shall not be assessed an interest penalty for payment delays.

c. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purposes of performing this contract the following:

1. A payment clause which obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than seven days from the receipt of payment out of such amounts as are paid to the Contractor under this contract;

2. An interest penalty clause which obligates the Contractor to pay an interest penalty for each payment not made in accordance with the payment clause:

(a) For the period beginning the day after the required payment date and ending on the date on which payment of the amount due is made, and

(b) Computed at the interest rate established by the Secretary of the Treasury for interest payments under Section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay and interest penalty, and

(c) A clause requiring each subcontractor to include a payment clause and an interest penalty clause in each of its subcontracts and to require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

d. The clauses required by paragraph (c) of this clause shall not be construed to impair the right of Contractor or subcontractor at any tier to negotiate, and to include in their subcontract provisions which:

1. Permit the Contractor or subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with the terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to furnish a performance bond and a payment bond;

2. Permit the Contractor or a subcontractor to make a determination that part or all of the subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and

3. Permit such withholding without incurring any obligation to pay a late payment penalty if:

(a) A notice conforming to the standards of paragraph (g) of this clause has been previously furnished to the subcontractor, and

(b) A copy of any notice issued by a Contractor pursuant to subdivision d.3.(a) of this clause has been furnished to the Contracting Officer.

e. If a Contractor, after making a request for payment to the Postal Service, but, before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractors is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall:

1. Furnish the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but, prior to the due date for subcontractor payment;

2. Furnish the Contracting Officer, as soon as practicable, a copy of the notice furnished the subcontractor pursuant to subparagraph (e.1) of this clause;

3. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under subparagraph (e.1) of this clause.

4. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and

(a) Make such payments within:

(1) Seven days after correction of the identified subcontract performance deficiency unless funds therefor must be recovered from the Postal Service because of a reduction under subdivision e.5.(a) of this clause, or

UNITED STATES POSTAL SERVICE

Facilities Department

(2) Seven days after the Contractor recovers such funds from the Postal Service; or

(b) Incur a late payment interest penalty computed at the interest rate established by the Secretary of the Treasury for interest payments under Section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay and interest penalty:

5. Notify the Contracting Officer upon:

(a) Reduction of the amount of any subsequent certified application for payment; or

(b) Payment to the subcontractor of any withheld amounts of a progress payment specifying:

(1) The amounts withheld under subparagraph (e.1) of this clause: and

(2) The dates such withholding began and ended; and

6. Be obligated to pay to the Postal Service an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903 (c) (1)), from the 8th day after receipt of the withheld amounts from the Postal Service until:

(a) The day the identified subcontractor performance deficiency is corrected; or

(b) The date that any subsequent payment is reduced under subdivision e.5.(a) of this clause.

f.

1. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor") a written notice in accordance with Section 2 of the Act of August 24, 1935 (40 U.S.C. 2701b, Miller Act), asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, then the Contractor may, without incurring an obligation to pay an interest penalty under subparagraph (e.6) of this clause:

(a) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon making such determination; and

(b) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount specified in the notice of withholding furnished under subdivision f.1.(a) of this clause.

2. As soon as practicable, but not later than seven days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected the contractor shall pay the amount withheld under subdivision f.1.(a) of this subparagraph to such first-tier subcontractor, or shall incur an obligation to pay a later payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury for interest payments under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

g. A written notice of any withholding shall be issued to a subcontractor (with a copy to the Contracting Officer of any such notice issued by the Contractor), specifying:

(a) The amount to be withheld;

(b) The specific cause for the withholding under the terms of the subcontract; and

(c) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

h. The Contractor may not request payment from the Postal Service of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

i. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the Postal Service or United States is a party. The Post Service or United States may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

j. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair any contractual, administrative or judicial remedies otherwise available to the Contractor or subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

k. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the Postal Service or United States for such interest penalty. A cost reimbursement claim may not include any amount for reimbursement of such interest penalty.

