**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.<br><br>and<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 03-1953C<br>(Senior Judge Margolis) |

**PLAINTIFF ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EMBEDDED LEGAL ANALYSIS**

**PLAINTIFF'S APPENDIX OF DEPOSITION EXHIBITS**

1. Dep. Ex. 3: April 10, 2002, email from Richard Sexton to Frank Whelan (pg. 1).
2. Dep. Ex. 5: Second Show Cause letter (pg. 2).
3. Dep. Ex. 9: Third Show Cause letter (pg. 3).
4. Dep. Ex. 10: Notice of Suspension of Work (pg. 4).
5. Dep. Ex. 12: Notice of Termination for Default (pg. 5).
6. Dep. Ex. 17: May 13, 2002, fax from Greg Warren to Jerry Goddard and attached Microsoft Project schedule (pg. 7).
7. Dep. Ex. 18: May 16, 2002, Memo from Jose Zamora to Greg (pg. 11).
8. Dep. Ex. 19: June 10, 2002, Field Investigation Report from SEC (pg. 12).
9. Dep. Ex. 20: Project Contract Payment Authorization dated June 11, 2002 (pg 16).

10. Dep. Ex. 21: July 19, 2002, letter from Gregory W. Warren to Jerry Goddard (pg. 25).

11. Dep. Ex. 23: Letter dated January 18, 2002, from John A. Constanzo to SEC (pg. 31).

12. Dep. Ex. 25: Letter dated April 3, 2002, from Jose Zamora to Jerry Goddard (pg. 34).

13. Dep. Ex. 26: Letter dated April 9, 2002, from Gregory Warren to Thomsed Corporation (pg. 35).

14. Dep. Ex. 28: Letter dated April 18, 2002, from Gregory Warren to Jerry Goddard (pg. 36).

15. Dep. Ex. 29: Agreement of Settlement between the parties (pg. 38).

16. Dep. Ex. 30: Modification No. M10 (pg. 39).

17. Dep. Ex. 31: Modification No. M11 (pg. 40).

18. Dep. Ex. 31A: Modification No. M11 (revised) (pg. 41).

19. Dep. Ex. 32: Notice of Suspension of Work (pg. 42).

20. Dep. Ex. 33: Letter dated July 18, 2002, from Jose Zamora to W. Jerry Goddard (pg. 43).

21. Dep. Ex. 34: Letter dated March 18, 2002, from Jose Zamora to Joseph Stuhl with attached project projection (pg. 44).

22. Dep. Ex. 36: Field Investigation Report from SEC dated March 5, 2002 (pg. 48).

23. Dep. Ex. 37: Letter dated March 6, 2002, from Jose Zamora to Joseph Stuhl (pg. 52).

24. Dep. Ex. 38: Letter dated March 6, 2002, from Jose Zamora to Jerry Goddard (pg. 54).

25. Dep. Ex. 40: Letter dated April 3, 2002, from Jose Zamora to Jerry Goddard with attached payment requisition (pg. 55).

26. Dep. Ex. 42: Letter dated June 24, 2002, from Jose Zamora to Joseph Stuhl and cover fax dated July 15, 2002 (pg. 60).

27. Dep. Ex. 43: Letter dated July 18, 2002, from Jose Zamora to W. Jerry Goddard and cover fax (pg. 66).

28. Dep. Ex. 53: Modification No. M02 to Contract No. 123125-00-B-3153 (pg. 68).

29. Dep. Ex. 54: Letter dated January 18, 2002, from John A. Constanzo to Joseph P. Stuhl and attached payment requisition dated January 7, 2002, and other documents (pg. 69).

30. Dep. Ex. 56: Field Investigation Report from SEC dated February 8, 2002 (pg. 85).

31. Dep. Ex. 57: Letter dated February 11, 2002, from Vincent J. Vento to Mr. Goddard (pg. 89).

32. Dep. Ex. 58: Letter dated February 11, 2002, from Vincent Vento to SEC (pg. 90).

33. Dep. Ex. 59: Letter dated February 12, 2002, from Vincent J. Vento to Ronald Grzymala (pg. 92).

Respectfully submitted on this 28th day of April, 2006.

E. SCOTT GOLDEN & ASSOCIATES
Attorneys for Plaintiff Advanced
Technology Systems Integrators Corp.
644 S.E. Fourth Avenue
Fort Lauderdale, FL 33301
Tel.: (954) 764-6766 ext. 2
Fax: (954) 764-6789
Email: esglaw@bellsouth.net

s/E. Scott Golden
E. Scott Golden

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the following persons as of this 28th day of April, 2006.

Michael J. Dierberg, Esquire
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L. Street NW, Room 12116
Washington, D.C. 20530

Helen H. Albee, Esquire
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

s/E. Scott Golden
E. Scott Golden