## Richard Sexton

**From:** Richard Sexton <rtsexton@bellsouth.net>
**To:** Frank Whelan <FWhelan@IFIC.com>
**Sent:** Wednesday, April 10, 2002 4:40 PM
**Subject:** Jerry Goddard

I called Jerry Goddard to relay our conversation of earlier today in response to his initial call to me. He wasn't in so I left a message on his voice mail. I told him:

1. IFIC is requesting copies of correspondence regarding the withholding of funds and the 25% / 75% spilt / release of funds to ATC on the P&DC project; and
2. If there is a request for the Surety to get financially involved in the P&DC project, please put it in writing and IFIC will respond.

Any comments, give me a call.

PENGAD 800-631-6989
DEPOSITION EXHIBIT
3
9-21-05 RP

4/10/02

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL
7001 2510 0000 9713 2305

May 1, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
3500 N Miami Ave
Miami, FL 33127-3112

RE: 2nd Show Cause: Miami, FL - GMF - Security and Access control System
Contract No. 12315-00-B-3154

Dear Mr. Vento:

The Notice to Proceed on the above referenced project was issued on January 15, 2001, with a 230-day construction term. The revised contract completion date is now September 10, 2002.

Since you have failed to perform on contract 123125-00-B-3154 with respect to:

- Failure to complete project per contract completion date
- Failure to provide submittals
- Failure to provide back-up documentation for change requests
- Failure to provide updated construction completion schedule
- Failure to adequately man the project
- Failure to supply required equipment/materials.

Therefore the US Postal Service is considering terminating said contract pursuant to Clause B-13 (TERMINATION FOR DEFAULT). Pending a decision in this matter, it will be necessary to determine whether your failure to perform arose out of causes beyond your control and without fault or negligence on your part. Accordingly, you are hereby afforded the opportunity to present, in writing, any facts bearing on the question to Jerry Goddard, 4000 DeKalb Technology Parkway, Bldg. 300, Ste. 300, Atlanta GA 30340-2798, within ten (10) days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the contractor and the Postal Service under Clause B-13 (TERMINATION FOR DEFAULT) and the liabilities that may be invoked in the event a decision is made to terminate for default of the contract.

At this time the Project is in liquidated damages of $100/day.

Sincerely,

Jerry Goddard
Contracting Officer

CC: Frank Whelan, Bond # SEIFSU0270990
International Fidelity Insurance Company
1211 N Westshore Blvd #607
Tampa, FL 33607-4622

EXHIBIT 5

4000 DEKALB TECHNOLOGY PARKWAY • BLDG 300 SUITE 300 • ATLANTA GA 30340-2798
(770) 454-0631 • jgoddard@email.usps.gov

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here 7/17/07

7001 2510 0000 9713 2178

Sent To Vincent Vento/ATSI
Street, Apt. No.; or PO Box No. 3500 N Miami Ave.
City, State, ZIP+4 Miami FL 33127-3112

PS Form 3800, January 2001 See Reverse for Instructions

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
3500 N Miami Ave
Miami, FL 33127-3112

RE: 3rd Show Cause: Miami, FL - GMF - Security and Access control System
Contract No. 12315-00-B-3154

Dear Mr. Vento:

The Notice to Proceed on the above referenced project was issued on January 15, 2001, with a 230-day construction term. The revised contract completion date is now July 15, 2002.

Since you have failed to perform on contract 123125-00-B-3154 with respect to:

- Failure to complete project per revised contract completion date

Therefore the US Postal Service is considering terminating said contract pursuant to Clause B-13 (TERMINATION FOR DEFAULT). Pending a decision in this matter, it will be necessary to determine whether your failure to perform arose out of causes beyond your control and without fault or negligence on your part. Accordingly, you are hereby afforded the opportunity to present, in writing, any facts bearing on the question to Jerry Goddard, 4000 DeKalb Technology Parkway, Bldg. 300, Ste. 300, Atlanta GA 30340-2798, within ten (10) days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the contractor and the Postal Service under Clause B-13 (TERMINATION FOR DEFAULT) and the liabilities that may be invoked in the event a decision is made to terminate for default of the contract.

