UNITED STATES POSTAL SERVICE

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

| Date | Control Number |
|---|---|
| 6/11/02 | H [illegible] |

Installation Name
MIAMI - GMF (115851-G21)
MIAMI, FL 33152-9998

Description of Work
Security and Access Control System

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 0-4H-115851-C-586 | 123125-00-B-3154 | | 115854 | H54096 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 63,000 Per Negotiations |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 1,308,990.00 |
| 2. Approved Change Amount | $ ~~48,016.11~~ 47,971.[illegible] |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ ~~1,357,006.11~~ 1,356,961.[illegible] |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ ~~1,177,186.96~~ 1146427.86 |
| 5. Amount of Retainage | $ ~~60,220.29~~ 59138.[illegible] |
| 6. Sub Total (Line 4-5) | $ ~~1,118,048.03~~ |
| 7. Previous Payment Amount | $ 1,024,28[illegible] |
| 8. Amount of this payment (Lines 6 - 7) | $ ~~93,759.10~~ 63,000.00 |

Payee Name and Address:
ADVANCED TECHNOLOGY
SYSTEMS INTEGRATORS CORP
3500 N MIAMI AVE
MIAMI FL 33127-3112

Invoice Description:

| ☑ PPA Applies to This Payment | Invoice Received/Acceptance Date 5.29.02 | ☐ Final Payment | PDC Use Only: VDR Code: |
|---|---|---|---|

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By [signature] Date Signed 5-29-02
Title Project Manager

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment [signature] Date Signed 6-11-02

Contracting Officer Name and Signature ~~JERRY GODDARD~~ Bruce Bland [signature] Date Signed 6/12/2002

Approving Official Title, Address, and Phone Number (770)454-0629
PROJECT MANAGER
[illegible]KWY #300
[illegible]799

Prepared By
LESLIE L MARTIN
(770) 454-0660

Contact Person
LESLIE L MARTIN
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

(16)

[illegible]IBIT 20

**Continuation Sheet**

Containing Contractor's signed Certification is attached.

To: United States Postal Service
Miami-P & DC

From: ATC Systems Integrators
3500 N. Miami Ave..

**AIA DOCUMENT G703**

APPLICATION # 17
PERIOD FROM: 9-Jan-02
PERIOD TO: 20-May-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/2001

