ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

EXHIBIT
23 for ID
1910-11-05

1/18/02

Mr. Joseph P. Stuhl
Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue
Winter Park, FL 32789

Dear Mr. Stuhl:

Reference is made to your letter to Mr. Jerry Goddard, Architect and Project Manger for the US Postal Service dated January 11, 2002, detailing your "Electrical Observations and Recommendations". I will attempt to address your observations item by item, which can be confirmed at your next inspection. Present at this walk through were, Misters Jerry Goddard, Raphael Rojas, Jose Zamora, Jose Vidal, you and myself.

Item 1 As you recall, this item was brought to your attention by me at which time I advised you that we were continuing to finish the concrete work at the gates and this item would be completed prior to the actual installation of the gates themselves.

Item 2 As per your memorandum painting will be in compliance with what was discussed during our work through.

Item 3 Your comments to this item are contradictory. During your visit to the job site we discussed various remedies to this situation and removing the cable was not one of them. We did discuss using various types of cable, splices and additional conduit to correct the situation. You are now recommending that ATC "remove the cable which has been installed and provide the cable which was approved for use at the AMC and this facility". In order to keep the job "moving" as stated by Mr. Goddard, ATC proposes not to remove the cable but to utilize Corning ALTOS/LST with 2 to 24 fibers and, which exceeds requirements, and will be making splices in the specified areas as indicated on the attached AutoCAD drawing. ATC proposes to utilize Corning UCAO-05 Enclosures and Corning 95-000-04 Mechanical Splices. We will be using the four, six & eight fiber Cables which is identified on the Corning specification previously provided to you. The AutoCAD drawing has four Areas denoted with each area is divided into Sections and the following is being submitted for your approval:

- All Corning cable not noted will be 1 cable w/ 2 Fibers

- Area 1
  - Section A will have 1 Cable w/ 8 Fibers
  - Section B will have 1 Cable w/ 6 Fibers
  - Section C will have 1 Cable w/ 4 Fibers

- Area 2
  - Section A will have 1 Cable w/ 6 Fibers & 9 Cables w/ 2 Fibers
  - Section B will have 1 Cable w/ 6 Fibers & 10 Cables w/ 2 Fibers
- Area 3
  - Section A will have 1 Cable w/ 4 Fibers
- Area 4
  - Section A will have 1 Cable w/ 6 Fibers

Your approval on this proposal is requested and has a direct bearing on the critical path of this project.

Item 4 As per your letter dated January 17, 2002 ATC will provide the appropriate casters for The console.

Item5 We are awaiting your specifications for the design of the air conditioning for the control room. Again, in this area, your decision and approval on how to proceed affects the critical path of the project.

Item 6 A review of our documents does in fact disclose that lightning protection is required on existing as well as new light poles. This problem will be corrected.

Further reference is made to your January 17, 2002 letter relative to the security level the bulletproof glass to be installed in the window at the control room. Contact with American Acrylic Corp confirms a "Level 3" bulletproof glass and is submitted for your approval. The window has not been ordered as your letter requests that we re-confirm the level with the manufacturer. This has been done and this approval is also affecting the critical path.

With reference to your disallowance of certain items with pay recommendation 15, attached is a corrected pay requisition with your approved amounts. I only have one comment on your recommendations. I am at a loss as to how you arrive at these approved amounts. Again you are contradictory. While at the job site you comment that we are progressing very well and write in the above referenced report that

> "... this facility has progressed very well from our last inspection of December 18, 2001. The contractor appears to be taking an interest in completing the work required on the construction documents",

then you make recommendations based on how "you feel" as to the allowed amounts. In addition, you approved the re-submission of pay recommendation 14 with Mr. Goddard, who also pre-approved pay recommendation 15 pending your review. Your comments at that time are what cause me some consternation when you state, "I don't think I'll have a problem with this", then after returning to your office you cut the pay recommendation approximately sixty percent. It appears that our request for payment may be based on how you feel one day to the next. In the future, I would appreciate that the pay





32

recommendation be reviewed on site and when denying or reducing an amount you provide an explanation as to the denial in order to allow me the opportunity to discuss your decisions in an objective manner and not the subjective one you continually apply to this project.

