SEC

March 5, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

EXHIBIT 36 for ID 19 10-12-05

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation that Stuhl Engineering Consultants, Inc. (SEC) attended a meeting and perform an interim inspection of the construction at the above referenced project site. On Thursday, February 28, 2002, I was present at the site for a meeting with you and members of Advanced Technologies Systems Integrators Corp. (ATC) and to inspect the construction in progress. The following is offered to document the events of our meeting and my inspection and to forward our recommendations for your consideration. In general, the contractor has made no progress at this facility from the time of our inspection on January 24, 2002.

The purpose of the meeting was to review the "Contract Modifications" provided to date by ATC for the above referenced project. Mr. Goddard requested that ATC have a modification for each "Change Order" they are submitting. The dollar amount, time extension and work involved with each modification was discussed. Mr. Goddard requested that ATC present the modifications as follows:

*Modification No. 1 (Change Order No. 1) - Additional Vicon Equipment Required:*

DO MOD

The total dollar amount requested by ATC for this modification is nine thousand, eight hundred fifty dollars and seventy-five cents ($9,850.75) and a time extension of fourteen (14) days is also requested. The dollar amount of this modification was approved during our meeting and SEC recommended that a two (2) day time extension be allowed. ATC shall provide a corrected "Contract Modification" form to SEC and the U. S. Postal Service for our approval and signature.

SEC



*Modification No. 2 (Change Order No. 2) - Installation of New Site Lighting:*

The total dollar amount requested by ATC for this modification is eighteen thousand, three hundred ten dollars and forty-four cents ($18,310.44) and a time extension of fourteen (14) days is also requested. SEC expressed their opinion that the dollar amount for this item was high. After further discussion, Mr. Goddard decided to issue a "Price to be Determined Later" (PDL) letter to ATC to allow them to continue working. The amount of the PDL will be seventeen thousand five hundred dollars ($17,500.00) with no extension of the contract for this project. ATC shall complete the work involved with this item and may challenge the dollar amount.

*Modification No. 3 (Change Order No. 3) - Gate No. 1 - Alternate No. 1:*

The total dollar amount for this modification is seventeen thousand, six hundred dollars ($17,600.00) and is shown in Additive Alternate No. 1 of the ATC Solicitation Amendment for this project. ATC expressed concern about the amount listed in their proposal. ATC requested they be allowed to resubmit this modification showing an amount more in keeping with the work performed and the time required to complete the work. After further discussion, Mr. Goddard gave ATC a one (1) week grace period to resubmit this modification for our review. ATC shall provide SEC with a clear and concise written explanation to justify their request for additional monies and time. SEC and the U. S. Postal Service will review the request made by ATC to determine if their request is valid.

*Modification No. 4 (Change Order No. 4) - Reduction of Conduits for the CCTV, ACS and IC System Cables:*

There seems to be some confusion surrounding this item and we hope to clarify what is expected. After further review of the contract documents, ATC was required to install the cables for the three (3) low-voltage systems in a single (1) conduit. The single (1) conduit method was to be the base price in their proposal as defined in the Item #3 of the "Solicitation Amendment", dated August 23, 2000. The "Additive Alternate" was for installation of three (3) separate conduit systems as shown on the construction documents.

The single (1) conduit method was limited to the cables for the Closed-Circuit Television (CCTV) system, the Access Control System (ACS) and the Intercom (IC) system. ATC elected to install the CCTV cables in a single (1) conduit separate from the other two (2) systems. ATC installed the IC cables and the ACS cables in a second conduit. At this point, ATC has complied with the requirements of the contract and no money is due the U. S. Postal Service.

During construction, ATC elected to bury the exterior conduits at the MINIMUM depth of twenty-four inches (24") below the finished grade. Although this burial depth was allowed in Note #1 of the "General Electrical Project Notes", located on sheet E-1 of the construction documents, the contractor was required to provide "Rigid" conduit at depths above thirty-six inches (36") below the finished grade.

SEC



ATC requested that they be allowed to install "PVC" conduit at the minimum burial depth and SEC gave approval contingent on a credit's being issued for the savings in materials and man-hours. There is a cost difference between Rigid conduit and PVC conduit and there is a reduction in the amount of man-hours involved in the installation of PVC conduit versus Rigid conduit. The credit that SEC and the U. S. Postal Service is requesting is the cost difference between the use of PVC conduit allowed and the Rigid conduit required. ATC shall provide SEC with a clear and concise break down of the material and man-hour costs associated with the change from PVC to Rigid conduit.

