ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY

EXHIBIT 54 for ID 1-9-06

1/18/02

Mr. Joseph P. Stuhl
Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue
Winter Park, FL 32789

Dear Mr. Stuhl:

Reference is made to your letter to Mr. Jerry Goddard, Architect and Project Manger for the US Postal Service dated January 11, 2002, detailing your "Electrical Observations and Recommendations". I will attempt to address your observations item by item, which can be confirmed at your next inspection. Present at this walk through were, Misters Jerry Goddard, Raphael Rojas, Jose Zamora, Jose Vidal, you and myself.

Item 1 As you recall, this item was brought to your attention by me at which time I advised you that we were continuing to finish the concrete work at the gates and this item would be completed prior to the actual installation of the gates themselves.

Item 2 As per your memorandum painting will be in compliance with what was discussed during our work through.

Item 3 Your comments to this item are contradictory. During your visit to the job site we discussed various remedies to this situation and removing the cable was not one of them. We did discuss using various types of cable, splices and additional conduit to correct the situation. You are now recommending that ATC "remove the cable which has been installed and provide the cable which was approved for use at the AMC and this facility". In order to keep the job "moving" as stated by Mr. Goddard, ATC proposes not to remove the cable but to utilize Corning ALTOS/LST with 2 to 24 fibers and, which exceeds requirements, and will be making splices in the specified areas as indicated on the attached AutoCAD drawing. ATC proposes to utilize Corning UCAO-05 Enclosures and Corning 95-000-04 Mechanical Splices. We will be using the four, six & eight fiber Cables which is identified on the Corning specification previously provided to you. The AutoCAD drawing has four Areas denoted with each area is divided into Sections and the following is being submitted for your approval:

- All Corning cable not noted will be 1 cable w/ 2 Fibers
- Area 1
  - Section A will have 1 Cable w/ 8 Fibers
  - Section B will have 1 Cable w/ 6 Fibers
  - Section C will have 1 Cable w/ 4 Fibers
- Area 2
  - Section A will have 1 Cable w/ 6 Fibers & 9 Cables w/ 2 Fibers
  - Section B will have 1 Cable w/ 6 Fibers & 10 Cables w/ 2 Fibers
- Area 3
  - Section A will have 1 Cable w/ 4 Fibers
- Area 4
  - Section A will have 1 Cable w/ 6 Fibers

Your approval on this proposal is requested and has a direct bearing on the critical path of this project.

Item 4 As per your letter dated January 17, 2002 ATC will provide the appropriate casters for The console.

Item5 We are awaiting your specifications for the design of the air conditioning for the control room. Again, in this area, your decision and approval on how to proceed affects the critical path of the project.

Item 6 A review of our documents does in fact disclose that lightning protection is required on existing as well as new light poles. This problem will be corrected.

Further reference is made to your January 17, 2002 letter relative to the security level the bulletproof glass to be installed in the window at the control room. Contact with American Acrylic Corp confirms a "Level 3" bulletproof glass and is submitted for your approval. The window has not been ordered as your letter requests that we re-confirm the level with the manufacturer. This has been done and this approval is also affecting the critical path.

With reference to your disallowance of certain items with pay recommendation 15, attached is a corrected pay requisition with your approved amounts. I only have one comment on your recommendations. I am at a loss as to how you arrive at these approved amounts. Again you are contradictory. While at the job site you comment that we are progressing very well and write in the above referenced report that

> "... this facility has progressed very well from our last inspection of December 18, 2001. The contractor appears to be taking an interest in completing the work required on the construction documents".

then you make recommendations based on how "you feel" as to the allowed amounts. In addition, you approved the re-submission of pay recommendation 14 with Mr. Goddard, who also pre-approved pay recommendation 15 pending your review. Your comments at that time are what cause me some consternation when you state, "I don't think I'll have a problem with this", then after returning to your office you cut the pay recommendation approximately sixty percent. It appears that our request for payment may be based on how you feel one day to the next. In the future, I would appreciate that the pay

recommendation be reviewed on site and when denying or reducing an amount you provide an explanation as to the denial in order to allow me the opportunity to discuss your decisions in an objective manner and not the subjective one you continually apply to this project.

