CERTIFICATE OF OATH

Lois E. Guffey
Commission #DD333909
Expires: Aug 15, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, and Notary Public in and for the State of Florida at Large, do hereby certify that the witness, VINCENT VENTO, personally appeared before me and was duly sworn

Witness by hand and official seal this 16th of January, 2006, in the City of Cooper City, County of Broward, State of Florida.

Lois E. Guffey, RDR, Notary
Public, State of Florida

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, do hereby certify that I was authorized to and did stenographically report the deposition of VINCENT VENTO, the witness herein; that a review of the transcript was not requested; that the foregoing pages, number from 1 through 171, inclusive, is a true and complete record of my stenographic notes of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action.

DATED at Cooper City, Broward County, Florida, this 16th of January, 2006.

LOIS E. GUFFEY, RDR, CRR
Certified Realtime Reporter

CERTIFICATE OF OATH

STATE OF FLORIDA )
)
COUNTY OF BREVARD )

I, TAMARA L. GULKER, Registered Professional Reporter, the undersigned authority, do hereby certify that RICHARD T. SEXTON personally appeared before me and was duly sworn.

WITNESS MY HAND and official seal this 26th day of September, 2005, at the City of Melbourne, County of Brevard, State of Florida.

NOTARY PUBLIC STATE OF FLORIDA
TAMARA L. GULKER
MY COMMISSION # DD 084787
EXPIRES: March 2, 2006
Bonded Thru Notary Public Underwriters

Tamara L. Gulker

TAMARA L. GULKER, RPR
Notary Public, State of Florida

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
)
COUNTY OF BREVARD )

I, TAMARA L. GULKER, Registered Professional Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of RICHARD T. SEXTON; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 52, is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the event of this cause.

DATED this 26th day of September, 2005, at the City of Melbourne, County of Brevard, State of Florida.

Tamara L. Gulker

TAMARA L. GULKER, RPR

GAD 800-631-6989

CERTIFICATE OF OATH

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, and Notary Public in and for the State of Florida at Large, do hereby certify that the witness, GREGORY WARREN, personally appeared before me and was duly sworn

Witness by hand and official seal this 14th of October, 2005, in the City of Hollywood, County of Broward, State of Florida.

Lois E. Guffey, RDR, CRR, Notary
Public, State of Florida

Lois E. Guffey
Commission #DD333909
Expires: Aug 15, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, do hereby certify that I was authorized to and did stenographically report the deposition of GREGORY WARREN, the witness herein; that a review of the transcript was requested; that the foregoing pages, number from 1 through 169, inclusive, is a true and complete record of my stenographic notes of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action.

DATED at Hollywood, Broward County, Florida, this 14th of October, 2005.

Lois E Guffey

LOIS E. GUFFEY, RDR
Certified Realtime Reporter

deposition was concluded at 3:13 p.m.

## CERTIFICATE OF OATH

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, and Notary Public in and for the State of Florida at Large, do hereby certify that the witness, JOSE ZAMORA, personally appeared before me and was duly sworn

Witness by hand and official seal this 12th of October, 2005, in the City of Hollywood, County of Broward, State of Florida.

Lois E. Guffey, RDR, Notary Public, State of Florida

NOTARY PUBLIC STATE OF FLORIDA
Lois E. Guffey
Commission #DD333909
Expires: Aug 15, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

I, Lois E. Guffey, RDR, CRR, do hereby certify that I was authorized to and did stenographically report the deposition of JOSE ZAMORA, the witness herein; that a review of the transcript was not requested; that the foregoing pages, number from 1 through 104, inclusive, is a true and complete record of my stenographic notes of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action.

DATED at Hollywood, Broward County, Florida, this 12th of October, 2005.

LOIS E. GUFFEY, RDR, CRR
Certified Realtime Reporter