Exhibit H

SEC

April 16, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation that Stuhl Engineering Consultants, Inc. (SEC) performed an interim inspection of the construction at the above referenced project site. On Wednesday, April 10, 2002, I was present at the site to meet with members of Advanced Technologies Systems Integrators Corp. (ATC), the contractor. The following is offered to document my observations during this inspection and to forward our recommendations for your consideration. In general, my inspection revealed that some progress has been made but ATC does not appear to be increasing their effort at this facility. Our last inspection at this facility was on April 2, 2002, and this inspection shows a minimal increase in activity and progress from that date.

*Observations and Recommendations:*

Item #1 It was observed that the contractor has completed installation of the asphalt at all of the gates. We did not received the submittal requested in Item #1 of our "Field Investigation Report", dated April 4, 2002. We again request that ATC submit the information defined in Section 02743, 1.4 of the project specifications for our review. The installations which were observed did not appear to be finished properly. We observed several areas where the asphalt has not been rolled properly. It was also observed that there were depressions at Gate No. 5 and Gate No. 6 which will allow for ponding in the future. The speed bumps have been formed at Gate No. 1 and Gate No. 6, but they have not been painted. I discussed these items with Mr. Zamora of ATC during our walk-thru of this inspection.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



Item #2 It was observed that the contractor has begun to install concrete around this site. We observed that some of the curbs have been patched and most of the concrete for the fencing pole bases at Gates No. 1 and No. 2 has being poured. We observed that the run-outs for the cantilevered gates have been poured. The work we observed needs to be finished. Chamfers need to be cut and the contractor needs to paint or seal the concrete as required in Section 03300, 2.4 of the project specifications. I have agreed to allow ATC to paint the concrete islands in lieu of the finish required in the above specifications. I discussed these items with Mr. Zamora of ATC during our walk-thru of this inspection.

This is the extent of the work which appears to have been completed from the time of our previous inspection. I am scheduled to return to this site the week of April 29, 2002, to inspect the work in progress. I hope that the information contained in this report has been useful in summarizing the events and observations of my inspection at this facility.

Very truly yours,

Joseph F. Stuhl, III
JFS/ash

CC: Jose' Zamora, ATC
Greg Warren, ATC
Jerry Shoib, USPS
Inspector Eugene Payton, USPS

Exhibit I

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

CERTIFIED MAIL
7001 2510 0000 9713 2305

May 1, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
3500 N Miami Ave
Miami, FL 33127-3112

RE: 2nd Show Cause: Miami, FL - GMF - Security and Access control System
Contract No. 12315-00-B-3154

Dear Mr. Vento:

The Notice to Proceed on the above referenced project was issued on January 15, 2001, with a 230-day construction term. The revised contract completion date is now September 10, 2002.

Since you have failed to perform on contract 123125-00-B-3154 with respect to:

- Failure to complete project per contract completion date
- Failure to provide submittals
- Failure to provide back-up documentation for change requests
- Failure to provide updated construction completion schedule
- Failure to adequately man the project
- Failure to supply required equipment/materials.

Therefore the US Postal Service is considering terminating said contract pursuant to Clause B-13 (TERMINATION FOR DEFAULT). Pending a decision in this matter, it will be necessary to determine whether your failure to perform arose out of causes beyond your control and without fault or negligence on your part. Accordingly, you are hereby afforded the opportunity to present, in writing, any facts bearing on the question to Jerry Goddard, 4000 DeKalb Technology Parkway, Bldg. 300, Ste. 300, Atlanta GA 30340-2798, within ten (10) days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the contractor and the Postal Service under Clause B-13 (TERMINATION FOR DEFAULT) and the liabilities that may be invoked in the event a decision is made to terminate for default of the contract.

At this time the Project is in liquidated damages of $100/day.

