Exhibit M

UNITED STATES POSTAL SERVICE

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

| Date | Control Number |
|---|---|
| [illegible] | [illegible] |

Installation Name
MIAMI - GMF (115851-G21)
MIAMI, FL 33152-9998

Description of Work
Security and Access Control System

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 0-4H-115851-C-586 | 123125-00-B-3154 | | 115854 | H54096 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 63,000 |

Per Negotiations

DE[redacted]
EXHIBIT
20 for ID
7910-11-05

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 1,308,990.00 |
| 2. Approved Change Amount | $ ~~48,016.11~~ 47971. |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ ~~1,357,006.11~~ 1356961.16 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ ~~1,177,156.96~~ 1146427.86 |
| 5. Amount of Retainage | $ ~~60,228.29~~ 59138. |
| 6. Sub Total (Line 4-5) | $ ~~1,118,048.03~~ |
| 7. Previous Payment Amount | $ 1,024,28~~9.43~~ .16 |
| 8. Amount of this payment (Lines 6 - 7) | $ ~~93,759.10~~ 63,000.00 |

Payee Name and Address:
ADVANCED TECHNOLOGY
SYSTEMS INTEGRATORS CORP
3500 N MIAMI AVE
MIAMI FL 33127-3112

Invoice Description:

☑ PPA Applies to This Payment | Invoice Received/Acceptance Date: 5.29.02 | ☐ Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] | Date Signed: 5-29-02

Title: PROJECT MANAGER

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By | Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment: [signature] | Date Signed: 6-11-02

Contracting Officer Name and Signature: ~~JERRY GODDARD~~ Dince Blanco [signature] | Date Signed: 6/12/2002

Prepared By
LESLIE L MARTIN
(770) 454-0660

Approving Official Title, Address, and Phone Number (770)454-0629
PROJECT MANAGER
ATLANTA FSO
4000 DEKALB TECH PKWY #300
ATLANTA GA 30340-2799

Contact Person
LESLIE L MARTIN
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

(17)

**Continuation Sheet**

Containing Contractor's signed Certification is attached.

To: United States Postal Service
Miami-P & DC

From: ATC Systems Integrators
3500 N. Miami Ave..

**AIA DOCUMENT G703**

APPLICATION #: 17
PERIOD FROM: 9-Jan-02
PERIOD TO: 20-May-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/2001

