Pages 88- 92 Intentionally Omitted