Exhibit O

## AGREEMENT OF SETTLEMENT BETWEEN THE PARTIES

This Agreement of Settlement is entered into by the United States Postal Service (hereinafter, Postal Service), represented by the Contracting Officer and Advanced Technology Systems Integrators, Inc. (hereinafter, ATC), represented by its CEO, Vincent Vento.

### RECITALS

1. The Postal Service awarded Contract No. 123125-00-B-3153 (hereinafter contract) to ATC on October 24, 2000. The contract was a firm fixed fee contract to install a security and access control system at the Miami ~~GMF~~ AMC. The contract amount was for $556,289.00.
2. On January 4, 2001, the Postal Service issued a "Termination for Default" based on ATC's failure to complete the project in accordance with the contract completion date.
3. On May 29, 2001, the Postal Service and ATC reached an agreement to settle all outstanding issues regarding possible claims and other changes as outlined and specified in Contract Modification 2. Further included in the negotiation, was the agreement of the Postal Service to change the January 4, 2001, "Termination for Default" into a "Mutual Termination".

ACCORDINGLY, in consideration of the mutual promises set forth below, the parties without admitting liability to the other, and for the purpose of settlement, agree as follows:

A. The "Termination for Default" issued on January 4, 2001, is hereby withdrawn and this document will serve as a MUTUAL TERMINATION for Contract No. 123125-00-B-3153.

B. ATC agrees to accept the requirements of Contract Modification 2, and sign the modification accordingly.

C. ATC and the Postal Service agree that ATC will not be due any compensation and will in fact owe the Postal Service the sum of $52,137.10 which will be withheld from Contract No. 123125-00-B-3154 as indicated in Mod. 2.

D. With the exception of any matters relating to fraud on the part of ATC, this Agreement of Settlement is intended to constitute full and final payment and disposition of all matters arising under Contract No. 123125-00-B-3153. Further, with the exception of any matters relating to fraud on the part of ATC, this Agreement of Settlement shall constitute a full release and complete accord and satisfaction as to any and all claims, demands or causes of action, actual or constructive, legal equitable, or contractual, either party has against the other which arise under the contract. Specifically, but not exclusively, this Agreement of Settlement includes all costs for interest, attorney fees, and other litigation expenses.

[signature] CEO-
Vincent Vento, CEO
Advanced Technology Integrators, Inc.

6-11-02
Date

[signature]
Jerry Goddard, Contracting Officer
U.S. Postal Service

6/19/2002
Date

EXHIBIT
29 for ID
10-11-05

Exhibit P

JUN. 11. 2002 8:37AM U S POSTAL SERVICE NO. 380 P. 1/8

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

1. Modification No. M 10: To Contract No.: 123125-00-B-3154

2. Project Name and Location:
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

Page 1 of 1

3. Date Issued: 5/29/02

4. Contractor:

Advanced Technology System Integrators
3500 N. Miami Ave
Miami, FL 33127

EXHIBIT
30 for ID
lg 10-11-05

Attention:

Greg Warren

5. Issued By:

Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:

Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

7. Description of Modification:

Deduction/offset of funds owed to the USPS, from the USPS completion of contract no. 123125-00-B-3153, due to mutual termination of the contract between ATC and the USPS.

Funds for this credit modification will be deducted from the contract by a reduction of labor costs & OH&P of aprox. 50%, from the remaining work left to be performed. The schedule of values will be reduced accordingly, as agreed to by both the USPS and ATC. The remaining materials will be paid as invoiced, at 100%of the schedule of values under the normal payment request process.

AMMOUNT OF MOD ( $52,137.10)

THIS SETTLEMENT IS ALSO BASED ON THE APPROVAL & PAYMENT IN FULL OF PAY APP # 17, [within five days] IN THE AMOUNT OF 63,000.00 PER MEETING HELD ON 6/6/02. VGV

With extension of 0 calendar days for revised completion date of 9/10/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
|---|---|---|

9. SIGNATURES:

| CONTRACTOR Advanced Tech Syst. Int. Co. | U. S. POSTAL SERVICE |
|---|---|
| [signature] VGV J VGV TO PROCEED | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: Date: 06/01/02 | Signature: [signature] Date: 6-20-02 |

Exhibit Q

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

1. **Modification No. M 02:** **To Contract No.:** 123125-00-B-3153

2. **Project Name and Location:**
Miami AMC Security and access control

New Construction Owned
Project No.:H54096

**Page 1 of 1**

3. **Date Issued:** 5/29/02

4. **Contractor:**

Advanced Technology Intergrators
3500 N. Miami Ave
Miami, FL 33127

Attention:

Greg Warren

EXHIBIT
53 for ID
19 1-9-06

5. **Issued By:**

Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:

Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

7. Description of Modification: Settlement of Termination Issues as follows:

| | |
|---|---|
| 1. Credits owed to USPS for Multiple vs Single conduits,Deletion of 3 cameras, and Casi Rusco vs Hirst | ($10,000.00) |
| 2. Overpayments made by USPS | ($23,500.00) |
| 3. Cost of Tri-State completing work on system | ($70,000.00) |
| 4. Cost of Joe Errickson completing paint up-fix up work from original contract | ($ 4,000.00) |
| 5. Cost of SEC additional work due to re-procurement | ($10,000.00) |
| Total credit due USPS | ($117,500.00) |
| Amount withheld from ATC original contract | $65,362.90 |
| TOTAL AMMOUNT TO BE WITHELD FROM GMF PROJECTcontract no. 123125-00-B-3154 | ($ 52,137.10) |

With extension of 271 calendar days for revised completion date of 12/19/02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| | | |
|---|---|---|
| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
| 9. SIGNATURES: | | |
| CONTRACTOR Advanced Tech Systems, Integrated, C... | | U. S. POSTAL SERVICE |
| [signature] CEO - Pres | | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway,<br>Atlanta GA 30340-2799 |
| Signature: | Date: | Signature: [signature] Date: 6-20-02 |

Exhibit R

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

**To Contract No.:** 123125-00-B-3154

**Modification No. M 11:**

2. **Project Name and Location:**
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

**Page 1 of 1**

3. **Date Issued:** 5/29/02

4. **Contractor:**
Advanced Technology Systems Integrators
3500 N. Miami Ave
Miami, FL 33127

5. **Issued By:**
Facilities Service Office

400 De Kalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

EXHIBIT
31A for ID
9 10-12-05

**Attention:**
Greg Warren

**For Information Call:**
Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the Issuing Office (See Block 5).

**Description of Modification:** Settlement of issues through ATC proposed mod 9 and USPS issued mod 10&11

This mod combines; ATC proposed mod 3 (Changes to Gate 1), ATC proposed mod 4 (depth and type of conduits), ATC proposed mod 5 (120 volt circuits to PTZ cameras), USPS imposed Liquidated Damages through the new contract completion date of 6/30/02, and the USPS proposed credit for using Hirsch vs Casi-Rusco equipment, into a "NET ZERO" agreement.

This mod also establishes a new contract completion date of ~~6/30/02~~ 7/15/02. If ATC has not completed the project by ~~6/12/02~~ 7/15/02, Liquidated Damages of $100/day will be reinstated beginning on ~~7/1/02~~ 7/16/02 and continuing until building acceptance.

By signing this mod, both parties agree that all issues through mod 11 and 5/29/02 are mutually agreed to and Will not be made a part of any claim arising out of or related to either contract 123125-00-B-3153 or 123125-00-B-3154

**TOTAL COST OF MOD $0.00**

With extension of 293 calendar days for revised completion date of 6/30/02

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
|---|---|---|

| 9. SIGNATURES: CONTRACTOR Advanced Tech System M. Corp | U. S. POSTAL SERVICE |
|---|---|
| Date: 06/11/02 | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: Date: | Signature: Date: 6-20-02 |



USPS Production of Documents
02014

Exhibit S

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0000 9713 2196

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7/17/02

Sent To: Vincent Vento/ATSI
Street, Apt. No.; or PO Box No.: 3500 N Miami Ave.
City, State, ZIP+4: Miami FL 33127-3112

PS Form 3800, January 2001 See Reverse for Instructions

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
3500 N Miami Ave
Miami, FL 33127-3112

RE: 3rd Show Cause: Miami, FL - GMF - Security and Access control System
Contract No. 12315-00-B-3154

Dear Mr. Vento:

The Notice to Proceed on the above referenced project was issued on January 15, 2001, with a 230-day construction term. The revised contract completion date is now July 15, 2002.

Since you have failed to perform on contract 123125-00-B-3154 with respect to:

- Failure to complete project per revised contract completion date

Therefore the US Postal Service is considering terminating said contract pursuant to Clause B-13 (TERMINATION FOR DEFAULT). Pending a decision in this matter, it will be necessary to determine whether your failure to perform arose out of causes beyond your control and without fault or negligence on your part. Accordingly, you are hereby afforded the opportunity to present, in writing, any facts bearing on the question to Jerry Goddard, 4000 DeKalb Technology Parkway, Bldg. 300, Ste. 300, Atlanta GA 30340-2798, within ten (10) days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the contractor and the Postal Service under Clause B-13 (TERMINATION FOR DEFAULT) and the liabilities that may be invoked in the event a decision is made to terminate for default of the contract.

At this time the Project is in liquidated damages of $100/day.

Sincerely,

Jerry Goddard
Contracting Officer

CC: Frank Whelan, Bond # SEIFSU0270990
International Fidelity Insurance Company
1211 N Westshore Blvd #607
Tampa, FL 33607-4622

DEPOSITION EXHIBIT 9 9-21-05 Rb
PENGAD 800-631-6989

4000 DEKALB TECHNOLOGY PARKWAY • BLDG 300 SUITE 300 • ATLANTA GA 30340-2798
(770) 454-06?? jgoddard@email.usps.gov