Exhibit T

Response letter on 3rd Show Cause

ATC INTERNATIONAL

*ARCHITECTS OF SECURITY & INTEGRATION*

EXHIBIT 21 for ID 10-11-05

July 19th, 2002

Mr. Jerry Goddard
United States Postal Service
Facilities Service Officer
Building 300, Suite 300
400 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Via: Overnight Express and Fax

Re: Contract No. 12315-00-B-3154, GMF – Security and Assess Control System

Dear Mr. Goddard:

In response to your letter dated July 15th, 2002 to Vincent Vento regarding the above referenced please accept the following explanation.

South Florida, especially Dade County has experienced torrential rainfall on a daily basis since June 1st. Attached is a copy of the National Weather service records, which support our statement. The rain has been continuous throughout the month of June and July. It has rained 37 of the past 48 days. This has shut down our operations to complete trenching, gates and some other electrical work on the exterior of the building.

As you will recall ATC was very clear that in order to meet any of our estimated completion date it was critical that we receive sufficient cash flow on an expedited basis in order to procure critical materials and settle critical matters with certain vendors. Unfortunately, the settlement process took longer than expected. We began about May 20th, 2002 and concluded June 11th, 2002. During this time the July 15th, 2002 date was put forth. However, also during this time we did not receive any critical funding to use for procurement of materials. In fact, during the process, to obtain approval for payment application number 17 our payment request was cut significantly from $110,000 to $83,000 then again very unexpectedly in a meeting on June 9th, 2002 it was further cut to $63,000. We didn't actually receive any money until June 20th, 2002.

Again the lack of cash flow was always a priority in our ability to meet the schedule objectives stated. This did not occur as anticipated, which dramatically affected our ability to buy product and settle certain critical accounts, which were needed to complete the interior of the building. Combining the weather day delay of 37 days and cash flow delay of 24 days we are requesting a new completion date to be extended to August 16th, 2002. We are also submitting payment application number 18 in the amount of $38,250 which is enclosed with this letter.

We are requesting that the approval process of this payment is expedited so we receive a payment no later than July 31st. Based on current progress and good weather we believe the following critical milestones will be achieved. Also, attached is a schedule with more detail.

1. Five remaining gates completed by July 26th.
2. Lobby turnstiles are completed.
3. CCTV system by August 2nd, 2002.
4. Exterior electrical by August 9th, 2002
5. Vicon confirmed to install all GUI and training during the week of August 5th.

Based on the facts and explanation stated herein, we respectfully request a time extension until August 16th, to complete our work. We trust that your fair judgment and overall consideration of the circumstances will allow you to grant our request.

We are continuing with our efforts to complete the work and await your response.

Sincerely,

Gregory W. Warren
Chief Operating Officer

Cc: Vincent Vento

Frank Whelan, Bond# SEIFSUOZ70990
International Fidelity Insurance Co.
1211 N. West shore Blvd. #607
Tampa, FL 33607-4622

# Preliminary Local Climatological Data (F6) for Miami, FL

*Please note: Hit page back button to return to climate page.*
*Disclaimer: These data do not represent official climate data since it has not been quality controlled by the National Climate Data Center. To get official data contact NCDC.*

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6)

