IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff International Fidelity Insurance Company ("IFIC"), by and through its undersigned counsel, pursuant to RCFC 6 and 6.1, and respectfully requests this Court for an extension of time for ATSIC and IFIC to respond to the Government's Motion to Dismiss and for Partial Summary Judgment and for the Government to respond to ATSIC's Motion for Partial Summary Judgment and for all parties to file Responses to Proposed Findings of Fact. The Motions and Proposed Findings of Fact were filed on April 28, 2006 and responses are due on May 30, 2006. The Parties are requesting an extension of time up to and including July 14, 2006 to file their responses. In accordance with RCFC 6.1(a), the undersigned states that she has consulted with counsel for the Government and for ATSIC and all parties have agreed to the requested relief in this Motion. In support of this Motion, IFIC states as follows.

The requested extension is necessary for several reasons. Counsel for IFIC will be on vacation beginning on May 19 through June 5, 2006. Prior to this, counsel has to prepare a motion for summary judgment, which must be filed by June 6, 2006 in a case currently set for

trial in August 2006 in the United States District Court, Southern District of Florida. Additionally, Mr. Golden, counsel for ATSIC, is scheduled to be out of the country for approximately two weeks in June 2006.

Over the next six weeks, counsel for the Government has to prepare, among other things, 3 briefs to be filed in the United States Court of Appeals for the Federal Circuit and a dispositive brief in the Court of International Trade. Additionally, Mr. Dierberg must prepare for oral argument in a case in the Federal Circuit on June 8, 2006 as well as an evidentiary hearing in the Court of Federal Claims scheduled for June 13-14, 2006. Mr. Dierberg also intends to take leave during the last week of June 2006.

As a result of the above, counsel for the parties agreed to request an extension of time until July 14, 2006 to allow sufficient time for preparing the responses without the need to approach the Court with multiple requests for additional time. This Motion is made in good faith and not for purposes of delay.

WHEREFORE, based on the foregoing, Plaintiff International Fidelity Insurance Company respectfully requests this Honorable Court grant this Unopposed Motion for Extension of Time and extend the time to respond to the pending Motions and to file responses to the Proposed Findings of Fact, up to, and including, July 14, 2006.

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Date: May 9, 2006

s/Helen H. Albee
Helen H. Albee
1648 Osceola St.
Jacksonville, FL 32204
(904) 381-8183
(904) 381-8191 (fax)
HAlbee@hslawyers.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 9th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael.Dierberg@usdoj.gov, Attorney for the United States of America
Esglaw@bellsouth.net, Attorney for Advanced Technology Systems Integrators Corporation

s/Helen H. Albee
Helen H. Albee