**U.S. Department of Justice**

Civil Division

1228

*Washington, D.C. 20530*

September 9, 2005

Helen H. Albee
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

Re: Revised Calculation of Excess Reprocurement Costs

Dear Ms. Albee,

Attached you will find a spreadsheet detailing the Government's revised calculation of excess reprocurement costs. The total amount of reprocurement costs, as revised, is $624,449.80. Net of $217,534.61 remaining in the original ATC contract, the amount owed to the Government, excluding interest, is 406,915.19.

Sincerely,

Michael Dierberg
Trial Attorney
Civil Division
Department of Justice

# Revised Calculation of Excess Reprocurement Costs

| Description | Total $ | $ Included In Claim | $ Excluded From Claim | Documentation |
|---|---|---|---|---|
| Labor and materials required for the original Tri-State ("TLS") contract | $353,252.00 | $353,252.00 | | TLS contract signed 10/15/02; Tri-State proposal dated 10/03/02 |
| | | | | |
| Labor and materials for TLS contract modification #1 | $102,939.14 | | | TLS mod. #1 signed 07/07/03; TLS proposal dated 04/21/03 |
| Item #1 -- missing control equip. for gate #6 | | | $1,195.42 | |
| Item #6 -- move Maglock inside room | | | $388.00 | |
| Item #16 -- missing intercom equipment | | | $6,466.41 | |
| Item #17 / 30 -- Knox boxes required by Fire Dept. | | | $636.00 | |
| Item #18 -- Vicon fiber optic transmitters for PTZ | | | $2,274.00 | |
| Item #19 -- Vicon fiber optic transmitter for fixed camera | | | $462.75 | |
| Item #20 -- Vicon power transformers | | | $44.00 | |
| Item #21 -- 27 Match Interface Modules | | $7,060.37 | | |
| Item #22 -- conduit and underground work | | $4,552.00 | | |
| Item #23 / 28 -- handicapped gate opener connection | | $300.00 | | |
| Item #24 -- Vicon GUI installation, parts, and maintenance | | $19,877.00 | | |
| Item #25 -- conduit & fiber optic cable from PTZ-045 | | $7,628.00 | | |
| Item #33 -- preventative maintenance, parts and service for one year | | $47,580.00 | | |
| Subtotal for TLS mod. #1 | | $86,997.37 | $11,466.58 | |
| Add: 1.5% for bond | | $1,304.96 | $172.00 | |
| Add: 3% Kennedy management fee | | $2,649.07 | $349.16 | |
| Total for TLS mod. #1 | | $90,951.40 | $11,987.74 | |
| | | | | |
| TLS Contract Modification #2 | $6,559.00 | | | TLS mod. #2 dated 01/16/04; TLS proposal dated 01/08/04 |
| Item #1 -- labor & travel costs to test, analyze, estimate scope of repair resulting from storm damage | | | $2,144.00 | |
| Item #2 -- materials, labor and travel costs to install additional equipment to vault door | | | $3,960.00 | |
| Item #3 -- repair and relocate stock room camera FL-025 | | $455.00 | | |
| Total for TLS mod. #2 | | $455.00 | $6,104.00 | |
| | | | | |

# Revised Calculation of Excess Reprocurement Costs

| Description | Total $ | $ Included In Claim | $ Excluded From Claim | Documentation |
|---|---|---|---|---|
| TLS Contract Modification #3 | $5,009.00 | | | TLS mod. # 3 signed 9/17/04; TLS proposal dated 08/09/04 |
| Item #11 -- missing labels | | $1,310.40 | | |
| Item #12 -- request to exit button | | | $194.00 | |
| Item #13 -- pull, terminate, and test 1000' of 2 strand fiber | | $1,816.00 | | |
| Item #15 -- install a new touch bar sensor, counduit, wire, and connect to existing maglock for exit | | | $1,689.65 | |
| Total for TLS mod. #3 | | $3,126.40 | $1,883.65 | |
| | | | | |
| Original Joe Erickson ("JEC") Contract | $9,720.00 | $9,720.00 | | JEC contract 10/11/02; JEC proposal 09/27/02 |
| | | | | |
| JEC Contract Modification #1 | $41,075.00 | | | JEC mod. #1 signed 7/7/03; JEC proposal dated 03/14/03 |
| Item #1 -- traffic & information signage | | | $12,475.00 | |
| Item #2 -- door closers and automatic opener | | $6,875.00 | | |
| Item #3 -- crash gates and fence modifications | | | $5,500.00 | |
| Item #4 -- traffic striping | | | $1,485.00 | |
| Item #5 -- irrigation repairs | | $5,000.00 | | |
| Item #6 -- additional ground restoration | | $6,725.00 | | |
| Item #7 -- card reader posts at pedestriant gates / new closers and backing | | $1,425.00 | | |
| Item #8 -- new safety rails | | | $550.00 | |
| Item #9 -- access control room lock upgrade | | | $165.00 | |
| Item #10 -- additional wall repairs | | $875.00 | | |
| Total for JEC mod. #1 | | $20,900.00 | $20,175.00 | |
| | | | | |
| Original RACO Engineering, Inc. (RACO) Contract | $9,950.00 | $9,950.00 | | RACO contract signed 10/22/02; RACO estimate dated 09/26/02 |
| | | | | |
| Stuhl Engineering Consultants, Inc. ("SEC") Modification #1 | $39,280.00 | $39,280.00 | | SEC mod. #1 signed 08/13/02; SEC proposal dated 04/03/02 |
| | | | | |
| SEC Modification #2 | $34,910.00 | $34,910.00 | | SEC mod. #2 11/25/02; SEC proposal dated 10/31/02 |

# Revised Calculation of Excess Reprocurement Costs

| Description | Total $ | $ Included In Claim | $ Excluded From Claim | Documentation |
|---|---|---|---|---|
| SEC Modification #3 | $26,320.00 | $26,320.00 | | SEC mod. #3 06/24/03; SEC proposal dated 06/13/03 |
| SEC Modification #4 | $15,260.00 | $15,260.00 | | SEC mod. #4 01/07/04; SEC proposal dated 12/11/03 |
| SEC Modification #6 | $20,325.00 | $20,325.00 | | SEC mod. #6 09/01/04; SEC proposal dated 07/22/04 |
| Total Reprocurement Costs | | $624,449.80 | | |
| Less Amount Remaining on Adanced Technology Contract | | $217,534.61 | | |
| **Total Excess Reprocurement Costs** | | **$406,915.19** | | |