IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 03-1953C
(Senior Judge Margolis)

DEFENDANT'S SUPPLEMENTAL APPENDIX TO PROPOSED FINDINGS OF UNCONTROVERTED FACT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

OF COUNSEL:

STEPHEN D. LOBAUGH
Attorney
Law Department – Civil Practice
Commercial & Appellate Litigation
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260

MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

July 14, 2006

Attorneys for Defendant

# TABLE OF CONTENTS

PAGE(S)

Affidavit of Jerry Goddard .......... 1

Letter dated April 24, 2001 from Jerry Goddard to Vincent Vento .......... 5

Letter dated January 3, 2002 from Jerry Goddard to Vincent Vento .......... 6

E-mail from Jerry Goddard to Joseph Stuhl, forwarding E-mail from Jerry Goddard to ATSIC, dated January 28, 2002 .......... 7

Letter dated February 21, 2002 from Ronald Grzymala to Vincent Vento .......... 8

Modification No. 1 .......... 12

Modification No. 2 .......... 17

Modification No. 6 .......... 21

Modification No. 7 .......... 25

Letter dated March 12, 2002 from Jerry Goddard to Vincent Vento .......... 29

Facsimile from Jerry Goddard to Frank Whelan at International Fidelity .......... 30

Letter dated March 13, 2002 from Joseph Stuhl to Jose Zamora .......... 31

Memo dated May 21, 2002 from Jerry Goddard to Greg Warren .......... 32

Letter dated May 23, 2002 from Greg Warren to Jerry Goddard .......... 33

Letter dated June 17, 2002 from Greg Warren to Jerry Goddard .......... 34

Modification No. 9 .......... 35

Request for concurrence to terminate, dated July 31, 2002 .......... 36

Letter dated August 6, 2002 from Joseph Stuhl to Jerry Goddard .......... 42

E-mail dated November 21, 2001 from Jerry Goddard to Vincent Vento .......... 44

Letter dated January 2, 2002 from Joseph Stuhl to Jerry Goddard .......... 45

Letter dated January 28, 2002 from Joseph Stuhl to Jerry Goddard .......................................... 48

Letter dated January 17, 2002 from Jerry Goddard to Vincent Vento ....................................... 52

Letter dated August 26, 2002 from Joseph Stuhl to Jerry Goddard .......................................... 59

Letter dated September 23, 2002 from Joseph Stuhl to Jerry Goddard ...................................... 61

Facsimile dated May 9, 2002 from Greg Warren to Jerry Goddard .......................................... 70

Facsimile dated May 2, 2002 from Greg Warren to Jerry Goddard .......................................... 72

Letter dated December 31, 2002 from Robert Sedivy at Tomsed Corp.
to International Fidelity ........................................................................................................ 75

Letter dated February 19, 2002 from Joseph Stuhl to Jerry Goddard ........................................ 81

Letter dated July 25, 2002 from Joseph Stuhl to Jerry Goddard ................................................ 85