IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1953C<br>(Senior Judge Margolis) |

AFFIDAVIT OF JERRY GODDARD

I, Jerry Goddard, being duly sworn, hereby state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. Neither USPS nor Joseph Stuhl failed to act on any change orders for more than ten months. Rather, I and the project engineer, Joseph Stuhl, responded quickly to proposed change orders once all necessary information was provided. Any delay in approving contract modifications was the result of ATSIC's failure to provide necessary information to the project engineer and the contracting officer, or due to ATSIC's submission of proposed modifications which included equitable adjustments to the contract that were not justified under the circumstances. The required information was requested numerous times from ATSIC during meetings at the site during in which all of the modifications and the status of each were discussed.

3. The revised completion of July 15, 2002 was requested by ATSIC, and at the time that I signed Modification No. 11, I believed based upon the information available to me that

ATSIC could complete the project by July 15, 2002.

4. Although the Government paid more than 80% of the contract amount through pay application 17, we later learned that the amount of work actually completed was far less. Due to much of the work being installed high above the floor and in areas difficult to access, the Engineer was not physically able to inspect the work in great detail. The Engineer instead accepted ATSIC's assertions that the work was done in a proper and acceptable fashion and per the requirements of the contract documents. It was not until the replacement contractor (Tri-State Life Safety) attempted to make the system operational that the poor workmanship and incomplete installation of ATSIC's work came to light. Tri-State spent an incredible amount of time troubleshooting the system to find the numerous problems that cause the system to not be operational. Much of the work that ATSIC had performed had to be re-done by Tri-State to make the system operate.

5. During the course of the project, including the period between Modification No. 11 and the Government's issuance of a stop work order on July 31, 2002, ATSIC failed to adequately man the project.

6. I did not tell ATSIC that I would expedite a payment. The USPS Facilities Office has no way of expediting payments. All USPS checks are cut in San Mateo CA at their on schedule. The discussions that I had with ATSIC was that when I received a "proper pay request" I would process it as promptly as I could. The USPS is under the requirements of the Federal Prompt Payment Act and we strive to meet the requirements of that act. If the USPS fails to meet the requirements of the act a penalty interest is automatically added to the contractor's payment. The payment process was explained to ATSIC on

many occasions.

7. ATSIC continually sent in pay request that were for a higher amount than the work and materials in place justified. They were warned on numerous occasions that sending in an unjustified amount would cause a rejection or delay in the payment process. A part of the USPS contract with Sthul Engineering was to review and validate all of ATSIC's pay requests to assure that the USPS was paying a fair amount that reflected the work and materials in place on the project. The time that it took for Stuhl to review the payment request was lengthened greatly due ATSIC's standard practice of submitting unjustified amounts.

8. I am aware that Vincent Vento contended that there was a "pre-substantial completion meeting", however the USPS does not recognize the term "pre-substantial completion" or substantial completion". In order for the USPS to accept a project it must be completed per the contract documents and ready to use for its intended purpose with only "minor and cosmetic" items remaining on the punch-list. There can be no Handicap issues, no safety issues or no security issues remaining or the project cannot be accepted. This project is entirely a security project and therefore would have to be 100% operational to be accepted.

9. The USPS does hold a pre-final inspection on a project when the contractor feels that the work is near completion. The purpose of the pre-final inspection is for the USPS and the contractor to inspect the project and create a punch-list of the remaining work or unacceptable work, which must be completed prior to the final inspection and acceptance of the project. Although many progress inspections were made on the project, ATSIC's work was never complete enough on the Miami GMF project for the USPS to consider

any of them a pre-final inspection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 11th day of July, 2006.

Jerry Goddard

On the 11th day of July, 2006, before me personally appeared Jerry Goddard, known to me to be the person whose name is subscribed herein.

In witness whereof I hereunto set my hand and official seal.

Notary Public

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

April 24, 2001

Mr. Vincent Vento
Advanced Technology Systems Integrators Corp
3500 N Miami Ave
Miami FL 33127-3112

Re: Miami, FL - GMF
Contract No. 123125-00-B-3154

Dear Mr. Vento:

Per your proposal to Jerry Goddard, please proceed immediately with the following changes to your contract:

> Repair existing lighting at north dock to work and install additional existing light pole.

This is to be performed at a *price-to-be-determined* later basis. The total cost to the U. S. Postal Service for this change will not exceed $$17,500. Issuance of this *price-to-be-determined* later directive is considered essential to maintain the orderly progress of contract work.

Final agreement on your proposal shall be effected no later than the time when the work involved is estimated to be fifty percent (50%) complete. In the event final agreement cannot be reached by that time, the Contracting Officer shall issue a unilateral determination as to the equitable adjustment of the contract price and time for performance of the contract. Until a contract modification is officially executed, this change will be referenced as PDL4/24/01.

Sincerely,

Jerry Goddard
Contracting Officer

4000 DEKALB TECHNOLOGY PARKWAY • BUILDING 300 SUITE 300 • ATLANTA GA 30340-2799 •
(770) 454-06(770) 454-0629
(770) 454-0608 FAX

PROJECT MANAGER
FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

JAN 3 2002

January 3, 2002

Advanced Technology Systems Intergrators Corp.
3500 N Miami Ave
Miami FL 33127-3112
Attn: Vince Vento

RE: Status of Modifications and changes for Miami GMF,Security and Access control System, contract no. 123125-00-B-3154.

