MAR-12-2002 TUE 08:39 AM IFIC FAX NO. 813 281 2943 P. 01

NO. 844 P. 1/2

Surety Bonds Since 1904

**International Fidelity**
INSURANCE COMPANY

March 2002

To: Frank Whelan
Claims

Project Manager,
United States Post Office
2203 N Lois Ave
Tampa Fl 33807-7118

Bond No. 0270990
Principal: Advanced Technology Systems Interators Corps
Project: #123125-00-B-3154, Security Up Grade at Main Postal Facility Bldg 300
Amount: $1,308,990.00

The information requested below is needed to document our files with the current job status and allow us to be in a position to *properly service all parties involved*. Please provide the information requested and return to our office via fax to (813) 281-2943.

| | | |
|---|---|---|
| **If the contract has been completed:** | Final Contract Price: | $ |
| | Date Work Completed & Accepted: | |
| **If the work is still in progress:** | Current Contract Amount: | 1,356,961.14 |
| | Probable Date of Completion: | WHO KNOWS! |
| | Amount paid to date: | $1,025,718.07 |

**General Information:**

| | | |
|---|---|---|
| Were/Are subs & suppliers paid timely? | { } Yes | { ✓ } No |
| Is the work satisfactory to date? | { } Yes | { ✓ } No |
| Is the job progressing on schedule? | { } Yes | { ✓ } No |
| Would you use them again on future projects? | { } Yes | { ✓ } No |

Additional Comments: Contract Completion Date is 9.15.01 Liquidated Damages are Being Assessed
PROJECT IS IN DANGER OF BEING TERMINATED IF WORK DOES NOT PROCEED.
WE HAVE ASK FOR A NEW SCHEDULE BUT AS USUAL HAVE NOT BEEN PROVIDED ANYTHING.

Please do not hesitate to contact our office should you have any questions or wish to discuss this request. Thank you for your time and attention in this regard.

Name: JERRY GIORDANO Title: CONTRACTING OFFICER
Phone #: 770-452-0629 Date: 3-12-02

1211 N. Westshore Blvd #607 ∞ Tampa FL 33607-4622 ∞ (813) 282-8499 ∞ FAX (813) 281-2943

SEC

March 13, 2002

Mr. Jose' Zamora
Advanced Technologies Systems Integrators Corporation
3500 North Miami Avenue
Miami, Florida 33127

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
SEC Project No. USPS-0101

Dear Jose',

"Please" will be the operable word used in this letter. Please provide all of the information that was requested by Mr. Jerry Goddard in our February 28, 2002, meeting at the site. Please provide the personnel and equipment necessary to install the "Security Systems" shown on the construction documents. Please install the gates and fencing shown on the construction documents so that this facility may be secured. Please accept the three (3) attached "Letters of Recommendation" from Stuhl Engineering Consultants, Inc. (SEC) describing the documentation provided by ATC for the contract modifications and our reasons for rejection. Please be mindful of the fact that the U. S. Postal Service has paid ATC in excess of one and one-half million dollars ($1,500,000.00) and we have yet to receive the benefit of even one (1) operable security system at either facility. Please be aware of the fact that these are "Federal Facilities". After the events of September 11, 2001, the entire United States, possibly the entire world, is acutely aware of the need for security at Postal Service facilities. Please be aware that ATC is very close to being terminated at a second U. S. Postal Service project for their inability to complete the work. Finally, please finish this job. It has been over one (1) year and ATC is not even close to completing the construction at this site.

Remember, when you are up to your ass in alligators, the best thing to do is to drain the swamp.

Very truly yours,

Joseph F. Stuhl, III
JFS/ash

CC: Jerry Goddard - U. S. Postal Service

F:\OFFICE\DATA\U. S. POSTAL SERVICE\2001\0101\LETTER-19



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

Date: 5/21/02

Memo to :Greg Warren, ATC

RE: Offer of settlement on Miami AMC and Miami GMF Security and Access Control.

