SEC

August 26, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# LETTER OF RECOMMENDATION

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
USPS Contract No. 123125-02-J-3011
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please be advised that Stuhl Engineering Consultants, Inc. (SEC) has completed the first part of our Phase I Inspection at the above referenced facility. The purpose of our Phase I inspection is to determine what specific items of equipment are missing at this site, define the labor needed to complete the construction at this site and prepare the documents necessary to obtain proposals from the selected contractors. This report is offered to document our field observations and to forward our recommendations for completing the "Phase II Construction" of this facility. The construction to be performed during Phase II will include all labor and materials necessary to secure the perimeter of this project site.

In general, we observed that some major items of equipment are missing and that a considerable amount of work will be required to secure this facility. The previous contractor, Advanced Technologies Systems Integrators Corp. (ATC), did not complete installation of any of the electrical or electronic systems at this facility and the gates, fencing, bollards, concrete work, paving and general construction of the six (6) gates is very poor. SEC estimates that ATC completed, approximately, sixty percent (60%) of the construction required to secure this facility.

ATC installed a fiber optic cable that was too big for the conduits that ATC installed. Additionally, the installed cables have been damaged by vehicle traffic because ATC did not secure the cables out of harms way. SEC recommends replacement of all exterior cables associated with the Access Control System (ACS), the Closed-Circuit Television System (CCTV) and the Intercom System (IC) as required to make the six (6) gates operational during the Phase II construction. Refer to the attached "Gate Construction Reports" for the corresponding work at each gate.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



None of the six (6) horizontal sliding cantilevered gates has been properly installed and a good amount of material and labor will be required to complete these gates. One (1) of the cantilever gate controllers is missing and all of the barrier gate controllers will have to be purchased and installed. ATC did not properly install the control loops or the fencing, and the concrete and asphalt work are in an uncompleted state. We are missing several bollards and several of the white poles for the ACS/CCTV/IC devices at each of the gates. None of the ACS/CCTV/IC poles has been mounted and a considerable amount of general structural support is also required at almost all of the gates.

SEC prepared a specific report for each gate listing the equipment missing and the labor which will be required to complete construction at each gate and make it operable. We are recommending that three (3) contractors be used to complete this work and that Tri-State Life Safety and Electric Systems, Inc. (TLS) be used at the sole source for all contracts with the U. S. Postal Service. SEC has defined the specific tasks for each gate by contractor and we have requested a separate line item price for each task. This will allow us to determine if specific items are to be omitted based on price during the Phase II construction.

Please feel free to contact me with any questions you may have regarding the services provided by SEC or the items recommended in the attached reports. Thank you for choosing SEC to provide the engineering for this project.

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

F:\OFFICE\DATA\U.S. POSTAL SERVICE\2001\0101\LETTER-33

SEC

September 23, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# LETTER OF CLARIFICATION

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
USPS Project Authorization No. 0-4H-115851-C-586
USPS Contract No. 123125-02-J-3011
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as a clarification from Stuhl Engineering Consultants, Inc. (SEC) about the over-payments made to Advanced Technologies Systems Integrators Corp. (ATC), the former contractor for the above referenced project. This letter is in response to your request for an estimate of the costs associated with completing construction of the above referenced project. The following will identify the items of equipment which have been paid for by the U. S. Postal Service but have not been received and are not present at the site.

On July 31, 2002, you issued a "Stop Work" order to ATC. Subsequent to the stop work order, SEC was requested to document the percentage of construction completed by ATC, and to list the equipment installed or being stored at the site. During the past seven (7) weeks, SEC performed a number of inspections to determine what equipment is missing and required to complete this project. SEC enlisted the services of various contractors to determine what equipment at the site could be reused or needed to be replaced for completion of this project. The following list of equipment was generated during our inspections and the pricing associated with each item was provided by the contractors involved during these inspections.

This letter has been divided into sections to define the specific system or area of construction where equipment is missing. The information contained in this letter follows the format and specific items identified in Pay Application No. 17 issued by ATC for their final payment.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



*ATC Pay Application - Item No. 6 - Closed-Circuit Television (CCTV) System Equipment*

The total dollar amount for this item is shown at two hundred eighty-seven thousand, five hundred sixty dollars ($287,560.00) in the ATC spreadsheet. ATC has been paid a total of two hundred sixty-nine thousand, three hundred thirty-nine dollars and twenty-five cents ($269,339.25.00) to date. This leaves a balance of eighteen thousand, two hundred twenty dollars and seventy-five cents ($18,220.75) for the CCTV equipment required to complete this project. The following list identifies the CCTV Equipment missing from this site and the total cost for each item.

| | Equipment, Quantity and Description | Total Cost |
|---|---|---|
| 1. | One (1) Vicon Graphic Interface Unit (GUI) computer and programming | $ 19,877.00 |
| 2. | Six (6) Vicon Verifocal, Auto Iris Lens | $ 829.00 |
| 3. | Six (6) Vicon Color CCD Cameras | $ 1,613.00 |
| 4. | Nine (9) Camera Surge Protectors | $ 553.00 |
| 5. | Five hundred fifty-eight (558) three (3) part BNC Connectors | $ 990.00 |
| 6. | Eighty-six (86) type ST Fiber Optic Connectors | $ 1,188.00 |
| 7. | One (1) UPS Battery Backup System for GUI | $ 300.00 |
| | Total of CCTV Equipment Costs | $ 25,350.00 |

The total dollar amount required to provide the missing CCTV Equipment will exceed the balance shown above by a total of seven thousand, one hundred twenty-nine dollars and twenty-five cents ($7,129.25) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 8 - Access Control System (ACS) Equipment*

The total dollar amount for this item is shown at one hundred thirty-one thousand, six hundred seventy dollars ($131,670.00) in the ATC spreadsheet. ATC has been paid a total of one hundred twelve thousand, five hundred seventy-seven dollars and eighty-five cents ($112,577.85) to date. This leaves a balance of nineteen thousand ninety-two dollars and fifteen cents ($19,092.15) for the ACS equipment required to complete this project. The following list identifies the ACS Equipment missing from this site and the total cost for each item.

