**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.

and

INTERNATIONAL FIDELITY INSURANCE COMPANY

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-1953C
(Senior Judge Margolis)

**PLAINTIFF ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**TABLE OF AUTHORITIES**

Cases

*Abcon Assocs. v. United States*, 49 Fed. Cl. 678 (2001). .......... 40

*Argent v. United States*, 124 F.3d 1277 (Fed. Cir. 1997). .......... 16

*Alliant Techsystems, Inc., v. United States*, 178 F.3d 1260 (Fed. Cir. 1999). .......... 29

*Aptus Company v. United States*, 61 Fed. Cl. 638 (2004). .......... 19

*Bernardi Brothers v. United States*, 47 Fed. Cl. 708 (2000). .......... 18

*C. Sanchez & Son, Inc. v. United States*, 6 F.3d 1539 (Fed. Cir. 1993). .......... 39, 40

*Centex Corp. v. United States*, 395 F.3d 1283 (Fed. Cir. 2005). .......... 39

*Commerce Int'l Co. v. United States*, 338 F.2d 81, 167 Ct. Cl. 529 (Ct. Cl. 1964). .......... 40

*Danzig v. AEC Corporation*, 224 F.3d 1333 (Fed. Cir. 2000). .......... 23

*Derrickson Co., Inc. v. N.L.R.B.*, 774 F.2d 229 (8th Cir. 1985). .......... 45

*De Vito v. United States*, 188 Ct. Cl. 979, 413 F.2d 1147 (1969). ........................................ 18, 19

*D.W. Sandau Dredging*, 1995 Eng. BCA LEXIS 27, 96-1 B.C.A. (CCH) P28,064. .................. 29

*Empire Energy Management Systems, Inc. v. Roche*, 362 F.3d 1343 (Fed. Cir. 2004). .............. 24

*Enerhall, Inc. v. N.L.R.B.*, 710 F.2d 748 (11th Cir. 1983). ........................................................ 44

*F. J. Vollmer Co., Inc. v. Magaw*, 102 F.3d 591, 322 U.S. App. DC 193 (C.A.D.C. 1996). ........................................................................................................................ 45

*Glick v. U.S. Civil Service Commission* 567 F. Supp. 1483 (N.D. Ill. 1983), *affirmed* 799 F.2d 753 (7th Cir. 1986). ........................................................................................ 45

*Info. Sys. & Networks Corp. v. United States*, 437 F.3d 1173 (Fed. Cir. 2006). ......................... 16

*International Resource Recovery, Inc. v. United States*, 64 Fed. Cl. 150 (2005). ....................... 18

*Jones Plumbing & Heat, Inc.*, 1985 VA BCA LEXIS 65, 86-1 B.C.A. (CCH) P18,659. ........................................................................................................................ 30

*Lewis-Nicholson, Inc. v. United States*, 550 F.2d 26, 213 Ct. Cl. 192 (Ct. Cl. 1977). .... 39 ,40, 41

*Lisbon Contractors v. United States*, 828 F.2d 759 (Fed, Cir. 1987). ........................................ 18

*Litchfield Manufacturing Corporation*, 167 Ct.Cl. 604, 338 F.2d 94 (1964). ............................. 36

*Malone v. United States*, 849 F.3d 1441 (Fed. Cir. 1988). ............................................ 29, 39 ,40

*Maritime Management, Inc. v. United States*, 242 F.3d 1326 (11th Cir. 2001). .......................... 44

*McDonnell Douglas Corp. v. United States*, 323 F.3d 1006 (Fed. Cir. 2003). ........................... 24

*Morganti National Inc. v. United States*, 49 Fed Cl. 110 (2001). .............................. 25, 26, 29, 30

*National Eastern Corporation v. United States*, 201 Ct.Cl. 776, 477 F.2d 1347 (Ct.Cl. 1973). ................................................................................................................. 28 ,31

*Northern Helix Company v. United States*, 197 Ct. Cl. 118, 455 F.2d 546 (1972). .................... 29

*Orlosky Inc. v. United States*, 68 Fed. Cl. 296, 311-12 (2005). .................................................. 40

*Olympus Corp. v. United States*, 98 F.3d 1314 (Fed. Cir. 1996). .......... 39

*Peter Kiewit Sons' Co. v. United States*, 151 F. Supp. 726, 138 Ct. Cl. 668 (Ct. Cl. 1957). .......... 40

*Smith v. National Transportation Safety Board*, 992 F.2d 849 (8th Cir. 1993). .......... 44

*Tabb Lakes, Ltd. v. United States*, 10 F.3d 796 (Fed. Cir. 1993). .......... 16

*Tecom, Inc. v. United States*, 66 Fed. Cl. 736 (2005). .......... 40

*TGC Contracting Corporation v. United States*, 736 F.2d 1512 (Fed. Cir. 1984). .......... 28, 31

*Weaver-Bailey Contractors, Inc. v. United States*, 19 Cl. Ct. 474 (1990). .......... 26

Statutes

5 USCA §504. .......... 44

5 USCA §504(a)(1). .......... 44

5 U.S.C. § 504(c)(1). .......... 44

28 USCA §2412. .......... 44

28 U.S.C. § 2412(b) .......... 44

28 U.S.C. § 2412(d) .......... 44

28 U.S.C. § 2412(d)(1)(A). .......... 44

28 U.S.C. § 2412(d)(2)(E). .......... 44

28 USC § 2412(d)(3). .......... 44

41 U.S.C. § 605(c)(5). .......... 26

Regulations

FAR §49.402-3(c). .......... 20, 21

FAR §49.402-3(f)(1). .................................................................................................... 35

FAR §49.402-3(f)(4) ..................................................................................................... 36

Miscellaneous Authorities

Restatement (Second) of Contracts 205 (1981). .............................................................. 39

Cibinic, Jr., John & Ralph Nash, Jr., Administration of Government Contracts (3d ed. 1995). ............................................................................................................ 18, 19

Respectfully submitted on this 31st day of July, 2006.

E. SCOTT GOLDEN & ASSOCIATES
Attorneys for Plaintiff Advanced
Technology Systems Integrators Corp.
644 S.E. Fourth Avenue
Fort Lauderdale, FL 33301
Tel.: (954) 764-6766 ext. 2
Fax: (954) 764-6789
Email: esglaw@bellsouth.net

s/E. Scott Golden
E. Scott Golden

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the following persons as of this 31st day of July, 2006.

Michael J. Dierberg, Esquire
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L. Street NW, Room 12116
Washington, D.C. 20530

Helen H. Albee, Esquire
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32204

s/E. Scott Golden
E. Scott Golden

HP2C:\Mydocs\3082-1\SUMM.JUDG.MOT.fnl.TOA.wpd(rev.July 31, 2006)