# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: September 6, 2006)

**O R D E R**

A hearing in court on defendant's motion to dismiss and the parties' cross-motions for partial summary judgment is set for Thursday, October 5, 2006, at 9:30am. Plaintiff Advanced Technology Systems Integrators Corp. shall participate by telephone. Plaintiff International Fidelity Insurance Company and defendant shall appear in person.

The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims