IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-1953C<br>(Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's instruction during oral argument held on October 5, 2006, the parties hereby submit this joint status report regarding the status of settlement discussions. The parties anticipate further discussions regarding settlement. However, additional time is required to enable plaintiffs' counsel to further coordinate with their clients to advance the settlement discussions. Therefore, unless otherwise directed by the Court, the parties will file another status report on November 10, 2006, regarding the status of settlement discussions and the likelihood of settlement prior to a decision by this Court on the parties' cross motions for partial summary judgment.

Respectfully Submitted,

For the United States:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

For Plaintiff Advanced Technology Systems Integrators Corp.:

/s/ E. Scott Golden
E. SCOTT GOLDEN
E. Scott Golden & Associates
644 S.E. Fourth Ave.
Fort Lauderdale, FL 33301

For Plaintiff International Fidelity Insurance Co.:

/s/ Helen H. Albee
HELEN H. ALBEE
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32206

October 30, 2006