# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, Plaintiffs, | No. 03-1953C |
| v. | (Filed: November 30, 2006) |
| THE UNITED STATES, Defendant. | |

**O R D E R**

The settlement conference in the above case is scheduled for Tuesday, December 19, 2006, at 3:30 p.m. in Chambers, Suite 703.

Plaintiff Advanced Technology Systems Integrators Corp. and Plaintiff International Fidelity Insurance Company shall both participate by telephone. Defendant shall appear in person.

Each of the parties shall have full settlement authority or have its principal, with settlement authority, available for the settlement conference.

The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims