IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S REQUEST FOR STATUS CONFERENCE

Defendant, the United States, respectfully requests that the Court hold a status conference, off the record, to discuss the status of settlement discussions and the possibility that the settlement conference held on December 19, 2007 may not ultimately lead to a resolution of this matter. We request that the Court's clerk arrange a mutually agreeable date and time for the status conference based upon the availability of the parties and the Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

February 9, 2007