# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 03-1953C<br>(Filed: February 26, 2007) |

## O R D E R

Defendant's request, filed February 9, 2007, that the Court hold a status conference, off the record, is **GRANTED**.

A status conference shall be held by telephone on Thursday, March 1, 2007, at 2:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims