IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, Plaintiffs, | ) | |
| v. | ) | No. 03-1953C (Senior Judge Margolis) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request that the Court reschedule the status conference regarding settlement to be held on August 1, 2007. The parties request that this status conference be rescheduled because counsel for International Insurance Fidelity Company will be out of the office at that time, through August 13, 2007. Furthermore, it is unlikely that the Government will complete its review of plaintiffs' settlement offer prior to August 13, 2007. Therefore, we respectfully request that the Court reschedule the status conference to a date mutually agreeable to the Court and the parties on or after August 13, 2007.

Respectfully Submitted,

For the United States:

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

For Plaintiff Advanced Technology Systems Integrators Corp.:

/s/ E. Scott Golden
E. SCOTT GOLDEN
E. Scott Golden & Associates
644 S.E. Fourth Ave.
Fort Lauderdale, FL 33301

For Plaintiff International Fidelity Insurance Co.:

/s/ Helen H. Albee
HELEN H. ALBEE
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32206

July 27, 2007