# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1953C

(Filed: July 31, 2007)

**ORDER**

The parties' joint motion, filed July 27, 2007, to reschedule the status conference set for August 1, 2007, is **GRANTED.**

**It is hereby ORDERED:**

The status conference is rescheduled to Wednesday, September 12, 2007, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims