# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | No. 03-1953C |
| Plaintiffs, | (Filed: September 20, 2007) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

A status conference by telephone was held in the above-captioned case on September 12, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, November 14, 2007, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims