IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS INTEGRATORS CORP. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-1953C<br>(Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of this Court, the parties hereby stipulate that this action is dismissed, with prejudice, with each party to bear its own attorney fees, expenses, and costs.

Respectfully Submitted,

s/ E. Scott Golden
E. SCOTT GOLDEN
E. Scott Golden & Associates
644 S.E. Fourth Ave.
Fort Lauderdale, FL 33301

Counsel for Plaintiff Advanced Technology Systems Integrators Corp.

s/ Helen H. Albee
HELEN H. ALBEE
Henrichsen Siegel, P.L.L.C.
1648 Osceola St.
Jacksonville, FL 32206

Counsel for Plaintiff International Fidelity Insurance Co.

December 4, 2007

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Class. Unit 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

Counsel for Defendant