FB-272-1 Progress Payments Under Fixed-Price Construction Contracts

a. The Contractor shall furnish a breakdown of the total contract price showing the amount included therein for each principal category of work, in such detail as requested by the Contracting Officer, to provide a basis for determining progress payments, or payment shall not be made.

b. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made:

I hereby certify, to the best of my knowledge and belief, that:

1. The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

2. Payments to subcontractors and suppliers have been made from previous payments received under this contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code; and

3. This request for progress payments does not include any amounts which the prime Contractor intends to withhold or retain

from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

(NAME)

(TITLE)

(DATE)

c. If the Contractor, after making a certified request for progress payments, discovers that a portion, or all of such request constitutes a payment for performance that fails to conform to the specifications, terms, and conditions of the contract (hereinafter referred to as the "unearned amount"), the Contractor shall:

1. Notify the Contracting Officer of such performance deficiency; and

2. Be obligated to pay the Postal Service an amount computed by the Contracting Officer in the manner provided in 31 U.S.C. 3903 (c) (1) equal to the interest on the unearned amount from the date of receipt of the unearned amount until:

   (a) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

   (b) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

d. In making these progress payments, the Postal Service shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements when applicable) after surety. The retainage provision in paragraph (e) of this clause shall not apply to that portion of progress payments attributable to bond premiums.

B-272-2 Prompt Payment For Construction Contracts

a. Contracting Officer may modify the date in subdivision a.1.(a) (1) of the clause to specify a period longer than 14 days if required to afford the Postal Service a practicable opportunity to inspect the work adequately and to determine the adequacy of the Contractor's performance under the contract.

b. The Contracting Officer may modify the date in subdivision a.4.(a) of the clause to specify a period longer than seven days for constructive acceptance or constructive approval if required to afford the Postal Service a practicable opportunity to adequately inspect the work and to determine the adequacy of the Contractor's performance under the contract.

# Part 2-Clauses And Attachments

## Section G-Special Clauses

### G.1 Performance At Occupied Postal Facilities (Clause B-27) (January 1997)

a. In performing this contract, the supplier must:

(1) Comply with applicable Occupational Safety and Health Standards (29 CFR 1910) promulgated pursuant to the authority of the Occupational Safety and Health Act of 1970;

(2) Comply with any other applicable federal, state, or local regulations governing work–place safety to the extent they do not conflict with a.1 above; and

(3) Take all other proper precautions to protect the safety and health of the supplier's employees, Postal Service employees, and the public.

b. The supplier must coordinate its use of the premises with the installation head or other representative designated by the contracting officer. Subjects of this coordination include the designation of work and storage areas; the extent, if any, of use by the supplier of Postal Service tools and equipment; the furnishing by the supplier of appropriate signs and barricades to exclude unauthorized personnel from the work areas and to call attention to hazards and dangers; and other matters relating to the protection of Postal Service employees and property.

### G.2 Differing Site Conditions (Clause B-32) (January 1997)

a. The supplier must promptly, and before such conditions are disturbed, notify the contracting officer in writing of:

(1) Subsurface or latent physical conditions at the site differing materially from those indicated in this contract; or

(2) Unknown physical conditions at the site, of an unusual nature, differing materially from those ordinarily encountered and generally recognized as inherent in work of the character provided for in this contract.

b. The contracting officer shall promptly investigate the conditions, and if such conditions do materially so differ and will cause an increase or decrease in the supplier's cost of, or the time required for, performance of any part of the work under this contract whether or not changed as a result of such conditions, an equitable adjustment shall be made and the contract modified in writing accordingly.

c. No claim of the supplier under this clause shall be allowed unless th supplier has given the notice required in (a) above; provided however, the time prescribed thereof may be extended by the Postal Service.

d. No claim by the supplier for an equitable adjustment under this clause will be allowed if asserted after final payment under this contract.

### G.3 Specifications And Drawings (Clause B-35 )(January 1997)

a. The supplier must keep at the site, copies of the drawings and specifications and must at all times give the contracting officer access to them. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, is of like effect as if shown or mentioned in both. In case of discrepancy or conflicts between drawings and specifications, the specifications will govern.

b. In case of difference between small and large–scale drawings, the large–scale drawings will govern. Schedules on any contract drawing will take precedence over conflicting information on that or any other contract drawing. On any of the drawings in which a portion of the work is detailed or drawn out and the remainder is shown in outline, the parts detailed or drawn out will apply also to all other like portions of the work.

c. When the word "similar" appears on the drawings, it has a general meaning and must not be interpreted as meaning identical, and all details must be worked out in relation to their location and connection with other parts of the work.