At this time the Project is in liquidated damages of $100/day.

Sincerely,

Jerry Goddard
Contracting Officer

CC: Frank Whelan, Bond # SEIFSU0270990
International Fidelity Insurance Company
1211 N Westshore Blvd #607
Tampa, FL 33607-4622

EXHIBIT 9

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Notice of Suspension of Work
Miami, FL - GMF Security and Access Control System
Contract 123125-00-B-3154

Dear Mr. Vento:

Advanced Technologies Integrators, Inc. is directed to immediately cease all work at the job-site until further notice.

Sincerely,

Jerry Goddard
Contracting Officer

Received By ______________________ Date __________

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
Lovett Silverman Construction Consultants, Inc.
320 East South Street, Suite 160
Orlando, FL 32801-3508

DELIVERED BY J. GODDARD TO GREG WARREN 1:05 PM ON 7/31/02

Witnessed by T. [illegible] - Postal Police Supervisor 7/31/02 13:05

EXHIBIT 10

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

CERTIFIED MAIL
7001 2510 0000 9713 2282

August 16, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Miami P & DC Security & Access Control
Contract 123125-00-B-3154- Project H54096

Dear Mr. Vento:

The Postal Service under Clause B, Contracting Officer (Termination for Default) hereby terminates Contract 123125-00-B-3154 for default effective July 31, 2002. This termination is based on but not limited to the following:

- Contract is delinquent; Contract completion date is July 15, 2002.
- The progress on the project is not satisfactory.
- The project is not adequately manned.

In addition you may be held responsible for all additional costs the Postal Service incurs in completing the project and any other damages. The Postal Service also reserves all rights and remedies provided by law under the contract.

A letter was sent to you on July 15, 2002, notifying you of the potential for Termination for Default on this contract, and requesting an explanation of your failure to perform per the contract requirements. The explanation offered by ATC, Inc. was not an acceptable cause for delay. Progress on the project was less than acceptable since the last inspection.

Any assistance rendered to you under this contract or acceptance by the Postal Service of delinquent goods or services hereunder will be solely for the purposes of mitigating damages. It is not be construed as an intention on the part of the Postal Service to condone any delinquency, or as a waiver of any rights the Postal Service may have under subject contract.

You may appeal this decision to the Postal Service Board of Contract Appeals. If you decide to appeal, mail or otherwise furnish written notice (preferably in triplicate) to the Contracting Officer within 90 days from the date you receive this decision. The notice should reference this decision and indicate an appeal is intended. Instead of appealing to the Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within twelve (12) months from the date you receive this decision.

In taking an appeal to the Board of Contract Appeals, you may include in your notice of appeal an election to proceed under the Board's Accelerated procedure, which provides for a decision within approximately 180 days. If you do not make an election in the notice to appeal, you may do so with written notice any time thereafter.

Sincerely,

Jerry Goddard
Contracting Officer

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
Lovett Silverman Construction Consultants, Inc.
320 East South Street, Suite 160
Orlando, FL 32801-3508

EXHIBIT 12

TERMINATION EJ 936-521-2

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

VINCENT J. VENTO
ADVANCED TECH SYS INTEGRATORS CORP
3500 N MIAMI AVE
MIAMI FL 33127-3112

4a. Article Number
7001 2510 0000 9713 22

4b. Service Type
☐ Registered ☑ Certified
☑ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
8/30/02

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X M. Kozmitzer

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811,** December 1994 Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

7001 2510 0000 9713 2282

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
8/16/02

Sent To
MR. VINCENT VENTO
ADVANCED TECHNOLOGY SYS INTEGRATORS
Street or PO
9700 SOUTH DADELAND BLVD. STE. 907
City
MIAMI, FL 33156-7815