| Item No. | Description of Work | | Scheduled Value | Work Completed: Q Applications | Work Completed: This Application | Stored Materials | Total Completed And Stored To Date (D+E+F) | % (G/C) | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|
| A | B | | C | D | E | F | G | H | I | J |
| 1 | Mobilization | | 65,450.00 | 65,450.00 | | | 65,450.00 | 100% | 0.00 | 3,272.50 |
| 2 | Bonds & Insurance | | 16,590.00 | 16,590.00 | | | 16,590.00 | 100% | 0.00 | 829.50 |
| 3 | Bldg. Permits | | 2,000.00 | 2,000.00 | | | 2,000.00 | 100% | 0.00 | 100.00 |
| 4 | O & M manuals | | 1,900.00 | | | | 0.00 | 0% | 1,900.00 | 0.00 |
| 5 | Training | | 3,000.00 | | | | 0.00 | 0% | 3,000.00 | 0.00 |
| 6 | CCTV System - Equipment | | 287,560.00 | 283,515.00 | | | 283,515.00 | 99% | 4,045.00 | 14,175.75 |
| 7 | CCTV System Labor | | 45,200.00 | 31,370.00 | 2,500.00 | | 33,870.00 | 75% | 11,330.00 | 1,693.50 |
| 8 | Access Control System - Equipment | | 131,670.00 | 118,503.00 | | | 118,503.00 | 90% | 13,167.00 | 5,925.15 |
| 9 | Access Control System Labor | | 32,900.00 | 19,900.00 | | | 19,900.00 | 60% | 13,000.00 | 995.00 |
| 10 | Intercommunication System- Equipment | | 26,600.00 | 26,600.00 | | | 26,600.00 | 100% | 0.00 | 1,330.00 |
| 11 | Intercommunication System Labor | | 8,500.00 | 1,250.00 | | | 1,250.00 | 15% | 7,250.00 | 62.50 |
| 12 | Console Configuration/Calibration | 3,500.00 | | | | | | | | |
| a | Materials | | 2,000.00 | | | | 0.00 | 0% | 2,000.00 | 0.00 |
| b | Labor | | 1,500.00 | 700.00 | 200.00 | | 900.00 | 60% | 600.00 | 45.00 |
| 13 | Trenching, patching, concrete | 59,000.00 | | | | | | | | |
| a | Trenching Materials | | 25,000.00 | 25,000.00 | | | 25,000.00 | 100% | 0.00 | 1,250.00 |
| b | Trenching Labor | | 3,000.00 | 3,000.00 | | | 3,000.00 | 100% | 0.00 | 150.00 |
| c | Patching Materials | | 15,000.00 | 7,500.00 | 7,000.00 | | 14,500.00 | 97% | 500.00 | 725.00 |
| d | Patching Labor | | 3,000.00 | 2,450.00 | | | 2,450.00 | 82% | 550.00 | 122.50 |
| e | Concrete Materials | | 9,000.00 | 7,000.00 | 2,000.00 | | 9,000.00 | 100% | 0.00 | 450.00 |
| f | Concrete Labor | | 4,000.00 | 2,500.00 | 1,500.00 | | 4,000.00 | 100% | 0.00 | 200.00 |
| 14 | Gates, Fencing, Bollards | 136,400.00 | | | | | | | | |
| a | Slide Gate Operators Materials | | 44,000.00 | 44,000.00 | | | 44,000.00 | 100% | 0.00 | 2,200.00 |
| b | Slide Gate Operators Labor | | 1,500.00 | | | | 0.00 | 0% | 1,500.00 | 0.00 |
| c | Cantalever Gate Materials | | 24,000.00 | 2,500.00 | 21,500.00 | | 24,000.00 | 100% | 0.00 | 1,200.00 |
| d | Cantalever Gate Labor | | 2,500.00 | 1,500.00 | | | 1,500.00 | 60% | 1,000.00 | 75.00 |
| e | Barrier Gates Materials | | 8,100.00 | | | | 0.00 | 0% | 8,100.00 | 0.00 |
| f | Barrier Gates Labor | | 2,500.00 | | | | 0.00 | 0% | 2,500.00 | 0.00 |
| g | Fencing Materials | | 8,500.00 | 6,500.00 | 2,000.00 | | 8,500.00 | 100% | 0.00 | 425.00 |
| h | Fencing Labor | | 3,400.00 | 2,440.00 | 960.00 | | 3,400.00 | 100% | 0.00 | 170.00 |
| i | Bollards Materials | | 16,275.00 | 16,275.00 | | | 16,275.00 | 100% | 0.00 | 813.75 |
| j | Bollards Labor | | 6,975.00 | 6,975.00 | | | 6,975.00 | 100% | 0.00 | 348.75 |
| k | Gate Pedistals Materials | | 8,000.00 | 5,500.00 | | | 5,500.00 | 69% | 2,500.00 | 275.00 |
| l | Gate Pedistals Labor | | 1,500.00 | | | | 0.00 | 0% | 1,500.00 | 0.00 |
| m | General Materials | | 6,500.00 | 6,500.00 | | | 6,500.00 | 100% | 0.00 | 325.00 |
| n | General Labor | | 2,650.00 | 2,650.00 | | | 2,650.00 | 100% | 0.00 | 132.50 |
| 15 | Turnstiles and Handicap Gate | 72,620.00 | | | | | | | | |
| | Turnstile Materials | | 50,742.00 | | 50,742.00 | | 50,742.00 | 100% | 0.00 | 2,537.10 |
| a | Turnstile Labor | | 21,878.00 | | | | 0.00 | 0% | 21,878.00 | 0.00 |
| 16 | Switchgear, Conduit, Fittings-Materials | | 128,000.00 | 121,600.00 | | | 121,600.00 | 95% | 6,400.00 | 6,080.00 |
| 17 | Lighting and Poles Material | | 16,830.00 | 16,830.00 | | | 16,830.00 | 100% | 0.00 | 841.50 |
| a | Lighting and Poles Labor | | 1,770.00 | | | | 0.00 | 0% | 1,770.00 | 0.00 |

(17)

**Continuation Sheet**

Containing Contractor's signed Certification is attached.