Sincerely,

John A. Costanzo
General Manager

Cc; Jerry Goddard
USPS

ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

April 3, 2002

Jerry Goddard, Architect/Project Manager
Building 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Dear Mr. Goddard

Please accept this letter as ATC's formal dispute and none acceptance of the USPS Intent to offset P&DC payments by seventy-five percent (75%), as stated in your letter addressed to Mr. Vento dated February 15, 2002. ATC does not accept the deductions made on Pay App #15 and will submit Pay App #16 with out any offset amount deducted. ATC will continue the negotiation process in the hopes of establishing a fair and reasonable amount to be offset from future P&DC Pay Applications.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

Cc: Greg Warren

EXHIBIT
25 for ID
T9 10-11-05

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

File USPS

Suspend 4/15 5/3

ATC
SYSTEMS INTEGRATORS
ARCHITECTS OF SECURITY

EXHIBIT
26 for ID
10-11-05

Tomsed Corporation
Robert Sedivy
1412 Stewart Street
Fuquay-Varina, NC 27526

April 9, 2002

Re: USPS (P&DC) & P.O. # 63605

Dear Mr. Sedivy

4/15/02 V.V. stated he will personally pay this amount exclusive of new ATC accounts

**Please accept this letter as record of our telephone conversation earlier today. As we discussed ATC will send a certified check for Twenty-Five Thousand Five Hundred Thirty Seven Dollars and Zero Cents ($25,371.00) which is fifty percent (50%) of the order amount. The remaining balance to be paid will be dependent on the percentage paid to ATC by the USPS. MR. Goddard (Contracting Officer for the USPS) has informed me that he would expedite the payment for the turnstiles. ATC anticipates that we will receive ninety percent payment within in three weeks of inspection of the turnstiles by the USPS. As you indicated, the turnstiles can be prepared for shipment the day after you receive the check. The estimated ship time to the job site is three days. As we discussed I will be out of the office until Friday. Upon my return, I will meet with the Project Manager for the USPS project and let you know when you will receive your payment to start delivery.**

5/2/02 Asked Robert to acknowledge this agreement in writing. He'll do tomorrow.

Sincerely,

Gregory W. Warren

Gregory W. Warren
Chief Operating Officer

4/16/02
Steve, Please cut this check for $25,371.00 per our discussion with V.V. yesterday.
GW

Cc: Steve Bodner - CFO
File

Brenda

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

April 18, 2002

EXHIBIT 28 for ID TS 10-11-05

Mr. W. Jerry Goddard, RA
United States Postal Services
Facility Service Office
Building 300 - Suit 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Re: USPS – Processing & Distribution Center (P&DC)
Miami, Fl
Contract No. 123125-00-B-3154

Dear Jerry,

As per our telephone conversations over the past week ATC has made you aware of the serious impact that the above referenced project is causing our company. Also per several meetings with you over the past few months ATC has demonstrated and expressed our intent to finish the project under the premise of receiving fair and reasonable results from negotiations, with the USPS regarding certain disputed outstanding matters. Most of these issues have been sent to you for your review in previous ATC correspondence. As I have conveyed to you we need to come to a final resolution regarding the position of USPS and ATC on all disputed issues so ATC can finally understand our financial status with regards to both projects.

The main focus of ATC's concern is our immediate need to achieve a reasonable compromise with the USPS to release monies owed without the current 75% Retainage that is being imposed. Currently this reduction of cash flow is significantly slowing the progress of completing the P&DC project and is causing damage as a whole to our company. ATC cannot continue to finance the completion of the project.

We are requesting that the USPS use a joint check process or other acceptable means to pay our suppliers for materials used to complete the project. We need the USPS to expedite release of funds within five days after each approved invoice. Following is a list of the most critical materials required at this point. The list is not intended to be the total requirement or the order of priority. The amounts are general estimates only for the purpose to understand which materials we want to purchase initially. We will provide the appropriate invoices with our application for payment.

1. Turnstiles = $55,000
2. Barrier gates = $11,000
3. Sliding Gate = $14,000

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC
SYSTEMS INTEGRATORS
ARCHITECTS OF SECURITY

4. Computers = $6,000
5. Access Cards = $11,000
6. Console = $4,000
7. Security Window =$4,000
8. Hirsh Software & Alarm Panels =$14,000

Note: Hirsh currently refuses to release any further materials without a total payment of past due amounts. This is an issue that can be resolved but requires further negotiation by the parties.