Because ATC did not provide SEC with the conduit/cable fill calculations required in Item #3 of the solicitation, they are responsible for the size of the conduits installed as they relate to the cables that ATC has installed. If a conduit is not large enough for the cables required, then ATC must increase the conduit size (or add additional conduits) as required for the CCTV, ACS and IC cables.

*Modification No. 5 (Change Order No. 5) - 120 volt Conduits for PTZ cameras:*

The total dollar amount requested by ATC for this modification is yet to be determined. During our meeting, ATC and SEC were able to located three (3) Pan-Tilt-Zoom cameras that did not have a 120 volt power source shown on the construction documents. ATC requested they be allowed to revisit the construction documents and modify their amount and time extension required for this modification. After further discussion, Mr. Goddard gave ATC a one (1) week grace period to resubmit this modification for our review. ATC shall provide SEC with a clear and concise written explanation to justify their request for additional monies and time. SEC and the U. S. Postal Service will review the request made by ATC to determine if their request is valid.

*Modification No. 6 (Change Order No. 6) - Repair of Poles at Gate No. 5:*

The total dollar amount requested by ATC for this modification is five hundred forty dollars and sixty cents ($540.60) and a time extension of one (1) day is also requested. The dollar amount and the time extension are acceptable and will be approved. ATC shall provide a corrected "Contract Modification" form to SEC and the U. S. Postal Service for our approval and signature.

*Modification No. 7 (Change Order No. 7) - Add A/C to Control Room:*

The total dollar amount requested by ATC for this modification is eleven thousand, six hundred thirty-eight dollars ($11,638.00) and a time extension of five (5) days is also requested. The dollar amount and the time extension are acceptable and will be approved. ATC shall provide a corrected "Contract Modification" form to SEC and the U. S. Postal Service for our approval and signature.

*Modification No. 8 (Change Order No. 8) - Repair Fence at Gate No. 6:*

The total dollar amount requested by ATC for this modification is three thousand, four hundred forty-one dollars and seventy-nine cents ($3,441.79) and a time extension of five (5) days is also

requested. The dollar amount and the time extension are acceptable and will be approved. ATC shall provide a corrected "Contract Modification" form to SEC and the U. S. Postal Service for our approval and signature.

*Modification No. 9 (Change Order No. 9) - Repair of Undersized Conduits:*

The total dollar amount requested by ATC for this modification is eighteen thousand, seven hundred seventy-seven dollars and fifty-seven cents ($18,777.57) and a time extension of twenty-five (25) days is also being requested. ATC is to provide SEC with a manufacturer's cut sheet showing the cable types to be installed for the ACS and IC systems. The cut sheet will show that the cable is water-proof and will list the outside diameter of the cable. SEC will review the cable data provided to determine where and how many conduits will be affected. SEC will then give direction to ATC to submit a revised modification for this items and Mr. Goddard will issue a "Price to be Determined Later" (PDL) letter to ATC to allow them to continue working. The amount of the PDL will be determined after we have received and reviewed the cut sheet information and issued direction to ATC for this item.

*Electrical Observations and Recommendations:*

My inspection revealed that no progress has been made from the date of our last inspection on February 8, 2002. ATC has not been staffing this project; this was confirmed by Captain Hanson of the U. S. Postal Police. I requested that the Postal Police record the events of ATC at this site over the past two (2) weeks.

During our meeting, Mr. Goddard instructed ATC to properly staff this project toward completion or the U. S. Postal Service would terminate their contract. SEC recommends that ATC complete the gates and ACS system first in order to secure the perimeter and eliminate the need to have twenty-four (24) hour security at this facility. We estimate that this project will continue for, at least, another three (3) months. I hope that the information contained in this report has been useful in summarizing the events and observations of our meeting and my inspection at this facility. Please let me know if you have any questions about the items in this report.

Very truly yours,

Joseph F. Stuhl, III
JFS/ash

CC: Jose' Zamora, ATC

F:\OFFICE\DATA\U. S. POSTAL SERVICE\2001\0101\INSPECTION-6

ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

March 6, 2002

Joseph Stuhl, Stuhl Engineering
1860 Anzle Avenue
Winter Park, Fl 32789

**Re: P&DC "Field Investigation Report, March 5, 2002"**

Dear Mr. Stuhl

ATC is responding to your March 5 Field Investigation Report.