Sincerely,

John A. Costanzo
General Manager

Cc; Jerry Goddard
USPS

POSTAL SERVICE

# Project Contract Payment Authorization

| Date | Control Number |
|---|---|
| 1-7-02 | |

ilation Name
'MI - GMF (115851-G21)
MI, FL 33152-9998

cription of Work
curity and Access Control System

| ject Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 1H-115851-C-586 | 123125-00-B-3154 | | 115854 | H54096 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| \ Bldg Constr (5BC | 86125 | 5BC | |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 1,308,990.00 |
| 2. Approved Change Amount | $ 853.60 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 1,309,843.60 |
| 4. Value of Work Completed to Date (Attach supporting data - incl. value of material received this period. Attach invoices) | $ 1,069,563.10 |
| 5. Amount of Retainage | $ 53,478.16 |
| 6. Sub Total (Line 4-5) | $ 1,016,084.95 |
| 7. Previous Payment Amount | $ 1,002,262.50 |
| 8. Amount of this payment (Lines 6 - 7) | $ 13,822.50 |

ee Name and Address:
VANCED TECHNOLOGY
STEMS INTEGRATORS CORP
00 N MIAMI AVE
MI FL 33127-3112

.ce Description:

| PPA Applies to This Payment | Invoice Received/Acceptance Date | ☐ Final Payment | PDC Use Only: VDR Code: |
|---|---|---|---|
| | | | |

**Contractor Certification**

reby certify, to the best of my knowledge and belief, that -
The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
The current payment shown herein is now due and has not been previously paid;
f this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
f this is not a onetime payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
Penalty for making a false statement is prescribed by 18 USC1001

| | Date Signed |
|---|---|
| | |

**Architect-Engineer Representative**

(For Construction Contracts) In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

| By | Date Signed |
|---|---|
| | |

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

| Recommended For Payment | Date Signed |
|---|---|
| | |

| tracting Officer Name and Signature | Date Signed |
|---|---|
| URY GODDARD | |

roving Official Title, Address, and Phone Number (770)454-0629
OJECT MANAGER
NTA FSO
00 DEKALB TECH PKWY #300
LANTA GA 30340-2799

Prepared By
LESLIE L MARTIN
(770) 454-0660

Contact Person
LESLIE L MARTIN
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

orm 4211B, October 1995 - 20260-6425. Rev 8.00

ATSIC document production - March 4, 2
0000657

72

**Continuation Sheet**

containing Contractor's signed Certification is attached.

To: United States Postal Service
Miami-P & DC

From: ATC Systems Integrators
3500 N. Miami Ave..

**AIA DOCUMENT G703**

APPLICATION #: 15
PERIOD FROM: 19-Dec-01
PERIOD TO: 7-Jan-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/01