Sincerely,

Jerry Goddard
Contracting Officer

CC: Frank Whelan, Bond # SEIFSU0270990
International Fidelity Insurance Company
1211 N Westshore Blvd #607
Tampa, FL 33607-4622

DEPOSITION EXHIBIT 5 9-21-05 RD
PENGAD 800-631-6989

Exhibit J

ATC
SYSTEMS INTEGRATORS

Architects of Security & Systems Integration

---

**Date:** 5/13/02

**To:** Jerry Goddard
**Fax No:** (770) 454-0608

**From:** Greg Warren
ATC Systems Integrators
**Phone:** 305-670-0282 Ext.118
**Fax:** 305-670-0292

**Pages:** (4) (including cover sheet)

---

**Settlement letter and schedule. Thank you for your help!**

[redacted]
EXHIBIT
17 for ID
19 10-11-05

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY & COMMUNICATIONS

May 13, 2002

VIA FACSIMILE

Mr. Jerry Goddard, R.A.
United States Postal Service
Facilities Service Office
Building 300, Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Re: Contract No. H54092 (AMC)
Contract No. H54096 (P&DC)

Dear Mr. Goddard:

We appreciate your offer and respectfully request that you consider our counteroffer to settle all matters.

**AMC Security**

| | |
|---|---|
| Credits - | $10,000 |
| Overpayments - | $23,500 |
| Tristate - | $70,000 |
| Joe Ericson - | $4,000 |
| SEC - | $10,000 |
| LD's - | $0 |
| | $117,500 |

Advanced Technology Systems Integrators Corp. ATC - 3500 N Miami Ave. - Miami Fl. 33127 - (305) 670-0282- (305) Fax 670-0292

**Miami GMF Security**

| | |
|---|---|
| MOD 3 - | $37,900 |
| MOD 5 - | $10,000 |
| MOD 4 - | $0 |
| MOD 9 - | $5,000 |
| LD'S - | $0 |
| CASI VS. HIRSCH - | $0 |
| | $52,900 |

As you can see, you can use the difference on the AMC to offset the changes on the P&DC.

We would also request that the following conditions be agreed to going forward in the event of a total settlement:

a) AMC claim would be released
b) AMC letter of termination of cause be changed to termination for convenience
c) Payment of 100% of all materials on future applications for P&DC
d) No further liquidated damages if P&DC is substantially complete by 6/21/02 per the attached schedule
e) No further costs assessed by the USPS
f) All Hirsch performances accepted based on 2/12/01 response letter (on file)

Your assistance to bring this matter to a close has been greatly appreciated.

Sincerely,

Gregory W. Warren

Gregory W. Warren
Chief Operating Officer
ATC International Holdings, Inc.