| Item No. | | Description of Work | Scheduled Value | | Work Completed Q Applications | This Application | Stored Materials | Total Completed And Stored To Date (D+E+F) | % (G/C) | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | B | | C | D | E | F | G | H | I | J |
| 1 | | Mobilization | | 65,450.00 | 65,450.00 | | | 65,450.00 | 100% | 0.00 | 3,272.50 |
| 2 | | Bonds & Insurance | | 16,590.00 | 16,590.00 | | | 16,590.00 | 100% | 0.00 | 829.50 |
| 3 | | Bldg. Permits | | 2,000.00 | 2,000.00 | | | 2,000.00 | 100% | 0.00 | 100.00 |
| 4 | | O & M manuals | | 1,900.00 | | | | 0.00 | 0% | 1,900.00 | 0.00 |
| 5 | | Training | | 3,000.00 | | | | 0.00 | 0% | 3,000.00 | 0.00 |
| 6 | | CCTV System - Equipment | | 287,560.00 | 283,515.00 | | | 283,515.00 | 99% | 4,045.00 | 14,175.75 |
| 7 | | CCTV System Labor | | 45,200.00 | 31,370.00 | 2,500.00 | | 33,870.00 | 75% | 11,330.00 | 1,693.50 |
| 8 | | Access Control System - Equipment | | 131,670.00 | 118,503.00 | | | 118,503.00 | 90% | 13,167.00 | 5,925.15 |
| 9 | | Access Control System Labor | | 32,900.00 | 19,900.00 | | | 19,900.00 | 60% | 13,000.00 | 995.00 |
| 10 | | Intercommunication System- Equipment | | 26,600.00 | 26,600.00 | | | 26,600.00 | 100% | 0.00 | 1,330.00 |
| 11 | | Intercommunication System Labor | | 8,500.00 | 1,250.00 | | | 1,250.00 | 15% | 7,250.00 | 62.50 |
| 12 | | Console Configuration/Calibration | 3,500.00 | | | | | | | | |
| | a | Materials | | 2,000.00 | | | | 0.00 | 0% | 2,000.00 | 0.00 |
| | b | Labor | | 1,500.00 | 700.00 | 200.00 | | 900.00 | 60% | 600.00 | 45.00 |
| 13 | | Trenching, patching, concrete | 59,000.00 | | | | | | | | |
| | a | Trenching Materials | | 25,000.00 | 25,000.00 | | | 25,000.00 | 100% | 0.00 | 1,250.00 |
| | b | Trenching Labor | | 3,000.00 | 3,000.00 | | | 3,000.00 | 100% | 0.00 | 150.00 |
| | c | Patching Materials | | 15,000.00 | 7,500.00 | 7,000.00 | | 14,500.00 | 97% | 500.00 | 725.00 |
| | d | Patching Labor | | 3,000.00 | 2,450.00 | | | 2,450.00 | 82% | 550.00 | 122.50 |
| | e | Concrete Materials | | 9,000.00 | 7,000.00 | 2,000.00 | | 9,000.00 | 100% | 0.00 | 450.00 |
| | f | Concrete Labor | | 4,000.00 | 2,500.00 | 1,500.00 | | 4,000.00 | 100% | 0.00 | 200.00 |
| 14 | | Gates, Fencing, Bollards | 136,400.00 | | | | | | | | |
| | a | Slide Gate Operators Materials | | 44,000.00 | 44,000.00 | | | 44,000.00 | 100% | 0.00 | 2,200.00 |
| | b | Slide Gate Operators Labor | | 1,500.00 | | | | 0.00 | 0% | 1,500.00 | 0.00 |
| | c | Cantalever Gate Materials | | 24,000.00 | 2,500.00 | 21,500.00 | | 24,000.00 | 100% | 0.00 | 1,200.00 |
| | d | Cantalever Gate Labor | | 2,500.00 | 1,500.00 | | | 1,500.00 | 60% | 1,000.00 | 75.00 |
| | e | Barrier Gates Materials | | 8,100.00 | | | | 0.00 | 0% | 8,100.00 | 0.00 |
| | f | Barrier Gates Labor | | 2,500.00 | | | | 0.00 | 0% | 2,500.00 | 0.00 |
| | g | Fencing Materials | | 8,500.00 | 6,500.00 | 2,000.00 | | 8,500.00 | 100% | 0.00 | 425.00 |
| | h | Fencing Labor | | 3,400.00 | 2,440.00 | 960.00 | | 3,400.00 | 100% | 0.00 | 170.00 |
| | i | Bollards Materials | | 16,275.00 | 16,275.00 | | | 16,275.00 | 100% | 0.00 | 813.75 |
| | j | Bollards Labor | | 6,975.00 | 6,975.00 | | | 6,975.00 | 100% | 0.00 | 348.75 |
| | k | Gate Pedistals Materials | | 8,000.00 | 5,500.00 | | | 5,500.00 | 69% | 2,500.00 | 275.00 |
| | l | Gate Pedistals Labor | | 1,500.00 | | | | 0.00 | 0% | 1,500.00 | 0.00 |
| | m | General Materials | | 6,500.00 | 6,500.00 | | | 6,500.00 | 100% | 0.00 | 325.00 |
| | n | General Labor | | 2,650.00 | 2,650.00 | | | 2,650.00 | 100% | 0.00 | 132.50 |
| 15 | | Turnstiles and Handicap Gate | 72,620.00 | | | | | | | | |
| | | Turnstile Materials | | 50,742.00 | | 50,742.00 | | 50,742.00 | 100% | 0.00 | 2,537.10 |
| | a | Turnstile Labor | | 21,878.00 | | | | 0.00 | 0% | 21,878.00 | 0.00 |
| 16 | | Switchgear, Conduit, Fittings-Materials | | 128,000.00 | 121,600.00 | | | 121,600.00 | 95% | 6,400.00 | 6,080.00 |
| 17 | | Lighting and Poles Material | | 16,830.00 | 16,830.00 | | | 16,830.00 | 100% | 0.00 | 841.50 |
| | a | Lighting and Poles Labor | | 1,770.00 | | | | 0.00 | 0% | 1,770.00 | 0.00 |

Continuation Sheet
Containing Contractor's signed Certification is attached.
To: United States Postal Service
Miami-P & DC
From: ATC Systems Integrators
3500 N. Miami Ave..