STATION: MIAMI
MONTH: JUNE
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

TEMPERATURE IN F: :PCPN: SNOW: WIND :SUNSHINE: SKY :PK WND

| 1 DY | 2 MAX | 3 MIN | 4 AVG | 5 DEP | 6A HDD | 6B CDD | 7 WTR | 8 SNW | 9 DPTH | 10 AVG SPD | 11 MX SPD | 12 2MIN DIR | 13 MIN | 14 PSBL | 15 S-S | 16 WX | 17 SPD | 18 DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 90 | 73 | 82 | 0 | 0 | 17 | T | 0.0 | 0 | 6.2 | 16 | 100 | M | M | 5 | | 18 | 100 |
| 2 | 91 | 75 | 83 | 1 | 0 | 18 | T | 0.0 | 0 | 3.5 | 18 | 250 | M | M | 6 | | 26 | 270 |
| 3 | 92 | 76 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 4.6 | 14 | 130 | M | M | 7 | | 18 | 130 |
| 4 | 89 | 79 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 8.7 | 16 | 90 | M | M | 8 | | 23 | 100 |
| 5 | 88 | 80 | 84 | 2 | 0 | 19 | 0.00 | 0.0 | 0 | 10.3 | 16 | 100 | M | M | 9 | | 20 | 100 |
| 6 | 88 | 74 | 81 | -1 | 0 | 16 | 1.30 | 0.0 | 0 | 4.7 | 20 | 290 | M | M | 8 | 13 | 28 | 290 |
| 7 | 90 | 74 | 82 | 0 | 0 | 17 | 0.05 | 0.0 | 0 | 4.3 | 16 | 110 | M | M | 7 | 3 | 17 | 120 |
| 8 | 81 | 75 | 78 | -4 | 0 | 13 | 0.29 | 0.0 | 0 | 4.2 | 15 | 100 | M | M | 8 | 1 | 16 | 80 |
| 9 | 88 | 76 | 82 | 0 | 0 | 17 | 0.00 | 0.0 | 0 | 9.7 | 20 | 70 | M | M | 5 | | 24 | 70 |
| 10 | 87 | 72 | 80 | -2 | 0 | 15 | 1.07 | 0.0 | 0 | 10.8 | 29 | 120 | M | M | 6 | 13 | 36 | 110 |
| 11 | 81 | 73 | 77 | -5 | 0 | 12 | 1.11 | 0.0 | 0 | 4.9 | 21 | 160 | M | M | 9 | 1 | 26 | 160 |
| 12 | 85 | 74 | 80 | -2 | 0 | 15 | 0.22 | 0.0 | 0 | 5.9 | 15 | 160 | M | M | 9 | 1 | 24 | 140 |
| 13 | 84 | 76 | 80 | -2 | 0 | 15 | 0.06 | 0.0 | 0 | 9.0 | 18 | 140 | M | M | 9 | 1 | 25 | 170 |
| 14 | 85 | 74 | 80 | -2 | 0 | 15 | 0.07 | 0.0 | 0 | 8.5 | 21 | 280 | M | M | 9 | 13 | 26 | 290 |
| 15 | 80 | 73 | 77 | -5 | 0 | 12 | 2.75 | 0.0 | 0 | 8.6 | 25 | 260 | M | M | 10 | 12 | 31 | 260 |
| 16 | 90 | 71 | 81 | -1 | 0 | 16 | 0.00 | 0.0 | 0 | 7.9 | 18 | 200 | M | M | 8 | | 24 | 170 |
| 17 | 88 | 73 | 81 | -1 | 0 | 16 | 0.06 | 0.0 | 0 | 7.9 | 25 | 200 | M | M | 8 | 3 | 29 | 190 |
| 18 | 88 | 73 | 81 | -1 | 0 | 16 | 0.78 | 0.0 | 0 | 7.9 | 26 | 90 | M | M | 7 | 13 | 35 | 90 |
| 19 | 89 | 74 | 82 | 0 | 0 | 17 | 0.35 | 0.0 | 0 | 10.2 | 22 | 90 | M | M | 7 | 1 | 24 | 80 |
| 20 | 85 | 72 | 79 | -4 | 0 | 14 | 0.41 | 0.0 | 0 | 11.0 | 22 | 100 | M | M | 9 | 13 | 25 | 100 |
| 21 | 79 | 72 | 76 | -7 | 0 | 11 | 1.37 | 0.0 | 0 | 6.5 | 17 | 140 | M | M | 10 | 1 | 21 | 130 |
| 22 | 83 | 75 | 79 | -4 | 0 | 14 | 0.16 | 0.0 | 0 | 9.3 | 21 | 130 | M | M | 10 | 1 | 25 | 130 |
| 23 | 87 | 75 | 81 | -2 | 0 | 16 | 0.20 | 0.0 | 0 | 7.4 | 18 | 140 | M | M | 9 | 1 | 26 | 150 |
| 24 | 87 | 75 | 81 | -2 | 0 | 16 | 0.41 | 0.0 | 0 | 7.4 | 23 | 250 | M | M | 8 | 13 | 26 | 240 |
| 25 | 85 | 75 | 80 | -3 | 0 | 15 | 0.03 | 0.0 | 0 | 4.9 | 13 | 90 | M | M | 9 | | 17 | 130 |
| 26 | 82 | 71 | 77 | -6 | 0 | 12 | 4.18 | 0.0 | 0 | 4.5 | 15 | 250 | M | M | 8 | 13 | 17 | 250 |
| 27 | 86 | 75 | 81 | -2 | 0 | 16 | 0.01 | 0.0 | 0 | 5.0 | 16 | 140 | M | M | 6 | | 18 | 130 |
| 28 | 85 | 75 | 80 | -3 | 0 | 15 | T | 0.0 | 0 | 5.7 | 15 | 90 | M | M | 7 | | 20 | 150 |
| 29 | 88 | 78 | 83 | 0 | 0 | 18 | T | 0.0 | 0 | 9.1 | 18 | 100 | M | M | 8 | | 22 | 90 |
| 30 | 83 | 74 | 79 | -4 | 0 | 14 | 0.53 | 0.0 | 0 | 7.1 | 21 | 190 | M | M | 9 | 1 | 26 | 190 |
| SM | 2584 | 2232 | | | 0 | 465 | 15.41 | 0.0 | | 215.7 | | | M | | 238 | | | |
| AV | 86.1 | 74.4 | | | | | | | | 7.2 | | | | | | | | |