I have made numerous attempts during the past few months to acquire the information needed to process modifications on this project

During our last two meetings at the construction trailer, I specifically asked about the needed information, and was told by you that "you were not pleased that the information had not been given to us by Jose".

On 12-28-01, both SEC and I were faxed additional information on the modifications. After our initial review, this information is still insufficient for us to process the modifications.

Attached you will find a letter from SEC which itemizes the information we need for the requested mods.The letter also addresses problems we have noted with the information that you did provide. We can discuss these issues at out meeting planned for 10:00 AM,on 1-08-02 at the AMC conference room.

I am faxing you a copy of this letter and the SEC letter in hope that you will have sufficient time to gather the requested information in time for our meeting. I will mail you the originals today as well.

It is imperative that we be able to process these modifications as soon as possible, as the time requested has a direct impact on the liquidated damages portion of your contract.

You will only be given time for modifications that effect the "Critical Path" of the project. It is your responsibility to provide information for our review, that demonstrates that there was in fact an effect on the critical path. So far you have failed to provide such information.

The current contract completion date is 9-02-01. Liquidated damages are accruing at $100/day, since that date.

If you have questions on this matter, you may contact me at 770-454-0629.

Jerry Goddard
Project Manager

CC: SEC, Joeseph Stuhl
International Fidelity Insurance Co, Frank Whelan

4000 DEKALB TECHNOLOGY PARKWAY BLDG 300 - SUITE 300
ATLANTA GA 30340-2799
770-454-0628
FAX: (770)454-0608

**Subject:** Re: Pay Rec 14
**Date:** Wed, 30 Jan 2002 09:20:06 -0500
**From:** JERRY GODDARD <JGODDARD@email.usps.gov>
**To:** secinc1 <secinc1@earthlink.net>

FYI

______________________________ Forward Header __________________________________
Subject: Re: Pay Rec 14
Author: JERRY GODDARD at ATGA004L
Date: 1/29/02 8:35 AM

FYI

______________________________ Forward Header __________________________________
Subject: Re: Pay Rec 14
Author: JERRY GODDARD at ATGA004L
Date: 1/28/02 12:06 PM

John, your message would certainly have more credence if you would get even a fraction of facts in it....

Facts....

1.I did not sign the payment at the trailer on 1/8/02, Joe Sthul did.

2. It does not matter when I sign the payment, what matters is the "invoice received/Acceptance date block on the payment. That is what sets the date the check is cut. The one on your payment says 1-8-02, as I personally wrote it in.(You were even faxed a copy of the signed payment)

3.I have speeded up the process by agreeing to pay every 2 weeks in leiu of 1 time a month. Now if you guys would help by actually billing for work in place instead of a much greater $ amount, it would certainly speed things up (this is evident by our rejection of this payment the first time it was submitted and our rejection of the very next payment you submitted, for over billing).

4. "Act of Subterfuge"....nice vocabulary.

5. On the subject of non performance,ATC has already put the project in a "non-performance position" by not completing on time,in accordance with your contract.
A letter of "Show Cause has already been sent to ATC on this project.

It might be interesting for you to know, that the only penalty for not paying on time that is imposed by the Prompt Payment Act, is that you will receive interest on the payment.

We are still waiting on the answers about the modifications on this project, that we requested months ago...having those would help "Speed up the process" as well as avoid possible termination on this project.

Your contract remains in liquidated damages of $100/day.

Sincerely,
Jerry Goddard



 

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

February 21, 2002

Fax: (305) 670-0292

Mr. Vincent J. Vento
Advanced Technology Systems Integrators Corp.
3500 N. Miami Ave.
Miami, FL 33127-3112

RE: Response to letters dated 2/11/02 and 2/12/02
Miami, FL - GMF Security and Access Control System
Contract No. 123125-00-B-3154

Dear Mr. Vento:

First, as I am retiring March 1st of this year, Jerry Goddard will be reassigned as the Contracting Officer on this project. A separate letter indicating the change will be sent to you under separate cover.

My response to accusations in your 2/12/02 letter is as follows:

Paragraph 1: This office never received a letter from your attorney in response to my 1/4/02 letter.

Paragraph 2: The letter was indeed inadvertently sent to the incorrect (prior) address. The time period to respond to the letter did not start until you actually received the letter; therefore it would be of no "advantage" to the USPS to send the letter to the wrong address.

Paragraph 3: Jerry Goddard has been requesting information from ATC for over 4 months regarding the modifications. The Architect and Engineer have been requesting information regarding these modifications and other required information on the project for many months prior to that. In fact on 1/2/02, SEC Engineering sent a letter to ATC that listed the status of all modifications. The letter outlined the information that ATC needed to provide, to allow the USPS to process the Modifications. In essence, the reason that "the CO's are still under discussion six to ten months..." is that ATC will not provide the requested information.

Paragraph 4: The consultant reviewed and approved a requested change to the cable. ATC then requested a change to the change for a cable that will not fit in the conduit, after the improper cable was on site. The engineer has attempted to work out details that would allow ATC to use the unapproved cable, but you have not provided the information on the cable that was promised by you personally.

Paragraph 5: With the exception of the submittal log, every item requested by the surety to this date, has been either sent to them by mail, or given [illegible] representative, Richard [illegible], of Lovett-Silverman at our meeting at the AMC. ATC has not asked for copies, and did not get a Cc on the request letter from the bonding company; therefore, they were not copied on the information sent. ATC already has 90% of the information requested.