THIS OFFER IS MADE IN AN ATTEMPT TO COME TO A SETTLEMENT OF THE PENDING ISSUES, IF NO AGREEMENT IS MADE ON THIS OFFER AS PRESENTED, IT WILL BE RETRACTED, AND HAVE NO STANDING IN ANY FUTURE SETTLEMENTS.

Greg, This is my FINAL OFFER, if ATC does not agree with this "AS IS", I will issue unilateral change orders on all issues, per my original numbers.

AMC

I will accept your last offer as follows

| | |
|---|---|
| Credits | $10,000 |
| Overpayments | $23,500 |
| Tri State | $70,000 |
| Joe Errickson | $4,000 |
| SEC | $10,000 |
| LD's | $0 |
| | |
| Total | $117,500 |

In addition, ATC MUST SIGN A RELEASE OF CLAIM ON THIS PROJECT.

The USPS will change the Termination for Default into a Mutual Termination

USPS holds $65,362.90 left in ATC original contract and will take remaining $52,137.10 from the GMF contract.
($117,500 - $65,362.90 = $52,137.10)

GMF

My last offer stands

Which is a "net 0" on the mod 3, mod 5, mod 4 , LD's , Casi vs Hirst.

Your last offer included a Mod 9 for $5,000. That was already added to your contract as a PDL that needs to be turned into a mod. Therefore, I have already agreed to this and there is no need to add it to the negotiations.

To settle this dispute, I would issue a mod that shows all the mods and other items canceling each other out and equaling $0.00, ATC must sign the mod. ATC and the USPS would then sign a statement that all issues through mod 9 are not in dispute any longer and agree not to make a claim on any of those issues in the future.

* I would then assign another contract completion date of June 14 (per your schedule) and LD's would begin again on that date.

* I would pay 100% on all equipment (as soon as you send me the breakdown of the schedule of values $ showing labor and materials and I agree with the $ for equipment) and then I would hold whatever % necessary on labor, to collect the remaining $52,137 owed from the AMC.

Jerry Goddard
Contracting Officer

ATC SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY & COMMUNICATIONS

May 23, 2002

Mr. Jerry Goddard, R.A.
United States Postal Service
Facilities Service Office
Building 300, Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Via FedEx & Fax
FedEx tracking # 8316 3818 8079

Re: Offer of Settlement
Miami AMC & GMF Security and Access Control

Dear Mr. Goddard:

ATC is in receipt of your memo dated 5/21/02 (attached) regarding the offer of settlement. Again, we appreciate your cooperation to work towards a reasonable conclusion to both projects. In response to your request for information, we have provided a copy of Payment Application No. 17 (attached), which shows the breakdown between labor and materials. It is our understanding that this payment application was revised from our original request and the current amount indicated was approved based on the walk through between Joseph Stuhl (SEC) and Jose Zamora (ATC) on 5/21/02. Please be reminded that we are relying on your commitment to expedite the release of all future payments per our discussions.

In addition, we are requesting that the "contract completion" date be set at 6/30/02 to allow us some cushion for the unexpected. We are in the process of finalizing certain matters with Hirsch Electronics and it could take a week or two more than anticipated.

We are diligently moving ahead and look forward to your response regarding this matter.

Sincerely,

Gregory W. Warren
Chief Operating Officer
ATC International Holdings, Inc.

CC: Vince Vento w/att
Steve Bodnar w/att
File w/att

Advanced Technology Systems Integrators Corp. ATC - 3500 N Miami Ave. - Miami Fl. 33127 - (305) 670-0282- (305) Fax 670-0292

SYSTEMS INTEGRATORS

ARCHITECTS OF SECURITY & COMMUNICATIONS

June 17, 2002

VIA UPS OVERNIGHT MAIL

Mr. Jerry Goddard, R.A.
United States Postal Service
Facilities Service Office
Building 300, Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

Re: GMF/AM Security
Settlement Agreement

Dear Jerry:

Per your request we are sending you the executed original documents dated 6-11-02 as listed below:

1. Agreement of Settlement (AMC)
2. Modification No. 2 (AMC)
3. Contractor's Release (AMC)
4. Modification No. 9 (GMF)
5. Modification No. 10 (GMF)
6. Modification No. 11 (GMF)

Please sign and return. Thank you in advance for your cooperation.