| | Equipment, Quantity and Description | Total Cost |
|---|---|---|
| 1. | One (1) Hirsch Video Capture Card | $ 1,356.00 |
| 2. | One (1) Microsoft SQL Serve Software | $ 2,000.00 |
| 3. | One (1) Dell Computer - Server with NT Software | $ 9,532.00 |
| 4. | Two (2) Dell Computers - Client with NT Software | $ 5,809.00 |
| 5. | Three (3) UPS Battery Backup Systems for ACS Computers | $ 600.00 |
| 6. | One thousand five hundred (1,500) HID Proximity Cards | $ 11,499.00 |
| 7. | One (1) Magic Card Turbo Flip Printer | $ 7,263.00 |
| 8. | Seven (7) Magic Card Color Print Ribbons | $ 904.00 |
| 9. | One (1) RGB Video Camera for Badging | $ 1,162.00 |
| 10. | Fourteen (14) Hirsch Memory Buffer Expansion Boards | $ 5,422.00 |

SEC



| | | |
|---|---|---|
| 11. | One (1) Hirsch Enrollment Reader | $ 485.00 |
| 12. | Forty-four (44) Sets of Maglock Accessory Kits | $ 1,243.00 |
| 13. | One (1) HUB for ACS Computer Network | $ 150.00 |
| 14. | One (1) Slot Punch for ACS Proximity Cards | $ 404.00 |
| 15. | Fourteen (14) Relays for Fire Alarm System (FAS) Shut-down | $ 339.00 |
| 16. | Ninety-three (93) Hirsch MELM3 Tamper and Supervisor Modules | $ 1,500.00 |
| 17. | Four (4) Emergency Break glass Stations | $ 760.00 |
| 18. | Fourteen (14) Batteries for Existing Power Supplies | $ 204.00 |
| 19. | Nine (9) Hirsch Long-Range Proximity Card Readers | $ 6,202.00 |
| 20. | Twenty (20) Hirsch Long-Range Card Reader Power Supplies | $ 2,237.00 |
| 21. | Twenty (20) Exterior Card Reader Standoffs | $ 525.00 |
| 22. | Fourteen (14) Stainless Steel Plates for Turnstile Card Readers | $ 339.00 |
| 23. | Two (2) Exterior Pedestrian Gate Maglocks and Accessories | $ 1,285.00 |
| 24. | Fifteen (15) Recessed Door Contacts | $ 67.00 |
| | Total of ACS Equipment Costs | $ 61,287.00 |

The total dollar amount required to provide the missing ACS Equipment will exceed the balance shown above by a total of forty-two thousand, one hundred ninety-four dollars and eighty-five cents ($42,194.85) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 13c - Patching Materials*

The total dollar amount for this item is shown at fifteen thousand dollars ($15,000.00) in the ATC spreadsheet. ATC has been paid a total of thirteen thousand, seven hundred seventy-five dollars ($13,775.00) to date. This leaves a balance of one thousand, two hundred twenty-five dollars ($1,225.00) for the Patching Materials required to complete this project. The following list identifies the Patching Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Saw cut and Remove Concrete and Replace with Asphalt as Required | $ 500.00 |
| 2. | Chip Concrete Slag at Islands and fill with Asphalt as Required | $ 300.00 |
| 3. | Fill Numerous Divots Throughout Site - Made by ATC Back Hoe | $ 300.00 |
| 4. | Nine (9) Asphalt Speed Bumps Below Sliding Cantilevered Gates | $ 300.00 |
| | Total of Patching Materials Costs | $ 1,400.00 |

The total dollar amount required to provide the missing Patching Materials will exceed the balance shown above by a total of one hundred seventy-five dollars ($175.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 13e - Concrete Materials*

The total dollar amount for this item is shown at nine thousand dollars ($9,000.00) in the ATC

SEC



spreadsheet. ATC has been paid a total of eight thousand, five hundred fifty dollars ($8,550.00) to date. This leaves a balance of four hundred fifty dollars ($450.00) for the Concrete Materials required to complete this project. The following list identifies the Concrete Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | Total Cost |
|---|---|
| 1. Complete Chamfer of Outside Corners (600 linear feet) | $ 300.00 |
| 2. Complete Bonding of Concrete and Skim Coat (500 square feet) | $ 300.00 |
| 3. Repair Broken Concrete at Twelve (12) Locations | $ 300.00 |
| 4. Complete Yellow Paint of Traffic Areas (600 square feet) | $ 400.00 |
| Total of Concrete Materials Costs | $ 1,300.00 |

The total dollar amount required to provide the missing Concrete Materials will exceed the balance shown above by a total of eight hundred fifty dollars ($850.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14a - Sliding Gate Operators Materials*

The total dollar amount for this item is shown at forty-four thousand dollars ($44,000.00) in the ATC spreadsheet. ATC has been paid a total of forty-one thousand, eight hundred dollars ($41,800.00) to date. This leaves a balance of two thousand, two hundred dollars ($2,200.00) for the Sliding Gate Operators Materials required to complete this project. The following list identifies the Sliding Gate Operators Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | Total Cost |
|---|---|
| 1. Twenty-one (21) Vehicle Loops for Safety Closing of Gates | $ 3,150.00 |
| 2. Sixteen (16) Peak Automation Model 625 Vehicle Loop Detectors | $ 4,800.00 |
| 3. Eight (8) UL-325 B&B Safety Beams and Controllers | $ 16,000.00 |
| 4. One (1) UL-325 B&B Gate Controller with Safety Beams | $ 6,720.00 |
| Total of Sliding Gate Operators Materials Costs | $ 30,670.00 |

The total dollar amount required to provide the missing Sliding Gate Operators Materials will exceed the balance shown above by a total of twenty-eight thousand, four hundred seventy dollars ($28,470.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14c - Cantilever Gate Materials*

The total dollar amount for this item is shown at twenty-four thousand dollars ($24,000.00) in the ATC spreadsheet. ATC has been paid a total of twenty-two thousand, eight hundred dollars ($22,800.00) to date. This leaves a balance of one thousand two hundred dollars ($1,200.00) for the Cantilever Gate Materials required to complete this project. The following list identifies the

SEC



Cantilever Gate Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | B&B Drive Rails (180'-0" linear feet) | $ 1,980.00 |
| 2. | Structural Supports Required for Cantilevered Gates | $ 8,500.00 |
| Total of Cantilevered Gate Materials Costs | | $ 10,480.00 |

The total dollar amount required to provide the missing Cantilever Gate Materials will exceed the balance shown above by a total of nine thousand, two hundred eighty dollars ($9,280.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14g - Fencing Materials*