UNITED STATES POSTAL SERVICE

Facilities Department

d. In case of discrepancy either in figures, drawings, or specifications, the matter must be promptly submitted to the contracting officer, who will promptly make determination in writing. Any adjustment by the supplier without such a determination will be at the supplier's own risk and expense. The contracting officer must furnish from time to time such detailed drawings and other information as may be necessary.

e. The supplier must verify all dimensions shown of existing work, and all dimensions required for work that is to connect with work now in place, by actual measurement of the existing work. Any discrepancies between the contract requirements and the existing conditions must be referred to the contracting officer before the supplier performs any work affected by these discrepancies.

**G.4 Postal Service Partial Occupancy (Clause B-36) (January 1997)**

a. The contracting officer reserves the right of partial occupancy or use of facilities, services, and utilities, before final acceptance, without implying completion or acceptance of any part of the project by the Postal Service. Before such occupancy or use, the contracting officer must furnish the supplier an itemized list of work remaining to be performed or corrected. Failure to list an item will not relieve the supplier of the responsibility for complying with the terms of the contract.

c. Costs incurred as a result of such partial occupancy or use of facilities, services, and utilities are subject to equitable adjustment under the Changes clause.

**G.5 Changes (Construction) (Clause B-37) (January 1997)**

a. The contracting officer may at any time, without notice to any sureties, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes:

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Postal Service–furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

b. Any other written or oral order (which, as used in this paragraph b, includes direction, instruction, interpretation, or determination) from the contracting officer that causes a change will be treated as a change order only if the supplier gives the contracting officer written notice stating (1) the date, circumstances, and source of the order and (2) that the supplier regards the order as a change order. This notification must be delivered to the contracting officer within 30 days of receipt of the change order.

c. If any change under this clause causes an increase or decrease in the supplier's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any order, the contracting officer will make an equitable adjustment and modify the contract in writing. However, except for claims based on defective specifications, no claim for any change under paragraph b above will be allowed for any costs incurred more than 20 days before the supplier gives written notice as required. In the case of defective specifications for which the Postal Service is responsible, the equitable adjustment will include any increased cost reasonably incurred by the supplier in attempting to comply with the defective specifications.

d. No claim by the supplier for an equitable adjustment will be allowed if asserted after final payment under this contract.

e. See also Clause B–10, Pricing of Adjustments.

**G.6 Accident Prevention (Clause B-38) (January 1997)**

a. All construction work on this project must be performed in compliance with the Occupational Safety and Health Act of 1970 or with local or state occupational safety and health regulations enforced by an agency of the locality or state under a plan approved by the U.S. Department of Labor, Occupational Safety and Health Administration (OSHA).

b. The supplier will maintain an accurate record of exposure data and all accidents incident to work performed under this contract resulting in death, traumatic injury, occupational disease, or damage to property, material, supplies, or equipment. The supplier must report the exposure data and accidents as prescribed by the contracting officer.

c. Job Safety programs are required as follows:

(1) Within 30 days after receiving a notice to proceed, the supplier must submit to the contracting officer, in quintuplicate, a proposed job safety program designed to provide a system by which hazards on the project site will be controlled to minimize or eliminate occupational injuries or illnesses during performance of the contract.

(2) The proposed job safety program must state that subcontractors are required to comply with the general supplier's job safety rules and requirements issued under the authority of that program.

(3) The proposed job safety program must identify, by name, the supplier's representative responsible for the execution of the job safety program.

**G.7 Indemnification (Clause B-39) (January 1997)**

The supplier must save harmless and indemnify the Postal Service and its officers, agents, representatives, and employees from all claims, losses, damage, actions, causes of action, expenses, and/or liability resulting from, brought for, or on account of any personal injury or property damage received or sustained by any person, persons or property growing out of, occurring, or attributable to any work performed under or related to this contract, resulting in whole or in part from negligent acts or omissions of the supplier, any subcontractor, or any employee, agent, or representative of the supplier or any subcontractor.