PS Form Termination Instructions

ATC SYSTEMS INTEGRATORS

Architects of Security & Systems Integration

| | |
|---|---|
| **Date:** | **5/13/02** |
| **To:** | **Jerry Goddard** |
| **Fax No:** | **(770) 454-0608** |
| **From:** | **Greg Warren**<br>**ATC Systems Integrators** |
| **Phone:** | **305-670-0282 Ext.118** |
| **Fax:** | **305-670-0292** |
| **Pages:** | (4) **(including cover sheet)** |

**Settlement letter and schedule. Thank you for your help!**

EXHIBIT 17

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY & COMMUNICATIONS

May 13, 2002

**VIA FACSIMILE**

Mr. Jerry Goddard, R.A.
United States Postal Service
Facilities Service Office
Building 300, Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Re: Contract No. H54092 (AMC)
Contract No. H54096 (P&DC)

Dear Mr. Goddard:

We appreciate your offer and respectfully request that you consider our counteroffer to settle all matters.

**AMC Security**

| | |
|---|---|
| Credits - | $10,000 |
| Overpayments - | $23,500 |
| Tristate - | $70,000 |
| Joe Ericson - | $4,000 |
| SEC - | $10,000 |
| LD's - | $0 |
| | $117,500 |

**Miami GMF Security**

| | |
|---|---|
| MOD 3 - | $37,900 |
| MOD 5 - | $10,000 |
| MOD 4 - | $0 |
| MOD 9 - | $5,000 |
| LD'S - | $0 |
| CASI VS. HIRSCH - | $0 |
| | $52,900 |

As you can see, you can use the difference on the AMC to offset the changes on the P&DC.

We would also request that the following conditions be agreed to going forward in the event of a total settlement:

a) AMC claim would be released
b) AMC letter of termination of cause be changed to termination for convenience
c) Payment of 100% of all materials on future applications for P&DC
d) No further liquidated damages if P&DC is substantially complete by 6/21/02 per the attached schedule
e) No further costs assessed by the USPS
f) All Hirsch performances accepted based on 2/12/01 response letter (on file)

Your assistance to bring this matter to a close has been greatly appreciated.

Sincerely,

Gregory W. Warren

Gregory W. Warren
Chief Operating Officer
ATC International Holdings, Inc.