To: United States Postal Service
Miami-P & DC

From: ATC Systems Integrators
3500 N. Miami Ave..

**AIA DOCUMENT G703**

APPLICATION # 17
PERIOD FROM: 9-Jan-02
PERIOD TO: 20-May-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/2001

| Item No. | | Description of Work | Scheduled Value | Work Completed: Q Applications | Work Completed: This Application | Stored Materials | Total Completed And Stored To Date (D+E+F) | % (G/C) | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | B | C | D | E | F | G | H | I | J |
| 18 | | Cable and Installation | | | | | | | | |
| | a | Materials - Cable | 56,250.00 | 50,625.00 | | | 50,625.00 | 90% | 5,625.00 | 2,531.25 |
| | b | Cable Instalation Labor | 33,750.00 | 17,037.50 | | | 17,037.50 | 50% | 16,712.50 | 851.88 |
| | c | Switchgear, Conduit, Fittings - Labor | 135,000.00 | 115,400.00 | | | 115,400.00 | 85% | 19,600.00 | 5,770.00 |
| 19 | | Project Management - Labor | 44,500.00 | 36,400.13 | 2,200.00 | | 38,600.13 | 87% | 5,899.87 | 1,930.01 |
| 21 | | Mod #1 - Additional Vicon Equipment | 9,850.75 | 9,850.75 | | | 9,850.75 | 100% | 0.00 | 492.54 |
| 22 | | Mod #2 North Dock Electrical Lighting | | | | | | | | |
| | a | Materials | 7,100.00 | 5,200.00 | 1,900.00 | | 7,100.00 | 100% | 0.00 | 355.00 |
| | b | Labor | 7,618.00 | 6,000.00 | 1,618.00 | | 7,618.00 | 100% | 0.00 | 380.90 |
| | c | Overhead & profit | 2,782.00 | 2,000.00 | 782.00 | | 2,782.00 | 100% | 0.00 | 139.10 |
| 23 | | Mod #6 Gate 5 Pole Repair | | | | | | | | |
| | a | Materials | 346.50 | | | | 0.00 | 0% | 346.50 | 0.00 |
| | b | Labor | 106.88 | | | | 0.00 | 0% | 106.88 | 0.00 |
| | c | Overhead & profit | 87.19 | | | | 0.00 | 0% | 87.19 | 0.00 |
| 24 | | Mod #7 Control room A/C | | | | | | | | |
| | a | Materials | 8,045.00 | | | | 0.00 | 0% | 8,045.00 | 0.00 |
| | b | Labor | 1,754.00 | | | | 0.00 | 0% | 1,754.00 | 0.00 |
| | c | Overhead & profit | 1,884.00 | | | | 0.00 | 0% | 1,884.00 | 0.00 |
| 25 | | Mod #8 Gate 6 Fence Work | | | | | | | | |
| | a | Materials | 1,884.80 | | 1,884.80 | | 1,884.80 | 100% | 0.00 | 94.24 |
| | b | Labor | 994.41 | | 994.41 | | 994.41 | 100% | 0.00 | 49.72 |
| | c | Overhead & profit | 562.58 | | 562.58 | | 562.58 | 100% | 0.00 | 28.13 |
| 26 | | PDL (Mod #9) | | | | | | | | |
| | a | Materials | 2,750.00 | | 150.00 | | 150.00 | 5% | 2,600.00 | 7.50 |
| | b | Labor | 1,450.00 | | 200.00 | | 200.00 | 14% | 1,250.00 | 10.00 |
| | c | Overhead & profit | 800.00 | | | | 0.00 | 0% | 800.00 | 0.00 |
| 26 | | AMC Retainage | | | | | | | | 10,366.88 |
| | | SUB TOTAL OR TOTAL | $1,357,006.11 | $1,089,111.38 | $98,693.79 | $0.00 | $1,187,805.17 | 88% | $169,200.94 | $69,757.14 |