In addition to cooperating with ATC for the project's material needs we request your compromise regarding the reduction of the 75% retainage, to allow us to cover our labor and general conditions costs. As you know work is completed before ATC is paid. Essentially ATC is financing the completion of the project. Under this process the USPS has control of the project costs as it is completed and has already withheld significant monies from ATC contracts for insurance that all project costs assessed by the USPS are covered. (See the handwritten document previously faxed to you which illustrates our point)

ATC is requesting that we are able to bill and be paid for labor and general condition costs every two weeks applying a 15% retainage. This of course is separate and based on the USPS paying for 100% materials purchased as stated herein.

Jerry, we both want to finish the project. I know you believe enough in what I have expressed to you that with your help the project will be finished properly. Please find a way to make this happen as soon as possible so we can expedite the completion of this project.

We thank you again for your consideration and hope we can regain your trust going forward

Sincerely,

Gregory W. Warren

Gregory W. Warren
Chief Operating Officer

Cc: Vince Vento w/ Att
File w/Att

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

# AGREEMENT OF SETTLEMENT BETWEEN THE PARTIES

This Agreement of Settlement is entered into by the United States Postal Service (hereinafter, Postal Service), represented by the Contracting Officer and Advanced Technology Systems Integrators, Inc. (hereinafter, ATC), represented by its CEO, Vincent Vento.

## RECITALS

1. The Postal Service awarded Contract No. 123125-00-B-3153 (hereinafter contract) to ATC on October 24, 2000. The contract was a firm fixed fee contract to install a security and access control system at the Miami ~~GMF~~ AMC. The contract amount was for $556,289.00.
2. On January 4, 2001, the Postal Service issued a "Termination for Default" based on ATC's failure to complete the project in accordance with the contract completion date.
3. On May 29, 2001, the Postal Service and ATC reached an agreement to settle all outstanding issues regarding possible claims and other changes as outlined and specified in Contract Modification 2. Further included in the negotiation, was the agreement of the Postal Service to change the January 4, 2001, "Termination for Default" into a "Mutual Termination".

ACCORDINGLY, in consideration of the mutual promises set forth below, the parties without admitting liability to the other, and for the purpose of settlement, agree as follows:

A. The "Termination for Default" issued on January 4, 2001, is hereby withdrawn and this document will serve as a MUTUAL TERMINATION for Contract No. 123125-00-B-3153.
B. ATC agrees to accept the requirements of Contract Modification 2, and sign the modification accordingly.
C. ATC and the Postal Service agree that ATC will not be due any compensation and will in fact owe the Postal Service the sum of $52,137.10 which will be withheld from Contract No. 123125-00-B-3154 as indicated in Mod. 2.
D. With the exception of any matters relating to fraud on the part of ATC, this Agreement of Settlement is intended to constitute full and final payment and disposition of all matters arising under Contract No. 123125-00-B-3153. Further, with the exception of any matters relating to fraud on the part of ATC, this Agreement of Settlement shall constitute a full release and complete accord and satisfaction as to any and all claims, demands or causes of action, actual or constructive, legal equitable, or contractual, either party has against the other which arise under the contract. Specifically, but not exclusively, this Agreement of Settlement includes all costs for interest, attorney fees, and other litigation expenses.

V Vento CEO-

Vincent Vento, CEO
Advanced Technology Integrators, Inc.

6-11-02
Date

Jerry Goddard, Contracting Officer
U.S. Postal Service

6/19/2002
Date

EXHIBIT 29 for ID 10-11-05

ATSIC document production - March 4, 200
0001001

38

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

1. Modification No. M 10: To Contract No.: 123125-00-B-3154

2. Project Name and Location:
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

3. Date Issued: 5/29/02

Page 1 of 1

4. Contractor:

Advanced Technology System Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:

Greg Warren

EXHIBIT
30 for ID
19 10-11-05

5. Issued By:

Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:

Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

7. Description of Modification:

Deduction/offset of funds owed to the USPS, from the USPS completion of contract no. 123125-00-B-3153, due to mutual termination of the contract between ATC and the USPS.