Modification #1 Additional Vicon Equipment
Please find attached a copy of the corrected "Contract Modification" form, for $9,850.75 with two days added to the contract. We have also forwarded two original copies to Mr. Goddard.

Modification #2 Installation of New Site Lighting
Please find attached a copy of the corrected "Contract Modification" form, for $17,500 with zero days added to the contract. Please note that we have not yet received the PDL to start this work.

Modification #3 Gate #1 Alternate #1
Please find attached a copy of the revised modification for the Gate #1 Alternate #1

Modification #4 Reduction of conduits for the CCTV, ACS and IC System Cables
ATC did not "Elect" to bury the exterior conduit at the MINIMUM depth. As stated in Paragraph five of the General Bid Notations on E-1(See Attached Copy) all exterior conduits may be PVC but must be buried a minimum of 24.
ATC is retracting and voiding; Modification #4, (Reduction of interior Conduit) ATC will start the next Mod with #5 as not to create any confusion.

In reference to the use of PVC @ 24", there was a discrepancy in the Bid documentation. It was brought to you attention on February 1, 2001. As stated in the meeting note prepared by ATC, you acknowledged the discrepancy and stated the 24" depth requirement "will be accepted". Attached is a copy of the meeting report, please refer to Item #8 of the report.

Modification #5 120 volt Conduit for Fixed & PTZ Cameras
Please find attached a copy of the revised modification #4 for your review.

EXHIBIT
37 for ID
9-10-12-05

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC
SYSTEMS INTEGRATORS
ARCHITECTS OF SECURITY

Modification #6 Repair of Poles at Gate #5
Please find attached a copy of the corrected "Contract Modification" form, for $540.60 with one day added to the contract. We have also forwarded two original copies to Mr. Goddard.

Modification #7 Add A/C to Control Room
Please find attached a copy of the corrected "Contract Modification" form, for $11638.00 with five days added to the contract. We have also forwarded two original copies to Mr. Goddard.

Modification #8 Repair Fence at Gate #6
Please find attached a copy of the corrected "Contract Modification" form, for $3,441.79 with five days added to the contract. We have also forwarded two original copies to Mr. Goddard.

Modification #9 Repair of undersized Conduits
ATC has faxed you the product data sheet you requested. ATC is waiting for your response so that we may revise modification #9. Please note that we have not yet received the PDL to start this work.
Attached is a copy of the Product data sheet, which I faxed to you on 3-4-02.

In addition, please be advised that we do have men on the job as of March 5, as we agreed to in our meeting held on February 28, 2002. We have complied with our agreement and are supplying you with all of the documentation requested. At this time, ATC has not received the PDL for us to commence with the additional work. Please let us know if we may assist you in any way to expedite the PDL process.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC
SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

March 6, 2002

Jerry Goddard, Architect/Project Manager
Building 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Dear Mr. Goddard

Please find attached with this letter a copy of ATC's response to SEC's "Field Investigation Report" dated March 5. Also included are the signed original "Modification Forms" for the agreed upon modifications.

In addition, please be advised that we do have men on the job as of March 5, as we agreed to in our meeting held on February 28, 2002. We have complied with our agreement and are supplying you with all of the documentation requested. At this time, ATC has not received the PDL for us to commence with the additional work. Please let us know if we may assist you in any way to expedite the PDL process.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

EXHIBIT
38 for ID
lg 10-12-05

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, Fl. 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

April 3, 2002

Jerry Goddard, Architect/Project Manager
Building 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Dear Mr. Goddard

Please accept this letter as ATC's formal dispute and none acceptance of the USPS Intent to offset P&DC payments by seventy-five percent (75%), as stated in your letter addressed to Mr. Vento dated February 15, 2002. ATC does not accept the deductions made on Pay App #15 and will submit Pay App #16 with out any offset amount deducted. ATC will continue the negotiation process in the hopes of establishing a fair and reasonable amount to be offset from future P&DC Pay Applications.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

Cc: Greg Warren

EXHIBIT
40 for ID
JG 10-12-05

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

UNITED STATES POSTAL SERVICE

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

Date: 4-3-02 | Control Number:

Installation Name
MIAMI - GMF (115851-G21)
MIAMI, FL 33152-9998

Description of Work
Security and Access Control System

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 0-4H-115851-C-586 | 123125-00-B-3154 | | 115854 | H54096 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 1,308,990.00 |
| 2. Approved Change Amount | $ 43,016.14 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 1,352,006.14 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 1,089,686.25 |
| 5. Amount of Retainage | $ 54,484.31 |
| 6. Sub Total (Line 4-5) | $ 1,035,201.94 |
| 7. Previous Payment Amount | $ 1,015,709.70 |
| 8. Amount of this payment (Lines 6 - 7) | $ 19,492.24 |

Payee Name and Address:
ADVANCED TECHNOLOGY
SYSTEMS INTEGRATORS CORP
3500 N MIAMI AVE
MIAMI FL 33127-3112

Invoice Description:

☑ PPA Applies to This Payment | Invoice Received/Acceptance Date | ☐ Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] | Date Signed: 4-3-02

Title: PROJECT MANAGER

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By | Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment | Date Signed

Contracting Officer Name and Signature: JERRY GODDARD | Date Signed:

Prepared By
LESLIE L MARTIN
(770) 454-0660

Approving Official Title, Address, and Phone Number (770)454-0629
PROJECT MANAGER
ATLANTA FSO
4000 DEKALB TECH PKWY #300
ATLANTA GA 30340-2799

Contact Person
LESLIE L MARTIN
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

**Continuation Sheet**

Containing Contractor's signed Certification is attached.

To: United States Postal Service
Miami-P & DC

From: ATC Systems Integrators
3500 N. Miami Ave..

**AIA DOCUMENT G703**

APPLICATION #: 16
PERIOD FROM: 9-Jan-02
PERIOD TO: 1-Apr-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/2001

| Item No. | Description of Work | Scheduled Value | Work Completed | | Stored Materials | Total Completed And | | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| | | | Q Applications | This Application | | Stored To Date (D+E+F) | % (G/C) | | |
| A | B | C | D | E | F | G | H | I | J |
| 1 | Mobilization | 65,450.00 | 65,450.00 | | | 65,450.00 | 100% | 0.00 | 3,272.50 |
| 2 | Bonds & Insurance | 16,590.00 | 16,590.00 | | | 16,590.00 | 100% | 0.00 | 829.50 |
| 3 | Bldg. Permits | 2,000.00 | 2,000.00 | | | 2,000.00 | 100% | 0.00 | 100.00 |
| 4 | O & M manuals | 1,900.00 | | | | 0.00 | 0% | 1,900.00 | 0.00 |
| 5 | Training | 3,000.00 | | | | 0.00 | 0% | 3,000.00 | 0.00 |
| 6 | CCTV System | 287,560.00 | 283,515.00 | | | 283,515.00 | 99% | 4,045.00 | 14,175.75 |
| 7 | CCTV System Labor | 45,200.00 | 31,370.00 | | | 31,370.00 | 69% | 13,830.00 | 1,568.50 |
| 8 | Access Control System | 131,670.00 | 118,503.00 | | | 118,503.00 | 90% | 13,167.00 | 5,925.15 |
| 9 | Access Control System Labor | 32,900.00 | 18,250.00 | 1,650.00 | | 19,900.00 | 60% | 13,000.00 | 995.00 |
| 10 | Intercommunication System | 26,600.00 | 26,600.00 | | | 26,600.00 | 100% | 0.00 | 1,330.00 |
| 11 | Intercommunication System Labor | 8,500.00 | 1,250.00 | | | 1,250.00 | 15% | 7,250.00 | 62.50 |
| 12 | Console Configuration/Calibration | 3,500.00 | 700.00 | | | 700.00 | 20% | 2,800.00 | 35.00 |
| 13 | Trenching, patching, concrete | 59,000.00 | 47,450.00 | | | 47,450.00 | 80% | 11,550.00 | 2,372.50 |
| 14 | Gates, Fencing, Bollards | 136,400.00 | 91,340.00 | 3,500.00 | | 94,840.00 | 70% | 41,560.00 | 4,742.00 |
| 15 | Turnstiles and Handicap Gate | 72,620.00 | | | | 0.00 | 0% | 72,620.00 | 0.00 |
| 16 | Switchgear, Conduit, Fittings | 128,000.00 | 121,600.00 | | | 121,600.00 | 95% | 6,400.00 | 6,080.00 |
| 17 | Lighting and Poles | 18,600.00 | 16,830.00 | | | 16,830.00 | 90% | 1,770.00 | 841.50 |
| 18 | Cable and Installation | | | | | | | | |
| a | Materials - Cable | 56,250.00 | 50,625.00 | | | 50,625.00 | 90% | 5,625.00 | 2,531.25 |
| b | Cable Instalation Labor | 33,750.00 | 15,337.50 | 1,700.00 | | 17,037.50 | 50% | 16,712.50 | 851.88 |
| c | Switchgear, Conduit, Fittings - Labor | 135,000.00 | 115,400.00 | | | 115,400.00 | 85% | 19,600.00 | 5,770.00 |
| 19 | Project Management | 44,500.00 | 36,700.00 | 275.00 | | 36,975.00 | 83% | 7,525.00 | 1,848.75 |
| 21 | Mod #1 - Additional Vicon Equipment | 9,850.75 | 9,850.75 | | | 9,850.75 | 100% | 0.00 | 492.54 |
| 22 | Mod #2 | 17,500.00 | | 13,200.00 | | 13,200.00 | 75% | 4,300.00 | 660.00 |
| 23 | Mod #6 | 540.60 | | | | 0.00 | 0% | 540.60 | 0.00 |
| 24 | Mod #7 | 11,683.00 | | | | 0.00 | 0% | 11,683.00 | 0.00 |
| 25 | Mod #8 | 3,441.79 | | | | 0.00 | 0% | 3,441.79 | 0.00 |
| | **SUB TOTAL OR TOTAL** | **$1,352,006.14** | **$1,069,361.25** | **$20,325.00** | **$0.00** | **$1,089,686.25** | **81%** | **$262,319.89** | **$54,484.31** |