| Item No. | Description of Work | Scheduled Value | Work Completed: From Previous Applications | Work Completed: This Application | Stored Materials | Total Completed And Stored To Date (D+E+F) | % (G/C) | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J |
| 1 | Mobilization | 65,450.00 | 65,450.00 | | | 65,450.00 | 100% | 0.00 | 3,272.50 |
| 2 | Bonds & Insurance | 16,590.00 | 16,590.00 | | | 16,590.00 | 100% | 0.00 | 829.50 |
| 3 | Bldg. Permits | 2,000.00 | 2,000.00 | | | 2,000.00 | 100% | 0.00 | 100.00 |
| 4 | O & M manuals | 1,900.00 | | | | 0.00 | 0% | 1,900.00 | 0.00 |
| 5 | Training | 3,000.00 | | | | 0.00 | 0% | 3,000.00 | 0.00 |
| 6 | CCTV System | 287,560.00 | 283,515.00 | | | 283,516.00 | 99% | 4,045.00 | 14,175.75 |
| 7 | CCTV System Labor | 45,200.00 | 31,765.00 | 0.00 | | 31,765.00 | 70% | 7,500.00 | 1,588.25 |
| 8 | Access Control System | 131,670.00 | 118,503.00 | | | 118,503.00 | 90% | 13,167.00 | 5,925.15 |
| 9 | Access Control System Labor | 32,900.00 | 16,500.00 | 1,750.00 | | 18,250.00 | 65% | 14,650.00 | 912.50 |
| 10 | Intercommunication System | 26,600.00 | 26,600.00 | | | 26,600.00 | 100% | 0.00 | 1,330.00 |
| 11 | Intercommunication System Labor | 8,500.00 | | 1,250.00 | | 1,250.00 | 15% | 7,250.00 | 62.50 |
| 12 | Console Configuration/Calibration | 3,500.00 | | 700.00 | | 700.00 | 20% | 2,800.00 | 35.00 |
| 13 | Trenching, patching, concrete | 59,000.00 | 47,350.00 | 100.00 | | 47,450.00 | 80% | 11,550.00 | 2,372.50 |
| 14 | Gates, Fencing, Bollards | 136,400.00 | 81,840.00 | 9,500.00 | | 91,340.00 | 67% | 45,060.00 | 4,567.00 |
| 15 | Turnstiles and Handicap Gate | 72,620.00 | | | | 0.00 | 0% | 72,620.00 | 0.00 |
| 16 | Switchgear, Conduit, Fittings | 128,000.00 | 121,600.00 | | | 121,600.00 | 95% | 6,400.00 | 6,080.00 |
| 17 | Lighting and Poles | 18,600.00 | 16,830.00 | 0.00 | | 16,830.00 | 90% | 1,770.00 | 841.50 |
| 18 | Cable and Installation | | | | | | | | |
| a | Materials - Cable | 56,250.00 | 50,625.00 | | | 50,625.00 | 90% | 5,625.00 | 2,531.25 |
| b | Cable Installation Labor | 33,750.00 | 15,187.50 | 150.00 | | 15,337.50 | 45% | 18,412.50 | 766.88 |
| c | Switchgear, Conduit, Fittings - Labor | 135,000.00 | 114,750.00 | 650.00 | | 115,400.00 | 85% | 19,600.00 | 5,770.00 |
| 19 | Project Management | 44,500.00 | 36,250.00 | 450.00 | | 36,700.00 | 82% | 7,800.00 | 1,835.00 |
| 21 | Mod #1 - Additional Vicon Equipment | 9,657.60 | 9,657.60 | | | 9,657.60 | 100% | 0.00 | 482.88 |
| 22 | Mod # 2 (CO# 2,3 & 4) | -6,804.00 | | | | 0.00 | 0% | (6,804.00) | 0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | SUB TOTAL OR TOTAL | $1,309,843.60 | $1,055,013.10 | $14,550.00 | $0.00 | $1,069,563.10 | 82% | $234,345.50 | $53,478.16 |

Contractor:
Secure Technologies
Integrators, Inc.
P.O. Box 1451
Miami, FL 33157

| Employee | Classification | week ended 12/23/01 | week ended 12/30/01 | week ended 1/6/02 | week ended 1/13/02 | week ended 1/20/02 |
|---|---|---|---|---|---|---|
| Osvaldo Lima | Electrician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jose Munoz | Electrician | 1,336.35 | 1,653.45 | 1,359.00 | 0.00 | 0.00 |
| Elvira Vidal | Laborer | 441.00 | 495.00 | 432.00 | 0.00 | 0.00 |
| Nelly Silva | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bolivar Moscosa Sr. | Laborer | 360.00 | 432.00 | 504.00 | 0.00 | 0.00 |
| Luis Perez | Electrician | 1,359.00 | 1,359.00 | 1,245.75 | 0.00 | 0.00 |
| Lorenzo McDowell | Electrician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kama Jackson | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nelva Albisa | Laborer | 369.00 | 405.00 | 288.00 | 0.00 | 0.00 |
| Bolivar Moscoso | Laborer | 480.00 | 576.00 | 672.00 | 0.00 | 0.00 |
| Osvaldo Rimada | Electrician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diego Valez | Laborer | 486.00 | 468.00 | 288.00 | 0.00 | 0.00 |
| Ceasar Gonzalez | Laborer | 360.00 | 360.00 | 288.00 | 0.00 | 0.00 |
| Jorge Gomez | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jose Garcia | Laborer | 360.00 | 432.00 | 288.00 | 0.00 | 0.00 |
| Rubiela Norena | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Luis Rodriguez | Laborer | 440.00 | 440.00 | 528.00 | 0.00 | 0.00 |
| Alexander Gonzalez | Laborer | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 |
| Nick Monresino | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Efrain Freire | Laborer | 792.00 | 660.00 | 768.00 | 0.00 | 0.00 |
| Alonso Libardo | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rollee Venson | Laborer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armando Alegretti | Laborer | 504.00 | 504.00 | 504.00 | 0.00 | 0.00 |
| Column Totals: | | 7,287.35 | 7,856.45 | 7,164.75 | 0.00 | 0.00 |
| | | | | total | | 22,308.55 |

I hereby certify that these hours are true and correct: ______________________



(74)

CORNING FIBER SOLUTIONS

# OSP CLOSURES

## UCAO Splice Closure

CORNING CABLE SYSTEMS



The Corning UCAO splice closure provides excellent environmental protection for optical fiber splices.