CC: Vince Vento
File

| ID | ⓘ | Task Name | Duration | Start | Finish | P |
|---|---|---|---|---|---|---|
| 1 | | **Project Close-Out Schedule** | **26 days** | **Fri 5/10/02** | **Fri 6/14/02** | |
| 2 | | **Purchasing** | **16 days** | **Fri 5/10/02** | **Fri 5/31/02** | |
| 3 | | Turnstiles | 5 days | Fri 5/10/02 | Thu 5/16/02 | |
| 4 | ✓ | Order Access CPU | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 5 | | Control Room Window | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 6 | | Remaining Console Sections | 5 days | Fri 5/17/02 | Thu 5/23/02 | |
| 7 | | Barrier Gates | 10 days | Fri 5/17/02 | Thu 5/30/02 | |
| 8 | | Hirsch Software | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 9 | | **Turnstile Instalation** | **9 days** | **Mon 5/20/02** | **Thu 5/30/02** | |
| 10 | ✓ | Assemble and Install Lobby Units | 4 days | Mon 5/20/02 | Thu 5/23/02 | |
| 11 | | Assemble and install Truck Ent. | 3 days | Wed 5/22/02 | Fri 5/24/02 | |
| 12 | | Assemble and install NE Ent | 2 days | Mon 5/27/02 | Tue 5/28/02 | |
| 13 | | Mount and Wire Access Components | 5 days | Fri 5/24/02 | Thu 5/30/02 | |
| 14 | | **Main Lobby Construction** | **7 days** | **Fri 5/24/02** | **Mon 6/3/02** | |
| 15 | | Partition Wall for Turnstiles | 2 days | Fri 5/24/02 | Mon 5/27/02 | |
| 16 | | Lights for Lobby | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 17 | | Drop tile ceiling | 5 days | Tue 5/28/02 | Mon 6/3/02 | |
| 18 | | **Access Control System** | **20 days** | **Mon 5/20/02** | **Fri 6/14/02** | |
| 19 | | **Mounting, Wire & Connections** | **10 days** | **Mon 5/20/02** | **Fri 5/31/02** | |
| 20 | | Fire release | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 21 | ✓ | Access Control Panel Wiring | 10 days | Mon 5/20/02 | Fri 5/31/02 | |
| 22 | | **Turnstiles** | **3 days** | **Fri 5/24/02** | **Tue 5/28/02** | |
| 23 | | Wire & Mount Readers, Locks & Intercoms | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 24 | | **Access Control Programming** | **11 days** | **Fri 5/31/02** | **Fri 6/14/02** | |
| 25 | | Create ID Cards | 5 days | Fri 5/31/02 | Thu 6/6/02 | |
| 26 | | Program ID Cards | 11 days | Fri 5/31/02 | Fri 6/14/02 | |
| 27 | ✓ | Setup Access Levels | 3 days | Fri 5/31/02 | Tue 6/4/02 | |
| 28 | | Test | 5 days | Mon 6/10/02 | Fri 6/14/02 | |
| 29 | | **CCTV** | **3 days** | **Tue 5/28/02** | **Thu 5/30/02** | |
| 30 | | Testing & Configuration | 3 days | Tue 5/28/02 | Thu 5/30/02 | |
| 31 | | **Control Rm** | **2 days** | **Fri 5/31/02** | **Mon 6/3/02** | |
| 32 | | Window | 2 days | Fri 5/31/02 | Mon 6/3/02 | |
| 33 | | **Console** | **5 days** | **Fri 5/24/02** | **Thu 5/30/02** | |
| 34 | | Mount Remaining Sections | 2 days | Fri 5/24/02 | Mon 5/27/02 | |
| 35 | ✓ | Console Configuration & Testing | 3 days | Tue 5/28/02 | Thu 5/30/02 | |
| 36 | | **Gates & Islands** | **7 days** | **Mon 5/20/02** | **Tue 5/28/02** | |
| 37 | | **Pedestals** | **7 days** | **Mon 5/20/02** | **Tue 5/28/02** | |
| 38 | | Install Pedestals | 2 days | Mon 5/20/02 | Tue 5/21/02 | |
| 39 | | Mount Readers | 5 days | Wed 5/22/02 | Tue 5/28/02 | |
| 40 | | Mount Intercoms | 3 days | Wed 5/22/02 | Fri 5/24/02 | |
| 41 | | Mount Cameras | 2 days | Thu 5/23/02 | Fri 5/24/02 | |
| 42 | ✓ | Install Slide Gates | 5 days | Mon 5/20/02 | Fri 5/24/02 | |
| 43 | ✓ | Install Gate Motors | 5 days | Mon 5/20/02 | Fri 5/24/02 | |
| 44 | ✓ | Connection & Testing | 3 days | Fri 5/24/02 | Tue 5/28/02 | |
| 45 | | Testing & Turn-Over | 5 days | Mon 6/10/02 | Fri 6/14/02 | |

PROPOSED SCHEDULE TO COMPLETE PROJECT
Special note: Schedule based on receiving expedited payments with only a reasonable retainage taken

Exhibit K

SEC

May 24, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation that Stuhl Engineering Consultants, Inc. (SEC) performed an interim inspection of the construction at the above referenced project site. On Tuesday, May 21, 2002, I was present at the site to meet with members of Advanced Technologies Systems Integrators Corp. (ATC), the contractor. The following is offered to document my observations during this inspection and to forward my recommendations for your consideration. In general, my inspection revealed that some progress has been made by ATC and it appears they are increasing their effort at this facility. Our last inspection at this facility was on April 10, 2002; this inspection shows a moderate increase in activity and progress from that date.