AIA DOCUMENT G703
APPLICATION # 17
PERIOD FROM: 9-Jan-02
PERIOD TO: 20-May-02
PROJECT NO: H54096-GMF
CONTRACT DATE: 1/15/2001

| Item No. | | Description of Work | Scheduled Value | Work Completed | | Stored Materials | Total Completed And | | Balance To Complete (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Q Applications | This Application | | Stored To Date (D+E+F) | % (G/C) | | |
| A | | B | C | D | E | F | G | H | I | J |
| 18 | | Cable and Installation | | | | | | | | |
| | a | Materials - Cable | 56,250.00 | 50,625.00 | | | 50,625.00 | 90% | 5,625.00 | 2,531.25 |
| | b | Cable Instalation Labor | 33,750.00 | 17,037.50 | | | 17,037.50 | 50% | 16,712.50 | 851.88 |
| | c | Switchgear, Conduit, Fittings - Labor | 135,000.00 | 115,400.00 | | | 115,400.00 | 85% | 19,600.00 | 5,770.00 |
| 19 | | Project Management - Labor | 44,500.00 | 36,400.13 | 2,200.00 | | 38,600.13 | 87% | 5,899.87 | 1,930.01 |
| 21 | | Mod #1 - Additional Vicon Equipment | 9,850.75 | 9,850.75 | | | 9,850.75 | 100% | 0.00 | 492.54 |
| 22 | | Mod #2 North Dock Electrical Lighting | | | | | | | | |
| | a | Materials | 7,100.00 | 5,200.00 | 1,900.00 | | 7,100.00 | 100% | 0.00 | 355.00 |
| | b | Labor | 7,618.00 | 6,000.00 | 1,618.00 | | 7,618.00 | 100% | 0.00 | 380.90 |
| | c | Overhead & profit | 2,782.00 | 2,000.00 | 782.00 | | 2,782.00 | 100% | 0.00 | 139.10 |
| 23 | | Mod #6 Gate 5 Pole Repair | | | | | | | | |
| | a | Materials | 346.50 | | | | 0.00 | 0% | 346.50 | 0.00 |
| | b | Labor | 106.88 | | | | 0.00 | 0% | 106.88 | 0.00 |
| | c | Overhead & profit | 87.19 | | | | 0.00 | 0% | 87.19 | 0.00 |
| 24 | | Mod #7 Control room A/C | | | | | | | | |
| | a | Materials | 8,045.00 | | | | 0.00 | 0% | 8,045.00 | 0.00 |
| | b | Labor | 1,754.00 | | | | 0.00 | 0% | 1,754.00 | 0.00 |
| | c | Overhead & profit | 1,884.00 | | | | 0.00 | 0% | 1,884.00 | 0.00 |
| 25 | | Mod #8 Gate 6 Fence Work | | | | | | | | |
| | a | Materials | 1,884.80 | | 1,884.80 | | 1,884.80 | 100% | 0.00 | 94.24 |
| | b | Labor | 994.41 | | 994.41 | | 994.41 | 100% | 0.00 | 49.72 |
| | c | Overhead & profit | 562.58 | | 562.58 | | 562.58 | 100% | 0.00 | 28.13 |
| 26 | | PDL (Mod #9) | | | | | | | | |
| | a | Materials | 2,750.00 | | 150.00 | | 150.00 | 5% | 2,600.00 | 7.50 |
| | b | Labor | 1,450.00 | | 200.00 | | 200.00 | 14% | 1,250.00 | 10.00 |
| | c | Overhead & profit | 800.00 | | | | 0.00 | 0% | 800.00 | 0.00 |
| 28 | | AMC Retainage | | | | | | | | 10,366.88 |
| | | SUB TOTAL OR TOTAL | $1,357,006.11 | $1,089,111.38 | $98,693.79 | $0.00 | $1,187,805.17 | 88% | $169,200.94 | $69,757.14 |

Gate #1



GATE 1



Gate # 1




JAX

GATE # 5



GATE # 6