FASTST PSBL % 8 MAX(MPH)
MISC ----> 29 120 36 110

NOTES:

# LAST OF SEVERAL OCCURRENCES

COLUMN 17 PEAK WIND IN M.P.H.

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6) , PAGE 2

STATION: MIAMI
MONTH: JUNE
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

[TEMPERATURE DATA]

AVERAGE MONTHLY: 80.3
DPTR FM NORMAL: -2.1
HIGHEST: 92 ON 3
LOWEST: 71 ON 16,26

[PRECIPITATION DATA]

TOTAL FOR MONTH: 15.41
DPTR FM NORMAL: 6.87
GRTST 24HR 4.20 ON 25-26

SNOW, ICE PELLETS, HAIL
TOTAL MONTH: 0.0 INCH
GRTST 24HR 0.0
GRTST DEPTH: 0

SYMBOLS USED IN COLUMN 16

1 = FOG
2 = FOG REDUCING VISIBILITY TO 1/4 MILE OR LESS
3 = THUNDER
4 = ICE PELLETS
5 = HAIL
6 = GLAZE OR RIME
7 = BLOWING DUST OR SAND: VSBY 1/2 MILE OR LESS
8 = SMOKE OR HAZE
9 = BLOWING SNOW
X = TORNADO

[NO. OF DAYS WITH]

MAX 32 OR BELOW: 0
MAX 90 OR ABOVE: 5
MIN 32 OR BELOW: 0
MIN 0 OR BELOW: 0

[WEATHER - DAYS WITH]

0.01 INCH OR MORE: 21 ←
0.10 INCH OR MORE: 15
0.50 INCH OR MORE: 8
1.00 INCH OR MORE: 6

[HDD (BASE 65) ]
TOTAL THIS MO. 0
DPTR FM NORMAL 0
SEASONAL TOTAL 82
DPTR FM NORMAL -118

CLEAR (SCALE 0-3) 0
PTCLDY (SCALE 4-7) 10
CLOUDY (SCALE 8-10) 20

[CDD (BASE 65) ]
TOTAL THIS MO. 465
DPTR FM NORMAL -45
SEASONAL TOTAL 2072
DPTR FM NORMAL 260

[PRESSURE DATA]
HIGHEST SLP 30.19 ON 26
LOWEST SLP 29.82 ON 1

[REMARKS]

# Preliminary Local Climatological Data (F6) for Miami, FL

*Please note: Hit page back button to return to climate page.*
*Disclaimer: These data do not represent official climate data since it has not been quality controlled by the National Climate Data Center. To get official data contact NCDC.*

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6)