Paragraph 6: Please indicate to me what (items outside the contract) you are referring to. Several vendors, due to your non-payment, contacted Mr. Goddard. They were then afforded the opportunity to meet at the AMC site with USPS personnel and our consultants in an effort to finish the project and get paid as a part of the re-procurement of your terminated contract.

Paragraph 7: Payments were rejected due to over billing by ATC. This is not an attempt to undermine the performance by ATC, it is only protecting the interest of the USPS. It would be to the best interest of all parties if ATC would fulfill their contractual obligations and complete the project.

Paragraph 8: Failure to perform on the contract gives the USPS the right to terminate the contract should we choose to do so in the future.

Paragraph 9 & 10: See 7 & 8 above.

Response to your 2/11/02 letter is as follows:

Paragraph 1: We await your attorney's letter; we anticipate that it will be of factual nature and not a rhetorical statement as you have presented.

Paragraph 2: Jerry Goddard told you he would send unilateral modifications to ATC, since you refused to provide the requested information that would allow us to reach agreement. You then presented additional verbal information regarding the credit for conduits. We will send the modifications to you as soon as we review the new information. The changes do not prohibit ATC from the completion of contract work, in fact based on your own account, much of the work has already been performed without approval of the USPS.

Sincerely,

Ronald J. Grzymala, Contracting Officer

4000 DeKalb Technology Parkway • Bldg 300 Suite 300 • Atlanta GA 30340-2799
(770) 454-0531 • rgrzymal@email.usps.gov

ATC
SYSTEMS INTEGRATORS

ARCHITECS OF SECURITY & COMMUNICATIONS

February 12, 2002

VIA "FAX" & MAIL

Mr. Ronald Grzymala
USPS
Building 300, Suite 300
4000 DeKalb Technology Parkway
Atlanta, GA 30340-2799

Dear Mr. Grzymala:

This communication is a direct response to your attempts to provide a ten-day notice of intent to terminate the P&DC contract.

First, our attorney responded to your original January 4, 2002 letter that was prepared in anticipation of terminating ATC at the January 8, 2002 meeting. The letter I am responding to was actually mailed out after that date and received by this office on January 30, 2002.

The second letter was addressed to an incorrect prior company address. We moved to our current location in December of 2000. No correspondence has been addressed to the old location since that time. The company was located at 9100, not 9700 S. Dadeland Boulevard. It appears that no only do you work for the post Office but you know how to use it to your advantage.

ATC is not in default of its contractual obligations regarding completion or timeliness of submittals. It is the US Postal Service that is in default by its failure to provide timely approval of its change orders, thereby impacting the entire flow of work progress. Not only has the Postal Service failed to provide the approval of the change orders, it has actually changed the change orders. In one instance a light pole conduit re-placement was verbally changed on no less than three occasions. Other C.O.s are still under discussion six and ten months after they were brought to your attention.

The Postal Service and its consultant have ignored certain items that are critical to project completion such as the direct burial cable issues. It is indefensible for the Postal Service to refuse to evaluate and respond to our submittals and then attempt to allege a default. ATC has tried to make every effort to complete the project and make whatever adjustments have been required. It is the Postal Service that has failed to respond.

The surety has requested information from Mr. Goddard on numerous occasions. Although, he alleged to have documentation and reports, neither International Fidelity nor ATC has received copies.

The Postal Service is demanding performance by ATC of items outside of our contractual responsibility. Additionally, Messer's. Goddard and Sthul have directly interfered with ATC's business relationships with its vendors.

This is what seems to be the obvious use by the post office of misinformation or lack of information in an attempt to undermine the performance of ATC. This is most apparent in the constant dance that we all must attend where Mr. Stuhl receives our pay rec in advance, waits a week meets us, walks the jobs says "everything looks OK, but I will review it one more time" and than seven days later cuts it by now up to 80%. That is 80% of a pay requisition that he verbally said look OK a week earlier. The last two and still un-received pay requisitions which started in the accurate range of sixty and thirty thousand dollars have been cut to fourteen (14) and four (4) thousand dollars. Even through all of these obvious tactics to starve us out now by the added sudden and wrongful refusal to pay ATC any sums due to us on the P&DC project, we have remained on the Job.

There is no documentation that substantiates the decision of termination on AMC or the intention to terminate the contract at P&DC. There is no documentation that substantiates the withholding of payment due ATC and we demand that the USPS comply with its contractual obligations and make timely payments. Finally it is obvious that the lack of payment and the history of drawing out payments have impacted ATC ability to perform and have in essence caused ATC to again extend its overhead and costs.

This is typical of how this project has been handled by the USPS. We are convinced by the action of the USPS and more specifically Mr. Sthul that your intention is to develop enough issues by continuing to reject, request more and more information on P&DC and fail to respond to ATC issues and thus continue to delay the project until you can justify our termination.

In closing there is no basis in fact for termination of ATC on this project.