Sincerely,

Gregory W. Warren

Gregory W. Warren
Chief Operating Officer
ATC International Holdings, Inc.

CC: Vince Vento
Steve Bodnar
File

Advanced Technology Systems Integrators Corp. ATC - 3500 N Miami Ave. - Miami FL 33127 - (305) 670-0282- (305) Fax 670-0292

# U.S. POSTAL SERVICE: CONTRACT MODIFICATION

1. Modification No. M 09: To Contract No.: 123125-00-B-3154

2. Project Name and Location:
Miami GMF Security and access control

New Construction Owned
Project No.:H54096

3. Date Issued: 5/29/02 Page 1 of 1

4. Contractor:
Advanced Technology Systems Integrators
3500 N. Miami Ave
Miami, FL 33127

Attention:
Greg Warren

5. Issued By:
Facilities Service Office

400 DeKalb Technology Parkway
Building 300 Suite 300
Atlanta GA 30340-2799

For Information Call:
Jerry Goddard
Project Manager (770) 454-0600

6. The above numbered contract is modified as set forth in Block 7, by supplemental agreement entered into pursuant to authority of PM 6.5.1. The contractor is required to sign and return two (2) copies of this modification to the issuing Office (See Block 5).

Description of Modification:

Add additional 1-1/2" conduit between VMF and Gate 1 & 2 to facilitate the installation of required conductors.

THIS MOD REPLACES PDL 4/12/02

Amount of mod. $5,000.00

With extension of 0 calendar days for revised completion date of 9/10/01

Compensation provided by this modification for time extension to the contract constitutes full and complete satisfaction for all direct costs, indirect costs, and interest which has been or will be incurred during the period covered by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 1, as heretofore changed, remain unchanged and in full force and effect.

| 8. ACCOUNTS PAYABLE DATA: | ☐ unchanged | ☐ changed, see above. |
|---|---|---|
| 9. SIGNATURES: | | |
| CONTRACTOR Advanced Tech Systems Int Grp | | U.S. POSTAL SERVICE |
| [signature] Pres 6/11/02 | | Contracting Officer<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Atlanta GA 30340-2799 |
| Signature: | Date: | Signature: [signature] Date: 6-20-02 |

US POSTAL SERVICE

# FINDINGS OF FACT FOR CONTRACT MODIFICATIONS

| 1. PROJECT: | 2. CONTRACTOR: | 3. A/E FIRM / CONTRACT NO: | 4. REQUEST NO: |
|---|---|---|---|
| Miami GMF Security and Access Control | ATC | Sthul Engr. | PDL 3/11/02 |

5. REASON FOR MODIFICATION (CHECK ONE):

☐ USPS CHANGE ☐ FIELD CONDITION ☐ DESIGN DEFICIENCY (ESTIMATED RECOVERABLE )

6. FUNDING AVAILABILITY

CHECKED BY: DATE: FUNDS AVAILABLE:

7. NECESSITY FOR CONTRACT MODIFICATION.

PDL to add additional conduit for installation of conductors from gate 1 & 2 to VMF.

This was left out of the original design..

☐ ADDITIONAL SHEETS ATTACHED

BLOCKS 1 THRU 7 PREPARED BY

8. PRICE AND TIME JUSTIFICATION / NEGOTIATION NOTES

This price is "Fair and Reasonable" for the work performed.