The total dollar amount for this item is shown at eight thousand five hundred dollars ($8,500.00) in the ATC spreadsheet. ATC has been paid a total of eight thousand seventy-five dollars ($8,075.00) to date. This leaves a balance of four hundred twenty-five dollars ($425.00) for the Fencing Materials required to complete this project. The following list identifies the Fencing Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Two (2) Weather-proof Pedestrian Gate Closures at Gates No. 1 & 6 | $ 450.00 |
| 2. | Correct New Fencing Support at Gates No. 1, 2, 3, 5 & 6 | $ 200.00 |
| 3. | Correct New Fencing Terminations at Gates No. 1, 2 & 6 | $ 250.00 |
| 4. | Replace Existing 6' Fencing at Gate No. 2 (40 linear feet) | $ 600.00 |
| 5. | Replace Existing 6' Fencing at Gate No. 6 (25 linear feet) | $ 375.00 |
| Total of Fencing Materials Costs | | $ 1,875.00 |

The total dollar amount required to provide the missing Fencing Materials will exceed the balance shown above by a total of one thousand, four hundred fifty dollars ($1,450.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14i - Bollards Materials*

The total dollar amount for this item is shown at sixteen thousand, two hundred seventy-five dollars ($16,275.00) in the ATC spreadsheet. ATC has been paid a total of fifteen thousand, four hundred forty-one dollars and twenty-five cents ($15,461.25) to date. This leaves a balance of eight hundred thirteen dollars and seventy-five cents ($813.75) for the Bollards Materials required to complete this project. The following list identifies the Bollards Materials required at this site and the total cost for each item.

Equipment, Quantity and Description | Total Cost

SEC



| | | |
|---|---|---|
| 1. | One (1) - Relocate 4" Bollard in Island at Gate No. 5 | $ 400.00 |
| 2. | One (1) - Relocate 8" Bollard at Gate No. 5 | $ 600.00 |
| 3. | Two (2) - Install 4" Bollards in Employee Parking Lot at Gate No. 2 | $ 350.00 |
| 4. | One (1) - Install 8" Bollard at Gate No. 2 | $ 450.00 |

Total of Bollards Materials Costs $ 1,800.00

The total dollar amount required to provide the missing Bollards Materials will exceed the balance shown above by a total of nine hundred eighty-six dollars and twenty-five cents ($986.25) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14k - Gate Pedestal Materials*

The total dollar amount for this item is shown at eight thousand dollars ($8,000.00) in the ATC spreadsheet. ATC has been paid a total of five thousand, two hundred twenty-five dollars ($5,225.00) to date. This leaves a balance of two thousand, seven hundred seventy-five dollars ($2,775.00) for the Gate Pedestal Materials required to complete this project. The following list identifies the Gate Pedestal Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Six (6) - Provide Missing Gate Pedestals | $ 7,218.00 |

Total of Gate Pedestal Materials Costs $ 7,218.00

The total dollar amount required to provide the missing Gate Pedestal Materials will exceed the balance shown above by a total of four thousand, four hundred forty-three dollars ($4,443.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 14m - General Materials*

The total dollar amount for this item is shown at six thousand five hundred dollars ($6,500.00) in the ATC spreadsheet. ATC has been paid a total of six thousand, one hundred seventy-five dollars ($6,175.00) to date. This leaves a balance of three hundred twenty-five dollars ($325.00) for the General Materials required to complete this project. The following list identifies the General Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Nine (9) - Missing Gate Flashing Amber Lights | $ 6,349.00 |
| 2. | Eighteen (18) - Missing Spare Lamps | $ 92.00 |

Total of General Materials Costs $ 6,441.00

The total dollar amount required to provide the missing General Materials will exceed the balance

SEC



shown above by a total of six thousand, one hundred sixteen dollars ($6,116.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 16 - Switchgear, Conduit, Fittings Materials*

The total dollar amount for this item is shown at one hundred twenty-eight thousand dollars ($128,000.00) in the ATC spreadsheet. ATC has been paid a total of one hundred fifteen thousand, five hundred twenty dollars ($115,520.00) to date. This leaves a balance of twelve thousand, four hundred eighty dollars ($12,480.00) for the Switchgear, Conduit Fittings Materials required to complete this project. The following list identifies the Switchgear, Conduit, Fittings Materials required at this site and the total cost for each item.

| | Equipment, Quantity and Description | Total Cost |
|---|---|---|
| 1. | 2" EMT Conduit for ACS in VMF (500 linear feet) | $ 875.00 |
| 2. | Fifty (50) - 2" Conduit Fittings and Hangers | $ 1,245.00 |
| 3. | 1" PVC Conduit for PTZ-006 (560 linear feet) | $ 2,831.00 |
| 4. | Fifty-six (56) - 1" PVC Conduit Fittings | $ 162.00 |
| 5. | Six (6) - Hoffman Box Fans and Filters | $ 1,280.00 |
| 6. | Fourteen (14) - Nema 3R Enclosures for Gate and Barrier Connections | $ 819.00 |
| 7. | 3/4" Seal-Tite Flex Conduit for Exterior Connections (200 linear feet) | $ 808.00 |
| 8. | Fifty-two (52) - 3/4" Seal-Tite Fittings | $ 332.00 |
| 9. | Forty-five (45) - 20 Amp, Duplex IG, Surge Protected Receptacles | $ 2,694.00 |
| 10. | Forty-five (45) - Cast Outlet Boxes | $ 1,139.00 |
| 11. | 3/4" Conduit for ACS Computer Interface (3,000 linear feet) | $ 1,480.00 |
| 12. | Sixty (60) - 3/4" Conduit Fittings for ACS Computer Interface | $ 83.00 |
| 13. | Thirty (30) - Junction Boxes for ACS Computer Interface | $ 174.00 |
| 14. | 3/4" Conduit for Missing ACS, IC and CCTV Devices (750 linear feet) | $ 370.00 |
| 15. | Twenty (20) - 3/4" Conduit Fittings for Missing Devices | $ 116.00 |
| 16. | Ten (10) Junction Boxes for Missing ACS, IC and CCTV Devices | $ 58.00 |
| 17. | 2" Galv. Rigid Conduit for ACS Devices at Gate No. 5 (600 linear feet) | $ 2,707.00 |
| 18. | Sixty (60) - 2" Galvanized Rigid Conduit Fittings | $ 249.00 |
| 19. | One (1) - Lot Price for Installation of W.P. Field Connectors | $ 784.00 |
| 20. | 3/4" Conduit for Fire Alarm Interface Cable (4,000 linear feet) | $ 1,973.00 |
| 21. | Eighty (80) - 3/4" Conduit Fittings for Fire Alarm Interface | $ 462.00 |
| 22. | Forty (40) - Junction Boxes for Fire Alarm Interface | $ 232.00 |
| 23. | Pull-rope (11,600 linear feet) | $ 890.00 |
| 24. | 3/4" PVC Conduit at Gates (180 linear feet) | $ 61.00 |
| 25. | Thirty-six (36) - 3/4" PVC Fittings | $ 8.00 |
| 26. | 3/4" Galv. Rigid Conduit for Lightning Conductors (100 linear feet) | $ 142.00 |
| 27. | Ten (10) - 3/4" Rigid Conduit Fittings | $ 47.00 |
| | Total of Switchgear, Conduit, Fittings Materials Costs | $ 22,021.00 |