**G.8 Conditions Affecting The Work (Clause B-41 ) (January 1997)**

The supplier is responsible for having taken steps reasonably necessary to ascertain the nature and location of the work, and the general and local conditions that can affect the work or its costs. Any failure by the supplier to have done so does not relieve the supplier from responsibility for successfully performing the work without additional expense to the Postal Service. The Postal Service assumes no responsibility for any understanding or representations concerning conditions made by any of its officers or agents before execution of this contract, unless such

USPS Production of Documents
00205

UNITED STATES POSTAL SERVICE

Facilities Department

understanding or representations by the Postal Service are expressly stated in the contract

G.9 Performance Of Work By Supplier
(Clause B-42 ) (January 1997)

The supplier must perform on the site, with its own organization, work equivalent to at least 12.00% of the total amount of work to be performed under this contract. The percentage of work required to be performed by the supplier may be reduced with written approval of the contracting officer.

G.10 Superintendence by Supplier
(Clause B-43) (January 1997)

The supplier must give personal superintendence to the work or have a competent foreman or superintendent, satisfactory to the contracting officer, on the work at all times during progress, with authority to act for the supplier.

G.11 Use Of Premises
(Clause B-44 )(January 1997)

a. If the premises are occupied, the supplier, any subcontractors, and their employees must comply with the regulations governing access to, operation of, and conduct while on the premises and must perform the work required under this contract so as not to unreasonably interfere with the conduct of Postal Service business or use and occupancy by Postal Service tenants.

b. Any requests received by the supplier from occupants to change the sequence of work must be referred to the contracting officer for determination.

c. The supplier, any subcontractors, and their employees will not have access to any building outside the scope of this contract, without permission of the contracting officer.

G.12 Other Contracts
(Clause B-45) (January 1997)

The Postal Service may award other contracts for additional work, and the supplier must cooperate fully with the other suppliers and Postal Service employees and carefully fit in its own work as may be directed by the contracting officer. The supplier must not commit or permit any act that will interfere with the performance of work by any other supplier or by Postal Service employees.

G.13 Permits And Responsibilities (Construction)
(Clause B-47 ) (January 1997)

The supplier is responsible, without additional expense to the Postal Service, for obtaining any necessary licenses and permits, and for complying with any applicable federal, state, and municipal laws, codes, and regulations in connection with the prosecution of the work. The supplier is responsible for all damage to persons or property that occurs as a result of its negligence. The supplier must take proper safety and health precautions to protect the work, the workers, the public, and the property of others. The supplier is responsible also for all materials delivered and work performed until completion and acceptance of the entire construction work, except for any completed unit of construction that may have been accepted.

**G.14 Building Codes, Fees, And Charges**
**(Clause B-49) (January 1997)**

a. State and local building codes and regulations do not apply as a matter of law to work inside the property lines of Postal Service–owned properties but generally do apply to Postal Service–leased properties. In compliance with Postal Service policy, the supplier must comply with all state and local building code requirements unless otherwise specifically provided.

b. The supplier must pay all fees and charges for connections to outside services and for use of property outside the site.

**G.15 Protection Of Existing Vegetation, Structures, Utilities, And Improvements**
**(Clause B-50 ) (January 1997)**

a. The supplier will preserve and protect all existing vegetation (such as trees, shrubs, and grass) and structures on or adjacent to the site of work that are not to be removed and that do not unreasonably interfere with the construction work. Care will be taken in removing trees authorized by the contracting officer for removal, to avoid damage to vegetation that will remain in place.

Any limbs or branches of trees broken during such operations or by the careless operation of equipment, or by workmen, will be trimmed with a clean cut and painted with an approved tree pruning compound as directed by the contracting officer.

b. The supplier will protect from damage all existing improvements or utilities at or near the site of the work, the location of which is or should have been known, and will repair or restore any damage to these facilities resulting from failure to comply with the requirements of this contract or to exercise reasonable care in performing the work. If the supplier fails or refuses to repair any such damage promptly, the contracting officer may have the necessary work performed and charge the cost to the supplier.