CC: Vince Vento
File

| ID | | Task Name | Duration | Start | Finish | P |
|---|---|---|---|---|---|---|
| 1 | | **Project Close-Out Schedule** | **26 days** | **Fri 5/10/02** | **Fri 6/14/02** | |
| 2 | | **Purchasing** | **16 days** | **Fri 5/10/02** | **Fri 5/31/02** | |
| 3 | | Turnstiles | 5 days | Fri 5/10/02 | Thu 5/16/02 | |
| 4 | ✓ | Order Access CPU | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 5 | | Control Room Window | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 6 | | Remaining Console Sections | 5 days | Fri 5/17/02 | Thu 5/23/02 | |
| 7 | | Barrier Gates | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 8 | | Hirsch Software | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 9 | | **Turnstile Instalation** | **9 days** | **Mon 5/20/02** | **Thu 5/30/02** | |
| 10 | ✓ | Assemble and install Lobby Units | 4 days | Mon 5/20/02 | Thu 5/23/02 | |
| 11 | | Assemble and install Truck Ent. | 3 days | Wed 5/22/02 | Fri 5/24/02 | |
| 12 | | Assemble and Install NE Ent | 2 days | Mon 5/27/02 | Tue 5/28/02 | |
| 13 | | Mount and Wire Access Components | 5 days | Fri 5/24/02 | Thu 5/30/02 | |
| 14 | | **Main Lobby Construction** | **7 days** | **Fri 5/24/02** | **Mon 6/3/02** | |
| 15 | | Partition Wall for Turnstiles | 2 days | Fri 5/24/02 | Mon 5/27/02 | |
| 16 | | Lights for Lobby | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 17 | | Drop tile ceiling | 5 days | Tue 5/28/02 | Mon 6/3/02 | |
| 18 | | **Access Control System** | **20 days** | **Mon 5/20/02** | **Fri 6/14/02** | |
| 19 | | **Mounting, Wire & Connections** | **10 days** | **Mon 5/20/02** | **Fri 5/31/02** | |
| 20 | | Fire release | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 21 | ✓ | Access Control Panel Wiring | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 22 | | **Turnstiles** | **3 days** | **Fri 5/24/02** | **Tue 5/28/02** | |
| 23 | | Wire & Mount Readers, Locks & Intercoms | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 24 | | **Access Control Programming** | **11 days** | **Fri 5/31/02** | **Fri 6/14/02** | |
| 25 | | Create ID Cards | 5 days | Fri 5/31/02 | Thu 6/6/02 | |
| 26 | | Program ID Cards | 11 days | Fri 5/31/02 | Fri 6/14/02 | |
| 27 | ✓ | Setup Access Levels | 3 days | Fri 5/31/02 | Tue 6/4/02 | |
| 28 | | Test | 5 days | Mon 6/10/02 | Fri 6/14/02 | |
| 29 | | **CCTV** | **3 days** | **Tue 5/28/02** | **Thu 5/30/02** | |
| 30 | | Testing & Configuration | 3 days | Tue 5/28/02 | Thu 5/30/02 | |
| 31 | | **Control Rm** | **2 days** | **Fri 5/31/02** | **Mon 6/3/02** | |
| 32 | | Window | 2 days | Fri 5/31/02 | Mon 6/3/02 | |
| 33 | | **Console** | **5 days** | **Fri 5/24/02** | **Thu 5/30/02** | |
| 34 | | Mount Remaining Sections | 2 days | Fri 5/24/02 | Mon 5/27/02 | |
| 35 | ✓ | Console Configuration & Testing | 3 days | Tue 5/28/02 | Thu 5/30/02 | |
| 36 | | **Gates & Islands** | **7 days** | **Mon 5/20/02** | **Tue 5/28/02** | |
| 37 | | **Pedestals** | **7 days** | **Mon 5/20/02** | **Tue 5/28/02** | |
| 38 | | Install Pedestals | 2 days | Mon 5/20/02 | Tue 5/21/02 | |
| 39 | | Mount Readers | 5 days | Wed 5/22/02 | Tue 5/28/02 | |
| 40 | | Mount Intercoms | 3 days | Wed 5/22/02 | Fri 5/24/02 | |
| 41 | | Mount Cameras | 2 days | Thu 5/23/02 | Fri 5/24/02 | |
| 42 | ✓ | Install Slide Gates | 5 days | Mon 5/20/02 | Fri 5/24/02 | |
| 43 | ✓ | Install Gate Motors | 5 days | Mon 5/20/02 | Fri 5/24/02 | |
| 44 | ✓ | Connection & Testing | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 45 | | Testing & Turn-Over | 5 days | Mon 6/10/02 | Fri 6/14/02 | |

PROPOSED SCHEDULE TO COMPLETE PROJECT
Special note: Schedule based on receiving expedited payments with only a reasonable retainage taken

6/17 6/4 6/6 5/28 5/23 Suspend 5/17/02 5/21 6/18 6/14 5/31 6/21 6/25 6/28 7/3

ATC
SYSTEMS INTEGRATORS

# MEMO

6/17 No response yet
He'll track today

Date: 5-16-02

TO: GREG
CC: VINCE
FILE;

FROM: JOSE ZAMORA
PROJECT MANAGER

File

DONNA
828-835-3366

SUBJECT: USPS-P&DC

GREG:

6/18 J.Z. said his price was 25k to finish w/ exclusions

AS VINCE REQUESTED I SPOKE W/ DANNA TEPAS (TRISTATE) IN REGARDS TO HAVING HER COMPANY COMPLETE THE ACCESS INSTALATION AT P&DC. I HAVE SETUP A MEETING W/ HER ON TUESDAY MAY 28, 2002 @ 1PM. SHE IS GOING TO CONFIRM BY TOMORROW.