(18)

GATE #1



GATE 1



Gate #1




JAX

GATE #5



GATE #6



3rd Show Cause

ATC INTERNATIONAL

*ARCHITECTS OF SECURITY & INTEGRATION*

July 19th, 2002

Mr. Jerry Goddard
United States Postal Service
Facilities Service Officer
Building 300, Suite 300
400 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Via: Overnight Express and Fax

Re: Contract No. 12315-00-B-3154, GMF – Security and Assess Control System

Dear Mr. Goddard:

In response to your letter dated July 15th, 2002 to Vincent Vento regarding the above referenced please accept the following explanation.

South Florida, especially Dade County has experienced torrential rainfall on a daily basis since June 1st. Attached is a copy of the National Weather service records, which support our statement. The rain has been continuous throughout the month of June and July. It has rained 37 of the past 48 days. This has shut down our operations to complete trenching, gates and some other electrical work on the exterior of the building.

As you will recall ATC was very clear that in order to meet any of our estimated completion date it was critical that we receive sufficient cash flow on an expedited basis in order to procure critical materials and settle critical matters with certain vendors. Unfortunately, the settlement process took longer than expected. We began about May 20th, 2002 and concluded June 11th, 2002. During this time the July 15th, 2002 date was put forth. However, also during this time we did not receive any critical funding to use for procurement of materials. In fact, during the process, to obtain approval for payment application number 17 our payment request was cut significantly from $110,000 to $83,000 then again very unexpectedly in a meeting on June 9th, 2002 it was further cut to $63,000. We didn't actually receive any money until June 20th, 2002.

Again the lack of cash flow was always a priority in our ability to meet the schedule objectives stated. This did not occur as anticipated, which dramatically affected our ability to buy product and settle certain critical accounts, which were needed to complete the interior of the building. Combining the weather day delay of 37 days and cash flow delay of 24 days we are requesting a new completion date to be extended to August 16th, 2002. We are also submitting payment application number 18 in the amount of $38,250 which is enclosed with this letter

- 3500 N Miami Ave. - Miami Fl. 33127 - (305) 670-0282- (305) Fax 670-0292

EXHIBIT 21

We are requesting that the approval process of this payment is expedited so we receive a payment no later than July 31st. Based on current progress and good weather we believe the following critical milestones will be achieved. Also, attached is a schedule with more detail.

1. Five remaining gates completed by July 26th.
2. Lobby turnstiles are completed.
3. CCTV system by August 2nd, 2002.
4. Exterior electrical by August 9th, 2002
5. Vicon confirmed to install all GUI and training during the week of August 5th.

Based on the facts and explanation stated herein, we respectfully request a time extension until August 16th, to complete our work. We trust that your fair judgment and overall consideration of the circumstances will allow you to grant our request.

We are continuing with our efforts to complete the work and await your response.

Sincerely,

Gregory W. Warren
Chief Operating Officer

Cc: Vincent Vento

Frank Whelan, Bond# SEIFSUOZ70990
International Fidelity Insurance Co.
1211 N. West shore Blvd. #607
Tampa, FL 33607-4622

# Preliminary Local Climatological Data (F6) for Miami, FL

*Please note: Hit page back button to return to climate page.*
*Disclaimer: These data do not represent official climate data since it has not been quality controlled by the National Climate Data Center. To get official data contact NCDC.*

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6)