Funds for this credit modification will be deducted from the contract by a reduction of labor costs & OH&P of aprox. 50%, from the remaining work left to be performed. The schedule of values will be reduced accordingly, as agreed to by both the USPS and ATC. The remaining materials will be paid as invoiced, at 100%of the schedule of values under the normal payment request process.

AMMOUNT OF MOD ( $52,137.10)

This settlement is also based on the approval & payment in full within five days of pay app # 17, in the amount of 63,000.00 per meeting held on 6/4/02. (VGV)

With extension of 0 calendar days for revised completion date of 9/10/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
|---|---|---|
| 9. SIGNATURES: | | |
| CONTRACTOR Advanced Tech Systems Int. Co. | | U. S. POSTAL SERVICE |
| Vt ] V nto proceed | | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: | Date: 06/01/02 | Signature: [signature] Date: 6-20-02 |



39

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

**Modification No. M 11:** **To Contract No.:** 123125-00-B-3154

**2. Project Name and Location:**
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

**3. Date Issued:** 5/29/02

Page 1 of 1

**4. Contractor:**
Advanced Technology Systems Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:
Greg Warren

**5. Issued By:**
Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:
Jerry Goddard
Project Manager (770) 454-0600

EXHIBIT
31 for ID
1g 10-11-05

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

**Description of Modification:** Settlement of issues through ATC proposed mod 8 and USPS issued mod 10&11

This mod combines: ATC proposed mod 3 (Changes to Gate 1), ATC proposed mod 4 (depth and type of conduits), ATC proposed mod 5 (120 volt circuits to PTZ cameras), USPS imposed Liquidated Damages through the new contract completion date of 6/30/02, and the USPS proposed credit for using Hirsch vs Casi-Rusco equipment, into a "NET ZERO" agreement.

This mod also establishes a new contract completion date of 6/30/02. If ATC has not completed the project by 6/12/02, Liquidated Damages of $100/day will be reinstated beginning on ~~7/1/02~~ 7/1/02 and continuing until building acceptance.

**By signing this mod, both parties agree that all issues through mod 11 and 6/29/02 are mutually agreed to and Will not be made a part of any claim arising out of or related to either contract 123125-00-B-3153 or 123125-00-B-3154**

**TOTAL COST OF MOD $0.00**

With extension of 293 calendar days for revised completion date of 6/30/02 shld be 7-3-02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: ☐ unchanged | ☐ changed, see above. |
| --- | --- |
| 9. SIGNATURES: | |
| CONTRACTOR Advanced Tech Syst Int. Corp | U.S. POSTAL SERVICE |
| Vito Cooker 6/11/02 | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: Date: | Signature: Date: 6-20-02 |

ATSIC document production - March 4, 200
0000986

40

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

To Contract No.: 123125-00-B-3154

1. Modification No. M 11:

2. Project Name and Location:
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

Page 1 of 1

3. Date Issued: 5/29/02

4. Contractor:
Advanced Technology Systems Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:
Greg Warren

5. Issued By:
Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:
Jerry Goddard
Project Manager (770) 454-0600

EXHIBIT 31A for ID 9-10-12-05

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

**Description of Modification: Settlement of issues through ATC proposed mod 9 and USPS issued mod 10&11**

This mod combines; ATC proposed mod 3 (Changes to Gate 1), ATC proposed mod 4 (depth and type of conduits), ATC proposed mod 5 (120 volt circuits to PTZ cameras), USPS imposed Liquidated Damages through the new contract completion date of 6/30/02, and the USPS proposed credit for using Hirsch vs Casi-Rusco equipment, into a "NET ZERO" agreement.

This mod also establishes a new contract completion date of ~~6/30/02.~~ 7/15/02 If ATC has not completed the project by ~~7/1/02~~ 7/16/02 Liquidated Damages of $100/day will be reinstated beginning on ~~8/12/02,~~ 7/16/02 and continuing until building acceptance.