57

| | | | |
|---|---|---|---|
| 1 | | $1,308,990.00 | Contract Total |
| 2 | $ | 43,016.14 | Change Orders |
| 3 | | $1,352,006.14 | Total 1+2 |
| 4 | | $1,089,686.25 | Work Completed |
| 5 | | $54,484.31 | Retainage |
| 6 | | $1,035,201.94 | Total 4-5 |
| 7 | | $1,015,709.70 | Previous Payment |
| 8 | | $19,492.24 | This Payment 6-7 |

$20,325.00 Total
$19,308.75 Total - Retainage

Secure Technologies
Certified Payroll Weekly Worksheet
Project #H54096-Miami, FL-P&DC

Contractor:
Secure Technologies
Integrators, Inc.
P.O. Box 1451
Miami, FL 33157

| Employee | Classification | Rate | Fringes | hrs | week ended 3/10/2002 | hrs | week ended 3/17/2002 | hrs | week ended 3/24/2002 | hrs | week ended 3/31/2002 | hrs | week ended 4/7/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Osvaldo Lima | Electrician | $19.30 | 3.35 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jose Munoz | Electrician | $19.30 | 3.35 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Elvira Vidal | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Nelly Silva | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Bolivar Moscosa Sr. | Laborer | $9.00 | | 40 | 360.00 | 40 | 360.00 | 40 | 360.00 | 40 | 0.00 | | 0.00 |
| Luis Perez | Electrician | $19.30 | 3.35 | 40 | 906.00 | 40 | 906.00 | 40 | 906.00 | 40 | 0.00 | | 0.00 |
| Lorenzo McDowell | Electrician | $19.30 | 3.35 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Kama Jackson | Laborer | $11.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Nelva Albisa | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Bolivar Moscoso | Laborer | $12.00 | | 40 | 480.00 | 40 | 480.00 | 40 | 480.00 | 40 | 0.00 | | 0.00 |
| Osvaldo Rimada | Electrician | $19.30 | 3.35 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Diego Valez | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Ceasar Gonzalez | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jorge Gomez | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jose Garcia | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Rubiela Norena | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Luis Rodriguez | Laborer | $11.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Alexander Gonzalez | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Nick Monresino | Laborer | $12.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Efrain Freire | Laborer | $12.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Alonso Libardo | Laborer | $12.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Rollee Venson | Laborer | $9.00 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Armando Allegretti | Laborer | $9.00 | | | | | | | 0.00 | | 0.00 | | 0.00 |
| Column Totals: | | | | | 1,746.00 | | 1,746.00 | | 1,746.00 | | 0.00 | | 0.00 |
| | | | | | | | | total | | | | | 5,238.00 |