The UCAO facilitates easy installation and access with its unique hinged case. The lid is secured with metal clips that snap open or closed. Each UCAO closure is lightweight, compact, and watertight. UCAO splice closures can be used in aerial, underground, or direct-buried applications and accommodates up to 60 single fiber splices.

The UCAO closure also features a modular splice tray stacker that holds up to five splice trays. Each closure comes equipped with reusable seals. No special tools are required for closure assembly and re-entry.

- Compact, lightweight design
- Hinged case with snap-open clips for easy access
- Accommodates 5 compact splice trays
- Equipped with reusable seals
- No special tools required
- 4 cable entries
- Two splice trays provided with kit

UCAO CLOSURE

Closure comes equipped with 2UCAO-ST-02 heat-shrink fusion splice trays to hold 24 fibers. Add additional trays for a total of 60 splices.

| Anixter No. | Vendor No. | Splice Capacity | Dimensions (in.) |
|---|---|---|---|
| 212052 | UCAO-03-24 | 24 expandable to 60 fibers | 5"H x 6"W x 15"D |

SPLICE TRAYS

Three additional splice trays may be added to increase the capacity from 24 up to 60 splices.

| Anixter No. | Vendor No. | Description | Dimensions (in.) |
|---|---|---|---|
| 212102 | UCAO-ST-02 | Holds 12 heat-shrink splice protectors | 7.4"H x 3.6"W x 0.33"D |
| 212103 | UCAO-ST-04 | Holds 12 CamSplice mechanical splices | 7.4"H x 3.6"W x 0.33"D |

ACCESSORIES

| Anixter No. | Vendor No. | Description |
|---|---|---|
| 200372 | UCAO-BK1 | Wall mounting bracket |

## SCF Splice Closure

CORNING CABLE SYSTEMS



The SCF family is designed for splicing fibers in aerial, below ground, and buried applications. These 8-inch diameter canisters are available in both 22-inch and 28-inch lengths allowing up to 288 single-fiber splices or 432 ribbon fiber splices. The end caps feature two express ports for uncut feeder cables and four QUICK-SEAL cable ports for drop cables. QUICK-SEAL cable ports allow for rapid and easy addition of cables after the initial installation is complete. Closures are supplied as a kit with heat-shrink fusion splicing trays.

In-line versions and 4-inch and 6-inch diameter canisters as well as in-line versions are also available. All versions include heat shrink endcaps instead of the Quick-seal parts.

- No special tools, heaters or power tools are required for assembly
- Fast closure assembly using mechanical seals
- Two-piece end caps separated for easy installation of uncut cables
- Reusable mechanical seal between the dome and the end cap
- Four Drop cable cords and two Express Entry ports
- Six splice trays provided with kit

| Anixter No. | Vendor No. | Description | Splice Capacity | Dimensions (in.) |
|---|---|---|---|---|
| [illegible] | SCF-6C22-01-72 | Closure with 6 trays (12 fusion splices each) | 72 | 6" x 22" |
| [illegible] | SCF-6C28-01-144 | Closure with 6 trays (24 fusion splices each) | 144 | 6" x 28" |

ACCESSORIES

| Anixter No. | Vendor No. | Description |
|---|---|---|
| [illegible] | BKT-SC-C | Aerial hanger bracket |

## Splice Trays for Slocor SCN Series

CORNING CABLE SYSTEMS

The following splice tray will fit into the Slocor SCN series splice closures. For single-mode applications.

| Anixter No. | Vendor No. | Description |
|---|---|---|
| [illegible] | M67-025 | Stores 12 bare fusion splices |
| [illegible] | M67-070 | Stores 12 CSL/FibrLok or Finger splices |
| [illegible] | M67-048 | Stores 12 Fusion splices, Heat-shrink protection |



(75)

# CROSS-CONNECT

## Environmental Distribution Centers (EDC)

CORNING CABLE SYSTEMS



The Environmental Distribution Center (EDC) product family is designed for storage and protection of optical fiber connections. The housings are suitable for indoor or outdoor mounting. The units can be mounted to a wall, pole or rack. The EDC units will also accommodate splice trays for splicing. The enclosures feature a hinged door and sealing gasket to prevent water entry. Standard CCH panels are available. For network flexibility and system cost considerations, the EDC can be ordered prewired. Units are also field-modified for conduit.without adapters installed, are available.without adaptors installed, are available. For network flexibility and system cost considerations, the EDC can be ordered prewired. Units not factory-installed with connectors can be field-modified at a later date.