*Observations and Recommendations:*

Item #1 It was observed that the contractor has continued to install the proximity card readers for the Access Control System (ACS) inside of the building. There are no proximity card readers installed at the gates and the turnstiles have not been installed. We could not confirm if the wiring configuration at the proximity card readers is correct. It was also observed that the batteries have not been installed as required for the Altronics door controllers. I inquired about the status of the ACS computers and the Hirsch software. Mr. Zamora informed me that these items have not been ordered yet.

SEC



Item #2 It was observed that the contractor has completed installation of the concrete work at all of the gates and curbs. The installations which I observed are acceptable, but there is painting which needs to be completed at some of the gates.

Item #3 It was observed that the contractor has installed the concrete bumper stops and the additional fencing required at Gate No. 6 to protect the fencing from being damaged by cars backing into a parking space. The work I observed is acceptable.

Item #4 It was observed that the contractor has installed some of the required lightning rods and cables on the exterior poles. The installations I observed on the existing poles were not correct and I spoke with Mr. Zamora about the correct height for the rods. The specific size and mounting requirements are defined or shown on sheet E-26 of the construction documents. Please remove the current incorrect installations and replace with longer rods, as required.

Item #5 During our inspection, we were told that the turnstiles would be delivered. I was later notified that the turnstiles had arrived on site. It is recommended that ATC contact the manufacturer and obtain specific instructions for assembly of the turnstiles before installation. We recommend this because the turnstiles which were installed at the Air Mail Center (AMC) were not properly assembled and did not operate properly. This recommendation is offered to assist ATC in work at this facility. The problem with the turnstiles at the AMC was that they did not rotate properly to allow only one (1) person at a time entrance or exit. The manufacturer will be able to supply all of the directions necessary.

Item #6 It was observed that the contractor has begun to connect some of the Closed Circuit Television (CCTV) equipment. The console has not been completed and I observed that ATC has begun to make connections of the fiber optic cables. We request that ATC provide a manufacturer's cut sheet showing the type of connector that is being used for the fiber optic cables. Section 13705 of the project specifications requires that an "ST" connector be used, and we were required to replace all of the connectors at the AMC after ATC was terminated. We have never received the console configuration drawing which was requested to allow SEC to confirm if the placement of components is acceptable with the U. S. Postal Service Police.

Item #7 It was observed that the contractor has completed most of the work associated with the fencing at this facility. The installations which I observed did not appear rigid and we recommend that ATC confirm that the tension wire at the top of the fencing has been installed in compliance with the requirements shown on sheet A-16 of the construction documents. Additional support of the top tension wire may be required if the spacing is not correct or if the installation is not compliant.

Item #8 It was observed that the contractor has not begun to install the new air conditioning system required for the control room. The modification for this item was approved and the work needs to be completed. We recommend that ATC provide us with a schedule and submittal data for our review.

SEC



Item #9 It was observed that the contractor has not begun to install the new security window for the control room. The item has been pending for months and needs to be completed. We recommend that ATC provide us with a schedule for completion of this item.

Subsequent to my site visit, I received a package of information from ATC which included Pay Application No. 17, a shipping receipt for the turnstiles, an invoice for the gates and some pictures of the gates and turnstiles. The pictures show a total of three (3) gates and some of the turnstile parts. There is a total of nine (9) gates for this facility. We have reviewed the Pay Application provided by ATC and disagree with the eight-seven percent (87%) that is being requested. This facility is not eight-seven percent (87%) complete. We do not have a single system operating and the facility is not secured. We recommend that ATC be paid only for the cost of the turnstiles which have been received, less the ten percent (10%) retainage, for a total of forty-five thousand, six hundred sixty-seven dollars ($45,667.00) and that the remainder be withheld until additional work is completed.