STATION: MIAMI
MONTH: JULY
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

TEMPERATURE IN F: :PCPN: SNOW: WIND :SUNSHINE: SKY :PK WND

| 1 | 2 | 3 | 4 | 5 | 6A | 6B | 7 | 8 | 9 | 10 AVG | 11 MX | 12 2MIN | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DY | MAX | MIN | AVG | DEP | HDD | CDD | WTR | SNW | DPTH | SPD | SPD | DIR | MIN | PSBL | S-S | WX | SPD | DR |
| 1 | 85 | 73 | 79 | -4 | 0 | 14 | 1.14 | 0.0 | 0 | 3.2 | 15 | 190 | M | M | 9 | 13 | 21 | 130 |
| 2 | 87 | 72 | 80 | -3 | 0 | 15 | 1.39 | 0.0 | 0 | 4.0 | 18 | 90 | M | M | 6 | 13 | 23 | 150 |
| 3 | 89 | 75 | 82 | -1 | 0 | 17 | 0.08 | 0.0 | 0 | 3.6 | 21 | 190 | M | M | 6 | 13 | 31 | 180 |
| 4 | 88 | 74 | 81 | -2 | 0 | 16 | 0.34 | 0.0 | 0 | 3.8 | 20 | 270 | M | M | 5 | 18 | 24 | 280 |
| 5 | 91 | 77 | 84 | 1 | 0 | 19 | 0.27 | 0.0 | 0 | 3.7 | 17 | 70 | M | M | 6 | 138 | 21 | 70 |
| 6 | 86 | 74 | 80 | -3 | 0 | 15 | 0.42 | 0.0 | 0 | 3.0 | 17 | 130 | M | M | 7 | 38 | 21 | 120 |
| 7 | 88 | 74 | 81 | -2 | 0 | 16 | 0.67 | 0.0 | 0 | 6.8 | 21 | 130 | M | M | 8 | 13 | 26 | 90 |
| 8 | 87 | 74 | 81 | -2 | 0 | 16 | 2.86 | 0.0 | 0 | 8.2 | 21 | 110 | M | M | 9 | 13 | 24 | 120 |
| 9 | 89 | 72 | 81 | -2 | 0 | 16 | 0.40 | 0.0 | 0 | 7.0 | 18 | 120 | M | M | 10 | 13 | 24 | 200 |
| 10 | 85 | 69 | 77 | -7 | 0 | 12 | 2.16 | 0.0 | 0 | 6.1 | 17 | 190 | M | M | 9 | 13 | 30 | 210 |
| 11 | 87 | 74 | 81 | -3 | 0 | 16 | 0.80 | 0.0 | 0 | 4.4 | 30 | 320 | M | M | 6 | 13 | 35 | 320 |
| 12 | 88 | 71 | 80 | -4 | 0 | 15 | 0.50 | 0.0 | 0 | 6.1 | 18 | 250 | M | M | 5 | 13 | 23 | 100 |
| 13 | 90 | 74 | 82 | -2 | 0 | 17 | 0.01 | 0.0 | 0 | 7.1 | 16 | 130 | M | M | 4 | 3 | 21 | 170 |
| 14 | 93 | 78 | 86 | 2 | 0 | 21 | 0.00 | 0.0 | 0 | 5.5 | 13 | 130 | M | M | 4 | | 17 | 160 |
| 15 | 90 | 81 | 86 | 2 | 0 | 21 | 0.01 | 0.0 | 0 | 4.4 | 15 | 280 | M | M | 6 | 3 | 18 | 280 |
| 16 | 91 | 79 | 85 | 1 | 0 | 20 | 0.00 | 0.0 | 0 | 4.8 | 13 | 120 | M | M | 5 | 3 | 17 | 150 |
| 17 | 94 | 79 | 87 | 3 | 0 | 22 | 0.40 | 0.0 | 0 | 4.8 | 17 | 30 | M | M | 5 | 13 | 25 | 30 |
| 18 | 89 | 78 | 84 | 0 | 0 | 19 | 0.01 | 0.0 | 0 | 4.8 | 16 | 180 | M | M | 5 | 3 | 21 | 160 |
| SM | 1597 | 1348 | | | 0 | 307 | 11.46 | 0.0 | | 91.3 | | | M | | 115 | | | |

AV 88.7 74.9 5.1 FASTST PSBL % 6 MAX(MPH)
MISC ----> 30 320 35 320

NOTES:
# LAST OF SEVERAL OCCURRENCES

COLUMN 17 PEAK WIND IN M.P.H.

PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6) , PAGE 2

STATION: MIAMI
MONTH: JULY
YEAR: 2002
LATITUDE: 25 49 N
LONGITUDE: 80 17 W

```
[TEMPERATURE DATA]          [PRECIPITATION DATA]          SYMBOLS USED IN COLUMN 16

AVERAGE MONTHLY: 81.8       TOTAL FOR MONTH:    11.46     1 = FOG
DPTR FM NORMAL:   -1.7      DPTR FM NORMAL:  --  8.05     2 = FOG REDUCING VISIBILITY
HIGHEST:      94 ON 17      GRTST 24HR   3.05 ON  7- 8        TO 1/4 MILE OR LESS
LOWEST:       69 ON 10                                    3 = THUNDER
                            SNOW, ICE PELLETS, HAIL       4 = ICE PELLETS
                            TOTAL MONTH:     0.0 INCH     5 = HAIL
                            GRTST 24HR       0.0          6 = GLAZE OR RIME
                            GRTST DEPTH:     0            7 = BLOWING DUST OR SAND:
                                                              VSBY 1/2 MILE OR LESS
                                                          8 = SMOKE OR HAZE
[NO. OF DAYS WITH]          [WEATHER - DAYS WITH]         9 = BLOWING SNOW
                                                          X = TORNADO
MAX 32 OR BELOW:     0      0.01 INCH OR MORE:   16
MAX 90 OR ABOVE:     6      0.10 INCH OR MORE:   12
MIN 32 OR BELOW:     0      0.50 INCH OR MORE:    7
MIN  0 OR BELOW:     0      1.00 INCH OR MORE:    4

[HDD (BASE 65) ]
TOTAL THIS MO.       0      CLEAR  (SCALE 0-3)    0
DPTR FM NORMAL       0      PTCLDY (SCALE 4-7)   13
SEASONAL TOTAL       0      CLOUDY (SCALE 8-10)   5
DPTR FM NORMAL       0

[CDD (BASE 65) ]
TOTAL THIS MO.     307
DPTR FM NORMAL     -17      [PRESSURE DATA]
SEASONAL TOTAL    2379      HIGHEST SLP M ON M
DPTR FM NORMAL     265      LOWEST  SLP 29.94 ON 130

[REMARKS]
```

Exhibit U

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Notice of Suspension of Work
Miami, FL - GMF Security and Access Control System
Contract 123125-00-B-3154

Dear Mr. Vento:

Advanced Technologies Integrators, Inc. is directed to immediately cease all work at the job-site until further notice.

Sincerely,

Jerry Goddard
Contracting Officer

Received By ______________________ Date __________

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
Lovett Silverman Construction Consultants, Inc.
320 East South Street, Suite 160
Orlando, FL 32801-3508

DELIVERED BY J. GODDARD TO GREG WARREN 1:05 PM ON 7/31/02

Witnessed by T. Pugliese - Postal Police Supervisor 7/31/02 13:05

DEPOSITION EXHIBIT 10 9-21-05 RG
PENGAD 800-631-6989

Exhibit V

SEC

July 25, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# FIELD INVESTIGATION REPORT

Project: U. S. Postal Service - Process and Distribution Center (P&DC)
Facility and Employee Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as confirmation of the last two (2) interim construction inspections performed by Stuhl Engineering Consultants, Inc. (SEC) at the above referenced project site. On Thursday, June 27, 2002, I inspected the construction in progress and on Wednesday, July 24, 2002 I met with you and Mr. Jose' Zamora of Advanced Technologies Systems Integrators Corp. (ATC) to inspect the construction in progress. It should be noted that this report covers the construction completed by ATC during the forty-nine (49) day period from June 6, 2002, to date. In general, both of my inspections revealed that very little progress has been made by ATC during the period covered by this report. It is our opinion that ATC is not increasing their effort to complete the work at this facility within the established date. SEC strongly recommends termination of their contract based on the following observations.

*Access Control System (ACS) - Observations:*

It was observed that ATC has not installed the proximity card readers at the exterior gates or the interior turnstiles. It was observed that ATC has not installed the MELM3 modules which are required to make this system operate in the manner required by Section 13701 of the project specifications. It was observed that ATC has installed some of the magnetic door locks (Maglocks) on the wrong side of the door. It was observed that ATC has not installed the batteries required for the Altronics door controllers. It was observed that the contractor has not provided the three (3) computers required for this system. It was observed that ATC has not provided the required Hirsch Electronics software for this system.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



It is the opinion of SEC that, to date, ATC has completed only seventy-five percent (75%) of the work required by the construction documents for the ACS installation. The ACS system is not operational and there is a considerable amount of work required to finish the installation. The remainder of the ACS equipment needs to be provided and installed, the system needs to be programmed and tested, ATC needs to make the employee identification badges and the required training needs to be provided. We estimate that ATC will require four (4) weeks to complete their work on this system.