Sincerely,

Vincent J Vento
CEO

cc: GS, File, IFIC, Jerry Goddard

Advanced Technology Systems Integrators Corp. ATC - 3500 N Miami Ave. - Miami Fl. 33127 - (305) 670-0282- (305) Fax 670-0292

# U.S. Postal Service: Contract Modification

1. Modification No.: ONE  To Contract No.: 123125-00-B-3154

2. Project Name & Location: Miami - P&DC

3. Date Issued: 01/15/2001

4. Contractor: Advanced Technology Systems Intergrators Corp 3500 n Miami Ave Miami, Fl. 33127-3112

Attn: Jose Zamora, Project Manager

5. Issued By: Facilities Service Office 4000 DeKalb Tech. Parkway Building 300 Suite 300 Atlanta, Ga. 30340 - 2799

For More Info Call:

6. The above numbered contract is modifies as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return three ( 3 ) copies of this modification to the Issue Office ( See Block 5 )

7. Description of Modification: 1: Addition equipment required by Vicon.

| | | |
|---|---|---|
| Basic Contract Amount: | $ | 1,308,990.00 |
| Prev. Mods | $ | 0.00 |
| This Mod # 1 | $ | 9,850.75 |
| Total contract to Date: | $ | 1,318,840.75 |

With extension of 2 Days for revision completion date of 9/4/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct cost, indirect costs, and interest which has been or will be incurred during the period covered by this modification, except as provided herein, all terms and conditions of the documents referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

8. Accounting and Fiscal Date: ( ) unchanged ( )changed see above

9. Signatures:

| Contractor | | US Postal Service | |
|---|---|---|---|
| [signature] | | [signature] | 3-12-02 |
| Signature | Date | Signature | Date |

US POSTAL SERVICE

# FINDINGS OF FACT FOR CONTRACT MODIFICATIONS

| 1. PROJECT. | 2. CONTRACTOR: | 3. A/E FIRM / CONTRACT NO: | 4. REQUEST NO |
|---|---|---|---|
| Miami GMF Security and Access Control | ATC | Sthul Engr. | M 01 |

5. REASON FOR MODIFICATION (CHECK ONE):

[X] USPS CHANGE [ ] FIELD CONDITION [ ] DESIGN DEFICIENCY (ESTIMATED RECOVERABLE )

6. FUNDING AVAILABILITY

CHECKED BY: DATE: FUNDS AVAILABLE

7. NECESSITY FOR CONTRACT MODIFICATION :

The original Vicon Camera quote included with the solicitation did not include all of the needed camera equipment. This mod adds the additional equipment.

[ ] ADDITIONAL SHEETS ATTACHED

BLOCKS 1 THRU 7 PREPARED BY [signature]

8. PRICE AND TIME JUSTIFICATION / NEGOTIATION NOTES

Prices for equipment, are from Vicon, a "direct vendor" price.

[ ] ADDITIONAL SHEETS ATTACHED

BLOCK 8 PREPARED BY [signature]

| | | |
|---|---|---|
| a. | Basic contract amount | $1,308,990.00 |
| b. | Previous Mod. thru no. PDL 5/24/01 | $17,500.00 |
| c. | This Mod. No. M 01 | $9,850.75 |
| d. | Total (a+b+c) | $1,336,340.75 |
| e. | Changes directed (Notice to Proceed issued) but unsettled | |

9. APPROVED FOR EXPLANATION (TYPE OR PRINT NAME): Jerry Goddard

CONTRACTING OFFICER

SIGNATURE: [signature]

DATE: 3/11/02

PS FORM 4909 REVISED 5/93

# Justification Form " B " for PS Form 7330
# General Contractor's Summary Sheet

Contract: Miami - P&DC 123125-00-B-3154 Modification No.: ONE

Job Title: Security Contractor

Proposed Change: 1) Additional Equipment required by Vicon

Time Extension 2 (Two) Days ( Must impact critical path )

Summary of Subcontractor Cost Detail ( From Form " A " ) :

| A. Company | B. Category of Work | C. Total Fica/Futa | D. Total Price less Fica/ Futa |
|---|---|---|---|
| ATC Systems | Change #1 | $0.00 | $8,048.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 1. Sub's Totals | C. $0.00 | D. $8,048.60 |
| 2. Contractor's Commission on Column D Total ( Maximum 5% Overhead / 5 % Profit ) | | $ 1,802.74 |
| 3. Total Fica / Futa From Column C ( Do not include Overhead / Profit on Sub's Fica/Futa | | $ 0.00 |
| 4. Contractor's work on this Mod ( From Form " A " ) | | $ 0.00 |
| Contractor's Total Increase / Decrease ( Items 1. D+2+3+4 ) | | $ 9,850.75 |

# Change Order

ATC SYSTEMS INTEGRATORS
3500 N. Miami Ave.
Miami, FL 33127
Office (305)670-0282 Fax (305)670-0292

| | |
|---|---|
| C.O. # | One |
| Date: | 8/20/2001 |
| # of Pages | 1 of 2 |
| Project: | P&DC |

**Description of Work:**

Additional Equipment required by Vicon

With 14 Days Additional will be Added to Original Contract Finish Date

| Description | Materials | | | | Labor | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Discription | Cost Per Unit | # Of Units | Total Price | Trade | Cost Per Hour | # Of Hours | Total Price | Total |
| No Credits | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| TOTALS | | | | $0.00 | | | 0 | $0 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Additional Vicon Equipment | See Attacted Lis | $8,048.00 | 1 | $8,048.00 | | $ - | 0 | $0 | $8,048.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| | | $0.00 | 0 | $0.00 | | $ - | 0 | $0 | $0.00 |
| TOTALS | | | | $8,048.00 | | | 0 | $0 | $8,048.00 |