☐ ADDITIONAL SHEETS ATTACHED

BLOCK 8 PREPARED BY

| | |
|---|---|
| a. Basic contract amount | $1,308,990.00 |
| b. Previous Mod. thru no. 02 & 06-08 | $42,965.14 |
| c. This Mod. No. PDL 3/11/02 | $5,000.00 |
| d. Total (a+b+c) | $1,356961.14 |
| e. Changes directed (Notice to Proceed issued) but unsettled | |

| 9. APPROVED FOR EXPLANATION (TYPE OR PRINT NAME): | SIGNATURE: | DATE: |
|---|---|---|
| Jerry Goddard<br>CONTRACTING OFFICER | | 3/11/02 |

PS FORM 4909 REVISED 5/93

MFPR2002-1094

ATLANTA FACILITIES SERVICE OFFICE

RECEIVED ... 2002

UNITED STATES POSTAL SERVICE

July 31, 2002

Keith Strange
Through Robert Fraga
475 L'Enfant Plaza, Rm. 4020
Washington, DC 20260

RE: Request for concurrence to Terminate Contract with Advanced Technologies Integrators, Inc.
*Miami P & DC Security & Access Control*
Contract 123125-00 -B-3154 Project H54096

Please review the attached information with regards to your concurrence in the termination for default of our Contract 123125-00-B-3154 with ATC, Inc.

The contract is currently 14 days past the modified completion date of July 15, 2002. The contract was awarded on September 8, 2000 for $1,308,990.00. Construction Modifications for $47,971.14 and two hundred ninety three days have been added to the contract. Contract completion date as modified is July 15, 2002. We have currently paid the contractor $1,087,289.43.

The USPS has made numerous efforts to help the contractor complete this project. In May negotiations with the contractor were held to review several contract modifications requested by ATC, INC. and numerous credits the USPS felt ATC, INC. owed. As a result of these negotiations which involved the USPS Legal Office in Atlanta, ATC, INC. was given a contract time extension of 293 days. A new contract completion date of July 15, 2002 established.

ATC, INC. has now failed to complete the project by this revised date. A request of adequate assurance letter was sent to ATC, INC. on July 15, 2002 and a response was received from ATC, INC. on July 22, 2002. A review of the response shows that the contractor is alleging that weather conditions and cash flow problems have caused him to be delayed.

A site inspection on July 24, 2002, revealed that at least 50% of the work remaining in the project was interior construction that should have been completed regardless of weather conditions. The quality of some of the work in place is also suspect. In addition, the project was not adequately manned.

I do not feel that the contractor has the ability to complete this project. It is my intention to terminate the contract for default at this time.

Please provide concurrence for the termination for default.

Sincerely,

Jerry Goddard
Contracting Officer

Concur: ______________________ Date 8/8/02
Robert Fraga, Manager, Major Facility Purchasing

Approved by: Keith Strange Date 8/12/02
Keith Strange, Vice President Purchasing and Materials

UNITED STATES POSTAL SERVICE

July 31, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Miami P & DC Security & Access Control
*Contract 123125-00-B-3154- Project H54096*

Dear Mr. Vento:

The Postal Service under Clause B, Contracting Officer (Termination for Default) hereby terminates Contract 123125-00-B-3154 for default effective July 31, 2002. This termination is based on but not limited to the following:

- *Contract is delinquent; Contract completion date is July 15, 2002.*
- The progress on the project is not satisfactory.
- The project is not adequately manned.

In addition you may be held responsible for all additional costs the Postal Service incurs in completing the project and any other damages. The Postal Service also reserves all rights and remedies provided by law under the contract.

A letter was sent to you on July 15, 2002, notifying you of the potential for Termination for Default on this contract, and requesting an explanation of your failure to perform per the contract requirements. The explanation offered by ATC, Inc. was not an acceptable cause for delay. Progress on the project was less than acceptable since the last inspection.

Any assistance rendered to you under this contract or acceptance by the Postal Service of delinquent goods or services hereunder will be solely for the purposes of mitigating damages. It is not be construed as an intention on the part of the Postal Service to condone any delinquency, or as a waiver of any rights the Postal Service may have under subject contract.

You may appeal this decision to the Postal Service Board of Contract Appeals. If you decide to appeal, mail or otherwise furnish written notice (preferably in triplicate) to the Contracting Officer within 90 days from the date you receive this decision. The notice should reference this decision and indicate an appeal is intended. Instead of appealing to the Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within twelve (12) months from the date you receive this decision.