The total dollar amount required to provide the missing Switchgear, Conduit, Fittings Materials will exceed the balance shown above by a total of nine thousand, five hundred forty-one dollars

SEC



($9,541.00) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 17 - Lighting and Poles Materials*

The total dollar amount for this item is shown at sixteen thousand, eight hundred thirty dollars ($16,830.00) in the ATC spreadsheet. ATC has been paid a total of fifteen thousand, nine hundred eighty-eight dollars and fifty cents ($15,988.50) to date. This leaves a balance of eight hundred forty-one dollars and fifty cents ($841.50) for the Lighting and Poles Materials required to complete this project. The following list identifies the Lighting and Poles Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Nine (9) - 4' Copper Lightning Protection Rods with Brass Base | $ 800.00 |
| 2. | Six (6) - Recessed Photocells for PL Lights at Gates No. 1 thru 6 | $ 249.00 |
| 3. | Fifty (50) - Band Straps for Pole Mounted Exposed Conduits | $ 362.00 |
| 4. | Nine (9) - Exothermic Welds and Grounds | $ 144.00 |
| Total of Lighting and Poles Materials Costs | | $ 1,555.00 |

The total dollar amount required to provide the missing Lighting and Poles Materials will exceed the balance shown above by a total of seven hundred thirteen dollars and fifty cents ($713.50) for this item. Labor has not been included in this item.

*ATC Pay Application - Item No. 18a - Cable Materials*

The total dollar amount for this item is shown at fifty-six thousand, two hundred fifty dollars ($56,250.00) in the ATC spreadsheet. ATC has been paid a total of forty-eight thousand ninety-three dollars and seventy-five cents ($48,093.75) to date. This leaves a balance of eight thousand, one hundred fifty-six dollars and twenty-five cents ($8,156.25) for the Cable Materials required to complete this project. The following list identifies the Cable Materials required at this site and the total cost for each item.

| Equipment, Quantity and Description | | Total Cost |
|---|---|---|
| 1. | Category 5E, Plenum Rated Cable - (3,000 linear feet) | $ 638.00 |
| 2. | Plenum Rated Cable for Fire Alarm Interface - (4,000 linear feet) | $ 716.00 |
| 3. | Outdoor Rated Fiber Optic Cable - (32,500 linear feet) | $ 12,045.00 |
| 4. | Outdoor Rated Access Control Cable - (22,000 linear feet) | $ 4,808.00 |
| 5. | Outdoor Rated Intercom Cable - (24,000 linear feet) | $ 2,853.00 |
| 6. | Outdoor Rated Power Cable - (3,000 linear feet) | $ 356.00 |
| 7. | Indoor Access Control Cable - (3,000 linear feet) | $ 656.00 |
| 8. | Coaxial Patch Cords - (1,000 linear feet) | $ 268.00 |
| 9. | #10 THWN, Copper Power Conductors - (600 linear feet) | $ 179.00 |
| 10. | #6 THWN, Copper Lightning Conductors (400 linear feet) | $ 73.00 |

SEC



| | | |
|---|---|---|
| 11. | 16/2 Copper Cable for Maglocks (1,000 linear feet) | $ 119.00 |
| | Total of Cable Materials Costs | $ 22,711.00 |

The total dollar amount required to provide the missing Cable Materials will exceed the balance shown above by a total of fourteen thousand, five hundred fifty-four dollars and seventy-five cents ($14,554.75) for this item. Labor has not been included in this item.

By adding the amounts of the above referenced ATC Pay Application Items, the total dollar amount over-paid to ATC is one hundred twenty-five thousand, nine hundred three dollars and sixty cents ($125,903.60) for equipment and materials not received at this site. It should be noted that the above referenced pricing reflects only those items of equipment that we were able to visually observe. Given the past history of ATC, there may be additional equipment and materials which are not visible and may need to be added to this list.

SEC considers this amount of materials missing from any project to be fraudulent and immediate steps should be taken to obtain either the total dollar amount owed to the U. S. Postal Service or the equipment and materials required to complete this project. It should also be noted that this estimate does not include the labor which will be required by the new contractor to correct any actual mistakes made by ATC when the new contract is signed.

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

F:\OFFICE\DATA\U.S. POSTAL SERVICE\2001\0101\LETTER-37

UNITED STATES POSTAL SERVICE

# FAX / TRANSMITTAL

FACILITIES SERVICE OFFICE
BLDG 300 SUITE 300
4000 DEKALB TECH PKWY.
ATLANTA GA 30340-2799

TEL: (770) 454 - 0629
FAX: (770) 454 - 0603

DATE: 5.9.02

☐ TO: GREG WARREN ☐ FROM: [signature]

COMPANY: ATC

PHONE....(..........) ..........

Pages includes this cover sheet: 2

FAX........(..........)..........

☐ REFERENCE :

We are sending you : Attached..............Under separate cover via..............the following:

☐.....SCOPE OF WORK FOR PROPOSAL
☐.....EXECUTED A / E WORK ORDER
☐.....EXECUTED WORK ORDER
☐.....PLANS / SPECIFICATIONS / COPPY
☐.....CHANGE REQUEST
☐.....EXECUTED CHANGE REQUEST
☐.....TCC WORK ORDER PROPOSAL FOR CONTRACTOR REVIEW
☐.....FOR YOUR USE ☐....AS REQUESTED ☐....FOR REVIEW & RETURN ☐............OTHER

COMMENTS / REMARKS:

OFFER ON GMF & AMC

"NOTE OFFER GOOD until Monday "COB" 5/13/02

COPY TO:.......... SIGNED:..........