**G.16 Heat**
**(Clause B-51) (January 1997)**

Unless otherwise specified, or unless directed otherwise by the contracting officer, the supplier must:

a. Provide heat as necessary to protect all work materials and equipment against injury form dampness and cold;

b. Protect, cover, and/or heat, as may be necessary to produce and maintain a temperature of not less than 50 degrees Fahrenheit in the concrete during the placing, setting, and curing of concrete, and in the plaster during the application, setting, and curing of plaster; and

c. Provide heat as necessary to produce in the area where the work is to be done a temperature of not less than 70 degrees Fahrenheit for the period beginning 10 days before the placing of interior finishes and finish materials and continuing until completion of beneficial occupancy of the area.

**G.17 Debris And Cleanup**
**(Clause B-52) (January 1997)**

a. The supplier must, during the progress of the work, remove and dispose of the resultant dirt and debris and keep the premises clean.



USPS Production of Documents
00206

21

UNITED STATES POSTAL SERVICE

Facilities Department

b. The supplier will, upon completion of the work, remove all construction equipment and surplus materials (except materials or equipment that are to remain Postal Service property as provided by this contract), and leave the premises in a clean, neat, and orderly condition satisfactory to the contracting officer.

G.18 **Survey Monuments And Bench Marks (Clause B-53) (January 1997)**

a. The Postal Service has established, or will establish, such general reference points as will enable the supplier to proceed with the work. The supplier will provide new monuments where shown or specified. If the supplier finds that any previously established reference points have been destroyed or displaced, or that none has been established, the supplier must promptly notify the contracting officer.

b. The supplier must protect and preserve established bench marks and monuments and make no changes in locations without the written approval of the contracting officer. Established reference points that may be lost, covered, destroyed, or disturbed in the course of performance of the work under this contract, or that require shifting because of necessary changes in grades or locations, must (subject to prior approval of the contracting officer) be replaced and accurately located or relocated (as appropriate) at the supplier's expense, by a licensed engineer or licensed land surveyor.

c. New monuments will be 6 inches square by 3 feet deep (unless otherwise specified), of concrete or stone, with a 3–inch copper or brass pin 3/8–inch in diameter, in the center, and must be set flush with the ground or pavement in locations indicated on the site plan.

d. Monuments will not be required where lines of buildings are coincident with property lines.

e. The supplier must verify the figures shown on the survey and site plan before undertaking any construction work and will be responsible for the accuracy of the finished work.

f. After completion of construction and before final payment, the supplier must furnish the Postal Service blueprints (in triplicate) of plans showing the exact location of construction survey monuments with reference to true property lines.

G.19 **Standard References (Clause B-55) (January 1997)**

a. All publications and other documents (such as manuals, handbooks, codes, standards, and specifications) cited in this contract for the purpose of establishing requirements applicable to equipment, materials, or workmanship are hereby incorporated by reference in the contract as fully as if printed and bound with the specifications of this contract, in accordance with the following:

(1) Wherever reference is made to standard Specifications of the Public Buildings Service, Interim Federal Specifications, Interim Amendments to Federal Specifications, Interim Federal Standards, or Interim Amendments to Federal Standards, the supplier must comply with the requirements set forth in the issue or edition identified in this contract except as modified or as otherwise provided in the specifications.

(2) Wherever reference is made to any document other than those specified in subparagraph a.1 above, the supplier must comply with the requirements set forth in the edition specified in this contract or, if not specified, the latest edition or revision, as well as the latest amendment or supplement in effect on the date of the solicitation except as modified by the specifications of this contract.

b. Federal Specifications, Federal Standards, and Standard Specifications of the Public Buildings Service can be obtained from the Business Service Center at any GSA Regional Office. Inquiries regarding "Commercial Standards," "Product Standards," and "Simplified Practice Recommendations" should be addressed to:

OFFICE OF PRODUCT STANDARDS
NATIONAL BUREAU OF STANDARDS
WASHINGTON DC 23234–0001

Publications of associations referred to in the specifications can be obtained directly from the associations.

c. Upon request, the supplier must make available at the job site, within a reasonable time, a copy of any trade manual or standard incorporated by reference in this contract that governs quality and workmanship.