Too Late

LET ME KNOW IF THIS IS OK WITH YOU.

6/12 Jose will track her today for price.

5/28 Walked project w/ [illegible]. She will get us price to finish

Arrange teleconference for 5/17

JOSE

5-16-02

Jose & I agree this is a bad idea - Discuss again w/ Vince -

5/30 she'll give us a price in 1½ weeks

5/17

A R C H I T E C T S O F S E C U R I T Y

5/20 Explained to Vince its better to settle w/ Hirsch

EXHIBIT 18

SEC

June 10, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation that Stuhl Engineering Consultants, Inc. (SEC) performed an interim inspection of the construction at the above referenced project site. On Thursday, June 9, 2002, I was present at the site to meet with you, Mr. Bruce Bland of the U. S. Postal Service, Mr. Greg Warren and Mr. Jose' Zamora of Advanced Technologies Systems Integrators Corp. (ATC), the contractor. The following is offered to document my observations during this inspection and to forward my recommendations for your consideration. In general, my inspection revealed that some progress has been made by ATC and it appears they are increasing their effort at this facility. Our last inspection at this facility was on May 21, 2002, and, in general, we were not impressed with the amount of activity or progress from the date of our previous inspection.

*Observations and Recommendations:*

Item #1 It was observed that ATC has not installed the proximity card readers at the gates or the turnstiles. We could not confirm if the wiring configuration for the proximity card readers has been terminated properly. It should be noted that all of the proximity card readers installed by ATC at the Air Mail Center (AMC) were required to be reconfigured after ATC was terminated. We strongly suggest that ATC get in touch with Hirsch, the manufacturer that certified them, and obtain the correct wiring diagrams for the proximity card readers. Additionally, ATC will need to get the MELM3 modules which are required to make this system operate in the manner required by Section 13701 of the project specifications.

EXHIBIT 19

SEC



Item #2 It was observed that ATC has installed some of the magnetic door locks (Maglocks) on the wrong side of the door. I pointed out a specific location to Mr. Zamora at the new Postal Police control room door. The correct installation for all Maglocks is on the secured side of the door. To explain further, the Maglock must not be accessible when the door is approached from the entrance side of the area or room to be secured. The contractor must remove and reinstall all Maglocks which are not properly installed.

Item #3 It was observed that ATC has not installed the batteries required for the Altronics door controllers. The requirement for these batteries was first mentioned in "Field Investigation Report" of January 28, 2002. We request any assistance that you and the U. S. Postal Service can give in getting this matter resolved.

Item #4 It was observed that the contractor has provided the required computers for the ACS system or the GUI for the CCTV system at this facility. None of the four (4) computers have been ordered and their associated software was not on site for us to observe. We observed a total of twenty-two (22) cameras operating at the time of our inspection. There is a total of eighty-three (83) cameras at this facility. The camera picture which was observed was not clear and adjustments will need to be made.

Item #5 It was observed that ATC has still not provided a cover over the equipment located in the new Postal Police control room. This includes the CCTV console, the three (3) IFP's located on the LOG and the Fiber Optics console. There is a considerable layer of dust which has accumulated on this equipment and we are very concerned that the manufacturer may not honor its warranty if the equipment is damaged during the construction process. SEC has made repeated requests, dating back to our "Field Investigation Report" of January 28, 2002, for ATC to provide a cover over these items, and that ATC provide us with a drawing of the proposed console configuration. We request any assistance that you and the U. S. Postal Service can give in getting this matter resolved.

Item #6 It was observed that the contractor has installed some of the required lightning rods and cables on the exterior poles. The installations I observed on the existing poles were not correct and I spoke with Mr. Zamora about the correct height for the rods. The specific size and mounting requirements are defined or shown on sheet E-26 of the construction documents. Please remove the current incorrect installations and replace with longer rods, as required.