STATION: MIAMI
MONTH: JUNE
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

| TEMPERATURE IN F: | | | | | | | :PCPN: | SNOW: | | WIND | | | :SUNSHINE: | | SKY | | :PK WND | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6A | 6B | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| | | | | | | | | | | AVG | MX | 2MIN | | | | | | |
| DY | MAX | MIN | AVG | DEP | HDD | CDD | WTR | SNW | DPTH | SPD | SPD | DIR | MIN | PSBL | S-S | WX | SPD | DR |
| 1 | 90 | 73 | 82 | 0 | 0 | 17 | T | 0.0 | 0 | 6.2 | 16 | 100 | M | M | 5 | | 18 | 100 |
| 2 | 91 | 75 | 83 | 1 | 0 | 18 | T | 0.0 | 0 | 3.5 | 18 | 250 | M | M | 6 | | 26 | 270 |
| 3 | 92 | 76 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 4.6 | 14 | 130 | M | M | 7 | | 18 | 130 |
| 4 | 89 | 79 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 8.7 | 16 | 90 | M | M | 8 | | 23 | 100 |
| 5 | 88 | 80 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 10.3 | 16 | 100 | M | M | 9 | | 20 | 100 |
| 6 | 88 | 74 | 81 | -1 | 0 | 16 | 1.30 | 0.0 | 0 | 4.7 | 20 | 290 | M | M | 8 | 13 | 28 | 290 |
| 7 | 90 | 74 | 82 | 0 | 0 | 17 | 0.05 | 0.0 | 0 | 4.3 | 16 | 110 | M | M | 7 | 3 | 17 | 120 |
| 8 | 81 | 75 | 78 | -4 | 0 | 13 | 0.29 | 0.0 | 0 | 4.2 | 15 | 100 | M | M | 8 | 1 | 16 | 80 |
| 9 | 88 | 76 | 82 | 0 | 0 | 17 | 0.00 | 0.0 | 0 | 9.7 | 20 | 70 | M | M | 5 | | 24 | 70 |
| 10 | 87 | 72 | 80 | -2 | 0 | 15 | 1.07 | 0.0 | 0 | 10.8 | 29 | 120 | M | M | 6 | 13 | 36 | 110 |
| 11 | 81 | 73 | 77 | -5 | 0 | 12 | 1.11 | 0.0 | 0 | 4.9 | 21 | 160 | M | M | 9 | 1 | 26 | 160 |
| 12 | 85 | 74 | 80 | -2 | 0 | 15 | 0.22 | 0.0 | 0 | 5.9 | 15 | 160 | M | M | 9 | 1 | 24 | 140 |
| 13 | 84 | 76 | 80 | -2 | 0 | 15 | 0.06 | 0.0 | 0 | 9.0 | 18 | 140 | M | M | 9 | 1 | 25 | 170 |
| 14 | 85 | 74 | 80 | -2 | 0 | 15 | 0.07 | 0.0 | 0 | 8.5 | 21 | 280 | M | M | 9 | 13 | 26 | 290 |
| 15 | 80 | 73 | 77 | -5 | 0 | 12 | 2.75 | 0.0 | 0 | 8.6 | 25 | 260 | M | M | 10 | 12 | 31 | 260 |
| 16 | 90 | 71 | 81 | -1 | 0 | 16 | 0.00 | 0.0 | 0 | 7.9 | 18 | 200 | M | M | 8 | | 24 | 170 |
| 17 | 88 | 73 | 81 | -1 | 0 | 16 | 0.06 | 0.0 | 0 | 7.9 | 25 | 200 | M | M | 8 | 3 | 29 | 190 |
| 18 | 88 | 73 | 81 | -1 | 0 | 16 | 0.78 | 0.0 | 0 | 7.9 | 26 | 90 | M | M | 7 | 13 | 35 | 90 |
| 19 | 89 | 74 | 82 | 0 | 0 | 17 | 0.35 | 0.0 | 0 | 10.2 | 22 | 90 | M | M | 7 | 1 | 24 | 80 |
| 20 | 85 | 72 | 79 | -4 | 0 | 14 | 0.41 | 0.0 | 0 | 11.0 | 22 | 100 | M | M | 9 | 13 | 25 | 100 |
| 21 | 79 | 72 | 76 | -7 | 0 | 11 | 1.37 | 0.0 | 0 | 6.5 | 17 | 140 | M | M | 10 | 1 | 21 | 130 |
| 22 | 83 | 75 | 79 | -4 | 0 | 14 | 0.16 | 0.0 | 0 | 9.3 | 21 | 130 | M | M | 10 | 1 | 25 | 130 |
| 23 | 87 | 75 | 81 | -2 | 0 | 16 | 0.20 | 0.0 | 0 | 7.4 | 18 | 140 | M | M | 9 | 1 | 26 | 150 |
| 24 | 87 | 75 | 81 | -2 | 0 | 16 | 0.41 | 0.0 | 0 | 7.4 | 23 | 250 | M | M | 8 | 13 | 26 | 240 |
| 25 | 85 | 75 | 80 | -3 | 0 | 15 | 0.03 | 0.0 | 0 | 4.9 | 13 | 90 | M | M | 9 | | 17 | 130 |
| 26 | 82 | 71 | 77 | -6 | 0 | 12 | 4.18 | 0.0 | 0 | 4.5 | 15 | 250 | M | M | 8 | 13 | 17 | 250 |
| 27 | 86 | 75 | 81 | -2 | 0 | 16 | 0.01 | 0.0 | 0 | 5.0 | 16 | 140 | M | M | 6 | | 18 | 130 |
| 28 | 85 | 75 | 80 | -3 | 0 | 15 | T | 0.0 | 0 | 5.7 | 15 | 90 | M | M | 7 | | 20 | 150 |
| 29 | 88 | 78 | 83 | 0 | 0 | 18 | T | 0.0 | 0 | 9.1 | 18 | 100 | M | M | 8 | | 22 | 90 |
| 30 | 83 | 74 | 79 | -4 | 0 | 14 | 0.53 | 0.0 | 0 | 7.1 | 21 | 190 | M | M | 9 | 1 | 26 | 190 |
| SM | 2584 | 2232 | | | 0 | 465 | 15.41 | 0.0 | | 215.7 | | | M | | 238 | | | |
| AV | 86.1 | 74.4 | | | | | | | | 7.2 | FASTST | | PSBL | % | 8 | | MAX(MPH) | |
| | | | | | | | MISC ----> | | | | 29 | 120 | | | | | 36 | 110 |