**By signing this mod, both parties agree that all issues through mod 11 and 5/29/02 are mutually agreed to and Will not be made a part of any claim arising out of or related to either contract 123125-00-B-3153 or 123125-00-B-3154**

**TOTAL COST OF MOD $0.00**

With extension of 293 calendar days for revised completion date of 6/30/02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| | |
|---|---|
| 8. ACCOUNTS PAYABLE DATA: ☐ unchanged | ☐ changed, see above. |
| 9. SIGNATURES: | |
| CONTRACTOR Advanced Tech Syst Int. Corp | U. S. POSTAL SERVICE |
| [signature] 06/01/02 | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: Date: | Signature: [signature] Date: 6-20-02 |

USPS Production of Documents
02014

41

ATTACHMENT "D"

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Notice of Suspension of Work
Miami, FL - GMF Security and Access Control System
Contract 123125-00-B-3154

Dear Mr. Vento:

Advanced Technologies Integrators, Inc. is directed to immediately cease all work at the job-site until further notice.

Sincerely,

Jerry Goddard
Contracting Officer

Received By ______________________ Date __________

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
Lovett Silverman Construction Consultants, Inc.
320 East South Street, Suite 160
Orlando, FL 32801-3508

EXHIBIT 32 for ID 10-11-05

7/31/02 2:45 pm Spoke w/ J. Goddard. Asked him not to terminate - give us until 8/31/02 to finish. He'll think about it - Told Vince

4000 DEKALB TECHNOLOGY PARKWAY • BLDG 300 SUITE 300 • ATLANTA GA 30340-2798 • (770) 454-0631 •
jgoddard@email.usps.gov

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

July 18, 2002

Mr. W. Jerry Goddard, RA
United States Postal Services
Facility Service Office
Building 300 - Suit 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Re: USPS – Processing & Distribution Center (P&DC)
Miami, Fl
Contract No. 123125-00-B-3154
Subject: *Delays due to rain* "Correction"

Dear Jerry,

Please accept this letter a correction to the letter faxed to you yesterday. The letter was mistakenly dated April 18, 2002, the correct date should have been July 17, 2002.

*"Please accept this letter as notification that due to excessive rain the project has been delayed. ATC will be required to request additional days for the completion of this project. As a matter of record, it has rained forty of the last forty-five days. At this time, ATC has not calculated the actual number of days that have been lost. We would like to reserve our right to submit to the USPS, at a later date actual days lost with documented data backing-up our request.*

*If you have any questions, concerns or recommendations please do not hesitate to contact me."*

Sincerely,

Jose Zamora
Project Manager

EXHIBIT
33 for ID
Ig 10-11-05

Cc: Greg Warren
File

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

March 18, 2002

Joseph Stuhl, Stuhl Engineering
1860 Anzle Avenue
Winter Park, Fl 32789

**Re: Tentative Schedule for P&DC**

Dear Mr. Stuhl

Attached please find a copy the items ATC needs to have completed at P&DC. At this time, ATC is proceeding with them installation of the gates and patching of the asphalt. At this time, we estimate that we will require approximately two more months to complete the remaining work as defined in the Construction Documents.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

EXHIBIT
34 for ID
lg 10-12-05

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

| ID | | Task Name |
|---|---|---|
| 1 | ✓ | Project Projected |
| 2 | | **P&DC Project Acual** |
| 3 | | **Purchasing** |
| 4 | ✓ | Order Gate Operators |
| 5 | ✓ | Turnstiles |
| 6 | ✓ | Order Access CPU |
| 7 | | Control Room Window |
| 8 | | Remaining Console Sections |
| 9 | | **Start Onsite Work** |
| 10 | ✓ | **Interior Electrical** |
| 11 | ✓ | Piping for Lights & Turnstiles in Lobby and ACS RM |
| 12 | ✓ | Pull Wire, Splice & Mark Lobby |
| 13 | ✓ | **Access Control System** |
| 14 | ✓ | **Mounting & Wire Conections** |
| 15 | ✓ | Access Control Interior Device Mounting |
| 16 | ✓ | Access Control Panel Wiring |
| 17 | ✓ | Access Control Programing |
| 18 | ✓ | Access Control Testing |
| 19 | | **CCTV** |
| 20 | | **Interior** |
| 21 | ✓ | Mount Fiber Modules |
| 22 | | Terminate Fiber Optics w/ conectors |
| 23 | | **Exterior Cameras (Poles)** |
| 24 | | Run FiberOptic Cables Exterior |
| 25 | ✓ | **Employee Ent Lobby** |
| 26 | ✓ | Install N ew Turnstilles |
| 27 | ✓ | Install new Drp Ceiling |
| 28 | | **Control Rm** |
| 29 | | Window |
| 30 | ✓ | **Console** |
| 31 | ✓ | Asemble Console |
| 32 | ✓ | Mount Equipment |
| 33 | ✓ | Console Configuration & Testing |
| 34 | | **Gates** |
| 35 | ✓ | Repair Poles Damaged by USPS |
| 36 | | **Employee Parking NW Ent. & Exit** Gate #1 |
| 37 | ✓ | Pour remaining Concret |
| 38 | ✓ | Install Pedistals |
| 39 | | Install Fincing |