I hereby certify that these hours are true and correct: ____________



59

FILE

ATC SYSTEMS INTEGRATORS

FAXED 7-15-02 6:05 PM

ARCHITECTS OF SECURITY

# Fax

| | | | |
|---|---|---|---|
| **To:** | Joseph Stuhl<br>Stuhl Engineering Inc. | **From:** | José Zamora, Project Manager |
| **Fax:** | +1 (407) 645-5812 | **Pages:** | 6 |
| **Phone:** | +1 (407) 645-5815 | **Date:** | 7-15-02 |
| **Re:** | Response to "Field Investigation Report | **CC:** | |

☐ **Urgent** **For Review** ☐ **Please Comment** x **Please Reply** ☐ **Please Recycle**

Please feel free to contact me if you have any questions.

## Please Sign and Fax Back

Jose Zamora
Project Manager
jzamora@atcsystems.com

EXHIBIT 42 for ID 19 10-12-05

Advanced Technology Systems Integrators Corporation
3500 N. Miami Ave. Miami, FL 33127 Voice (305) 670-0282 Fax

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

June 24, 2002

Joseph Stuhl, Stuhl Engineering
1860 Anzle Avenue
Winter Park, Fl 32789

Re: P&DC "Field Investigation Report" Dated, June 10, 2002

Subject: ATC's Response to "Field Investigation Report" Dated, June 10, 2002

Dear Mr. Stuhl

Please accept this letter as ATC's response to your field visit held on June 9, 2002.

Item #1:

At the time of your visit ATC's installers were in the process of installing the lobby turnstiles. As you should be aware the turnstiles must be installed before the card readers may be installed.

To the best of ATC's knowledge the only reconfiguration required at the Air Mai Center, was that the tamper switches for the Proximity readers needed to be wired. This is why the MEMLM3 were required and will be required at P&DC.

**ATC requests that if you are aware of any other items that you encountered at the AMC facility that you please bring them to our attention now.**

Item #2:

We appreciate your observations and we will correct the problem. Your continued assistance to make us aware of problems expeditiously will help the projects completion.

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

Item #3:

ATC is aware that the Altronix power supplies require Backup Batteries. ATC will install the required batteries before your next visit.

Item #4

At this time ATC has ordered and received the current version software and panel firmware from Hirsch Electronics. ATC has also placed he order for the required three Dell Computers.

ATC has been in contact with Vicon in reference to the GUI. As you may already know Vicon will not ship the GUI, it will be delivered, installed and configured by the Vicon technician that will certify the system and perform the onsite training.

At this time ATC is bringing the cameras on line. We still need to focus and adjust all cameras.

Item #5:

ATC has cleaned and covered the Control Room Console.

Item #6:

Due to the weather conditions it has not been possible to start the corrections, but ATC is aware of the corrections that need to be made. As a matter of record, it has rained daily since June 1, without a break.

Item #7:

The people wearing the ATC shirts are the same Installers that you have seen on site during your previous inspections. ATC has been in contact with Tomsed. At the time of your visit the installation had only started. ATC fully understands how to install and configure the Tomsed Turnstiles.

Item #8:

The fiber optic equipment supplied by Vicon will only work with an ST connector. Please find attached a copy of the cut sheet for the "AMP fiber optic connector".

The ACS Room Console is being installed as-per the supplied plans. Please advise if the USPS is going to require any changes to the console as it is layout on the Bid-Plans.

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

Item #9:

ATC has confirmed that the installation of the exterior fencing is as described in the project plans. Please advice if there is a specific area that you feel does not comply with project specifications.

Item #10:

ATC is aware that the A/C work for the ACS room must be completed. ATC was unaware that you require any submittal data. SEC supplied plans & drawing for they A/C work. Please advise if and what data you require.

Item #11:

As of your visit the security window for the ACS room has been received and installed.

Feel free to contact me with any questions or concern you may have.