Outdoor mounted

Backbone cabling terminations in outdoor applications such as industrial, security, or traffic control

Field connectorization or pigtail splicing

- Corrosion and weather resistant
- NEMA-4X rating / IP66

| Anixter No. | Vendor No. | Description |
|---|---|---|
| 206535 | EDC-02F-NH | 2 CCH panel capacity |
| 206536 | EDC-06P-NH | 6 CCH panel capacity |
| 223274 | EDC-12P-NH | 12 CCH Panel capacity |

## Cen Enclosures

CORNING CABLE SYSTEMS



The CEN enclosures are used to store and protect both cable slack (up to 100m), and a splice closure. Up to four cables can enter through the bottom of the unit using 1 1/4" or 3/4" flexible conduit.

The CEN is made of 14 gauge galvanized-steel and has a gray enamel finish with a seam-free sided drip shield on top to prevent rain, sleet or snow from entering. Includes a hasp for padlocking. Meets NEMA 3R.

Technical Information & Standards

DIMENSIONS

CEN-002

H: 38" (96.5cm)

W: 20" (50.8cm)

D: 8" (20.3cm)

Wt: 71 lbs (32.2kg)

| Anixter No. | Vendor No. | Description |
|---|---|---|
| 143005 | CEN-002 | Steel Enclosure |

OPTIONAL ACCESSORIES

The pole mounting bracket allows the CEN enclosure to be mounted in an aerial installation.

| Anixter No. | Vendor No. | Description |
|---|---|---|
| 143288 | CEN-BK2 | Pole mounting bracket |

## Plug & Play Systems

CORNING CABLE SYSTEMS



The Plug & Play Systems is an indoor/outdoor cabling system designed for optical fiber cables in the premises environment. This innovative system reduces installation time and cost, for both end customers and contractors, by offering factory preconnectorized cables. The system's modular design guarantees compatibility, flexibility, and system performance for all optical connection spans. Combined with modular high-density components, the system delivers the highest-density solution doubling the the number of connections of traditional optical components.

For more information contact your local Anixter sales office.

Corning offers the following products as part of its Plug & Play systems solutions:

- MTP-MTP trunks with connector modules
- Cable assemblies with pulling grips
- Pre-stubbed hardware with connectorized pulling grips, using field-installable connectors on the other end for on-site connectorization. This modular design makes it possible to customize the optical system, to upgrade it when needed, and to use all components independent from each other.

The Plug & Play Systems Kit consists of an optical cable, preconnectorized at both ends. One end is loaded into the hardware, and the other end is protected by a pulling grip. Two grips are utilized dependent on fiber count with the largest being capable of withstanding pull forces up to 200 pounds, while maintaining 1.5 inch outside diameter for up to 72 connectors. After installing the cable, the pulling grip is easily removed. The cable is then installed into the hardware and the connectors placed into the patch panels. This completes the installation.

- Cables packaged in custom lengths and connectorized on one or both ends

CONTINUED ON NEXT PAGE



© Anixter Inc. 2001

# ALTOS/LST™
# 2-24 Fiber Cables

## With Enhanced Performance for Gigabit Ethernet Applications

CORNING
Discovering Beyond Imagination




Drawings:
ZA-1964
ZA-1974
ZA-1963
ZA-1975

## Applications

- Interbuilding backbones in aerial and duct installations

## Features / Benefits

- Quicker cable preparation and termination
- Innovative Dry™ cable water-blocking technology eliminates the need for traditional flooding compound, providing more efficient and craft-friendly cable preparation
- Available with 62.5 µm, 50 µm, and single-mode fibers, and in hybrid versions
- Standard 3.0 mm buffer tube size reduces the number of access tools required by craftspersons
- SZ-stranded, loose tube design isolates fibers from installation and environmental rigors
- Medium density PE jacket is rugged, durable, and easy to strip
- Contains Corning® InfiniCor® fiber with guaranteed Gigabit Ethernet Performance