Very truly yours,

Joseph F. Stuhl, III
JFS/ash

CC: Jose' Zamora, ATC
Greg Warren, ATC
Jerry Shoib, USPS
Inspector Eugene Payton, USPS

Exhibit L

SEC

June 10, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation that Stuhl Engineering Consultants, Inc. (SEC) performed an interim inspection of the construction at the above referenced project site. On Thursday, June 9, 2002, I was present at the site to meet with you, Mr. Bruce Bland of the U. S. Postal Service, Mr. Greg Warren and Mr. Jose' Zamora of Advanced Technologies Systems Integrators Corp. (ATC), the contractor. The following is offered to document my observations during this inspection and to forward my recommendations for your consideration. In general, my inspection revealed that some progress has been made by ATC and it appears they are increasing their effort at this facility. Our last inspection at this facility was on May 21, 2002, and, in general, we were not impressed with the amount of activity or progress from the date of our previous inspection.

*Observations and Recommendations:*

Item #1 It was observed that ATC has not installed the proximity card readers at the gates or the turnstiles. We could not confirm if the wiring configuration for the proximity card readers has been terminated properly. It should be noted that all of the proximity card readers installed by ATC at the Air Mail Center (AMC) were required to be reconfigured after ATC was terminated. We strongly suggest that ATC get in touch with Hirsch, the manufacturer that certified them, and obtain the correct wiring diagrams for the proximity card readers. Additionally, ATC will need to get the MELM3 modules which are required to make this system operate in the manner required by Section 13701 of the project specifications.



Stuhl Engineering Consultants, Inc.
Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



Item #2 It was observed that ATC has installed some of the magnetic door locks (Maglocks) on the wrong side of the door. I pointed out a specific location to Mr. Zamora at the new Postal Police control room door. The correct installation for all Maglocks is on the secured side of the door. To explain further, the Maglock must not be accessible when the door is approached from the entrance side of the area or room to be secured. The contractor must remove and reinstall all Maglocks which are not properly installed.

Item #3 It was observed that ATC has not installed the batteries required for the Altronics door controllers. The requirement for these batteries was first mentioned in "Field Investigation Report" of January 28, 2002. We request any assistance that you and the U. S. Postal Service can give in getting this matter resolved.

Item #4 It was observed that the contractor has provided the required computers for the ACS system or the GUI for the CCTV system at this facility. None of the four (4) computers have been ordered and their associated software was not on site for us to observe. We observed a total of twenty-two (22) cameras operating at the time of our inspection. There is a total of eighty-three (83) cameras at this facility. The camera picture which was observed was not clear and adjustments will need to be made.

Item #5 It was observed that ATC has still not provided a cover over the equipment located in the new Postal Police control room. This includes the CCTV console, the three (3) IFP's located on the LOG and the Fiber Optics console. There is a considerable layer of dust which has accumulated on this equipment and we are very concerned that the manufacturer may not honor its warranty if the equipment is damaged during the construction process. SEC has made repeated requests, dating back to our "Field Investigation Report" of January 28, 2002, for ATC to provide a cover over these items, and that ATC provide us with a drawing of the proposed console configuration. We request any assistance that you and the U. S. Postal Service can give in getting this matter resolved.

Item #6 It was observed that the contractor has installed some of the required lightning rods and cables on the exterior poles. The installations I observed on the existing poles were not correct and I spoke with Mr. Zamora about the correct height for the rods. The specific size and mounting requirements are defined or shown on sheet E-26 of the construction documents. Please remove the current incorrect installations and replace with longer rods, as required.