*Closed-Circuit Television System (CCTV) - Observations:*

It was observed that ATC has not provided the GUI required for this system. We were told by Mr. Jose' Zamora that the GUI has been ordered and will be received within a week. I observed a total of twenty-two (22) cameras operating at the time of my inspection. There are a total of eighty-three (83) cameras at this facility. I spoke with Mr. Jose' Zamora about the configuration of the ACS, CCTV and Intercom (IC) equipment to be located in the console. I instructed Mr. Zamora to contact Capt. Hanson of the Postal Police and get confirmation for the desired locations of the equipment in the console. We are requiring this coordination because ATC has not provided us with a drawing of the console configuration for our review and approval. It was observed that ATC has installed some of the lightning protection system rods and cables on the exterior poles. The installations I observed on the existing poles were not correct. It was observed that none of the cameras at the gates have been installed. It was observed that the fiber optic cables for the exterior cameras have not been installed. It was observed that the metal casters have not been provided for the console.

It is the opinion of SEC that, to date, ATC has completed only eighty percent (80%) of the work required by the construction documents for the CCTV installation. The CCTV system is not operational and there is a considerable amount of work required to finish the installation. The remainder of the CCTV equipment needs to be provided and installed, the system needs to be programmed and tested, and the required training needs to be provided. We estimate that ATC will require six (6) weeks to complete their work on this system.

*Intercom System (IC) - Observations:*

It was observed that no work was completed on either of the IC systems during the period covered by this report. We estimate that ATC will require two (2) weeks to complete their work on this system.

*General Construction Observations:*

Item #1 It was observed that ATC was installing the bulkhead above the turnstiles. The installation I observed was not complete and it was observed that the contractor was sanding the drywall with a power sander which was not fitted with a vacuum. Our concern is that the dust is being spread throughout this facility. By copy of this report, I am instructing the contractor to stop sanding without the use of a vacuum.

Item #2 It was observed that ATC has completed most of the work associated with the fencing at this facility. The installations which I observed did not appear rigid and I spoke with Mr. Zamora about confirming that the tension wire at the top of the fencing has been installed in compliance with the requirements shown on sheet A-16 of the construction documents. Additional support for the top tension wire will be required and additional support for the fence is required at the top of the pole.

Item #3 It was observed that ATC has not installed the new air conditioning system required for the control room. The modification for this item was approved and the work needs to be completed. We recommend that ATC provide us with a schedule and submittal data for our review.

Item #4 It was observed that ATC has installed the new security window for the control room. The installation I observed is not complete.

Item #5 It was observed that ATC has begun to install the new gate controllers, but the units have not been secured on the concrete pedestal. I inquired about the missing ninth (9th) gate controller and Mr. Zamora informed us that the controller was on order and would arrive shortly.

Item #6 It was observed that ATC has begun to install the cantilevered gates. I observed that all of the gates have been hung on their framework, but the installations which we observed are not rigid or complete. Additionally, it was observed that there is more than the allowable eight inches (8") of space between the gates and the fencing.

Item #7 It was observed that ATC has not installed the bollards behind the cantilevered gate at Gate No. 2 as required to prevent a car's being damaged. The current gate installation allows the cantilevered gate to open into a parking space and, if a car were in the space, it would be damaged.

Item #8 It was observed that ATC will need to repaint the concrete at each of the exterior entrance/exit gates with yellow paint because the paint has begun to fade.

Item #9 It was observed that ATC has begun to install the new grid for the ceiling in the employee entrance. The installation which we observed was not complete.

Item #10 It was observed that ATC has installed the pedestrian gate along the south side of this facility. This gate will receive a proximity card reader on each side of the gate. The architectural drawings do not show the installation of a weather-proof closure on the secured side of this gate to insure that the gate will close after a person passes through the opening. SEC requests that ATC submit a manufacturers cut sheet of the required gate closure for our review and approval. SEC requests that the U. S. Postal Service define the Modification Number for this change.

SEC



Item #11 It was observed that ATC has begun to install the wire loops in the pavement at the gates. These installations cannot be completed until the controllers have been installed and connected. Additionally, ATC will need to patch the asphalt and concrete curbs where cuts have been made to install the loops.

In general, ATC has made a minimal amount of progress with regard to the general construction at this facility. We estimate that ATC will require six (6) weeks to complete the work for the general construction at this facility.

I hope that the information contained in this report is useful in determining a course of action for this facility. Please do not hesitate to contact me with any questions you may have regarding this report or the items contained herein.

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

CC: Jose' Zamora, ATC
Greg Warren, ATC
Jerry Shoib, USPS
Inspector Eugene Payton, USPS