# Change Order

ATC SYSTEMS INTEGRATORS
3500 N. Miami Ave.
Miami, FL 33127
Office (305)670-0262 Fax (305)670-0292

| | |
|---|---|
| C.O. # | One |
| Date: | 8/20/2001 |
| # of Pages | 2 of 2 |
| Project: | P&DC |

| Credits / Debits | | |
|---|---|---|
| A. | Direct Labor | $0.00 |
| B. | Insurance | $0.00 |
| C. | Materials & Equip. | $0.00 |
| D. | Credits / Debits | $0.00 |
| E. | Overhead 10% | $0.00 |
| F. | Profit 10% | $0.00 |
| G. | Total - FICA | $0.00 |
| H. | Employment Tax | $0.00 |
| | | |
| | Total | $0.00 |

| Accual Change Order Amounts | | |
|---|---|---|
| A. | Direct Labor | $0.00 |
| B. | Insurance | $0.00 |
| C. | Materials & Equip. | $8,048.00 |
| D. | Credits / Debits | $0.00 |
| E. | Overhead 10% | $901.38 |
| F. | Profit 10% | $901.37 |
| G. | Total - FICA | $9,850.75 |
| H. | Employment Tax | $0.00 |
| | | |
| | Total | $9,850.75 |

# U.S. Postal Service: Contract Modification

1. Modification No.: Two To Contract No.: 123125-00-B-3154

2. Project Name & Location: Miami - P&DC

3. Date Issued: 2-28-01

4. Contractor: Advanced Technology Systems Intergrators Corp 3500 n Miami Ave Miami, Fl. 33127-3112

Attn: Jose Zamora, Project Manager

5. Issued By: Facilities Service Office 4000 DeKalb Tech. Parkway Building 300 Suite 300 Atlanta, Ga. 30340 - 2799

For More Info Call:

6. The above numbered contract is modifies as set forth in Block 7. by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return three ( 3 ) copies of this modification to the Issue Office ( See Block 5 )

7. Description of Modification: Extra Electrical work Exterior North Dock Area

REPLACES PDC 4-24-01

| | | |
|---|---|---|
| Basic Contract Amount: | $ | 1,308,990.00 |
| Prev. Mods One | $ | 9,850.75 |
| This Mod # 2 (Two) | $ | 17,500.00 |
| Total contract to Date: | $ | 1,336,340.75 |

With extension of 0 Days for revision completion date of 9/4/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct cost, indirect costs, and interest which has been or will be incurred during the period covered by this modification, except as provided herein, all terms and conditions of the documents referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

8. Accounting and Fiscal Date: ( ) unchanged ( )changed see above

9. Signatures:

X Contractor: [signature] Signature Date

US Postal Service: [signature] 3-12-02 Signature Date

US POSTAL SERVICE

# FINDINGS OF FACT FOR CONTRACT MODIFICATIONS

| 1. PROJECT: | 2. CONTRACTOR: | 3. A/E FIRM / CONTRACT NO: | 4. REQUEST NO: |
|---|---|---|---|
| Miami GMF Security and Access Control | ATC | Sthul Engr. | M 02 |

5. REASON FOR MODIFICATION (CHECK ONE):

☐ USPS CHANGE ☐ FIELD CONDITION ☐ DESIGN DEFICIENCY (ESTIMATED RECOVERABLE )

6. FUNDING AVAILABILITY

CHECKED BY: DATE: FUNDS AVAILABLE:

7. NECESSITY FOR CONTRACT MODIFICATION:

This Mod replaces PDL no. 4/24/01 for the additional lighting wiring at the North Dock.

ALREADY COMMITTED

☐ ADDITIONAL SHEETS ATTACHED

BLOCKS 1 THRU 7 PREPARED BY [signature]

8. PRICE AND TIME JUSTIFICATION / NEGOTIATION NOTES

This price is "Fair and Reasonable" for the work performed.

☐ ADDITIONAL SHEETS ATTACHED

BLOCK 8 PREPARED BY [signature]

| | |
|---|---|
| a. Basic contract amount | $1,308,990.00 |
| b. Previous Mod. thru no. 01 | $27,350.75 |
| c. This Mod. No. M 02 (previously committed) | 0 |
| d. Total (a+b+c) | $1,336,340.75 |
| e. Changes directed (Notice to Proceed issued) but unsettled | |

| 9. APPROVED FOR EXPLANATION (TYPE OR PRINT NAME): | SIGNATURE: | DATE: |
|---|---|---|
| Jerry Goddard<br>CONTRACTING OFFICER | [signature] | 3/11/02 |

PS FORM 4909 REVISED 5/93

# Justification Form " B " for PS Form 7330
## General Contractor's Summary Sheet

Contract: Miami - P&DC 123125-00-B-3154 Modification No.: Two

Job Title: Security Contractor

Proposed Change: 1) Extra Electrical work Exterior North Dock Area

Time Extension 0 (Zero) Days ( Must impact critical path )

Summary of Subcontractor Cost Detail ( From Form " A " ):

| A. Company | B. Category of Work | C. Total Fica/Futa | D. Total Price less Fica/ Futa |
|---|---|---|---|
| ATC Systems | Change #2 | $515.02 | $13,876.62 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1. Sub's Totals C. $515.02 D. $14,198.00

2. Contractor's Commission on Column D Total ( Maximum 5% Overhead / 5 % Profit ) $ 2,783.92

3. Total Fica / Futa From Column C ( Do not include Overhead / Profit on Sub's Fica/Futa $ 518.29

4. Contractor's work on this Mod ( From Form " A " ) $ $0.00

Contractor's Total Increase / Decrease ( Items 1. D+2+3+4 ) $ 17,500.00

# Change Order

ATC Systems Integrators
3500 N. Miami Ave.
Miami, FL 33127
Office (305)670-0282 Fax (305)670-0292

| | |
|---|---|
| C0 # | Two |
| Date: | 2/28/2001 |
| # of Pages | 1 of 1 |
| Project: | USPS - P&DC |