In taking an appeal to the Board of Contract Appeals, you may include in your notice of appeal an election to proceed under the Board's Accelerated procedure, which provides for a decision within approximately 180 days. If you do not make an election in the notice to appeal, you may do so with written notice any time thereafter.

Sincerely,

Jerry Goddard
Contracting Officer

Received By ______________________ Date __________

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
*Lovett Silverman Construction Consultants, Inc.*
320 East South Street, Suite 160
Orlando, FL 32801-3508

UNITED STATES POSTAL SERVICE.

# Offer and Award

## Fixed Price Construction

| | | | |
|---|---|---|---|
| Facility MIAMI, FL - P&DC | Project Security & Access Control System | | |
| 1. Contract Number 123125-00-B-3154 | 2. Solicitation Number 123125-00-A-0081 | 3. Project # H54096 | 4. Socio/Economic |
| 5. a. Issued by ATLANTA FSO 4000 DEKALB TECH PKWY #300 ATLANTA GA 30340-2799 | 5. b. For Information call *(No Collect Calls)* LESLIE MARTIN (770)-454-0660 Fax: (770)-454-0679 | | |
| 6. a. Offeror/Contractor ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS 9100 S DADELAND BLVD STE 907 MIAMI FL 33156 | b. Contact Name: c. Telephone Number: Fax Number d. TIN: e. Parent TIN: TIN = Taxpayer Identification Number | | |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

See Section C

8. Items & Prices/General Description of Requirement

The contractor will perform all work called for under this contract, including furnishing all material, labor and equipment for the upgrade perimeter and building security at two Postal facilities - Miami, FL - AMF located at 5876 NW 18th Street, Bldg #2210 and at the Miami, FL - P&DC located at 2200 NW 72nd Ave, in accordance with this solicitation, attached specifications, drawings and any amendment added thereto.

TOTAL: $ 1,308,990 in words One Million Three Hundred Eight Thousand Nine Hundred Ninety

Performance Time in Calendar Days: 230

9. Optional Provisions/Clauses listed below are applicable to this contract:

| | | | |
|---|---|---|---|
| *Section C: B-59* | *Construction Progress Chart* | *Section H: 2-22* | *Value Engineering Incentive* |
| *Section H: 3-2* | *Part of Small, Min, Woman Owned Bus* | *Section K: OA-38* | *Prequalified Sources or Supplies and* |
| *Section K: OA-5* | *Postaward Conf* | | |

10. Billing Instructions (Submit Invoices to) THOMAS A BISTLINE
ATLANTA FSO
4000 DEKALB TECHNOLOGY PKWY #300
ATLANTA GA 30340-2799

| | | | |
|---|---|---|---|
| 11. Contractor Signature: [signature] | Date: 4/5/00 | 12. US Postal Service Signature [signature] | Date: 9-8.00 |
| Name of Person Authorized to sign EDWIN HEINEMANN | | Name of Contracting Officer: JERRY GODDARD | |

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
9700 S. Dadeland Blvd. Ste. 907
Miami, FL 33156-7815

RE: Notice of Suspension of Work
Miami, FL - GMF Security and Access Control System
Contract 123125-00-B-3154

Dear Mr. Vento:

Advanced Technologies Integrators, Inc. is directed to immediately cease all work at the job-site until further notice.

Sincerely,

Jerry Goddard
Contracting Officer

Received By ______________________ Date __________

Cc: Frank Whelan
International Fidelity Insurance Co
Bond No. SEIFSU0270990
One Newark Center
Newark, NJ 07102

Richard Sexton
Lovett Silverman Construction Consultants, Inc.
320 East South Street, Suite 160
Orlando, FL 32801-3508

DELIVERED BY J. GODDARD TO GREG WARREN 1:05 PM ON 7/31/02

Witnessed by [illegible] - Postal Police Supervisor 7/31/02 13:05

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here 7/17/02

7001 2510 0000 9713 2190

Sent To Vincent Vento/ATSI
Street, Apt. No.; or PO Box No. 3500 N Miami Ave
City, State, ZIP+4 Miami FL 33127-3112