ATSIC document production - March 4, 2005
0000933

USPS negotiation offer 5/9/02 If ATC fails to agree to this by 5/13/02 offer is retracted

AMC Security

| | USPS Original | ATC | USPS Revised |
|---|---|---|---|
| Credits | $19,413.13 | $6,913.13 | $13,000.00 |
| Overpayments | $27,447.01 | $23,098.54 | $24,000.00 |
| TriState | $76,715.00 | $50,000.00 | $75,000.00 |
| Joe Erricson | $7,907.00 | $0.00 | $5,000.00 |
| SEC | $24,040.00 | $10,000.00 | $12,000.00 |
| LD's | $27,100.00 | $ 13,000.00 | $0.0 |
| TOTALS | $182,622.14 | $103,011.67 | $129,000.00 |

USPS holds $65,362.90 left in ATC contract and takes remaining $63,637.10 from GMF contract. ($129,000 total owed -$65,362.90 left in contract = $63,637.10 owed to USPS)

In addition, ATC must sign a release of claim on this project.

---

Miami GMF Security

PDC

| | | | |
|---|---|---|---|
| Mod 3 | $37,900.00 | $37,995.30 | |
| Mod 5 | $10,000.00 | $15,199.49 | |
| Mod 4 | ($21,899.00) | $0.00 | |
| LD's | ($23,000.00) | ($11,000.00) | |
| Casi vs Hirst | (20,000.00) → 10,000 | $0.00 | |
| Total | ($16,999.00) | $42,194.79 | $0.00 |

USPS proposal make this a "push". USPS deletes credits due and LD's ATC signs mod for " net 0"

USPS will pay 100% on materials, after we reach agreement on the amount and reduce the % on labor to an amount to attain the $63,637.10 owed from the AMC project.

Jerry Goddard
Contracting Officer

5.9.02
Date

TEL 770-454-0629
FAX 770-454-0608

To: Jerry Goddard - USPS
From: Greg Warren - ATC Systems
Re: AMC and P&DC Projects USPS

Date: 5-2-2002
Note: For discussion purposes only. No implied agreement. Response to J. Goddard handwritten fax dated 5-1-02 (see attached) ← NOT FAXED BECAUSE I KNOW YOU KEPT YOUR COPY.

5/7/02
Per Jerry

| DIFF | Description | Costs Under Review: USPS Position | Costs Under Review: ATC Position | | Remarks | |
|---|---|---|---|---|---|---|
| 12500 | 1) Credits | $ 19,413.13 | $ 6,913.13 | | ATC contends Hirsch meets spec performance per Hirsch letter and USPS also accepted Hirsch. No credits | Prove Jerry check horn of spec. section Self Diagnostic |
| 4349 | 2) Overpayments | $ 27,447.01 | $ 23,098.54 | | Figures based on meeting | |
| | | | | Item 1) | $ 2,499.54 | |
| | | | | Item 2) | $ 2,440.00 | |
| | | | | Item 3) | $ 18,159.00 | |
| | | | | Total | $ 23,098.54 | |
| 26715 | 3) TriState | $ 76,715.00 | $ 50,000.00 | | ATC contests all work not necessarily part of our original contract | Only did electronics |
| 7907 | 4) Joe Ericson | $ 7,907.00 | $0.00 | | ATC contends this work is part of TriState responsibility and costs doubled up and are not part of base contract | G.C. Misc work |
| 14040 | 5) Additional SEC Fees | $ 24,040.00 | $ 10,000.00 | | ATC contends SEC fees are excessive over billing | |
| 14100 | 6) L.D.'s | $ 27,100.00 | $ 13,000.00 | | ATC doesn't accept full responsibility for project delay | |
| 45 | 7) Approved P&DC Mod's 1,2,6,7,8 and PDL | $ 47,971.14 | $ 48,016.14 | 1 = | $ 9,850.75 | |
| | | | | 2 = | $ 17,500.00 | |
| | | | | 6 = | $ 540.60 | |
| | | | | 7 = | $ 11,683.00 | |
| | | | | 8 = | $ 3,441.79 | |
| | | | | PDL = | $ 5,000.00 | |
| | 8) Pending Mod's | | | 5/6/02 | | |
| | Mod 3 | $ 37,900.00 | $ 37,995.30 | | | |
| 5199 | Mod 5 | $ 10,000.00 | $ 15,199.49 | | JR OK w/ $10K | more info needed per Joe, Greg & Jerry to call Stahl |

Joe needs to get quotes.

| | | | | | |
|---|---|---|---|---|---|
| 21,899 | 9) Credit Mod's Mod 4 | $ 21,899.00 | $0.00 | ATC contends there is a conflict in the notes on drawings and has provided proof in our letter to SEC 3/6/02 sent to SEC and copied to J. Goddard. See ATC meeting minutes with the architect Blanco on 2/2/01, that indicates 24" depth approval. ATC went by notes that approve PVC @ 24" depth | ~~[illegible]~~ Send notes to Jerry. |
| 12200 | 10) LD's 9-10-01 to 4/30/2002 | $ 23,200.00 | $ 11,000.00 | ATC doesn't accept full responsibility for project delay | |
| 20000 | 11) Hirsch vs. Casi-Rusco | $ 20,000.00 | $0.00 | ATC contends Hirsch meets performance spec's. See previous item 1 remarks | ? Check Diff Diagnostic spec. section per Jerry Pay SEC |

138,454

Special Note: For the purposes of discussion and reaching an agreed negotiated amount ATC assumes these are all the outstanding disputed costs to date according to the USPS.

① Hirsch responded ~~to this issue~~ in their letter 2/12/01 to SEC. → Sect 13701 - 2.2 A5 D - Diff Diagnostic - 2.2 A4C High Impact Lexon

② New issue — Readers

③ same as ①

~~K2~~ ~~A2K~~ - not protected against frequency transmission

Section 4 E SCC

Jerry would like all responses by Monday morning.

36 975

1,040,225.57 / X = 105 / 100

193.75

1,024,289.43 / X = 2.95 / 100

36
18

1,078,199.40

Per CO

$27,504 +

11 486.85

$41,119.97

TEL: (910) 814-3800
FAX: (910) 814-3899
e-mail: sales@tomsed.com
www.tomsed.com

# TOMSED CORPORATION

420 McKINNEY PARKWAY
LILLINGTON, NC 27546-9336

December 31, 2002

International Fidelity Insurance Company
One Newark Center
20th Floor
Newark, NJ 07102

RECEIVED
JAN 1 2003
FW
BOGDA CLARKE

Principal: Advanced Technology Systems Inc.
Bond No: SEIFSU0270990
Obligee: United States Postal Service
Project: Security Upgrade

Dear Claims Department:

We are filing our claim for the above referenced project. Please find our back up invoice, purchase order, proof of delivery, proof of the 50% deposit and our original claim form. Please let us know if you need any additional information. Please contact me or Brenda Myers if you need anything else.