**G.20 Materials And Workmanship (Clause B-63) (January 1997)**

a. Unless otherwise specifically provided, all equipment and materials incorporated in the work must be new and of the most suitable grade for the purpose intended. Unless otherwise specifically provided, reference to any equipment, material, or patented process by brand name, make, or catalog number establishes a standard of quality only. The supplier may substitute any equipment, material, or process that the contracting officer finds to be equal to that named. To obtain approval to use a different equipment, material, or process, the supplier must furnish the contracting officer the manufacturer's name, the model number, and other identifying data and information regarding the nature and performance of the proposed substitute. If requested by the contracting officer, samples must be submitted for approval at the supplier's expense, shipping charges prepaid. Materials or processes substituted without approval may be rejected.

b. In the event of substitution in accordance with paragraph a above, the supplier must furnish to the contracting officer for approval the manufacturer's name, the model number, and any other relevant information on the performance, capacity, nature, and rating of equipment or materials proposed for substitution.

c. The supplier must obtain the contracting officer's approval of the machinery and mechanical equipment incorporated into the work. The supplier must submit samples of all materials and equipment as directed by the contracting officer or as required by the specifications.

d. All work must be performed in a skillful and workmanlike manner. The contracting officer may, in writing, require the supplier to remove from the work any employee the contracting officer deems incompetent, careless, or otherwise objectionable.

***G.21 Applicable If USPS Property Is Furnished***

**G.21 Postal Service-Property (Construction) (Clause FB-234) (June 1988)**

a. Within 45 calendar days after receipt of Notice to Proceed, the Contractor must submit to the Contracting Officer a schedule in quadruplicate verifying quantities, if appropriate, and giving desired

UNITED STATES
POSTAL SERVICE

Facilities Department

dates for delivery of items and property furnished by the Postal Service. Schedule will be subject to written approval of the Contracting Officer. Approved dates of delivery must be confirmed by the Contractor thirty calendar days prior to delivery on the established date or the Contractor will be responsible for suitable storage and protection of items delivered, including all expenses incidental thereto.

b. The Contractor must receive the Postal Service-Furnished Property, off load, receipt for, provide additional transportation required, uncrate, assemble, locate in place and install or connect ready for operation or use. Assembly must include such parts and loose fittings as are usually shipped detached. Installation and connection must be in accordance with the specifications for such work, including fitting to adjacent work and any additional labor and material required.

c. Postal Service property will be furnished F.O.B. truck at the project site and the Contractor must accept delivery when made, paying any demurrage incurred, and unload the property at his own expense. All such property must be installed or incorporated into the work at the expense of the Contractor, unless otherwise indicated herein.

d. The Contractor must report to the Contracting Officer, in writing, within 45 working hours after accepting delivery of the Postal Service property, any shortage in, or damage to materials when delivered. If actual inspection of the property is not practical in this time limit, it should be so noted in the report. Failure to make such report will be interpreted to mean that there were no shortages and all property was in good condition when delivered. Noticeable minor defects which may be expected to occur in the ordinary manufacture of materials must be repaired.

**G.22 Definition Of Terms Used In Contract Documents (Construction) (Clause FB-235) (June 1988)**

This special contract clause supplements PM Clause B-1, Definitions.

a. Wherever in the contract documents the words "Post Office Department," "Department," "POD," "Post Office," "PO," "US Postal Service," "USPS," "Owner," "Government," or words of like import are used, it must be understood that the "United States Postal Service" is intended.

b. Wherever in the contract documents "Project Engineer, " "Resident Engineer, " "Architect-Engineer," "AE," "Architect," "Supervisory Authority," or other individual or organization is designated, the functions and authorities of such individual or organization must be governed by PM Clause B-1, Definitions.

c. Wherever in the contract documents the words "American Standards Associates," "ASA," "United States Standards," "USA" or "American National" are used, it shall be understood that "American National Standards Institute" is intended.