Item #7 It was observed that the turnstiles were being assembled by people wearing ATC shirts. I observed that the installation was not correct and notified Mr. Zamora of their mistake in the assembly. Item #5 of our last "Field Investigation Report", dated May 24, 2002, recommended that ATC contact Tomsed Corporation to avoid having the same problems we experienced with their turnstile installations at the Air Mail Center (AMC) prior to their termination.

SEC



Item #8 It was observed that the contractor has begun to connect some of the Closed Circuit Television (CCTV) equipment. The console has not been completed and I observed that ATC has begun to make connections of the fiber optic cables. We request that ATC provide a manufacturer's cut sheet showing the type of connector that is being used for the fiber optic cables. Section 13705 of the project specifications requires that an "ST" connector be used, and we were required to replace all of the connectors at the AMC after ATC was terminated. We have never received the console configuration drawing which was requested to allow SEC to confirm if the placement of components is acceptable with the U. S. Postal Service Police. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #9 It was observed that the contractor has completed most of the work associated with the fencing at this facility. The installations which I observed did not appear rigid and we recommend that ATC confirm that the tension wire at the top of the fencing has been installed in compliance with the requirements shown on sheet A-16 of the construction documents. Additional support of the top tension wire may be required if the spacing is not correct or if the installation is not compliant. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #10 It was observed that the contractor has not begun to install the new air conditioning system required for the control room. The modification for this item was approved and the work needs to be completed. We recommend that ATC provide us with a schedule and submittal data for our review. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #11 It was observed that the contractor has not begun to install the new security window for the control room. The item has been pending for months and needs to be completed. We recommend that ATC provide us with a schedule for completion of this item. This item was also requested in our May 24, 2002, "Field Investigation Report".

Prior to our inspection, the above referenced persons met in the construction trailer at this site. The purpose of the meeting was to have ATC sign legal documents prepared by the U. S. Postal Service and to discuss Pay Application No. 17 as submitted by ATC on May 29, 2002. Discussions proceeded regarding specific terms and phrasing (semantics) in the legal documents prepared by the U. S. Postal Service. Mr. Goddard will correct these documents and Mr. Warren will sign the documents and have them returned to Mr. Goddard by Tuesday, June 11, 2002. The legal documents were not signed during this meeting.

Discussions about Pay Application No. 17 included my concern with approving a payment of eighty-seven percent (87%) for the work completed to date. It is the expressed opinion of SEC that this project is only eighty percent (80%) completed and we stated our concern that ATC may be over-paid at this stage of completion. Our concern is that SEC could be accused of fraudulent behavior if we approve any payment to ATC for any amount. The reason for our concern is that in the past, ATC has billed, and been paid for, equipment and services which have not provided. SEC gave three (3) examples of equipment paid for by the U. S. Postal Service, for this project, but which has not been provided by ATC and is not on the site.

SEC



In our "Field Investigation Report", dated May 24, 2002, we recommended that ATC be paid only for the cost of the turnstiles which have been received, less the ten percent (10%) retainage, for a total of forty-five thousand, six hundred sixty-seven dollars ($45,667.00) and that the remainder be withheld until additional work is completed. During our meeting, Mr. Warren indicated that the amount recommended by SEC would not allow them to continue working. It was discussed and agreed that ATC would be paid sixty-three thousand dollars ($63,000.00) and would also be given an additional fifteen (15) days to complete this project prior to termination of their contract by the U. S. Postal Service. We request that Mr. Goddard give us written direction to proceed with approval of any further monies to this contractor prior to reaching a ninety percent (90%) state of completion.

I hope that the information contained in this report is useful in determining the percentage of work which has been completed at this facility. Please do not hesitate to contact me with any questions you may have regarding this report or the items contained herein.

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

CC: Jose' Zamora, ATC
Greg Warren, ATC
Jerry Shoib, USPS
Inspector Eugene Payton, USPS