NOTES:



27

# LAST OF SEVERAL OCCURRENCES

COLUMN 17 PEAK WIND IN M.P.H.

☐

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6) , PAGE 2

STATION: MIAMI
MONTH: JUNE
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

[TEMPERATURE DATA]

AVERAGE MONTHLY: 80.3
DPTR FM NORMAL: -2.1
HIGHEST: 92 ON 3
LOWEST: 71 ON 16,26

[PRECIPITATION DATA]

TOTAL FOR MONTH: 15.41
DPTR FM NORMAL: 6.87
GRTST 24HR 4.20 ON 25-26

SNOW, ICE PELLETS, HAIL
TOTAL MONTH: 0.0 INCH
GRTST 24HR 0.0
GRTST DEPTH: 0

SYMBOLS USED IN COLUMN 16

1 = FOG
2 = FOG REDUCING VISIBILITY TO 1/4 MILE OR LESS
3 = THUNDER
4 = ICE PELLETS
5 = HAIL
6 = GLAZE OR RIME
7 = BLOWING DUST OR SAND: VSBY 1/2 MILE OR LESS
8 = SMOKE OR HAZE
9 = BLOWING SNOW
X = TORNADO

[NO. OF DAYS WITH]

MAX 32 OR BELOW: 0
MAX 90 OR ABOVE: 5
MIN 32 OR BELOW: 0
MIN 0 OR BELOW: 0

[WEATHER - DAYS WITH]