Project: USPS-PWed 3/20/02C 1-23-(
Date: Wed 3/20/02

| | |
|---|---|
| Task | Rolled Up Milestone |
| Critical Task | Rolled Up Progress |
| Progress | Split |
| Milestone | External Tasks |
| Summary | Project Summary |
| Rolled Up Task | Group By Summary |
| Rolled Up Critical Task | |



45

| ID | | Task Name | |
|---|---|---|---|
| 40 | ✓ | Instal Slide Gates | |
| 41 | ✓ | Install Gate Motors | |
| 42 | ✓ | Paving & Patching | |
| 43 | ✓ | Connection & Testing | |
| 44 | | **Government Parking NW Ent. & Exit** | **Gate #2** |
| 45 | ✓ | Pour remaining Concret | |
| 46 | ✓ | Install Pedistals | |
| 47 | | Install Fincing | |
| 48 | ✓ | Instal Slide Gates | |
| 49 | ✓ | Install Gate Motors | |
| 50 | ✓ | Paving & Patching | |
| 51 | ✓ | Connection & Testing | |
| 52 | | **NE Ent. & Exit North loading Dock** | **Gate #3** |
| 53 | ✓ | Pour remaining Concret | |
| 54 | ✓ | Install Pedistals | |
| 55 | | Install Fincing | |
| 56 | ✓ | Instal Slide Gates | |
| 57 | ✓ | Install Gate Motors | |
| 58 | ✓ | Paving & Patching | |
| 59 | ✓ | Connection & Testing | |
| 60 | | **Post Master Ent. & Exit** | **Gate #4** |
| 61 | ✓ | Install Pedistals | |
| 62 | | Install Fincing | |
| 63 | ✓ | Instal Slide Gates | |
| 64 | ✓ | Install Gate Motors | |
| 65 | ✓ | Paving & Patching | |
| 66 | ✓ | Connection & Testing | |
| 67 | | **South Dock Gate Ent. Exit** | **Gate #5** |
| 68 | ✓ | Install Pedistals | |
| 69 | | Install Fincing | |
| 70 | ✓ | Instal Slide Gates | |
| 71 | ✓ | Install Gate Motors | |
| 72 | ✓ | Paving & Patching | |
| 73 | ✓ | Connection & Testing | |
| 74 | | **South Employee Gate Ent.** | **Gate #6** |
| 75 | ✓ | Install Pedistals | |
| 76 | | Install Fincing | |
| 77 | ✓ | Instal Slide Gates | |
| 78 | ✓ | Install Gate Motors | |

Project: USPS-PWed 3/20/02C 1-23-(
Date: Wed 3/20/02

Task
Critical Task
Progress
Milestone
Summary
Rolled Up Task
Rolled Up Critical Task
Rolled Up Milestone
Rolled Up Progress
Split
External Tasks
Project Summary
Group By Summary



46

| ID | ❶ | Task Name |
|---|---|---|
| 79 | ✓ | Paving & Patching |
| 80 | ✓ | Connection & Testing |

| Project: USPS-PWed 3/20/02C 1-23-( Date: Wed 3/20/02 | | | | |
|---|---|---|---|---|
| | Task | | Rolled Up Milestone | |
| | Critical Task | | Rolled Up Progress | |
| | Progress | | Split | |
| | Milestone | | External Tasks | |
| | Summary | | Project Summary | |
| | Rolled Up Task | | Group By Summary | |
| | Rolled Up Critical Task | | | |



47