Yours truly,

Jose Zamora
Project Manager

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

# LightCrimp Plus ST-Style Connector

## 492642-1, 492643-1, 1278079-1, 1278082-1, 1278009-1, and 1278080-1

AMP NETCONNECT

**ST-Style (492642-1 and 1278082-1)**



**SC (492643-1 and 1278079-1)**



NOTE: Drawings includes sub-components. Customer product is factory installed such that there is only the main connector plus the three separate boots: 250µm hytrel tubing, 900µm boot and 2.4-3.0 mm jacket boot.

**Description**

AMP NETCONNECT LightCrimp Plus optical fiber connector is a no-epoxy, no-polish connector making optical fiber terminations faster and easier with typical termination time in less than a minute. The LightCrimp Plus features a factory-polished ferrule enabling the fibers to be terminated in three easy steps. Just strip the cable, cleave the fiber and crimp on the connector. The connector exceeds the requirements of ANSI/TIA/EIA-568-A and ISO 11801 and is part of the AMP 15-year Component and Systems Performance Warranty.

**Specification (Text in brackets [ ] requires a choice.)**

The optical fiber connector shall be a [50 or 62.5]µm, multimode [ST-Style, SC] connector capable of terminating either 250µm coated or 900µm buffered fibers, plus either 2.5mm or 3.0mm jacketed fiber. The connector shall have a ceramic ferrule. The connector shall be field installable without requiring epoxy, or polishing. It shall employ a factory polished ferrule. The connector shall meet the performance requirements listed in the following table [include Performance Characteristics table from back page] in addition to meet the intermatability requirements for an [ST-Style connector in ANSI/TIA/EIA-604-2, SC connector in ANSI/TIA/EIA-604-3] and TIA/EIA-568-A and ISO 11801. Optical fiber connector shall be AMP NETCONNECT part number [1278082-1, 492642-1, 1278079-1 or 492643-1].

| Connector Type | Fiber Type | Ferrule Material | Housing Material | Individual Package |
|---|---|---|---|---|
| ST-Style | Multimode - 50 | Ceramic | Aluminum | 1278082-1 |
| | Multimode - 62.5 | | | 492642-1 |
| SC Simplex | Multimode - 50 | Ceramic | Plastic | 1278079-1 |
| | Multimode - 62.5 | | | 492643-1 |
| SC Duplex | Multimode - 50 | Ceramic | Plastic | 1278080-1 |
| | Multimode - 62.5 | | | 1278009-1 |

*Note: Simplex versions of the SC are recommended for field installation. Use of duplex connector only required for patch cord assemblies in accordance with TIA-568-A and ISO 11801.*

# LightCrimp Plus ST-Style Connector

492642-1, 492643-1, 1278079-1, 1278082-1, 1278009-1, and 1278080-1

AMP NETCONNECT

**Qualification Test Performance Data**

| Test Description | FOTP | Requirement (dB) | Results (dB) |
|---|---|---|---|
| Visual and Mechanical Inspection | 13 | TIA/EIA-604-2 or -3 Intermateability | Passed |
| Attenuation | 34 | ≤ 0.75 | 0.28 |
| Return Loss | 107 | ≤ -20 | - 30 |
| Low Temperature (-10° C for 4 days) | 188 | ≤ 0.3 change | 0.05 |
| Temperature Life (60° C for 14 days) | 7 | ≤ 0.3 change | 0.10 |
| Humidity (90 to 95% @ 40° C for 4 days) | 5 | ≤ 0.3 change | 0.10 |

Note: The above data indicates test results during qualification testing per requirements of draft of TIA/EIA-568-B.3. AMP NETCONNECT warrants all products to meet or exceed the requirements of TIA/EIA-568-B.3 as stated. Additionally, the LightCrimp Plus qualification test conditions exceeded the TIA environmental requirements of 0° C to 55° C by testing to -10° C to 60° C.

**Intermatability Specifications:** TIA/EIA-604-2 for ST-Style
TIA/EIA-604-3 for SC

**Fiber Type:** Multimode: 62.5µm (492642-1, 492643-1, 1278009-1)
Multimode: 50µm (1278082-1, 1278079-1, and 1278080-1)

**Materials:**
Ferrule – Ceramic
Housing – Aluminum (ST-Style)
Plastic (SC)
Boot – Thermoplastic

**Boots Provided:**
250µm Hytrel tubing
900µm boot
2.4 to 3.0 mm Jacket boot

Specifications subject to change without notice. Revised 9/01.