*2-Fiber ALTOS/LST Cable*




*12-Fiber ALTOS/LST Cable*




*24-Fiber ALTOS/LST Cable*




*Note: Drawings are not to scale.*

**Corning Cable Systems**

AMERICAN ACRYLIC CORPORATION

# SV TRANSACTION WINDOW



Standard SV Transaction Window



Typical Window Views



Units can be easily ganged together for multiple work stations

Typical SV Transaction window Dimensions



## Features

- Natural voice transmission system
- Stainless steel voice rails and cash tray
- Black Formica counter standard
- Use of GE Plastics Lexgard® laminates
- Delivered assembled & ready for installation
- Forced entry option available
- U.L. Listed

## Recommended Uses

- Cash Payment windows
- Ticket windows
- Reception / Interview windows

## Ballistic Options

- U.L. 752 Levels 1 Thru 8*
- NIJ STD-0108.00 Levels I Thru III

*Levels 1,2,3 Units U.L. Listed

## Available Sizes

| Standard Sizes | Approx. Shipping Wgt |
|---|---|
| 29" x 40" | 200 lbs. |
| 48" x 42" | 290 lbs. |
| 60" x 42" | 350 lbs. |
| 72" x 42" | 420 lbs. |

Custom sizes available upon request

- For Exterior Applications see SVE Transaction Window Product Data Sheet
- For applications requiring a Pass-Thru Box or Package Exchanger to be in see SVPT Transaction Window Product Data Sheet.
- For applications requiring the forced entry option, specifiy M-Series. Contact factory for forced entry capabilities.

AMERICAN ACRYLIC CORP.

# SV TRANSACTION WINDOW

## BULLET RESISTING GLAZING MATERIAL OPTIONS

| | |
|---|---|
| UL Level 1 | 1 1/4" Acrylic<br>1 1/4" SAR Coated Acrylic<br>3/4" Lexgard MP750<br>IC-1 Glazing System<br>IC-111.5 Glazing System<br>1 3/16" BR glass |
| UL Level 2 | IC-221.5 Glazing System<br>1 1/2" BR Glass |
| UL Level 3 | 1 1/4" Lexgard SP1250<br>IC-321.5 Glazing System<br>IC-322 Glazing System<br>IC-315 Glazing System |
| UL Level 4 | IC-433 Glazing System |
| Level 5 | IC-534 Glazing System |

*Above Insulgard glazing systems can be tripled glazed with 1/4" tempered glass for additional abrasion resistance.

## VOICE RAIL FINISH OPTIONS

- Stainless Steel (Standard)
- Painted Steel
- Brushed Brass
- Clear or Bronze Anodized Aluminum

*Check with factory for pricing details*

## COUNTER FINISH OPTIONS

- Black Formica (Standard)
- Choice of Formica Types
- Stainless Steel
- Brush Brass

*Check with factory for pricing details*

## HANDLING INFORMATION

Handling: Care should be exercised during shipping and handling to maintain transaction window appearance.

Storage: Store upright in a dry, well ventilated building or shelter at a constant temperature. Do not store in damp areas or freshly plastered buildings. Place unit on wood blocks at least 2" high to prevent moisture damage.

Application: Remove from protective container just prior to installation. Care should be exercised when installing window to insure that installation is level, plumb, square and secure.

## TECHNICAL SUPPORT

AMERICAN ACRYLIC CORPORATION
400 SHEFFIELD AVENUE
WEST BABYLON, N.Y. 11704
(516) 422-2200

## SPECIFICATIONS

A. Window Construction

1. Constructed of stainless steel side-around voice tubes which surround vertical edges of bullet resisting glazing. Glazing affixed to voice tubes at top and bottom with side separation for natural voice transmission.
   a. Voice tubes armored with bullet resisting material consistent with threat level.
2. Standard base construction is layered particle board with plastic laminate covering.
   a. Base armored with bullet resisting material consistent with threat level.
   b. Deal tray to be stainless steel with bullet-trap below. Bullet-trap bullet resistance to be consistent with threat level.

B. Window Glazing

1. Glazing materials shall be of a type listed by Underwriter's Laboratories, Standard 752 for bullet resistance and/or tested by H.P. White Laboratory for specified bullet resistance.
2. Bullet resisting protection level shall be as specified by end user and consistent with threat level.