Item #7 It was observed that the turnstiles were being assembled by people wearing ATC shirts. I observed that the installation was not correct and notified Mr. Zamora of their mistake in the assembly. Item #5 of our last "Field Investigation Report", dated May 24, 2002, recommended that ATC contact Tomsed Corporation to avoid having the same problems we experienced with their turnstile installations at the Air Mail Center (AMC) prior to their termination.

SEC



Item #8 It was observed that the contractor has begun to connect some of the Closed Circuit Television (CCTV) equipment. The console has not been completed and I observed that ATC has begun to make connections of the fiber optic cables. We request that ATC provide a manufacturer's cut sheet showing the type of connector that is being used for the fiber optic cables. Section 13705 of the project specifications requires that an "ST" connector be used, and we were required to replace all of the connectors at the AMC after ATC was terminated. We have never received the console configuration drawing which was requested to allow SEC to confirm if the placement of components is acceptable with the U. S. Postal Service Police. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #9 It was observed that the contractor has completed most of the work associated with the fencing at this facility. The installations which I observed did not appear rigid and we recommend that ATC confirm that the tension wire at the top of the fencing has been installed in compliance with the requirements shown on sheet A-16 of the construction documents. Additional support of the top tension wire may be required if the spacing is not correct or if the installation is not compliant. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #10 It was observed that the contractor has not begun to install the new air conditioning system required for the control room. The modification for this item was approved and the work needs to be completed. We recommend that ATC provide us with a schedule and submittal data for our review. This item was also requested in our May 24, 2002, "Field Investigation Report".

Item #11 It was observed that the contractor has not begun to install the new security window for the control room. The item has been pending for months and needs to be completed. We recommend that ATC provide us with a schedule for completion of this item. This item was also requested in our May 24, 2002, "Field Investigation Report".

Prior to our inspection, the above referenced persons met in the construction trailer at this site. The purpose of the meeting was to have ATC sign legal documents prepared by the U. S. Postal Service and to discuss Pay Application No. 17 as submitted by ATC on May 29, 2002. Discussions proceeded regarding specific terms and phrasing (semantics) in the legal documents prepared by the U. S. Postal Service. Mr. Goddard will correct these documents and Mr. Warren will sign the documents and have them returned to Mr. Goddard by Tuesday, June 11, 2002. The legal documents were not signed during this meeting.

Discussions about Pay Application No. 17 included my concern with approving a payment of eighty-seven percent (87%) for the work completed to date. It is the expressed opinion of SEC that this project is only eighty percent (80%) completed and we stated our concern that ATC may be over-paid at this stage of completion. Our concern is that SEC could be accused of fraudulent behavior if we approve any payment to ATC for any amount. The reason for our concern is that in the past, ATC has billed, and been paid for, equipment and services which have not provided. SEC gave three (3) examples of equipment paid for by the U. S. Postal Service, for this project, but which has not been provided by ATC and is not on the site.

SEC



In our "Field Investigation Report", dated May 24, 2002, we recommended that ATC be paid only for the cost of the turnstiles which have been received, less the ten percent (10%) retainage, for a total of forty-five thousand, six hundred sixty-seven dollars ($45,667.00) and that the remainder be withheld until additional work is completed. During our meeting, Mr. Warren indicated that the amount recommended by SEC would not allow them to continue working. It was discussed and agreed that ATC would be paid sixty-three thousand dollars ($63,000.00) and would also be given an additional fifteen (15) days to complete this project prior to termination of their contract by the U. S. Postal Service. We request that Mr. Goddard give us written direction to proceed with approval of any further monies to this contractor prior to reaching a ninety percent (90%) state of completion.

I hope that the information contained in this report is useful in determining the percentage of work which has been completed at this facility. Please do not hesitate to contact me with any questions you may have regarding this report or the items contained herein.

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

CC: Jose' Zamora, ATC
Greg Warren, ATC
Jerry Shoib, USPS
Inspector Eugene Payton, USPS