1: Install 1 new steel light pole (supplied by owner) at East end of North Parking Lot
2:Install 2" PVC, wiring, concrete base & junction box for new Pole
3:Install new wiring between 8 existing light poles.
4:Remove fill & Install new 24x24x24 junction box w/ traffic cover.
5:Repair Conduit from First Light Pole to Main Building
6:Patch & Pave areas as Needed

With 14 Days Added to Contract Finish Date

| Description | Materials | | | | Labor | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Description | Cost Per Unit | # Of Units | Total Price | Trade | Cost Per Hour | # Of Hours | Total Price | |
| Labor & Materials | Light Poles | $0.00 | 9 | $0.00 | Electrician | $ 22.40 | 27 | $605 | $604.80 |
| | Concrete base | $750.00 | 1 | $750.00 | Laborer | $ 8.70 | 8 | $70 | $819.60 |
| | 2" PVC | $0.36 | 600 | $216.00 | Electrician | $ 22.40 | 24 | $538 | $763.60 |
| | 17x38 Box | $48.00 | 6 | $288.00 | Electrician | $ 22.40 | 12 | $269 | $556.80 |
| | #2 THWN | $0.37 | 6000 | $2,220.00 | Electrician | $ 22.40 | 78 | $1,747 | $3,967.20 |
| | KTK Fuse/Box | $14.00 | 9 | $126.00 | Electrician | $ 22.40 | 0 | $0 | $126.00 |
| | Backhoe | $275.00 | 7 | $1,925.00 | Operator | $ 18.56 | 35 | $650 | $2,674.60 |
| | Backhoe | $275.00 | 0 | $0.00 | Laborer | $ 13.81 | 35 | $483 | $483.35 |
| | Auger | $150.00 | 1 | $150.00 | Operator | $ 18.56 | 4 | $74 | $224.24 |
| | Auger | $150.00 | 0 | $0.00 | Laborer | $ 13.81 | 4 | $55 | $55.24 |
| | Trenching & Patcl | $2.85 | 500 | $1,425.00 | Laborer | $ 8.70 | 8 | $70 | $1,494.60 |
| | | | | | Supervisor | $ 35.50 | 63.65 | $2,260 | $2,259.58 |
| TOTALS | | | | $7,100.00 | | | 299 | $6,820 | $13,919.61 |

| Accrual Change Order Amounts | | |
|---|---|---|
| A. | Direct Labor | $6,819.61 |
| B. | Insurance | $278.39 |
| C. | Materials & Equip. | $7,100.00 |
| D. | Credits / Debits | $0.00 |
| E. | Overhead 10% | $1,391.96 |
| F. | Profit 10% | $1,391.96 |
| G. | Total - FICA | $14,198.00 |
| H. | Employment Tax | $518.29 |
| | | |
| | Total | $17,500.21 |

# U.S. Postal Service: Contract Modification

1. Modification No.: Six    To Contract No.: 123125-00-B-3154

2. Project Name & Location: Miami - P&DC

3. Date Issued: 8-20-01

4. Contractor: Advanced Technology Systems Intergrators Corp 3500 n Miami Ave Miami, Fl. 33127-3112

Attn: Jose Zamora, Project Manager

5. Issued By: Facilities Service Office 4000 DeKalb Tech. Parkway Building 300 Suite 300 Atlanta, Ga. 30340 - 2799

For More Info Call:

6. The above numbered contract is modifies as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return three ( 3 ) copies of this modification to the Issue Office ( See Block 5 )

7. Description of Modification: Repair to Poles Damaged by USPS at Gate #5

| | | |
|---|---|---|
| Basic Contract Amount: | $ | 1,308,990.00 |
| Prev. Mods 1 & 2 | $ | 27,350.75 |
| This Mod # 6 (Six) | $ | 540.60 |
| Total contract to Date: | $ | 1,336,881.35 |

With extension of 1 Days for revision completion date of 9/5/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct cost, indirect costs, and interest which has been or will be incurred during the period covered by this modification, except as provided herein, all terms and conditions of the documents referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

8. Accounting and Fiscal Date: ( ) unchanged ( )changed see above

9. Signatures:

| Contractor | | US Postal Service | |
|---|---|---|---|
| [signature] | | [signature] | 3-12-02 |
| Signature | Date | Signature | Date |

US POSTAL SERVICE

# FINDINGS OF FACT FOR CONTRACT MODIFICATIONS

| 1. PROJECT | 2. CONTRACTOR | 3. A/E FIRM / CONTRACT NO: | 4. REQUEST NO: |
|---|---|---|---|
| Miami GMF Security and Access Control | ATC | Sthul Engr. | M 06 |

5. REASON FOR MODIFICATION (CHECK ONE).

☐ USPS CHANGE ☒ FIELD CONDITION ☐ DESIGN DEFICIENCY (ESTIMATED RECOVERABLE )

6. FUNDING AVAILABILITY

CHECKED BY: DATE: FUNDS AVAILABLE

7. NECESSITY FOR CONTRACT MODIFICATION.

The fence posts for the gate at gate 5 were damaged by a USPS truck, this mod allows the damage to be repaired.

☐ ADDITIONAL SHEETS ATTACHED

BLOCKS 1 THRU 7 PREPARED BY [signature]

8. PRICE AND TIME JUSTIFICATION / NEGOTIATION NOTES

This price is "Fair and Reasonable" for the work performed.