PS Form 3800, January 2001 See Reverse for Instructions

ATLANTA FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

July 15, 2002

Mr. Vincent Vento
Advanced Technology Systems Integrators
3500 N Miami Ave
Miami, FL 33127-3112

RE: 3rd Show Cause: Miami, FL - GMF - Security and Access control System
Contract No. 12315-00-B-3154

Dear Mr. Vento:

The Notice to Proceed on the above referenced project was issued on January 15, 2001, with a 230-day construction term. The revised contract completion date is now July 15, 2002.

Since you have failed to perform on contract 123125-00-B-3154 with respect to:

- *Failure to complete project per revised contract completion date*

Therefore the US Postal Service is considering terminating said contract pursuant to Clause B-13 (TERMINATION FOR DEFAULT). Pending a decision in this matter, it will be necessary to determine whether your failure to perform arose out of causes beyond your control and without fault or negligence on your part. Accordingly, you are hereby afforded the opportunity to present, in writing, any facts bearing on the question to Jerry Goddard, 4000 DeKalb Technology Parkway, Bldg. 300, Ste. 300, Atlanta GA 30340-2798, within ten (10) days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the contractor and the Postal Service under Clause B-13 (TERMINATION FOR DEFAULT) and the liabilities that may be invoked in the event a decision is made to terminate for default of the contract.

At this time the Project is in liquidated damages of $100/day.

Sincerely,

Jerry Goddard
Contracting Officer

CC: Frank Whelan, Bond # SEIFSU0270990
International Fidelity Insurance Company
1211 N Westshore Blvd #607
Tampa, FL 33607-4622

4000 DEKALB TECHNOLOGY PARKWAY • BLDG 300 SUITE 300 • ATLANTA GA 30340-2798
(770) 454-8631 jgoddard@email.usps.gov

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Addr
2. ☐ Restricted Deliver

Consult postmaster for fee

3. Article Addressed to:
Mr. Vincent Vento
Adv. Tech. Sys. Integrators
3500 N. Miami Ave.
Miami, FL 33127-3112

4a. Article Number
7001 2510 0000 9713

4b. Service Type
☐ Registered ☑ Cert.
☐ Express Mail ☐ Insu
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
4/22

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form **3811**, December 1994 Domestic Return Rec

SEC

August 6, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# LETTER OF RECOMMENDATION

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
USPS Project Authorization No. 0-4H-115851-C-586
USPS Contract No. 123125-02-J-3011
SEC Project No. USPS-0101

Dear Jerry,

Please accept this letter as documentation from Stuhl Engineering Consultants, Inc. (SEC) regarding the return of temporary employee badges issued to Advanced Technologies Systems Integrators Corp. (ATC), and the delivery of equipment paid for by the U. S. Postal Service for this project. During our meeting of Wednesday, July 31, 2002, you issued a "Stop Work" order to Mr. Greg Warren of ATC, and informed both him and Mr. Jose' Zamora that you would be seeking termination of the contract between ATC and the U. S. Postal Service for this project. Subsequent to the stop work order you directed ATC to immediately deliver all equipment paid for by the U. S. Postal Service for the above referenced project. Additionally, Captain Hanson of the Postal Police directed that all ATC temporary employee badges, issued by the U. S. Postal Service for construction of the above referenced project, be returned to Mr. James Burney, Maintenance Engineering Specialist at the P&DC, by Monday, August 5, 2002.

Today, I contacted Captain Hanson, Mr. James Burney and Mr. Jerry Shoib, Industrial Engineer at the P&DC, to inquire if the ATC badges had been returned or if the equipment has been delivered to the site as directed. I also inquired if any of them had been contacted by ATC requesting more time for these deliveries. I was informed that ATC has not delivered any of the badges or equipment and that no contact has been made by ATC requesting additional time for the deliveries. I have left numerous messages for Mr. Zamora requesting confirmation of the time we may expect delivery of these items, but I have not received a response.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812