Please don't hesitate to call if you have any questions, or if we can be helpful in any way.

Very truly yours,
TOMSED CORPORATION

Robert T. Sedivy

Robert T. Sedivy
President



SECURITY AND TRANSIT CONTROL SYSTEMS
RECIPIENT OF 1997 NORTH CAROLINA TRIANGLE FUTURE 30 COMPANY AWARD

*Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.*

**FLORIDA**
**PROOF OF CLAIM FORM**

State of North Carolina

County of Wake

I, Robert T. Sedivy, a President
(Name of Officer, Partner, Owner) (Position in Firm)

of Tomsed Corp.
(Name of Claimant)

420 McKinney Parkway, Lillington, NC 27546
(Address)

on behalf of firm, being duly sworn according to law, upon my oath depose and say:

1). Claimant, between the dates of 12-4-01 and 5-20-02 furnished, sold and delivered Turnstiles
(Describe services or materials)

to ATC Systems Integrators for the construction of
(Name of Contractor/Subcontractor)

RECEIVED DEC ...

this 31st day of Dec., 2002 For Tomsed Corp.
(Name of Claimant)

Advanced Technology Systems, Inc.
3500 N. Miami Avenue
Miami, FL 33127
305-670-0282 (Ph.)
305-670-0292 (Fax)

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/14/2001 | 63605 |

| Vendor | Ship To |
|---|---|
| Tomsed Corp.-Attn: Karin<br>1412 Stewart Street<br>Fuquay-Varina, NC 27526<br>919-552-6100 (Ph.)<br>919-552-7131 (Fax) | ATC Systems<br>3500 North Miami Ave<br>Miami, Florida 33127-3112 |

| Terms | Account # | Expected | Ship Via |
|---|---|---|---|
| 3% CIA | | 9/14/2001 | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| THG-51ES | Tomsed 48" Handicap Gate as per Postoffice Specification | 2 | 3,142.00 | 6,284.00 |
| FHT-100ES2 | Tomsend 7' High Full Security Electric Turnstile Stainless As per Postoffice Specification | 1 | 4,876.00 | 4,876.00 |
| THT-100TS2 | Space Dividing Double Gate.2 rotors. 3 rotor sections, two way electrical controls. all stainless steel cons. satin finish. 7" or 8" wide. | 3 | 10,006.00 | 30,018.00 |
| TGH-51ES | Stainless steel filler railing to match 48" overall width, located @ main entrance> | 1 | 3,142.00 | 3,142.00 |
| 9999 | Filler railing approximately 5 linear ft> stainless steel railing @ main entrance | 1 | 1,131.00 | 1,131.00 |
| THG-51ES | As above standard 36" width, with located @ main entrance> | 1 | 3,010.00 | 3,010.00 |
| 9999 | Filler railing apprx. 2 linear ft. of stainless steel filler railing to match gate, located @ main entrance> | 1 | 531.00 | 531.00 |
| FREIGHT | Freight charges (All equipment for NW Miami P&DC). | 1 | 1,750.00 | 1,750.00 |

FUNDS TO BE WIRED UPON 24 HR/NOTICE OF SHIPPING DATE.

**Total** $50,742.00

Authorized by: [signature]

5 sets submittals

TOMSED CORPORATION
420 McKinney Parkway
Lillington, NC 27546-9336
(910) 814-3800 / Fax (910) 814-3899
eMail: sales@tomsed.com
Tax ID: 11-2575784

# INVOICE

Invoice Number: 10045
InvoiceDate: 5/17/02

**Sold To:**

ATC Systems Integrators
Attn: Accounts Payable
3500 North Miami Ave.
Miami FL 33127

**Ship To:**

Miami Post Office
Attn: Jose
1800 NW 72nd Ave.
Miami FL

| TOMSED Order ID | Customer Purchase Order | Payment Terms | |
|---|---|---|---|
| 4415 | 63605 | Prepaid | |
| **TOMSED Sales Rep.** | **Shipping Method** | **Ship Date** | **Invoice Due Date** |
| Sedivy, Robert | West Brothers | 5/20/02 | 16-Jun-02 |

| Quantity | Item | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | THG-51ES | 7' High Handicap Gate, all stainless steel construction, as per drawing, with magnetic lock,with filler railing. | $3,541.00 | $3,541.00 |
| 1 | THG-51ES | THG-51ES(48) 7' High Handicap Gate, all stainless steel construction, 54" wide, as per drawing, with magnetic lock, with filler railing. | $4,273.00 | $4,273.00 |
| 2 | THG-51ES | THG-51ES(48) 7' High Handicap Gate, all stainless steel construction, 54" wide gate, as per drawing, with magnetic lock. | $3,142.00 | $6,284.00 |
| 1 | THT-100ES | 7' High Full Security turnstile, stainless steel construction, one-way electrical operation, fail-safe entry, fail-safe exit, 110 VAC, clockwise, complete stainless steel. | $4,876.00 | $4,876.00 |
| 3 | THT-100TS2 | 7' High Full Security Double Gate, complete stainless steel, two-way electrical controls both rotor, fail-safe entry, fail-safe exit, 110 VAC, clockwise. | $10,006.00 | $30,018.00 |

| | |
|---|---|
| Invoice Sub Total: | $48,992.00 |
| FreightCharge: | $1,750.00 |
| Less Deposit: | ($25,371.00) |
| **Please Pay This Amount ->** | **$25,371.00** |

Questions about your invoice? Contact accounting@tomsed.com. Thank you for your order!

**This Shipping Order** must be legibly filled in, in ink, in Indelible Pencil or in Carbon, and retained by the Agent.

Carrier No. ____

ame of Carrier ____ Cooke Trip # 7196 Jun 03 2002

Shipper's No. ____

EIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order.

Date ____

om ____

Freight ☒ Truck ☐
Designate with an 'X'

property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of very at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any tion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and ditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, 2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the sportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

onsigned to: ____

(Mail or street address of consignee—For purposes of notification only)

estination Miami State ____ Zip ____ County ____

elivery Address ★ ____ Route ____

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

elivering Carrier ____ Vehicle or Car Initial ____ No. ____

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT* (SUBJ. TO CORR) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] lbs | | |
| | | | | |
| | [illegible] | | | |
| | | | | |
| | | | | |
| | [illegible] | | | |
| | | | | |
| | [illegible] | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____
(Signature of Consignor).