d. Where throughout the text of Technical Provisions reference is made to "Contractors," "General Contractor," "Installing Contractor," "other Contractors," "another Contractor," "each Contractor," "subcontractor," "site Contractor," "this Contractor," or words of like import are used, it shall be understood that "Contractor" is intended. Where certain special Contractors are required to meet certain qualifications, obtain certain permits, or provide certain services particular to a specific skill or license, the word "Contractor" prefixed by a specialty designation is intended to mean the specialty "subcontractor," e.g., fire protection subcontractor, mechanical or electrical subcontractor. (See PM Clauses B-1, and B-42 of the Section "General Contract Clauses.")

e. Where "as directed," "as required," "ordered," "prescribed," "approved," "acceptance," or words of similar nature are used, it must be understood that such words refer to actions to be taken, in writing, by the Contracting Officer unless otherwise stated. The words "necessary," "suitable," "equal," or words of like import must mean necessary or equal in the opinion of the Contracting Officer.

f. "Work" must be deemed to consist of all labor and operations, transportation, hoisting, materials, tools, equipment, services, inspections, investigations, coordination and supervision required and / or reasonably necessary to produce the construction required by the contract documents.

g. "Furnish" means the design, fabrication, purchase and delivery to the job site or other destination as directed by the Contracting Officer.

h. "Install or Installation" means the act of physically placing, applying, setting, erecting, anchoring, securing, etc., construction materials, equipment, furnishings, appliances, and similar items specified and furnished at the job site. Installation of specified items must be complete in all respects.

i. "Provide" means to furnish and install construction material, equipment, etc. as defined above.

j. The technical specifications may indicate metric units of measurement as a supplement to U.S. customary units. When indicated thus: 1" (25 mm), the U.S. customary unit is specific and the metric unit is non-specific. When not shown with parentheses, the unit is specific. The metric units correspond to the "International System of Units (SI)" and generally follow ASTM E 380, "Standard for Metric Practice".

**G.23 Ground Breaking Ceremonies (Construction) (Clause FB-238) (June 1988)**

The Contractor agrees in accordance with current Postal Service policy not to plan, finance, participate in or in any way to be involved in ground breaking ceremonies prior to the commencement of or at anytime during the prosecution for the work within the duration of this contract.

*G.24 Applicable If Listed In Block 9, Page 1*

**G.24 Elevator Work-Qualifications (Construction) (Clause FB-239) (June 1988)**

a. The Contractor, or the subcontractor whom the Contractor uses for performance of the elevator work, must have had at least three years of successful experience in installing and servicing elevators.

b. In addition, the Contractor or its subcontractor must have installed, on at least two prior projects, elevators comparable to those required for this project that have performed satisfactorily under conditions of normal use for a period of not less than one year. To be considered comparable, prior installations must have not less than the same number of elevators operating together in one group as the largest number in any group specified for this project, except that a group of four may be considered comparable to a large group specified for this project.

c. A list of the prior comparable installations by the Contractor or its subcontractor, together with the names and addresses of the

buildings, the names of the owners or managers, and any other pertinent information required must be submitted promptly upon request of the Postal Service.

d. The names, addresses, experience, and statement of work to be performed by each subcontractor or second-tier subcontractor whom the Contractor or the principal subcontractor, as the case may be, will use for performance of minor portions of the installation of elevators must also be submitted promptly upon request of the Postal Service.

e. The Postal Service may reject the proposed elevator subcontractor if it is determined that it has failed to meet the experience requirements, or if it has been found to have an unsatisfactory record of prior elevator installations. In the case of rejection, the Contractor must resubmit another name within ten calendar days for renewed consideration.