0.01 INCH OR MORE: 21 ←
0.10 INCH OR MORE: 15
0.50 INCH OR MORE: 8
1.00 INCH OR MORE: 6

[HDD (BASE 65) ]
TOTAL THIS MO. 0
DPTR FM NORMAL 0
SEASONAL TOTAL 82
DPTR FM NORMAL -118

CLEAR (SCALE 0-3) 0
PTCLDY (SCALE 4-7) 10
CLOUDY (SCALE 8-10) 20

[CDD (BASE 65) ]
TOTAL THIS MO. 465
DPTR FM NORMAL -45
SEASONAL TOTAL 2072
DPTR FM NORMAL 260

[PRESSURE DATA]
HIGHEST SLP 30.19 ON 26
LOWEST SLP 29.82 ON 1

[REMARKS]

# Preliminary Local Climatological Data (F6) for Miami, FL

*Please note: Hit page back button to return to climate page.*
*Disclaimer: These data do not represent official climate data since it has not been quality controlled by the National Climate Data Center. To get official data contact NCDC.*

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6)

STATION: MIAMI
MONTH: JULY
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

TEMPERATURE IN F: :PCPN: SNOW: WIND :SUNSHINE: SKY :PK WND

| 1 DY | 2 MAX | 3 MIN | 4 AVG | 5 DEP | 6A HDD | 6B CDD | 7 WTR | 8 SNW | 9 DPTH | 10 AVG SPD | 11 MX SPD | 12 2MIN DIR | 13 MIN | 14 PSBL | 15 S-S | 16 WX | 17 SPD | 18 DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 85 | 73 | 79 | -4 | 0 | 14 | 1.14 | 0.0 | 0 | 3.2 | 15 | 190 | M | M | 9 | 13 | 21 | 130 |
| 2 | 87 | 72 | 80 | -3 | 0 | 15 | 1.39 | 0.0 | 0 | 4.0 | 18 | 90 | M | M | 6 | 13 | 23 | 150 |
| 3 | 89 | 75 | 82 | -1 | 0 | 17 | 0.08 | 0.0 | 0 | 3.6 | 21 | 190 | M | M | 6 | 13 | 31 | 180 |
| 4 | 88 | 74 | 81 | -2 | 0 | 16 | 0.34 | 0.0 | 0 | 3.8 | 20 | 270 | M | M | 5 | 18 | 24 | 280 |
| 5 | 91 | 77 | 84 | 1 | 0 | 19 | 0.27 | 0.0 | 0 | 3.7 | 17 | 70 | M | M | 6 | 138 | 21 | 70 |
| 6 | 86 | 74 | 80 | -3 | 0 | 15 | 0.42 | 0.0 | 0 | 3.0 | 17 | 130 | M | M | 7 | 38 | 21 | 120 |
| 7 | 88 | 74 | 81 | -2 | 0 | 16 | 0.67 | 0.0 | 0 | 6.8 | 21 | 130 | M | M | 8 | 13 | 26 | 90 |
| 8 | 87 | 74 | 81 | -2 | 0 | 16 | 2.86 | 0.0 | 0 | 8.2 | 21 | 110 | M | M | 9 | 13 | 24 | 120 |
| 9 | 89 | 72 | 81 | -2 | 0 | 16 | 0.40 | 0.0 | 0 | 7.0 | 18 | 120 | M | M | 10 | 13 | 24 | 200 |
| 10 | 85 | 69 | 77 | -7 | 0 | 12 | 2.16 | 0.0 | 0 | 6.1 | 17 | 190 | M | M | 9 | 13 | 30 | 210 |
| 11 | 87 | 74 | 81 | -3 | 0 | 16 | 0.80 | 0.0 | 0 | 4.4 | 30 | 320 | M | M | 6 | 13 | 35 | 320 |
| 12 | 88 | 71 | 80 | -4 | 0 | 15 | 0.50 | 0.0 | 0 | 6.1 | 18 | 250 | M | M | 5 | 13 | 23 | 100 |
| 13 | 90 | 74 | 82 | -2 | 0 | 17 | 0.01 | 0.0 | 0 | 7.1 | 16 | 130 | M | M | 4 | 3 | 21 | 170 |
| 14 | 93 | 78 | 86 | 2 | 0 | 21 | 0.00 | 0.0 | 0 | 5.5 | 13 | 130 | M | M | 4 | | 17 | 160 |
| 15 | 90 | 81 | 86 | 2 | 0 | 21 | 0.01 | 0.0 | 0 | 4.4 | 15 | 280 | M | M | 6 | 3 | 18 | 280 |
| 16 | 91 | 79 | 85 | 1 | 0 | 20 | 0.00 | 0.0 | 0 | 4.8 | 13 | 120 | M | M | 5 | 3 | 17 | 150 |
| 17 | 94 | 79 | 87 | 3 | 0 | 22 | 0.40 | 0.0 | 0 | 4.8 | 17 | 30 | M | M | 5 | 13 | 25 | 30 |
| 18 | 89 | 78 | 84 | 0 | 0 | 19 | 0.01 | 0.0 | 0 | 4.8 | 16 | 180 | M | M | 5 | 3 | 21 | 160 |
| SM | 1597 | 1348 | | | 0 | 307 | 11.46 | 0.0 | | 91.3 | | | M | | 115 | | | |
| AV | 88.7 | 74.9 | | | | | | | | 5.1 | FASTST | | PSBL | % | 6 | | MAX(MPH) | |
| | | | | | | | | | MISC ----> | | 30 | 320 | | | | | 35 | 320 |