**In the U.S.** 1-800-553-0938
**Canada** 905-475-6222
**Mexico** 525-729-0400
**South and Central Americas** 54-11-4733-2200
www.ampnetconnect.com
**e-mail:** networking.help@tycoelectronics.com

tyco Electronics

AMP NETCONNECT

© Copyright 2001 Tyco Electronics Corporation. All rights reserved.
AMP and NETCONNECT are trademarks.

1. UV

FAXED 7-18-02 4:45
OK BY GAIL

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

# Fax

| | | | |
|---|---|---|---|
| **To:** | USPS-Facilities Service Office<br>Attn: Jerry Goddard | **From:** | Jose Zamora, Project Manager |
| **Fax:** | 770-454-0608 | **Pages:** | 2 |
| **Phone:** | 770-454-0629 | **Date:** | 7-18-02 |
| **Re:** | Correction to 7-17-02 Delay Letter | **CC:** | |

☐ **Urgent** **For Review** ☐ **Please Comment** **Please Reply** ☐ **Please Recycle**

FILE

EXHIBIT
43 for ID
JS 10-12-05

Advanced Technology Systems Integrators Corporation
ami Ave. Miami, FL 33127 Voice (305) 670-0282 Fax (305) 670-0292



66

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

July 18, 2002

Mr. W. Jerry Goddard, RA
United States Postal Services
Facility Service Office
Building 300 - Suit 300
4000 Dekalb Technology Parkway
Atlanta, Ga. 30340-2799

Re: USPS – Processing & Distribution Center (P&DC)
Miami, Fl
Contract No. 123125-00-B-3154
Subject: *Delays due to rain* "Correction"

Dear Jerry,
Please accept this letter a correction to the letter faxed to you yesterday. The letter was mistakenly dated April 18, 2002, the correct date should have been July 17, 2002.

*"Please accept this letter as notification that due to excessive rain the project has been delayed. ATC will be required to request additional days for the completion of this project. As a matter of record, it has rained forty of the last forty-five days. At this time, ATC has not calculated the actual number of days that have been lost. We would like to reserve our right to submit to the USPS, at a later date actual days lost with documented data backing-up our request.*

*If you have any questions, concerns or recommendations please do not hesitate to contact me."*

Sincerely,

Jose Zamora
Project Manager

Cc: Greg Warren
File

Advanced Technology Systems Integrators Corp.
3500 N. Miami Avenue Miami, FL 33127
Phone (305) 670-0282 Fax (305) 670-0292

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

1. Modification No. M 02: To Contract No.: 123125-00-B-3153

2. Project Name and Location:
Miami AMC Security and access control

New Construction Owned
Project No. B54096

Page 1 of 1

3. Date Issued: 5/29/02

4. Contractor:

Advanced Technology Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:

Greg Warren

5. Issued By:

Facilities Service Office

400 DeKalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:

Jerry Goddard
Project Manager (770) 454-0600

EXHIBIT
53 for ID
19 1-9-06

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the issuing Office (See Block 5).

7. Description of Modification: Settlement of Termination Issues as follows:

| | |
|---|---|
| 1. Credits owed to USPS for Multiple vs Single conduits, Deletion of 3 cameras, and Casi Rusco vs Hirst | ($10,000.00) |
| 2. Overpayments made by USPS | ($23,500.00) |
| 3. Cost of Tri-State completing work on system | ($70,000.00) |
| 4. Cost of Joe Erickson completing paint up-fix up work from original contract | ($ 4,000.00) |
| 5. Cost of SEC additional work due to re-procurement | ($10,000.00) |
| Total credit due USPS | ($117,500.00) |
| Amount withheld from ATC original contract | $65,362.90 |
| TOTAL AMMOUNT TO BE WITHELD FROM GMF PROJECT contract no. 123125-00-B-3154 | ($ 52,137.10) |

With extension of 271 calendar days for revised completion date of 12/19/02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| | | |
|---|---|---|
| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
| 9. SIGNATURES: | | |
| CONTRACTOR Advanced Tech Systems, Integrators, Co | | U.S. POSTAL SERVICE |
| [signature] CEO - Pres | | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway,<br>Atlanta GA 30340-2799 |
| Signature: | Date: | Signature: [signature] Date: 6-20-02 |

ATSIC document production - March 4,
0001002

68