## INSTALLATION DETAILS



Rough opening should be 1/2" wider and 1/4" higher than size of unit ordered

| | |
|---|---|
| 1 | Cut a finished opening in the wall sized to accept the standard SV Window. |
| 2 | Place preframed SV Window in opening, shim as necessary and attach sides to existing wall with screws, using anchors if the wall is masonry. |
| 3 | Apply finish trim molding obtained locally, and installation is complete. |



79


SV-3 TRANSACTION WINDOW
SCALE: NOT TO SCALE
REV. 1 10/21/92
OF
PROJECT SV-3 WINDOW
SCALE
DATE
DRAWN BY
CHECKED

# ALTOS/LST™ 2-24 Fiber Cables

## With Enhanced Performance for Gigabit Ethernet Applications

CORNING

### Mechanical Specifications

| | | | |
|---|---|---|---|
| Maximum Tensile Loading | Installation: | 2700 N | (600 lbf) |
| | Long Term Installed: | 890 N | (200 lbf) |
| Operating Temperature | -40 to +70°C (-40 to +158°F) | | |

| Fiber Count | Number of Tubes | Nominal Weight kg/km (lb/1000 ft) | Nominal Outer Diameter mm (in) | Minimum Bend Radius Loaded cm (in) | Minimum Bend Radius Installed cm (in) |
|---|---|---|---|---|---|
| 2-24 | 2 | 83 (56) | 11.0 (0.4) | 16.5 (6.5) | 11.0 (4.3) |

### Transmission Performance:

| | Gigabit Plus™ 62.5/125 µm InfiniCor® 300 (850/1300 nm) | Gigabit Plus CL™ 62.5/125 µm InfiniCor CL1000 (850/1300 nm) | 62.5/125 µm InfiniCor 600 (850/1300 nm) | Single-mode (1310/1550 nm) |
|---|---|---|---|---|
| Performance Option Code | 30 | 50 | 31 | 01 |
| Maximum Attenuation (dB/km) | 3.5/1.0 | 3.5/1.0 | 3.5/1.5 | 0.4/0.3 |
| Minimum LED Bandwidth (MHz•km) | 200/500 | 200/500 | 500/500 | - |
| Gigabit Ethernet Distance Guarantee (m) | 300/550 | 500/1,000 | 600/600 | 5,000 |

### Ordering Information

□□□□S4-141□□A20 (1: first three boxes; 2: fourth box; 3: boxes after 141)

Use the following options to construct the part number:

**1 Select Fiber Count.**
002 to 024

**2 Select Fiber Type.**
K = 62.5/125 µm
C = 50/125 µm
R = Single-mode

**3 Select Performance Option Code.**
30 = 62.5/125 µm - Gigabit Plus
50 = 62.5/125 µm - Gigabit Plus CL
31 = 50/125 µm*
01 = Single-mode

Corning Cable Systems LLC • PO Box 489 • Hickory, NC 28603-0489 USA • 1-800-743-2675 • FAX: 828-327-5973 International: 828-327-5000 • http://www.corning.com/cablesystems. Corning Cable Systems reserves the right to improve, enhance, and modify the features and specifications of Corning Cable Systems' products without prior notification. Dry and Gigabit Plus are trademarks of Corning Cable Systems Brands, Inc. ALTOS/LST is a trademark of Corning Cable Systems LLC. Corning and InfiniCor are registered trademarks of Corning Incorporated. CL is a trademark of Corning Incorporated. All other trademarks are the properties of their respective owners. © 1995, 2000 Corning Cable Systems. All Rights Reserved. Printed in USA. CLT-92 / September 2000 / 3.5M

# ALTOS/LST™ 2-24 Fiber Cables

## With Enhanced Performance for Gigabit Ethernet Applications

CORNING

### Mechanical Specifications

| | | | |
|---|---|---|---|
| Maximum Tensile Loading | Installation: | 2700 N | (600 lbf) |
| | Long Term Installed: | 890 N | (200 lbf) |
| Operating Temperature | -40 to +70°C (-40 to +158°F) | | |

| Fiber Count | Number of Tubes | Nominal Weight kg/km (lb/1000 ft) | Nominal Outer Diameter mm (in) | Minimum Bend Radius Loaded cm (in) | Minimum Bend Radius Installed cm (in) |
|---|---|---|---|---|---|
| 2-24 | 2 | 83 (56) | 11.0 (0.4) | 16.5 (6.5) | 11.0 (4.3) |