☐ ADDITIONAL SHEETS ATTACHED

BLOCK 8 PREPARED BY [signature]

| | |
|---|---|
| a. Basic contract amount | $1,308,990.00 |
| b. Previous Mod. thru no. 02 | $27,350.75 |
| c. This Mod. No. M 06 | $540.60 |
| d. Total (a+b+c) | $1,336,881.35 |
| e. Changes directed (Notice to Proceed issued) but unsettled | |

9. APPROVED FOR EXPLANATION (TYPE OR PRINT NAME): Jerry Goddard

CONTRACTING OFFICER

SIGNATURE: [signature]

DATE: 3/11/02

PS FORM 4909 REVISED 5/93

# Justification Form " B " for PS Form 7330
# General Contractor's Summary Sheet

Contract: Miami - P&DC 123125-00-B-3154 Modification No.: Six

Job Title: Security Contractor

Proposed Change: Repair to pole damaged by USPS at Gate #5

Time Extension 1 (One) Days ( Must impact critical path )

Summary of Subcontractor Cost Detail ( From Form " A " ) :

| A. Company | B. Category of Work | C. Total Fica/Futa | D. Total Price less Fica/ Futa |
|---|---|---|---|
| ATC Systems | Change #6 | $6.81 | $446.57 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1. Sub's Totals C. $6.81 D. $446.57

2. Contractor's Commission on Column D Total ( Maximum 5% Overhead / 5 % Profit ) $ 87.22

3. Total Fica / Futa From Column C ( Do not include Overhead / Profit on Sub's Fica/Futa $ 6.81

4. Contractor's work on this Mod ( From Form " A " ) $ 0.00

Contractor's Total Increase / Decrease ( Items 1. D+2+3+4 ) $ 540.60

# Change Order

ATC SYSTEMS INTEGRATORS
3500 N. Miami Ave.
Miami, FL 33127
Office (305)670-0282 Fax (305)670-0292

| | |
|---|---|
| C.O. # | Six (6) |
| Date: | 12/26/2001 |
| # of Pages | 1 of 2 |
| Project: | P&DC |

Description of Work:
1: Repair for Poles Damaged, By USPS, at Gate # 5
With 1 Days Add to Contract Finish Date

| Description | Materials | | | | Labor | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Discription | Cost Par Unit | # Of Units | Total Price | Trade | Cost Per Hour | # Of Hours | Total Price | |
| Repair of Damaged Poles | Removal of Poles | | | $0.00 | Welder | $ 22.40 | 2 | $45 | $44.80 |
| | New Pole | $35.75 | 2 | $71.50 | Welder | $ 22.40 | 2 | $45 | $116.30 |
| | Equipment Rental | $275.00 | 1 | $275.00 | | $ 22.40 | | $0 | $275.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | | $346.50 | | | 4 | $89.60 | $436.10 |

| Accual Change Order Amounts | | |
|---|---|---|
| A. | Direct Labor | $89.60 |
| B. | Insurance | $10.47 |
| C. | Materials & Equip. | $346.50 |
| D. | Credits / Debits | |
| E. | Overhead 10% | $43.61 |
| F. | Profit 10% | $43.61 |
| G. | Total - FICA | $446.57 |
| H. | Employment Tax | $6.81 |
| | | |
| | Total | $540.60 |

# U.S. Postal Service: Contract Modification

1. Modification No.: Seven  To Contract No.: 123125-00-B-3154

2. Project Name & Location: Miami - P&DC

3. Date Issued: 2-12-02

4. Contractor: Advanced Technology Systems Intergrators Corp 3500 n Miami Ave Miami, Fl. 33127-3112

Attn: Jose Zamora, Project Manager

5. Issued By: Facilities Service Office 4000 DeKalb Tech. Parkway Building 300 Suite 300 Atlanta, Ga. 30340 - 2799

For More Info Call:

6. The above numbered contract is modifies as set forth in Block 7. by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return three ( 3 ) copies of this modification to the Issue Office ( See Block 5 )

7. Description of Modification: Installation of A/C Duckwork for new ACS Room

| | | |
|---|---|---|
| Basic Contract Amount: | $ | 1,308,990.00 |
| Prev. Mods 1,2 & 6 | $ | 27,891.35 |
| This Mod # Seven(7) | $ | 11,638.00 |
| Total contract to Date: | $ | 1,348,519.35 |

With extension of 5 Days for revision completion date of 9/10/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct cost, indirect costs, and interest which has been or will be incurred during the period covered by this modification, except as provided herein, all terms and conditions of the documents referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

8. Accounting and Fiscal Date: ( ) unchanged ( )changed see above

9. Signatures:

| Contractor | | US Postal Service | |
|---|---|---|---|
| [signature] | | [signature] | 3-12-02 |
| Signature | Date | Signature | Date |

US POSTAL SERVICE

# FINDINGS OF FACT FOR CONTRACT MODIFICATIONS

| 1. PROJECT: | 2. CONTRACTOR: | 3. A/E FIRM / CONTRACT NO: | 4. REQUEST NO: |
| --- | --- | --- | --- |
| Miami GMF Security and Access Control | ATC | Sthul Engr. | M 07 |

5. REASON FOR MODIFICATION (CHECK ONE):

☐ USPS CHANGE ☒ FIELD CONDITION ☐ DESIGN DEFICIENCY (ESTIMATED RECOVERABLE )

6. FUNDING AVAILABILITY

CHECKED BY: DATE: FUNDS AVAILABLE:

7. NECESSITY FOR CONTRACT MODIFICATION:

The new ACS room was originally going to be tied into the existing HVAC system, however due to an analysis of the airflow to the area, a new system must be added.