If charges are to be prepaid, write or stamp here, "To be Prepaid"

Received $ ____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ____
(The signature here acknowledges only the amounts prepaid.)

Charges Advanced:
$ ____

LLECT ON DELIVERY REMIT TO

C.O.D. CHARGE TO BE PAID BY SHIPPER ☐ CONSIGNEE ☐ C.O.D. Amt. ____

Collection Fee ____

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and other requirements of Rule 41 of the Consolidated Freight Classification.

Total Charges ____

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
TE-Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

S SHIPMENT IS CORRECTLY DESCRIBED
RRECT WEIGHT IS ____ LBS. SHIPPER ____ PER ____

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, cording to applicable regulations of the Department of Transportation.

Shipper Per ____

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading **2**

rmanent post-office address of shipper † Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

rmadyne Stock Form 7060 The Colonial Co., Brooklyn, N.Y. 11204 *carbonless*

BB&T

BB&T WIRE TRANSFER OPERATIONS 05/10/2002

6014701
TOMSED CORPORATION [redacted]
420 MCKINNEY PKWY
LILLINGTON NC 27546-9336

[redacted]

WE HAVE COMPLETED THIS WIRE TRANSFER REQUEST. YOUR BB&T ACCOUNT HAS BEEN CREDITED FOR THE NET AMOUNT SHOWN BELOW.

A/C

| | | | |
|---|---|---|---|
| TRN DATE | 20020510 | TRN NUM | 001036 |
| AMOUNT | 25,371.00 | ACCOUNT # DDA - 5115764235 | |
| REFERENCE # | 020510150156 | | |
| DATE | 05/10/2002 | | |
| TIME | 09:58:18 | | |

50% down payment

| | |
|---|---|
| BENEFICIARY | TOMSED CORPORATION |
| ORIGINATOR | VINCENT JAMES VENTO |
| ORIGINATING BANK NAME | FIRST UNION NATL OF FLORIDA |
| ORIGINATING TR# | 063000021 |
| ORIGINATING BANK INFORMATION | |

THANK YOU FOR BANKING AT BB&T. IF YOU HAVE ANY QUESTIONS CONCERNING THIS WIRE TRANSFER, PLEASE CALL YOUR LOCAL BRANCH.

RECEIVED MAY 15 2002

SEC

February 19, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

## REQUEST FOR ASSISTANCE

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
USPS Project Authorization No. 0-4H-115851-C-586
USPS Contract No. 123125-02-J-3011
SEC Project No. USPS-0101

Dear Mr. Goddard,

Please accept this letter as a request from Stuhl Engineering Consultants, Inc. (SEC) for your assistance in resolving some concerns we have about the progress of this project. I was at the above referenced project site on Monday, February 18, 2002, but did not observe any Advanced Technologies Systems Integrators Corp. (ATC) employees working. Nor did I observe any ATC subcontractors working, and the ATC trailer was locked. I inspected the construction around the project site and it was obvious that very little progress is being made toward securing this facility. Additionally, there are still three (3) Postal Police Officers stationed at the entrances twenty-four (24) hours a day, seven (7) days a week, at great expense to the U. S. Postal Service.

During my visit, I asked two (2) of the Postal Police Officers stationed at the entrances if any ATC personnel or subcontractors had been on the site that day. I was told by both officers that two (2) ATC workers were on site briefly to measure the area between the VMF and the parking lot to the west of the VMF building. I took some time and spoke with several other Postal Police Officers at the AMC regarding the number of ATC employees and ATC subcontractors at this site during the past two (2) weeks and how often the workers were at the site. I was saddened to learn that ATC workers do not appear often and that the number of employees or subcontractors is diminishing.

Our first concern is that ATC does not appear to be making a concerted effort to secure this facility. The next concern is the expense that is being incurred by the U. S. Postal Service to insure safety and security at this facility. Our final concern is that the U. S. Postal Service has paid a great deal of money for security and access control systems which are nowhere near completion.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



It seems a simple matter to provide and install the gates, fencing and bollards required to secure this facility. ATC was paid for ninety percent (90%) of the Access Control System (ACS) equipment in their Application No. 13 (October 2001), and the equipment has been on site for months. ATC was paid for sixty percent (60%) of the Gates, Fencing and Bollards in their Application No. 13 (October 2001), and the bollards required to install the ACS card readers at the gates have been on site for months. I spoke with the supplier of the gates and bollards, Mr. Jose' Vallejo of Doortech Sales and Service, Inc., regarding the status of his gate installations. Mr. Vallejo stated that he has the materials to assemble and install the gates and bollards but is awaiting payment from ATC before continuing his work because of the difficulty he experienced with collecting from ATC on the AMC project.

The gates should be completed and installed immediately. The bollards and card readers should be installed and connected immediately. The ACS computers should be programmed properly and installed to allow for connection of the Intelligent Field Panels (IFP) at these gates. The remainder of the ACS system can be installed after the perimeter of this facility is secure. The remainder of the Closed-Circuit Television (CCTV) system and the Intercom System (IC) can be installed after the facility perimeter of this facility has been secured. The remainder of the power, air conditioning, painting, patching, etc. can be completed after the perimeter of this facility has been secured.

The construction at this facility needs to continue and the facility needs to be secured. SEC noted that ATC was making a concerted effort to complete this project in our "Field Investigation Report" dated January 11, 2001. From the time of that report, the amount of construction being completed at this facility has diminished. If ATC is intending to abandon this project, we will need to know as soon as possible so we can begin making other arrangements for completion of the work. Remember, when you are up to your ass in alligators, the solution is to drain the swamp.

I hope that this will draw attention to a situation which causes SEC concern for the safety and security of the U. S. Postal Service, its employees and the general public. Please call if you have any questions regarding this letter or the items contained herein.