**G.25 Site Visits (Construction)**
**(Clause FB-240) (June 1988)**

a. The Postal Service from time to time during construction may desire to conduct groups of guests on visits to the site of the work. These tours will be authorized by the Contracting Officer or his representative. In such event the Contractor will cooperate by providing access to and posting signs to give notice of dangerous areas, providing hard hats, and making such other arrangements for the safety and convenience of the guests as may be required. If any such visit or the arrangements therefore cause an increase in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any order, an equitable adjustment shall be made and the contract modified in writing. The Contracting Officer shall give the Contractor as much advance notice of any such visits as is practicable, and to the maximum practicable extent shall schedule any such visits so as not to interfere with the progress of the work.

b. The Contractor's indemnification of the Postal Service contained in Clause B-39 of the Special Provisions of this contract shall not apply during any such visits to guests of the Postal Service or to Postal Service officers, employees, or agents who are engaged in conducting, guiding, or accompanying any such visits, leaving the Postal Service and the Contractor responsible for their own acts and omissions according to applicable law and other clauses of this contract. This special contract clause does not apply to inspections, investigations, or official site visits provided for elsewhere in this contract or conducted for the purpose of aiding in the enforcement of law.

*G.26 Applicable If Listed In Block 9, Page 1*

**G.26 Fuel Storage Tanks (Construction)**
**(Clause FB-241) (June 1988)**

a. The Contractor must, within thirty (30) calendar days after final testing and certification of fuel storage tanks, notify the Contracting Officer that the tanks are ready for filling.

b. All fuel for the initial filling will be furnished and installed by the Postal Service. The cost of replacement of any fuel up to final acceptance of the facility will be the responsibility of the Contractor.

*G.27 Applicable If Listed In Block 9, Page 1*

**G.27 Mechanization (Construction)**
**(Clause FB-242) (June 1988)**

All terms and conditions of the contract shall also be applicable to Attachment 1 to Division 17-MECHANIZATION, except that where differences occur, Provision 17-MECHANIZATION shall govern for MECHANIZATION only. Technical requirements of Division 17 shall govern for Division 17 only and shall not supersede technical requirements of other sections of the Specifications.

**G.28 U.S.D.A. Quarantined Areas (Construction)**
**(Clause FB-243) (June 1988)**

If the work called for by this contract involves activities in counties quarantined by the Department of Agriculture to prevent the spread of certain plant pests which may be present in the soil, the Contractor agrees that all construction equipment and tools to be moved from such counties shall be thoroughly cleaned of all soil residues at the construction site with water under pressure. If this contract involves such a quarantined area, the Contractor agrees to comply with the regulations of the Department of Agriculture. The Contractor agrees to assure compliance with this obligation by all subcontractors.

*G.29 Applicable If USPS Property Is Furnished*

**G.29 Postal Service-Furnished Property**
**(Clause FB-255) Alternate I (September 1995)**

a. The Postal Service will provide item(s) of Postal Service property to the Contractor for use in the performance of this contract. This property is incorporated by reference in Section I. This property must be used and maintained by the Contractor in accordance with the Postal Service Property clause of this contract.

b. If Postal Service-furnished equipment is to be installed and is not on the worksite, the Postal Service will make separate arrangements to provide delivery to the site. Any costs for labor associated with loading and unloading the Postal Service-furnished property will be negotiated.

c. Within 45 calendar days after Notice to Proceed, the Contractor must submit to the Contracting Officer a list of postal furnished equipment to be incorporated or installed in the work. The List should be furnished in a format approved by the Contracting Officer and should include quantities, as well as required delivery dates. Approved dates of delivery will be confirmed by the Contractor thirty (30) calendar days prior to scheduled delivery date.

d. The Contractor must receive the Postal Service-Furnished Property, off load, receipt for, provide additional transportation required, uncrate, assemble, locate in place and install or connect ready for operation or use. Assembly must include such parts and loose fittings as are usually shipped detached. Installation and connection must be in accordance with the specifications for such work, including fitting to adjacent work and any additional labor and material required.

e. Postal Service property will be furnished F.O.B. truck at the project site and the Contractor must accept delivery when made, paying any demurrage incurred, and unload the property at his own expense. All such property must be installed or incorporated into the work at the expense of the Contractor, unless otherwise indicated herein.

f. The Contractor must report to the Contracting Officer, in writing, within 48 hours after accepting delivery of the Postal Service property, any shortage in, or damage to materials when delivered. If actual inspection of the property is not practical in this time limit, it should be so noted in the report. Failure to make such report will be interpreted to mean that there were no shortages and all property was in good condition when delivered. Noticeable minor defects which may be