NOTES:
# LAST OF SEVERAL OCCURRENCES

COLUMN 17 PEAK WIND IN M.P.H.

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6) , PAGE 2

STATION: MIAMI
MONTH: JULY
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

[TEMPERATURE DATA]

| | |
|---|---|
| AVERAGE MONTHLY: | 81.8 |
| DPTR FM NORMAL: | -1.7 |
| HIGHEST: | 94 ON 17 |
| LOWEST: | 69 ON 10 |

[PRECIPITATION DATA]

| | |
|---|---|
| TOTAL FOR MONTH: | 11.46 |
| DPTR FM NORMAL: | 8.05 |
| GRTST 24HR | 3.05 ON 7- 8 |

SNOW, ICE PELLETS, HAIL

| | |
|---|---|
| TOTAL MONTH: | 0.0 INCH |
| GRTST 24HR | 0.0 |
| GRTST DEPTH: | 0 |

SYMBOLS USED IN COLUMN 16

1 = FOG
2 = FOG REDUCING VISIBILITY TO 1/4 MILE OR LESS
3 = THUNDER
4 = ICE PELLETS
5 = HAIL
6 = GLAZE OR RIME
7 = BLOWING DUST OR SAND: VSBY 1/2 MILE OR LESS
8 = SMOKE OR HAZE
9 = BLOWING SNOW
X = TORNADO

[NO. OF DAYS WITH]

| | |
|---|---|
| MAX 32 OR BELOW: | 0 |
| MAX 90 OR ABOVE: | 6 |
| MIN 32 OR BELOW: | 0 |
| MIN 0 OR BELOW: | 0 |

[WEATHER - DAYS WITH]

| | |
|---|---|
| 0.01 INCH OR MORE: | 16 ← |
| 0.10 INCH OR MORE: | 12 |
| 0.50 INCH OR MORE: | 7 |
| 1.00 INCH OR MORE: | 4 |

[HDD (BASE 65) ]

| | |
|---|---|
| TOTAL THIS MO. | 0 |
| DPTR FM NORMAL | 0 |
| SEASONAL TOTAL | 0 |
| DPTR FM NORMAL | 0 |

| | |
|---|---|
| CLEAR (SCALE 0-3) | 0 |
| PTCLDY (SCALE 4-7) | 13 |
| CLOUDY (SCALE 8-10) | 5 |

[CDD (BASE 65) ]

| | |
|---|---|
| TOTAL THIS MO. | 307 |
| DPTR FM NORMAL | -17 |
| SEASONAL TOTAL | 2379 |
| DPTR FM NORMAL | 265 |

[PRESSURE DATA]

HIGHEST SLP M ON M
LOWEST SLP 29.94 ON 130

[REMARKS]