### Transmission Performance:

| | Gigabit Plus™ 62.5/125 µm InfiniCor® 300 (850/1300 nm) | Gigabit Plus CL™ 62.5/125 µm InfiniCor CL1000 (850/1300 nm) | 62.5/125 µm InfiniCor 600 (850/1300 nm) | Single-mode (1310/1550 nm) |
|---|---|---|---|---|
| Performance Option Code | 30 | 50 | 31 | 01 |
| Maximum Attenuation (dB/km) | 3.5/1.0 | 3.5/1.0 | 3.5/1.5 | 0.4/0.3 |
| Minimum LED Bandwidth (MHz•km) | 200/500 | 200/500 | 500/500 | - |
| Gigabit Ethernet Distance Guarantee (m) | 300/550 | 500/1,000 | 600/600 | 5,000 |

### Ordering Information

□□□□S4-141□□A20
(1) (2) (3)

Use the following options to construct the part number:

**1 Select Fiber Count.**
002 to 024

**2 Select Fiber Type.**
K = 62.5/125 µm
C = 50/125 µm
R = Single-mode

**3 Select Performance Option Code.**
30 = 62.5/125 µm - Gigabit Plus
50 = 62.5/125 µm - Gigabit Plus CL
31 = 50/125 µm'
01 = Single-mode

Corning Cable Systems LLC • PO Box 489 - Hickory, NC 28603-0489 USA - 1-800-743-2675 - FAX: 828-327-5973
International: 828-327-5000 - http://www.corning.com/cablesystems. Corning Cable Systems reserves the right to improve, enhance, and modify the features and specifications of Corning Cable Systems' products without prior notification. Dry and Gigabit Plus are trademarks of Corning Cable Systems Brands, Inc. ALTOS/LST is a trademark of Corning Cable Systems LLC. Corning and InfiniCor are registered trademarks of Corning Incorporated. CL is a trademark of Corning Incorporated. All other trademarks are the properties of their respective owners. © 1995, 2000 Corning Cable Systems. All Rights Reserved. Printed in USA. CLT-92 / September 2000 / 3.5M

ATC Systems Integrators

ARCHITECTS OF SECURITY

# Fax

| | | | |
|---|---|---|---|
| To: | Jerry Goddard<br>USPS | From: | John Costanzo<br>General Manager |
| Fax: | 770- 707-454-0608 | Pages: | 14 15 including cover |
| Phone | 770 707-545-2799 | Date: | 1/22/02 |
| Re: | USPS P&DC | CC: | Joseph Stuhl |

Urgent   For Review   ☐ Please Comment   Please Reply   ☐ Please Recycle

Joseph:

Attached is copy of my response to your letter dated January 11. 2002 after your visit to P&DC on January 8, 2002. On your next visit I will provide with the CAD drawings outlined in the memo. Attached to my letter are cut sheets on the window, Corning closures and mechanical splices and the Corning ALTOS/LST 2-24 fiber. Also the pay recommendation 15 with your approved amounts.

Sincerely,

John A. Costanzo
General Manager

ATC Systems Integrators

ARCHITECTS OF SECURITY

# Fax

| | | | |
|---|---|---|---|
| To: | Joseph Stuhl<br>Stuhl Engineering | From: | John Costanzo<br>General Manager |
| Fax: | 407-645-5812 | Pages: | 14 15 including cover |
| Phone | 407-645-5815 | Date: | 1/22/02 |
| Re: | USPS P&DC | CC: | Jerry Goddard |

Urgent   For Review   ☐ Please Comment   Please Reply   ☐ Please Recycle

Joseph:

Attached is copy of my response to your letter dated January 11, 2002 after your visit to P&DC on January 8, 2002. On your next visit I will provide with the CAD drawings outlined in the memo. Attached to my letter are cut sheets on the window, Corning closures and mechanical splices and the Corning ALTOS/LST 2-24 fiber. Also the pay recommendation 15 with your approved amounts.

Sincerely,

John A. Costanzo
General Manager

3500 N. Miami Avenue, Miami, FL 33127 Phone (305) 670-0282 Fax (305) 670-0292