This mod will allow the new system to be installed per the plans supplied by SEC Engineering.

☐ ADDITIONAL SHEETS ATTACHED

BLOCKS 1 THRU 7 PREPARED BY

8. PRICE AND TIME JUSTIFICATION / NEGOTIATION NOTES

This price is "Fair and Reasonable" for the work performed.

| | |
| --- | --- |
| a. Basic contract amount | $1,308,990.00 |
| b. Previous Mod. thru no. 02 & 06 | $27,891.35 |
| c. This Mod. No. M 007 | $11638.00 |
| d. Total (a+b+c) | $1,348,519.35 |
| e. Changes directed (Notice to Proceed issued) but unsettled | |

☐ ADDITIONAL SHEETS ATTACHED

BLOCK 8 PREPARED BY

| 9. APPROVED FOR EXPLANATION (TYPE OR PRINT NAME): | SIGNATURE: | DATE: |
| --- | --- | --- |
| Jerry Goddard<br>CONTRACTING OFFICER | | 3/11/02 |

PS FORM 4909 REVISED 5/93

# Justification Form " B " for PS Form 7330
# General Contractor's Summary Sheet

Contract: Miami - P&DC 123125-00-B-3154 Modification No.: Seven

Job Title: Security Contractor

Proposed Change: Installation of A/C Duckwork in new ACS Room

Time Extension 5 (Five) Days ( Must impact critical path )

Summary of Subcontractor Cost Detail ( From Form " A " ) :

| A. Company | B. Category of Work | C. Total Fica/Futa | D. Total Price less Fica/ Futa |
|---|---|---|---|
| ATC Systems | Change #7 | $107.92 | $9,646.08 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1. Sub's Totals C. $107.92 D. $9,646.08

2. Contractor's Commission on Column D Total (Maximum 5% Overhead / 5 % Profit) $ 1,884.00

3. Total Fica / Futa From Column C (Do not include Overhead / Profit on Sub's Fica/Futa $ 107.92

4. Contractor's work on this Mod ( From Form " A " ) $ 0.00

Contractor's Total Increase / Decrease (Items 1. D+2+3+4 ) $ 11,638.00

# Change Order

ATC Systems Integrators
3500 N. Miami Ave.
Miami, FL 33127
Office (305)670-0282 Fax (305)670-0292

| | |
|---|---|
| C0 # | Seven (7) |
| Date: | 2/12/2002 |
| # of Pages | 1 of 1 |
| Project: | USPS - P&DC |

1: Install of A/C Duckwork for new ACS Room

With 5 Days Added to Contract

| Description | Materials | | | | Labor | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Description | Cost Per Unit | # Of Units | Total Price | Trade | Cost Per Hour | # Of Hours | Total Price | |
| Labor & Materials | A/C Work | $6,800.00 | 1 | $6,800.00 | Contractor | | | | $6,800.00 |
| | Electrical Work | $1,200.00 | 1 | $1,200.00 | Contractor | | | | $1,200.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | Supervisor | $ 35.50 | 40 | $1,420 | $1,420.00 |
| TOTALS | | | | $8,000.00 | | | 40 | $1,420 | $9,420.00 |

| Accrual Change Order Amounts | | |
|---|---|---|
| A. | Direct Labor | $1,420.00 |
| B. | Insurance | $226.08 |
| C. | Materials & Equip. | $8,000.00 |
| D. | Credits / Debits | $0.00 |
| E. | Overhead 10% | $942.00 |
| F. | Profit 10% | $942.00 |
| G. | Total - FICA | $9,646.08 |
| H. | Employment Tax | $107.92 |
| | | |
| | Total | $11,638.00 |

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

March 12, 2002

*CERTIFIED MAIL NO. 7001 2510 0000 9713 5276*
RETURN RECEIPT REQUESTED

Vincent J. Vento
Advanced Technology Systems Inc.
3500 N Miami Ave
Miami FL 33127-3112

Re: Miami, FL - GMF - Security and Access Control
*Contract No. 123125-00-B-3154*

Dear Mr. Vento:

Per your proposal to Jerry Goddard, please proceed immediately with the following changes to your contract:

> Add additional 1-1/2" conduit between VMF and Gates 1 & 2 to facilitate installation of conductors that would not fit into original conduit.

This is to be performed at a *price-to-be-determined* later basis. The total cost to the U. S. Postal Service for this change will not exceed $5,000, including any cost associated with a 5 day time extension. Issuance of this *price-to-be-determined* later directive is considered essential to maintain the orderly progress of contract work.

Final agreement on your proposal shall be effected no later than the time when the work involved is estimated to be fifty percent (50%) complete. In the event final agreement cannot be reached by that time, the Contracting Officer shall issue a unilateral determination as to the equitable adjustment of the contract price and time for performance of the contract. Until a contract modification is officially executed, this change will be referenced as PDL 3/11/02.

Sincerely,

Jerry Goddard
Contracting Officer

* AS OF THIS PDL, CONTRACT COM,

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0000 9713 5276

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001

4000 DeKalb Technology Parkway • Building 300 Suite 3(
(770) 454-06(770) 454-0629
(770) 454-0608 FAX