Very truly yours,

Joseph F. Stuhl, III
JFS/ash

CC: Captain Kenneth Hanson

F:\OFFICE\DATA\U. S. POSTAL SERVICE\2001\0101\LETTER-12

UNITED STATES POSTAL SERVICE

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

Date: 2/19/02
Control Number:

Installation Name
MIAMI - AMF (115852-124)
MIAMI, FL 33159-9998

Description of Work
SECURITY & ACCESS CONTROL SYSTEM

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 0-4H-115852-C-585 | 123125-02-F-3016 | | 115854 | H54092 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 56125 | 5BC | |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 68,216.00 |
| 2. Approved Change Amount | $ |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 68,216.00 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 21907.83 |
| 5. Amount of Retainage | $ 1095.40 |
| 6. Sub Total (Line 4-5) | $ 20,812.43 |
| 7. Previous Payment Amount | $ — |
| 8. Amount of this payment (Lines 6 - 7) | $ 20,812.43 |

*Payee Name and Address:*
TRI-STATE LIFE SAFETY
& ELECTRICAL SYSTEMS INC
1930 COOK BRIDGE RD
MURPHY NC 28906-8189

Invoice Description:

☑ PPA Applies to This Payment | Invoice Received/Acceptance Date | ☐ Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By [signature] Date Signed 2/19/02
Title President

**Architect-Engineer Representative**

For Construction Contracts: In accordance with the contract and the Request for Payment the Contractor is entitled to payment in the amount shown above.

By [signature] Date Signed 02/19/02

A/E Representative Title, Company, Address
PRESIDENT
STUHL ENGINEERING CONSULTANTS, INC
1860 AHZLE AVE
WINTER PARK, FLORIDA 32789

**Design/Construction Management Representative**

Recommended For Payment | Date Signed

Contracting Officer Name and Signature
RONALD J GRZYMALA

Date Signed

Prepared By
LESLIE L MARTIN
(770) 454-0660

*Approving Official Title, Address, and Phone Number* (770)454-0631
MANAGER D&C
ATLANTA FSO
4000 DEKALB TECH PKWY 300
ATLANTA GA 30340-2799

Contact Person
JERRY GODDARD
ATLANTA FSO
4000 DEKALB TECH PKWY #300
ATLANTA GA 30340-2799

PS Form 4211B, October 1995 - 20260-6425, Rev 8.00

Tri-State Life Safety & Electric Systems
1930 Cook Bridge Road
Murphy NC 28906
828-226-3825

# Invoice

| Date | Invoice # |
|---|---|
| 2/19/2002 | 157 |

| Bill To |
|---|
| United States Postal Service<br>Facilities Service Office<br>4000 DeKalb Technology Parkway<br>Building 300 Suite 300<br>Atlanta Georgia 30340-2799 |

| P.O. No. | Terms | Project |
|---|---|---|
| Miami AMF | Net 15 | USPO MIAMI AMF |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| Camera Equipment | 5 | Exit Delay Switch | 198.926 | 994.63 |
| Camera Equipment | 5 | Touch Bar Senson | 334.262 | 1,671.31 |
| Camera Equipment | 5 | Door Cords | 17.12 | 85.60 |
| Camera Equipment | 2 | 16/2 fiber | 147.565 | 295.13 |
| Camera Equipment | 1 | Vicon Viconnet, Site Inspection | 6,398.68 | 6,398.68 |
| Camera Equipment | 1 | Viconnet Computer (Dell) | 3,094.14 | 3,094.14 |
| Camera Equipment | 1 | Hirsch Momentum Certificate (Required) | 2,552.67 | 2,552.67 |
| Camera Equipment | 33 | Melm-3 | 23.20606 | 765.80 |
| Camera Equipment | 32 | Batteries | 13.92375 | 445.56 |
| Camera Equipment | 1 | Light Kit | 160.95 | 160.95 |
| Camera Equipment | 15 | Maglock Brackets | 28.62067 | 429.31 |
| Camera Equipment | 6 | New Dover Supply 6 amp | 409.97333 | 2,459.84 |
| Camera Equipment | 13 | PTZ Surge Protectors | 139.23615 | 1,810.07 |
| Camera Equipment | 13 | Fixed camera | 57.24154 | 744.14 |
| Retainage | | 5 % retainage | -1,095.40 | -1,095.40T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

We appreciate your prompt payment.

**Total** $20,812.43

SEC

July 25, 2002

Mr. W. Jerry Goddard, R.A.
Architect/Project Manager
United States Postal Service
Facilities Service Office
Building 300 - Suite 300
4000 DeKalb Technology Parkway
Atlanta, Georgia 30340-2799

# LETTER OF RECOMMENDATION

Project: U. S. Postal Service - Process and Distribution Center (P&DC) - Security Upgrades
City of Miami, Florida
USPS Project Authorization No. 0-4H-115851-C-586
USPS Contract No. 123125-02-J-3011
SEC Project No. USPS-0101

Dear Jerry,

Please accept this as a recommendation from Stuhl Engineering Consultants, Inc. (SEC) regarding the letter addressed to you from Mr. Gregory W. Warren of Advanced Technologies Systems Integrators Corp. (ATC). Mr. Warren's letter, dated July 19, 2002, requests that the U. S. Postal Service give ATC an extension of time to complete their work at the above reference facility. SEC does not recommend any extension of time and we strongly suggest that the U. S. Postal Service terminate its contract with ATC for the above reference project.

It is the opinion of SEC that ATC has failed to perform the work required in their contract with the U. S. Postal Service for the above referenced project. Further, it is our opinion that ATC is attempting to fraudulently obtain a payment from the U. S. Postal Service for work that has not been performed and for equipment which has not been received by submitting Pay Application No. 18 for this project.

SEC documented the progress of ATC throughout the construction of this project. In general, their efforts and workmanship have been substandard and unacceptable. Over the past forty-nine (49) days, ATC has failed to supply the manpower need to complete this project. Additionally, ATC has not provided all of the equipment paid for by the U. S. Postal Service for this project. ATC has been given numerous time extensions by the U. S. Postal Service and numerous requests have been made of ATC to provide us with a schedule for completion of their work. We have yet to receive a viable completion schedule.



Stuhl Engineering Consultants, Inc.
1860 Anzle Avenue • Winter Park, Florida 32789 • Telephone (407) 645-5815 • Facsimile (407) 645-5812

SEC



I have attached my "Field Investigation Report", dated July 25, 2002, showing the work which is not finished and our estimates for the time it will take ATC to complete their work. These are offered for your consideration in making a final determination. Please remember how many times we have been told by one ATC executive or another that they would be finished in two (2) weeks or, "Just give us another thirty (30) days, and we will be done." The U. S. Postal Service has been more than generous in its dealings with this contractor. Times up. Terminate!

Very truly yours,

Joseph F. Stuhl, III
President
JFS/ash

F:\OFFICE\DATA\U.S. POSTAL SERVICE\2001\0102\LETTER-27